UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BARRY MINKOW,

    Defendant.
_____/

## NOTICE OF APPEARANCE

    COMES NOW, ALVIN E. ENTIN, attorney, and hereby notifies this Court of his appearance as counsel of record for the Defendant, BARRY MINKOW.

    Respectfully submitted,

    ENTIN & DELLA FERA, P.A.
    110 SE 6th Street
    Suite 1970
    Fort Lauderdale, Florida 33301
    Telephone: (954) 761-7201
    Facsimile: (954) 764-2443

    By: s/ Alvin E. Entin
        ALVIN E. ENTIN
        Fla. Bar No. 127027

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 24, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                                         s/ Alvin E. Entin