UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **11-20209-CR-SEITZ/O'SULLIVAN**

**UNITED STATES OF AMERICA,**           )
                                        )
                                        )
                                        )
**vs.**                                 )
                                        )
**BARRY MINKOW,**                       )
                                        )
        **Defendant.**                  )
_____    )

**NOTICE OF APPEARANCE**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the undersigned will appear as counsel for the United States in this matter. The undersigned requests that she receive updates and notices in connection with this matter.

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

By:   s/ Cristina Pérez Soto
      A. CRISTINA PEREZ SOTO
      Assistant United States Attorney
      District Court ID No. A5501166
      99 Northeast 4th Street
      Miami, Florida 33132
      (305) 961-9122
      (305) 530-6168 (fax)
      Cristina.Soto@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 24, 2010, a true and correct copy of the foregoing Notice of Appearance was filed with the Court's CM/ECF system.

s/ Cristina Pérez Soto<br>
Cristina Pérez Soto<br>
Assistant United States Attorney