## COURT MINUTES
**U.S. MAGISTRATE JUDGE CHRIS M. MCALILEY** - Atkins Bldg Courtroom No. 6

**DATE:** 3/30/11 *( B )* **TIME: 10:00 A.M.** **PAGE: 2**

**DEFT:** BARRY MINKOW [SURRENDER]   **CASE NO:** 11-20209-CR-SEITZ/JJO

**AUSA:** CHRISTINA PEREZ SOTO _Detls_   **ATTY:** ALVIN ENTIN _(Perm_

**AGENT:** _Schlesinger_   SECURITIES FRAUD CONSPIRACY

**PROCEEDING:** INITIAL/ARR/WAIVER   **RECOMMENDED BOND:**

**BOND/PTD CONTESTED HRG** - yes / _no_   **CJA APPT:**

**BOND SET @:**

To be cosigned by:
LANGUAGE: _English_

Disposition: _Waiver / and / signed -_
_Arg. held -_

☑ All Standard Conditions.

☑ _due 4/7/11_ Surrender / or do not obtain passports / travel documents

☑ Rpt to PTS as _directed / or_ ___ x's a week/month by phone; ___ x's a week/month in person

☐ Refrain from excessive use of alcohol

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

☑ Participate in a mental health assessment and treatment

☑ Random urine testing by Pretrial Services and/or treatment as deemed necessary

_agreed - $50,000 PSB_   _Waived 300 -_

☐ Not to encumber property.

☐ Maintain or seek full - time employment/education.

☐ No contact with victims / witnesses.

☑ No firearms.

☐ May Not visit Transportation Establishments.

☑ Travel extended to: _con. USA & Will. Perm. Deft. (may reside in Tenn)_

☐ Home Confinement: Electronic Monitoring and/or Curfew ___ paid by ___

☑ Other _NO securites Trading._

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

DAR No.   TIME IN COURT: 5

_10:15:37_