AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-20209-CR-SEITZ |
| BARRY MINKOW | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/30/2011

_____
BARRY MINKOW
_Defendant's signature_

_____
_Signature of defendant's attorney_

ALVIN ENTIN
_Printed name of defendant's attorney_

_____
_Judge's signature_

Chris M. McAliley, U.S. Magistrate Judge
_Judge's printed name and title_