CHANGE OF PLEA MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 11-20209-CR        Date 3-30-11

Clerk MARITZA NICADO        Reporter DAVID EHRLICH

Interpreter NONE            Time in Court 1:05

AUSA RYAN O'QUINN

Def. Atty. ALBERT ENTIN

USA v. BARRY MINKOW

Defendant(s): Present ✓        Not Present _____        In Custody NO

Defendant stated in open court that (s)he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) __1__ of the ~~Indictment~~/Information.

After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged. Whereupon:

( )     The Court proceeded to sentencing. (See J&C)

(X)     The Court postponed sentencing until __6/16/11 @ 8:30 am__

(X)     The Defendant is permitted to remain on bond pending sentencing.

( )     The Defendant is remanded pending sentencing.

(X)     The Court ordered preparation of the PSI and referred Defendant to Probation.

Miscellaneous _____

_____

_____