UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA
Plaintiff,

**NOTICE OF SENTENCING**

vs.

BARRY MINKOW

Defendant
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the **Honorable** Patricia A. Seitz, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on June 16, 2011 AT 8:30 am for imposition of sentence. On that date, report to:

400 North Miami Avenue, Miami, Florida 33128      Courtroon No.: 11-4

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE
COURT ADMINISTRATOR•CLERK OF COURT

By: LJWebb
Deputy Clerk

DATE: 3/30/11

COUNSEL FOR DEFENDANT: Albert Entin

DEFENDANT: Received in Court

- [X] GUILTY PLEA
- [ ] TRIAL
- [X] BOND
- [ ] FEDERAL CUSTODY
- [ ] STATE CUSTODY
- [ ] U.S.M. CUSTODY

TO COUNTS: 1
OF TOTAL COUNTS: 1
AUSA: Ryan O'Quinn

cc: U.S. Attorney
U.S. Marshal
U.S. Probation Office
Defense Counsel
Defendant