UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO  11-20209-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA

    Plaintiff,

v.

BARRY MINKOW

DOB:    (J)#    [surrender]
    Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA _Seth Schlessinger_

The above-named defendant having been arrested on __03/28/11__ having appeared before the court for initial appearance on __03/28/11__ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon ORDERED as follows:

1. _Alvin Entin_ appeared as permanent/~~temporary~~ counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2011.
4. Arraignment/~~Preliminary~~/Removal/Identity hearing is set for _10am_____, 2011. [Held]

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_____, 2011.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   _$50,000 PSB (agreed)_

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

BARRY MINKOW

✓ a. Surrender all passports and travel document to the Pretrial Services Office and not to obtain any travel documents during the pendency of the case.  *due - 4/7/11*.

___ b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone ; ____ as directed; other_____

✓ c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

✓ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

✓ j. Comply with the following additional special conditions of this bond: *Con. USA travel permitted. No securities trading. Participate mental health assessment / treatment. Deft., may reside in Tenn.*

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this <u>30TH</u> day of <u>MARCH</u>, 2011.

<u>Chris McAliley</u>
**CHRIS M. MCALILEY**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation