UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA

        Plaintiff,

vs.

BARRY MINKOW

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : **SURRENDER**

Language: English

The above-named Defendant appeared before **Magistrate Judge Chris M. McAliley.** The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: on Bond

        Tel. No:

Defense Counsel:    Name : ALVIN ENTIN

        Address:

        Tel. No:

Bond Set/Continued:    $ 30,000 PSB

Dated this 30TH day of MARCH, 2011.

STEVEN M. LARIMORE, CLERK

BY   NANCY J. FLOOD
Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge