UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BARRY MINKOW,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, BARRY MINKOW, by and through his undersigned counsel and hereby files this Unopposed Motion to Continue Sentencing and states unto the Court as follows:

1. The Sentencing hearing in this matter is currently scheduled for Thursday, June 16, 2011 before the Honorable Patricia Seitz.

2. Undersigned counsel has recently received the psychological evaluation of the Defendant from Dr. Michael Brannon.

3. Based upon Dr. Michael Brannon's results, follow-up testing is highly recommended in this case.

4. Further, the Defendant is currently assisting the Government in on-going matters both in this District and in the Eastern District of California, and requests additional time to complete same.

5. As a result, the Defendant requests a continuance of the Sentencing currently scheduled for June 16, 2011 and requests the Sentencing be rescheduled sometime during the week of July 5, 2011, that is convenient for the Court and all parties.

6. Undersigned counsel has conferred with Assistant United States Attorney Cristina Perez-Soto who stated she has no objection to the requested continuance and also agrees to the rescheduling of same during the week of July 5, 2011.

Respectfully submitted,

ENTIN & DELLA FERA, P.A.
110 SE 6th Street
Suite 1970
Fort Lauderdale, Florida 33301
Telephone: (954) 761-7201
Facsimile:  (954) 764-2443

By:  s/ Alvin E. Entin
    ALVIN E. ENTIN
    Fla. Bar No. 127027

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 7, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                            s/ Alvin E. Entin