UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY MINKOW,

        Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

This matter came before the Court on Defendant's Unopposed Motion to Continue Sentencing [DE 15]. The Court having considered the Motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The sentencing is continued to **July 7, 2011 at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida this 7th day of June, 2011.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation