

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

11000 Wilshire Blvd. #1700
Los Angeles, CA  90024
August 4, 1995

Barry Minkow
5445 Lindley Avenue, #17
Tarzana, California  91356

Dear Barry:

    This letter is submitted to commend you for an excellent presentation at the FBI Financial Institution Fraud Seminar on July 27, 1995. Based upon the seminar critiques, your presentation was viewed by a majority of the attendees as one of the highlights of the seminar.

    Good luck in the second half.

Sincerely yours,

CHARLIE J. PARSONS
Special Agent in Charge

By:
DAVID E. NESBITT
Supervisory Special Agent

00232c