

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

FBI Academy
Quantico, Virginia  22135

April 15, 1996

Mr. Barry Minkow
5445 Lindley Avenue
Apt. 17
Tarzana, California  91356

Dear Mr. Minkow:

     The Federal Bureau of Investigation (FBI) will conduct a specialized training seminar for the purpose of providing Certified Public Accountants (CPAs) within the FBI the Continuing Professional Education credits required by the American Institute of CPAs, while at the same time providing instruction relevant to the criminal investigator.  There will be approximately 200 FBI Agents (SAs) attending the seminar.  This particular seminar will be held at the FBI Academy located on the Quantico Marine Corps Base, approximately 50 miles south of Washington, D.C.  The seminar will commence at 8 a.m. on Monday June 17, 1996 and will conclude at approximately 12 p.m. on Friday June 21, 1996.

     As previously discussed with Supervisory Special Agent (SSA) Gary J. Kruchten you are requested to give two presentations.  The first presentation, "Z Best A Study In Fraud", will be from 12 noon to 2:00 p.m. on Wednesday June 19, 1996 in the Forum.  The second presentation, "Ethics in Business, The Motive Behind the Con", will be from 6:30 pm - 8:30 p.m. on Wednesday 6/19/96 in the Forum.

     A dormitory room has been reserved for you at the FBI Academy for Tuesday June 18 and Wednesday June 19, 1996.  You will be paid an honorarium of $500 and reimbursed for your travel expenses by the Federal Bureau of Investigation.  When you have made your flight reservations, please advise SSA Kruchten in order that arrangements can be made for Dafre, a limo service to provide your transportation from Dulles Airport to the FBI Academy.  Please find enclosed copies of the following: "General Information for Academy Training", a map with directions to the FBI Academy and a listing of Dafre pick up times and rate information.

002327

Mr. Barry Minkow

    Your cooperation in this matter is greatly appreciated. Should you have any questions concerning this matter please contact SSA Kruchten, FBI Academy, telephone number (703) 640-1189.

    Sincerely yours,

    George B. Clow III
    Assistant Director



**U.S. Department of Justice**

Federal Bureau of Investigation

FBI Academy
Quantico, Virginia

September 9, 1996

Mr. Barry Minkow
5445 Lindley Avenue
Apartment 17
Tarzana, California 91356

Dear Barry:

    Please accept my apology for sending you this letter of appreciation so late but unfortunately I have been in a travel status the last two months. Your presentation was very well received as evidenced by the course evaluations and personal comments made to me by many of the attendees.

    On behalf of the FBI and all of the attendees I want to express our sincere thanks for a job well done and for your personal sacrifice of time in the preparation and delivery of your presentation.

Sincerely,

Gary J. Kruchten
Supervisory Special Agent

002329