

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535

October 8, 1996

Mr. Frank J. Gulla
United States Probation
15600 Devonshire Street
Suite 206
Granada Hills, California  91344

Dear Mr. Gulla:

I just wanted to take this opportunity to apprise you of the outstanding presentation given by Barry Minkow at our Financial Institution Fraud conference in Breckenridge, Colorado, on September 25, 1996.

His program was both entertaining and informative. The conference, by all accounts, was very successful, due in no small part to the contribution made by Barry. Please pass on our most sincere appreciation, and we look forward to having him speak at future functions.

Sincerely,

Keith Slotter
Supervisory Special Agent
Financial Institution Fraud Unit

002350