

**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
FINANCIAL MANAGEMENT AND COMPTROLLER
109 ARMY PENTAGON
WASHINGTON DC 20310-0109

REPLY TO
ATTENTION OF

April 17, 1998

Mr. Barry Minkow
9919 Carroll Center Road
San Diego, California 92126

Dear Mr. Minkow:

Thank you for your support at our recent Worldwide Army Internal Review Training Symposium.

Your presentation, *Compromise, Corruption, Collapse and Comeback*, was delivered in a highly professional manner and contributed significantly to the overall success of the Symposium. All of the attendees were impressed by your enthusiastic and sincere presentation. In addition, you provided the Army's Internal Review community with a wealth of valuable information they will use in the years to come.

Again, let me convey my sincere thanks and appreciation to you for a job extremely well done.

Sincerely,

Karen K. Wolff
Director, Financial Reporting and Internal Review

Copy furnished:
Mr. Frank Gulla, U.S. Probation Office, 21041 Burbank Blvd, Woodland Hills, CA 91367
Greengrass Enterprises, Inc., 38 E. 57th Street, New York, NY 10020, Penthouse

0023

Printed on ♲ Recycled Paper