

# 1ˢᵀ PACIFIC
### BANK
#### OF CALIFORNIA

**A. Vincent Siciliano**
**President and Chief Executive Officer**

September 30, 2002

Mr. Barry Minkow, Chief Consultant
Fraud Discovery Institute
9919 Carroll Center Road
San Diego, CA  92126

Dear Barry:

The program was terrific!  You had everyone's attention from the opening bell to the closing.  It certainly opened one's eyes to the possibility of fraud right under one's nose. The predictability of banks' due diligence systems lends itself to the fraudulent mind in ways which were surprising to us.

Our own behavior will change as a result of your program.  Both deposit and loan procedures will be more alert to the possibility of fraud.

Thank you for an excellent program.  We look forward to further working with you in the future.

Sincerely,

*Vince*

A. Vincent Siciliano
President and Chief Executive Officer

002332