

# CITY NATIONAL BANK

SAN DIEGO COMMERCIAL BANKING CENTER
4275 EXECUTIVE SQUARE, SUITE 750
LA JOLLA, CALIFORNIA 92037
(858) 642-4957
FAX (858) 642-4952

Bernadette Bach
Senior Vice President

January 21, 2003

Dear Barry,

I cannot thank you enough for taking the time to present to the American Electronics Association's CFO Roundtable this morning. Your presentation was excellent and your story remarkable!

I have already received e-mails since then raving about your program. I am attaching one for you. Another attendee, Matt Rechner, a VP with City National Bank, just told me he was thrilled to have an opportunity to hear you speak after first learning about you through an accounting class case study at Notre Dame many years ago.

I will be recommending you to the person who is responsible for fraud detection within City National Bank and will encourage them to use you in our training sessions on the subject.

For those of us in the business community fortunate enough to hear your story, you are leaving each of us with a gift - a gift of your knowledge, experience and insight. You paid for that experience dearly, yet you share it so freely. Thank you for doing so.

Warmest Regards,

*Bernadette Bach*
Bernadette Bach, SVP

002333