

ENGINEERS
DESIGN BUILD
TECHNICAL RESOURCES
OPERATIONS

Orrin B. MacMurray, P.E.
President & CEO

April 30, 2003

Mr. Barry Minkow
9919 Carroll Center Road
San Diego, California 92126

Dear Barry:

    Just a note to thank you for participating in our quarterly business meeting. Your program on integrity was outstanding and very well received by the group. I know it was not easy traveling across the country and going out of your way to work with us; however, let me assure you that it was extremely well received, well presented, and right on target.

    I hope, as time goes on, our paths will cross again. In the meantime, all the best to you and your family as you move forward through your life. Be well!

                                  Sincerely,

C&S Companies
499 Col. Eileen Collins Boulevard
Syracuse, NY 13212-3931
phone 315-455-2000
fax 315-455-9667
www.cscos.com

002334