

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 8, 2004

Barry Minkow
181 Calla Avenue
Imperial Beach, California 91932

Dear Mr. Minkow:

    I'd like to take this opportunity to both commend and thank you for your outstanding presentation on "Z - Best Company" during the Economic Crimes In-Service at the FBI Academy, Quantico, Virginia.

    Your personal experiences concerning Z - Best Company were thought provoking and very informative. As indicated by the class evaluations, your insights were tremendously well received by the attendees and many requested that you be given a two hour block of instruction because of your engaging presentation.

    Thank you again for your willingness to assist the FBI, in its White Collar Crime training efforts. Your participation was invaluable to the success of this in-service training.

Sincerely,

Brian D. Lamkin
Section Chief
Financial Crimes Section

002335