# O'MELVENY & MYERS LLP

CENTURY CITY
IRVINE SPECTRUM
MENLO PARK
NEWPORT BEACH
NEW YORK
SAN FRANCISCO

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
INTERNET www.omm.com

TYSONS CORNER
WASHINGTON, D.C.
HONG KONG
LONDON
SHANGHAI
TOKYO

OUR FILE NUMBER
600,000-12

WRITER'S DIRECT DIAL
213-430-6491

WRITER'S E-MAIL ADDRESS
jasperger@omm.com

July 22, 2002

The Honorable Dickran Tevrizian
United States District Judge
United Stated District Court
Edward R. Roybal Federal Building & Courthouse
255 East Temple Street
Los Angeles, California  90012

   Re:   <u>U.S. v. Barry Minkow, Case No. CR 88-22-DT</u>

Dear Judge Tevrizian:

   I write in support of Barry Minkow's request to terminate his probation. Since Mr. Minkow was released from custody, I have both met and talked with him on a number of occasions. In my opinion, Mr. Minkow has fully accepted responsibility for his past criminal conduct. He has also made extraordinary efforts to become a law abiding citizen and to make meaningful contributions to society.

   More specifically, immediately following Mr. Minkow's release, he invited me to hear him give a presentation at the Church of Rocky Peak in Malibu that included his experiences in prison, what he had learned from those experiences, and his conversion to Christianity. At that time, I understood Mr. Minkow was studying the ministry at the Church of Rocky Peak. I attended the presentation, as did several agents from the Federal Bureau of Investigation who assisted me in the investigation and prosecution of Mr. Minkow's case. I was quite impressed, but not surprisingly somewhat skeptical about whether Mr. Minkow would, over time, truly prove to be rehabilitated.

   Following that presentation, I remained in contact with Mr. Minkow. Based on those contacts, I now believe that Mr. Minkow has shown not only that he is rehabilitated, but also that he has been able to direct his talent and energy in productive ways. For example, he is now the senior pastor of a thriving church in San Diego – the San Diego Community Bible Church. I understand that the growth and success of the church is due in large part to his efforts and leadership. Mr. Minkow, through the Church, is active in assisting the underprivileged and

002337

O'MELVENY & MYERS LLP
Honorable Dickran Tevrizian, July 22, 2002 - Page 2

serving the San Diego Community. These efforts include providing services and counseling both at the San Diego Rescue Mission and at a federal prison in San Diego.

In addition, Mr. Minkow has spoken frequently to groups of accountants and other professionals about fraud detection, including events sponsored by the Federal Bureau of Investigation and the American Institute of Certified Fraud Examiners. More recently, he has participated, along with a former partner of Deloitte & Touche and others, in the founding of the Fraud Discovery Institute. The Fraud Discovery Institute offers training programs on the detection of fraud and has developed an interactive program to assist auditors in fraud detection. Mr. Minkow also spoke recently to a group of over 30 associates and summer associates at my law firm on the psychology of fraud and related issues. His presentation was extraordinarily well-received, and those who attended considered him to be impressive, engaging and insightful.

When I prosecuted Mr. Minkow I believed that he had the talent and energy to be very successful in completely lawful ways. I also believed that given his youth, he perhaps had a greater potential than other white collar criminals to change the course of his life and to become law abiding after his release from prison. He has now been out of prison for over seven years and has lived up to that potential. Based on my experience both as a former federal prosecutor and a defense attorney, I believe that the interests of justice have been served by the time Mr. Minkow has spent in custody, on parole, and on probation, and that he is a suitable candidate for early termination of his probation. I therefore support his request for that action.

Very truly yours,

James R. Asperger
of O'MELVENY & MYERS LLP

JRA:rdr

002358