# Ackerman & Cowles & Lindsley

Richard D. Ackerman
Dawn D. Cowles
Stephen A. Lindsley
Michael W. Sands Jr.

Office Manager:
Laura J. Wilson

41690 Enterprise Circle North, Suite 216
Temecula, California 92590
(951) 308-6454 Tel.
(951) 308-6453 Fax.
http://www.MyTemeculaAttorneys.com

July 24, 2007

Mr. Barry Minkow
Fraud Discovery Institute
9770 Carroll Center Road
San Diego, California 92126

Dear Mr. Minkow:

By way of introduction, my name is Richard Ackerman and I am lead counsel for the plaintiffs in the Pacific Wealth Management case which is a fraud of approximately 100 million in losses and hundreds of victims. I am writing this letter to convey my thoughts and appreciation concerning the Fraud Discovery Institute's involvement in assisting me and hundreds of investors in the Pacific Wealth Management fraud case. Your help in bringing this case to the attention of the FBI, SEC and other local authorities is greatly appreciated – yet to date, has gone surprisingly unreported by the media. This letter is designed to simply put your long-time cooperation on the record.

I want to note three specific incidents where your proactive investigative help proved especially beneficial in the formalizing of law enforcement's involvement in this case. First, and relating to the FBI, your ability, with little notice to secure from the Santa Ana office of the FBI, a "wire" which was then brought to the home of one of the Pacific Wealth Management investor victims, and then immediately showed them how to operate the device which then enabled an accurate recording of the warrants and representations made at that certain investor meeting which took place in August of 2006 at the Marie Calendars in Temecula. This is important because the alleged perpetrators of this fraud were careful not to use offering memorandums or other in-writing documentation. Your assistance of securing, for the record, their claims about huge investor returns was made possible through this recording.

Secondly, other various documents you were able to provide the authorities relating to Mr. James Duncan's previous activities as partly recorded in an October, 2003 article in the Press

Barry Minkow - Fraud Discovery Institute
July 24, 2007
Page 2

Enterprise, but also include evidence of how Mr. Duncan, in the past, ostensibly hypothecated offering memorandums from other now proven investor frauds and sold these investment "deals" as if they were his offerings.

Thirdly, the work you continue to do with the current victims of this case in helping them secure usable evidence for the authorities and talking them through various ways to recover their losses has provided a huge moral boast for many of the victims. In fact, some of the victims have actually been able to recover some of their losses based on your input. All this and the Fraud Discovery Institute has received no fees whatsoever nor have you or FDI ever asked for any.

On behalf of the hundreds of affected investors of the Pacific Wealth Management debacle, I want to thank you for your help and encourage the continuing work of the Fraud Discovery Institute. Having you on our side is one unknown variable no perpetrator could have planned for.

Most respectfully,

ACKERMAN, COWLES & LINDSLEY

RICHARD D. ACKERMAN