UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BARRY MINKOW,

    Defendant.
_____/

## MOTION TO CONTINUE SENTENCING

    COMES NOW, the Defendant, BARRY MINKOW, by and through his undersigned counsel and hereby files this Motion to Continue Sentencing and states unto the Court as follows:

    1. The Sentencing hearing in this matter is currently scheduled for Thursday, July 7th, 2011 before the Honorable Patricia Seitz.

    2. Yesterday, June 30th, 2011, undersigned counsel received a Revised PSI, Addendum, and two letters concerning Barry Minkow from Senior U.S. Probation Officer Janice S. Smith.

    3. One of these letters is written on behalf of the Community Bible Church. This letter contains material which may negatively impact sentencing. This new information is conclusory and makes numerous allegations referring to reports and studies which were provided and which undersigned counsel hasn't seen any evidence to support. Undersigned counsel would need ample time to review various records, reports, check, and possibly solicit letters.

4. Today begins the long 4th of July holiday weekend. Counsel does not have sufficient time to confer with the Defendant who resides in Tennessee, as well as to prepare and respond to this letter by sentencing on Thursday of next week.

5. Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, reasonable time must be afforded to Defendant to respond to new allegations contained for the first time in the Probation Office's Revised Presentence Report. Defendant has not even received the normal seven (7) day time period permitted under the rule, had the revised report containing nothing but previously unresolved issues. Defendant would require an additional thirty (30) days to respond to wholly new claims asserted in the Revised Presentence Investigation Report.

6. Therefore, the Defendant respectfully requests that sentencing currently scheduled for July 7th, 2011 be continued until the week of August 8th, 2011.

7. Undersigned counsel is scheduled to be in the US Virgin Islands on August 3-5 in the case of United States v. Dwayne Dennis, Case No. 11-CR-00002-RLF-GWC.

8. Undersigned counsel has conferred with Assistant United States Attorney Cristina Perez-Soto who stated the Government has no position and will defer to the Court.

WHEREFORE the Defendant respectfully requests this Honorable Court grant the relief requested herein and any other relief this Court deems just and proper.

    Respectfully submitted,

    ENTIN & DELLA FERA, P.A.
    110 SE 6th Street
    Suite 1970
    Fort Lauderdale, Florida 33301
    Telephone:  (954) 761-7201
    Facsimile:   (954) 764-2443

    By:   s/ Alvin E. Entin
        ALVIN E. ENTIN
        Fla. Bar No. 127027

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 1st, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

AND:

JANICE S. SMITH
SENIOR U.S. PROBATION OFFICER
400 North Miami Avenue, Ninth Floor South
Miami, Florida 33128

                                                        s/ Alvin E. Entin