UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY MINKOW,

        Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This matter came before the Court on Defendant's Unopposed Motion to Continue Sentencing [DE 23]. The Court having considered the Motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The sentencing is continued to **July 21, 2011** at 8:30 a.m. *No further extensions.*

DONE AND ORDERED in Miami, Florida this 5th day of July, 2011.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation