

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
11TH FLOOR
5670 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90036-3648

DIRECT DIAL: (323) 965-3892
FAX NUMBER: (323) 965-3812

June 30, 2011

**VIA UPS**
Judge Patricia A. Seitz
United States District Judge
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812

Re:    U.S. vs. Barry Minkow, Case No. 1:11-Cr-20209-PAS-1

Dear Hon. Seitz:

    I am an attorney in the Enforcement Division of the Securities and Exchange Commission's Los Angeles Regional Office. This will confirm that Barry Minkow, whose sentencing hearing in the above-referenced matter is scheduled for July 7, 2011, provided our office with information that led, in part, to the filing of the following civil injunctive actions by the Commission:

    *SEC v. James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Case No. CV03-9354-JSL (VBKx) (Central Dist. Cal.)* December 22, 2003. On October 5, 2006, the Court entered a Final Judgment against Lewis, ordering him to disgorge more than $160 million in ill-gotten gains and prejudgment interest thereon. Lewis was also prosecuted criminally for the same conduct – *USA v. James Paul Lewis, Jr., Case No. 8:04-Cr-00016-CJC-1 (Central Dist. Cal.).*

    *SEC v. Ohana International, Inc., Financial Solutions, and Christiano Hashimoto, Case No. ED-CV-04-01386 (SGL) (Central Dist. Ca)* November 3, 2004. The Court entered a final judgment against Mr. Hashimoto on July 15, 2005, ordering him to disgorge more than $18 million in ill-gotten gains and prejudgment interest thereon. A related criminal matter – *U.S. v. Christiano Kawika Hashimoto, Jr., Case No. 5:09-Cr-00089-VAP-1 (Central Dist. Cal.)* -- is currently pending against Mr. Hashimoto.

    *SEC v. Par Three Financial, Inc. and Melvin D. Ruth, Case No. 05-80779-Civ-Hurley/Hopkins (Southern Dist. Fla.)* August 25, 2005. A consent judgment was entered against Ruth on December 16, 2005; after Ruth died, the Commission withdrew its claim for disgorgement and the Court entered final judgment against Ruth on April 17, 2009.

    *SEC v. Charis Johnson, LifeClicks, LLC, and 12daily Pro, Case No. CV-06-01018-NM (PLAx) (Central Dist. Cal.)* February 21, 2006. The receiver ultimately determined that the

June 30, 2011
Page 2

defendants had raised almost $500 million from more than 300,000 investors worldwide. (*See* Second Interim Report, filed April 20, 2007.)

    *SEC v. AOB Commerce, Inc.; AOB Asia Fund I, LLC; and Terchi Liao a/k/a Nelson Liao, Case No. CV-07-4507-CAS (JCx) (Central Dist. Cal* July 12, 2007.*).* The Court entered a final judgment against Liao on November 24, 2008, ordering him to pay almost $2.2 million in disgorgement and prejudgment interest.

Sincerely,

*Peter Del Greco*

Peter F. Del Greco
Staff Attorney
Securities and Exchange Commission

cc:    Donald Re
       AUSA Cristina Perez Soto
       AUSA Ryan Dwight O'Quinn
       Rosalind Tyson

Pastor Gene French  
San Diego California  
July 1, 2011

Honorable Judge, Patricia Seitz

Regarding: Barry Minkow

Your Honor:

I am the retired senior pastor of Community Bible Church located in San Diego California. I have been in the ministry for over 50 years.

After announcing my retirement approximately 14 years ago the board of Elders conducted a pastoral search, after several months' of candidate interviews the board accepted the candidacy of Barry Minkow, who became the new senior pastor and has held that position for 14 years.

Approximately 10 years ago the board of Elders called me back to do some consulting for the church in pastoral organization and administration. I was asked to work with Barry to meet with him to strengthen his skills in working with the staff to develop the ministry of church outreach and vision.

