UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARRY MINKOW,

    Defendant,
_____/

## SECOND NOTICE OF FILING CHARACTER LETTERS

COMES NOW the Defendant, BARRY MINKOW, by and through his undersigned counsel and hereby files the following documents in support of the above-styled case.

- Additional character letters written on behalf of the Defendant, Barry Minkow in support of his Sentencing scheduled for July 21, 2011, before the Honorable Patricia A. Seitz, attached hereto as Exhibit "A".

    ENTIN & DELLA FERA, P.A.
    110 Tower, Suite 1970
    110 Southeast Sixth Street
    Fort Lauderdale, Florida 33301
    Telephone   (954) 761-7201
    Facsimile:   (954) 764-2443

    By:___/S/ Alvin E. Entin_____
        ALVIN E. ENTIN
        Fla Bar No.  127027

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

         s/ *Alvin E. Entin*