Pastor Barry and I met weekly to develop his ability to work with the staff, concentrating on planning, challenging, and inspiring his growing staff to be effective in their respective ministries. The duties that we focused on included all aspects of church growth except the area of being involved with church finances.

The board, staff, and congregation remarked how pleased they were in the leadership progress of Barry during this time of mentoring.

I believe the spiritual bond between Barry and I grew stronger and in the areas of our mentorship he showed great progress.
I continue to believe that this spiritual bond is still there and I want to offer my services to the court, that if I can be of any help in any rehabilitating ministry for him, I am more than willing to make myself available to Barry. He has a remarkable gift that has been and can be used to help people, if for some reason he got off track in one area of his life, I believe that just as he responded to "staff leadership" he will respond to other areas of need.

Thank you for your consideration.

Gene French  
760 630 6566  
gsfrench@aol.com

A. Kelley Shooter

14405 Caminito Lazanja

San Diego, CA 92127

June 22, 2011

Judge Patricia A. Seitz
U.S. District Court for the Southern District of Florida
301 North Miami Avenue, 5th Floor, Courtroom 5
Miami, FL 33128

Re: In the matter of Barry Minkow

Your Honor:

I have attended San Diego Community Bible Church for approximately five years, along with my wife, Barbara, and son, Grant. In that time, I have come to know Barry Minkow, his wife, Lisa, and sons, Robert and Dylan, as valued friends of our family.

We came to know Barry and his family as a result of their reaching out to us in a time of crisis. Our family was literally falling apart, as we struggled to diagnose and treat our teenage son, who was dealing with what was eventually determined to be extreme OCD (Obsessive-Compulsive disorder). Barry helped us find treatment and counseled us back together as a family. So successfully, in fact, that when it came time for our son to leave for college, he did not want to go without my wife and me. Again, Barry stepped in and counseled Grant to go to college without us. With constant encouragement and communication from Barry, Grant was able to make the Dean's List and the Varsity Tennis Team in his first year of college.

We all love Barry and will be forever in his debt for what he has done for our family.

Sincerely,

A. Kelley Shooter

Barbara Shooter

14405 Caminito Lazanja

San Diego, CA 92127

June 22, 2011

Judge Patricia A. Seitz
U.S. District Court for the Southern District of Florida
301 North Miami Avenue, 5th Floor, Courtroom 5
Miami, FL 33128

Re: In the matter of Barry Minkow

Your Honor:

There is nothing more heartbreaking for a mother than to see her child in pain and struggling. When someone goes out of their way to help, mentor, comfort and counsel your child, it has an incredible – and indelible – impact.

Barry Minkow is one of those "angels" who, for whatever reason, selflessly came alongside our son, Grant, who was struggling with *severe* OCD and depression, and "walked the walk" as a friend and pastor. Our family survived some *very* rough times, and our son just successfully completed his freshman year of college. Grant considers Barry a good friend – one who stood by him when others did not. In all honesty, I don't know where our family would be today had it not been for Barry's friendship, compassion and counsel.

In addition to our very personal story, I would also like to emphasize that Barry, as well as his wife, Lisa, are extremely generous in time and spirit with everyone they encounter. Our church is probably the most diverse you can imagine - economically, racially, culturally. Attendees run the gamut from the homeless to business professionals, politicians and athletes, and everything in between. My husband, son and I knew we were in the right place from the moment we started attending San Diego Community Bible Church more than five years ago when we observed how committed, welcoming and inclusive Barry and Lisa were to everyone who walked through the doors – certainly in great contrast to other churches we had attended previously.

Our family has been greatly blessed by our friendship with Barry and Lisa, and we will always be extremely thankful for their role in saving our son and our family.

Sincerely,

Barbara Shooter

Grant Shooter

14405 Caminito Lazanja

San Diego, CA 92127

June 27, 2011

Judge Patricia A. Seitz
U.S. District Court for the Southern District of Florida
301 North Miami Avenue, 5th Floor, Courtroom 5
Miami, FL 33128

Re: In the matter of Barry Minkow

Your Honor:

I first met Barry when I was just beginning high school (I just finished my freshman year of college). He was the guest speaker at a men's breakfast meeting, and I was the only teenager there. Although Barry didn't know me, he went out of his way to make me feel very welcome.

Barry also helped me through a *very* tough time later in high school. He was extremely generous with his time and made a real effort to keep in touch on a regular basis. Barry was the first to say that we are all sinners and sometimes we fall short of God's expectations for us. I don't know if I would have gone on to a successful first year in college if Barry hadn't stood by me when I was struggling.

I value his friendship greatly and will always be thankful for his time, love and support.

Sincerely,

Grant K. Shooter

June 20, 2011

Honorable Patricia A. Seitz
United States District Judge
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812

Re: Barry Minkow

Dear Judge Seitz,

I first met Barry Minkow on Christmas Eve in 2004 while he was the senior pastor at Community Bible Church. As a result of his teaching, our family joined the church. My husband and son both came to faith through Barry's messages and Barry baptized my son and me. Because of his love and support as a pastor, he has become a dear and beloved friend over the past six years.

What truly cemented our deep love for him was his continued concern and love as we experienced the death of three family members in a 13 month period. One of those losses was my father. This loss in particular caused me to spiral into a deep pit of utter despair and depression, even contemplating suicide. Barry's continued daily support during this period of time literally helped save my life. And through his continued love, I was able to endure yet another loss, the death of my sister, 16 months after my father. Barry has been an anchor of support for our family during one of the most difficult life experiences we have ever faced. His unwavering support helped us grow and become stronger. And as a result, we now reach out to those in grief through a grief recovery support group that has helped countless others. So Barry's love and kindness continues to reverberate through many lives to this day.

I understand he has pled guilty to charges in which he must face the consequences. I respect the fact that he has admitted his wrongdoing and is truly sorry for what has happened. He has told us this on several occasions. I believe he is remorseful and has already learned and grown greatly from this experience. That is one reason why I am asking for your leniency in his sentencing. The second reason is in consideration of his young twin boys who are at an age where they desperately need their father. I have seen firsthand what a loving and devoted father Barry is to these precious boys. It is a father's imprint that shapes his family and children during these younger years and helps mold them into the adults of tomorrow. These two special boys need Barry in their lives as much as possible right now. So, I plead for these boys as one who no longer has a father but knows how I was molded and shaped by my dad as a child into the woman I am today.

I think of what Jesus asked his Father in Gethsemane, "Take this cup from me. Yet not what I will, but what you will." I know Barry's fate is in God's hands and respectfully ask that you consider the least amount of time possible for him to be incarcerated so he and his sons and wife can move forward and put this behind them.

Respectfully yours,

*Patricia Rusheen*

Patricia Rusheen

11690 River Rim Rd.
San Diego, CA. 92126

June 20, 2011

To:  Judge Patricia Seitz

Re: Mr. Barry Minkow
     Request for leniency

Dear Judge Seitz:

I am writing this letter as a character witness to Mr. Barry Minkow and a request for leniency in his sentencing. I have known Mr. Minkow for approximately eight years as a member of Community Bible Church. During that time, I was able to get to know him well on a personal basis. Comically, I have known "of" Mr. Minkow for over thirty years, having taken a fraud prevention course in which Mr. Minkow was the main case study.

I am a CPA with a background in publically-traded companies. I have over 35 years' experience as a public accountant. Over that time, I have seen hundreds of scams and scam artists. Mr. Minkow may well be guilty of a lot of things, but he is NOT a perpetual scam artist.

With respect to the "insider trading" case, I readily admit that I don't know all of the facts. But I could certainly make a case that "all" investors use whatever advantage they have to invest for profit. By definition, such profits result in losses to someone else. Furthermore, I would allege that all stock-trading companies use whatever" insider knowledge" they have to advance their own profits. Yet nobody would ever accuse them of insider trading.

I am not here to condone the case against Mr. Minkow. The facts have already been adjudicated. I am here to point out that Mr. Minkow is a powerful force for good, despite his errors in judgment. His tenure as a senior pastor brought healing in so many ways. He avidly supports racial healing. He staunchly supports political neutrality. His love for his fellow man is demonstrated continually and effectively. I can count on one hand the number of truly caring people on this earth and Mr. Minkow is one of them. His conversion is NOT fake. His moral virtues are real. I've seen him go years without a church salary so that others could stay on staff.

Mr. Minkow is facing a punishment far greater than you can imagine. He has lost his church. He has lost his purpose in life. He is now a victim of all the scorn a failed pastor experiences with self-righteous people and internet blogs slamming him repeatedly. He will never be given another position of trust. He owes $500 million. And yet, his Christian passion is the glue that holds so many of us together. In my opinion, while incarceration is intended to be a punishment as well as rehabilitation, his own fall from grace is far more devastating. Any incarceration will be far more detrimental to his wife and children, and even to those of us who rely on his counsel.

Mr. Minkow's passion for impacting our society in a positive manner far exceeds any risk that he might harm it. In my opinion, incarceration serves no purpose in this case, punishes others unfairly, and delays the time when Mr. Minkow can once again be a force for good.

Respectfully submitted,


Dennis La Vorgna, CPA
9330 Scranton Road, Ste 150
San Diego, CA 92121



June 30, 2011

The Honorable Judge Patricia Seitz

In my sixty six years, I believe I have learned a lot, done well in business and have a wonderful family. Not until I met Barry Minkow a little more than six years ago, did I know the true meaning of this life we live and the positive impact embracing God has on a person's life.

As a member of Community Bible Church in San Diego and faithfully attending Pastor Barry Minkow's weekly service I have the privilege of knowing Barry Minkow very well. I have personally observed his love and kindness toward all people he has encountered over this past half dozen years. I have never met an individual who has exhibited the "genuine love" we are supposed to have for one another like Barry does.

He continually goes out of his way to assist others and be there for them when they need it. He is never too busy and always gives of himself for others. The lives he has touched preaching the word of God, coupled with his compassion and ability to comfort people is unparalleled.

As a former Chief Marketing Officer for a major securities firm, I appreciate the law and the position you are in. None of us know all the facts in this case and we never will.

I just ask you to consider the entire picture of this man, who is truly a son of God, prior to passing judgement. If you can exhibit 10% of the compassion Barry has for others, then I know you will do the right thing.

It is a privilege to know Barry Minkow and I will always consider him to be a friend.

God bless you.

Sincerely,

Jim Blazer
Executive Vice President

JB/mk

3028 Fifth Avenue • San Diego, CA 92103 • 619-543-9891 • 619-543-9321 (FAX)
www.mcabermel.com

Janice S. Anderson
11835 Carmel Mountain Road, Ste. 1304-151
San Diego, CA 92128

June 30, 2011

To: The Honorable Judge Patricia Seitz

I have known Pastor Barry Minkow for six years. He is a very caring man devoted to God and teaching others the Bible.

I have had some devastating personal family issues and Pastor Barry was always there for me every step of the way with concern and empathy. He is a genuine total caring person and a wonderful family man.

Please show leniency on this very kind, kind man who has made a mistake. He is loved and needed by so many of us.

Sincerely,

Janice Sue Anderson

Leslie Nathan
12254 Cornwallis Square
San Diego, CA 92128

July 1, 2011

To: The Honorable Judge Patricia Seitz

I attended several of Pastor Barry Minkow's sermons and I thought he was kind, sincere and compassionate. My sister, who is a member of his church, went through some very difficult times and he was always there for her and did all he could to help her.

I don't know the details of this case, but I hope you will consider, prior to sentencing, all the good he did and the lives he changed for the better.

Sincerely,

*Leslie Nathan*

Leslie Nathan

Byron & Amanda Zuniga

9949 Scripps Westview Way, #135

San Diego, CA. 92131

858 243 1087

June 28, 2011

**Honorable Judge Patricia Seitz:**

Your Honor,

This letter comes to you in reference to our Pastor Barry Minkow. We have known our pastor, as a friend, mentor, and spiritual advisor for over 12 years now. As a friend Barry opened extended open arms to us when we attended his parish for the first time, by inviting us to dinner at his house. As a mentor Barry has been a source of help to us in so many ways that would consume this letter with many, many pages of testimonies. And as a spiritual advisor, Pastor Barry and his wife Lisa have been a true source of inspiration, strength and hope in our lives.

As I grew and matured spiritually, I was soon elected to the elder board and subsequently became Barry's boss. This position I held for six years.

Pastor Barry has been a leader in our community, city and county in which we live. His tireless energy has involved him in many different aspects that have contributed to the success and growth of the community in which we live, which is composed of military, public and private citizens in an area where there is both peace and harmony.

Pastor Barry has devoted a lot of his time, particularly in the area of doing charitable works as well. One such work that we especially remember our pastor is his involvement with an orphanage called City of Angeles located in neighboring Tijuana. Food and other provisions were delivered to this organization weekly. He has also been involved in many other charitable

works including prison ministry, ministry to the military, local universities, and most importantly, ministry to those who cannot help themselves.

We are quite aware of the severity of the crime that he has committed, yet we pray the court's mercy in allowing our pastor to remain in our community where he has made a difference. This is true restorative justice that is best served for such a friend, mentor and spiritual advisor.

Sincerely,

Byron & Amanda Zuniga

Derek F. Latimer

11663 White, #8

Adelanto, CA, 92301

760 780 5174


Judge Patricia Seitz


Your Honor,

I am writing this letter on behalf of Pastor Barry Minkow. I personally have known Pastor Barry and his family for over 10 years. I first met Barry at his church, and the thing I remembered about him, was his personal warmth and sincerity towards me and other first time visitors. Even the parishioners in his church emulated the same genuine love towards me, and I believe that this is the best reflection of what Pastor Barry is all about, in loving others.

Pastor Barry is also a very giving person. In fact he has spent many hours of his personal time committed to helping those who are without, through working for many charitable organizations. He reaches out and supports the homeless and seniors, helping them with food, clothing, and other basic necessities in life. Pastor Barry's work toward helping others has been his passion for most of his life.

It is my prayerful hope that the court will look favorably toward what Pastor Barry has done, and give him the chance to continue to do what he does best, helping others to help themselves.


Sincerely,


Derek Latimer

June 30, 2011

Re: Barry Minkow

The Honorable Judge Patricia Seitz:

Since the late 1990's; I have known Barry Minkow and count him as a friend. My contact with Barry was the result of my company doing business with Barry as the Pastor of San Diego Community Bible Church. Over the next 10+ years, I did business with Barry and developed a personal friendship with him as well.

While Barry's past was well known, my experience with Barry was always straightforward and he carefully guarded against even the appearance of wrongdoing. Our company never had any problems in working with Barry.

In 2003, I had the honor of writing a personal letter for Barry and Lisa attesting to what I knew of their strong qualifications to be parents as they went through the adoption process. They adopted Robert and Dylan shortly thereafter. To the best of my knowledge, both Barry and Lisa continue to be outstanding parents and are raising their boys in an exemplary manner. They have shown special concern for their boys' special education needs and have gone to great lengths to ensure these needs were met in the best way possible.

As you by now suspect, the reason for my note is to ask that, within the boundaries of your sentencing discretion, you mercifully give Barry the minimum amount of jail time mandated by the law. While having stringent parole oversight would certainly be wise, I don't believe having Barry in prison for the longest possible time will serve our society in a positive way. I hope you are able to allow him to pay his debt to society in a closely monitored parole framework.

Thank you for considering my opinion about Barry Minkow.

Jim Litchfield
14700 Firestone Blvd, #111
La Mirada, CA 90638
714-994-6000