Dear Judge Seitz,

I am writing in reference to the pending sentencing of Barry Minkow and appreciate your taking the time to consider my thoughts on the matter.

While I'm sure there may be many people who have written you eloquent letters of how Mr. Minkow has been a life saver to them or a family member or how he has inspired them to greatness, and I'm sure those sentiments are all heart-felt and genuine, that's not my intention. I don't wish to minimize the solemnity of Mr. Minkow's actions that have lead him to face the position he is finds himself in today.

I would ask that you consider the impact of incarcerating Mr. Minkow, for what I understand to be a maximum of five years. This maximum sentence, while meeting the federal guidelines for his case, seems to be severely counter-productive to not only the victim of the conspiracy, but also to the country as a whole.

I am not suggesting that Mr. Minkow should not be punished/rehabilitated for his actions, but I propose that simply locking him away for five years without the ability to be a contributor to society, rather than another leech of its resources, is not the best solution. Besides the obvious cost to tax payers to pay for his incarceration, please consider the following:

1. In the five-year time period prior to his involvement in the Lennar debacle, Mr. Minkow played a key role in uncovering over 1.5 Billion dollars in fraud in 22 separate cases. Many victims found closure and some restoration, and many schemes were stopped, most resulting in some sort of conviction or otherwise legal intervention. If Mr. Minkow were allowed to continue in this work, in the investigation of and education against fraud, how much more good could he do for the public interest in these next five years than if he is simply locked away?
2. His twin sons have severe dyslexia, as I'm sure the court is aware. This disability, when combined with their father being absent from their lives for the next five years, will likely result in our society having to care for them, either in the justice system or welfare system, for the rest of their lives. Mr. Minkow should bear the burden of caring for and providing for his children, not the government.
3. The victim of Mr. Minkow's conspiracy, Lennar Corporation, regains nothing financially with his incarceration. I suggest there is a way for Mr. Minkow to be able to benefit the company in some real, tangible way by, perhaps, working with Lennar's legal team in their efforts to prevent fraud within their company.

I recommend the sentence be some sort of strict house-arrest including a drug rehabilitation program, allowing Mr. Minkow to continue his proactive uncovering of fraud, care for and help teach his children and work in some meaningful way for Lennar. With supervision and strict guidelines, I feel Mr. Minkow will be punished for his actions without resulting in a further drain on resources.

Respectfully submitted,


Shannon Boelter

LAW OFFICES OF
# CHRISTOPHER E. GRELL

The Leamington
1814 Franklin Street
Suite 501
Oakland, CA 94612
(510) 832-2980
Fax: (510) 832-2986
grell@lawofficeofcgrell.com

July 12, 2011

The Hon. Patricia Ann Seitz
U.S. District Judge
301 No. Miami Ave. 5th Floor
Miami, FL 33128

Re: Barry Minkow Pre-Sentencing

Dear Judge Seitz:

My name is Christopher E. Grell. I am a consumer advocate with an AV/AV Pre-Eminent rating as an attorney for the past 25 years.

As stated in Barry Minkow's pre-sentence report, I am also Mr. Minkow's current employer.

I met Mr. Minkow a number of years ago when he and I were working together on a case to try and expose the questionable business practices and harmful dietary supplements that were sold under the Herbalife brand name.

Since then, we became friends on both a professional and personal level. When I heard what had happened, I did not hesitate to offer Barry Minkow a position in my office as an investigator/paralegal.

As I told his probation officer, Mr. Minkow's work product has been excellent. The fact I pay him only $10.00 an hour is not a reflection of his value, but rather a sign of the times, as well as my own office's financial standing given the medical problems that I suffer and continue to suffer from.

In short, hiring Mr. Minkow in the face of all that is and was going on, was more an attempt on my part as a friend to keep his mind occupied on something other than the demise of a church congregation he worked 14 years to build, the $583 million he now owes to Lennar Corporation after agreeing, voluntarily, to sign the abstract judgment and his family and how they will deal with his absence.

In fact, if Mr. Minkow were not imminently headed to prison for a certain amount of time, I would pay him a much larger salary and his duties and responsibilities, under my direct supervision, would be greatly expanded. Thus, I hope this letter at least negates some of the negative tone of the comments made in his pre-sentence report by showing my intent behind the hiring, the wage being paid, as well as Mr. Minkow's ability to secure gainful employment.

Another point I would like to make and, you must forgive me as criminal law is not my forte, is Mr. Minkow's comprehensive cooperation with various federal authorities in the uncovering of many, many financial fraud cases over several years. Since we are friends, I followed his work with

- 2 -	July 12, 2011

great interest since his cooperation is *not* likened to, as an example, a witness to a bank robbery telling the police that the assailant was wearing a black hat and a red trench coat as they escaped out the rear door of the bank, but rather, in each of these cases, detailed – multipage reports – with the opinions of outside experts; offering memorandums, banking information of the perpetrators to allow authorities to execute specific subpoenas on specific financial information; investor [victim] names and phone numbers; and even in some of those cases, life threatening undercover operations monitored by federal authorities.

In fact, when I last saw Mr. Minkow in May in Sacramento (I drove from Oakland to see his testimony), he was in Federal Court testifying as a key government witness in the Money Growth Solutions fraud case that he aided in uncovering. During direct examination, Mr. Lapham, the AUSA, confirmed to the jury that Mr. Minkow had help uncovered about 1 billion in financial fraud in some 22 cases that he worked on.

In my opinion, if you take the figure of Mr. Lapham's and subtract the Lennar victim impact that Mr. Minkow did not try to dispute, am I naïve to assume Mr. Minkow is still "up" in terms of his contributions and paybacks to society? Of course, we both know things are not that simple and the government will tell you without blinking that Mr. Minkow receiving 5 years was his "break", but I do not think that comes even close to the truth.

The five year maximum (and this is not my field of expertise) appears to have been given to Mr. Minkow because he (1) admitted guilt early and therefore strengthened the government's theory of the case and (2) he is, has and will continue to honestly and painfully cooperate with the AUSA's office in hopes that the more culpable of the defendant(s) are brought to justice.

I guess what I am saying is I am not aware of a single individual and I would challenge the government to provide you with a single individual or company who has assisted in more white collar financial fraud cases that have led to convictions and/or SEC "shut downs" than Mr. Minkow. That being said, I would think that this alone is worthy of some kind of consideration at sentencing? I can only hope that this will be the case.

Thank you for listening, your honor. Although I do not practice law in Miami, I hope that one day I might meet you in a more professional setting so that you can decide for yourself as to my sincerity in hoping that Barry Minkow's past good works, will be taken into account for his present action and at his sentencing.

Thank you.

Very truly yours,

LAW OFFICES OF CHRISTOPHER E. GRELL

By: _____
Christopher E. Grell

CEG:kay

The Honorable Judge Patricia Seitz

Federal District Court

Miami, Florida

Sent by email directly to: Mr. Alvin Entin, Esq

aentin@hotmail.com

Dear Judge Seitz;

I have been married to Barry for the last almost 10 years and I have purposely waited until only a few days before sentencing to write you this letter. I wanted to first provide you with a little background about myself before addressing a few key issues as I realize that Barry is not this court's only case. I was adopted from birth and grew up on the east coast before moving west when I was 13 years old to Orange County, California and then a year later to Oregon. My father was a brilliant and successful entrepreneur and I grew up in want of little. However, in 1992 my father pretty much lost everything in a bad stock market debacle and now currently resides, along with my mom in Tucson, Arizona. My mom is the toughest old German woman you would ever meet and her and Barry have a very tight bond. My dad is a worrier as he is concerned about me and the boys while Barry is in custody but that only makes him a great dad.

More to the present day, I want to, if I may ask, know how you might feel to one day be the Senior Pastor's wife of one of the fastest growing church's in San Diego where your husband was admired, and I do not say this lightly, as probably one of the very best preaches around. And then the next day, you are in the dog house along with your husband accused of co-conspiring with him and guilty of everything from insider trading to co-mingling church funds. In short although I am not before you to be sentenced, in a way I already have been sentenced. Through emails I have heard things like: "I cannot believe Lisa is staying with Barry during all this as I thought by now she would be long gone." Every time I hear a comment like this it reminds me of how little people know about my husband and frankly the kind of woman my parents raised. My mom survived World War 2 in Germany and her father was killed in Russia during the war and she did not raise any quitters. But your honor sadly there have been a long line of 'quitters' and that is the main reason why I am writing you this letter.

On July 16th, 2010 at 6:33 pm our lives as we knew them came to an end. At the time we did not know it but that was the day the verdict in the Lennar v. Briarwood Capital (Nick Marsch) case came in and my husband's client, Mr. Marsch, lost on ever issue in that civil case. Now here is what no body has told you yet and what I think is so critically important: one year later to the very day--July 16th, 2011 my husband lost another verdict--a much more important one to him and without even being allowed to provide a defense or any evidence that might provide mitigating factors to his behavior.

This July 16th, 2011 verdict did not happen in a court room, but in the very church sanctuary my

husband preached at for 14 years and rarely if every missed a week or took a vacation. In fact, one lady got up in that meeting and asked the Board of Elders to vote out anyone who wrote a letter on behalf of my husband to your court! Ironically, my husband was there for that very lady day and night when tragedy struck her life in early 2000 and when she was in great peril. And then when I saw the canceled checks as the banks forwarded them to us to forward to the court, and they totaled over 1.4 million in just three years, I was livid! I had no idea my husband had given that much money to the church over the very period (2008 to 2010) that he was not taking a salary. But it would appear that none of this sacrificial giving was communicated to the people who my husband served and frankly gave that money to over the years. Only one side of the story was written to the court and conveyed to the church with no mitigating factors and even included factual inaccuracies. But please understand that I am not re-litigating these issues but merely sharing with you my frustration over how all this has impacted me. The meeting concluded on July 16th, 2011 with the church voting to "shun" my husband for not apologizing for what he did. I guess they did not vote to shun me because I must be naive and not know what happened....who knows!

Which leads me to the final irony of all this: it was only a week ago when my husband and I sat in the offices of the Senior and Executive Pastors of our new church home in Crossville, Tennessee and I watched Barry recount the events of the past 14 years at CBC and take 100% responsibility for everything that happened almost to a fault. He did the same thing in May 2011 in federal court in Sacramento, California as a witness in a fraud case he assisted the government in bringing to justice and to which his testimony helped the government secure a conviction. In that testimony he made no excuses and owned all of what he did at the church and provided no mitigating factors there either (I believe Mr. Entin has a transcript of that recent hearing). Also, Barry meets regularly with two pastors at our new church and holds back nothing in confessing his wrong doing and therefore I believe is now on the right path for healthy healing and a new start.

As for the Lennar case, I must admit I do not know the technicalities of the securities laws but I do know this: my husband worked so very hard on the Lennar case and I only wanted to provide you with one point relating to the events that led up to this sentencing. I want to ask you if you know anyone who could possibly film a movie, work on the fraud uncoverings of three publicly traded company's all at once and then preach every Saturday night and Sunday and do so well people would state: "He must study day and night to come up with that kind of sermon every week." And yet as I found out way too late, my husband was on 1,400 mgs of oxycontin each day to help him meet this kind of demanding schedule. Again, this is not an excuse for his behavior but his decision making process was a bit impaired with that kind of drug use and stress and frankly shame on me (and others) for not seeing the red flags. But in my eyes and the eyes of so many others Barry was a uniquely talented man and we all kind of sat back and watched him do the unthinkable. And then he crashed. And after the crash the very people he worked so hard for, left him on the side of the road with nothing.

And what better time for me to make an exit, right? Most every one else has but the operative word there is "most," not all. To that end, I am so thankful for Mr. Re and Mr. Entin and you can

rest assured there will be no motions filed by this family claiming "ineffective counsel." If it were not for these two men, I do not think my husband would have lived through this ordeal. And how many lawyers allow their clients to spend the night at their personal home before sentencing? These are incredible men, your honor and I am so very thankful that God placed both of them in our lives. And then there is Mr. Grell, ironically another lawyer, who gave Barry a job. There was certain leaders from the old church that by their own admission had a "crisis's of conscience" and broke ranks just so this court could hear the other side of the story of what really happened at CBC. There are also reputable spiritual leaders who do know all the facts and embraced both Barry and I like the pastors at our new church home in Crossville. There is Joan Regnier, the toughest, spunkiest 75 year old woman you would ever meet.

There is also Clyde and Jean Thurman in Crossville and countless others who still support and believe in my husband and some of those letters are before you. And I forgot the most important of all these; and that would be me, your honor. After all, when it comes right down to it, what one man do you know, your honor, who can do so much good to the tune of hundreds of millions in fraud uncovering(s) and build a church by working day and night and then simultaneously fail in such a public way as my husband? To me all this means is that he has the potential to do tremendous good and simply needs a woman standing by him with great discernment to prevent him from 'trailing off' again. I submit to this court that contrary to the opinion of some, I make no apologies for being that woman and I say this with full knowledge of all these allegations.

Finally, as you know we adopted our twin boys from Guatemala and they are wonderful. They suffer from dyslexia (severe dyslexia) and I think the government is now recommending my husband surrender 6 weeks or so after sentencing. Their new school, Homestead in Crossville has a great program for them which begins in early August. I humbly ask, as long as it is the standard procedure for cases like my husbands where bail is set via signature, the defendant cooperates and then turns himself in at a set date by the court, that he be allowed to be there with me the first three or so weeks of the boys new school year as they begin the 1st grade for the third year in a row because of their dyslexia. They will be fine but getting that little bit of help before Barry goes in would be great. Might I also ask, your honor, for a prison a little closer to our home so the boys and I can see their dad. Again, only if that is an appropriate request.

Thanks for reading my letter which comes from my heart.

Respectfully
Lisa Minkow

Dear Judge Seitz:

My name is Joan Regnier and I currently reside at 1249 Naranca Avenue in El Cajon, California. I have been an active, serving member of Community Bible Church for the past 4 years as Mr. Minkow was my pastor. I hesitate to write you this letter based on the confidences that it may violate in the process but I figure at this point that it probably does not much matter. But I please ask that you read this letter, your honor, despite how busy you are and I know this is not your only case.

By way of background, I am a 75 year old woman who has acted as the God-mother for Robert and Dylan Minkow, Barry and Lisa's twin boys who are now eight years old. When Barry resigned from Community Bible Church in early 2011, I remembered what he had taught our congregation for years. He would always say that two groups of people show up to the scene of an accident, the police and the paramedics. The police have a duty and a job and it is to assess blame and there is nothing wrong with that in a law abiding society. But not the paramedics. They show up to the scene of an accident and do not care about who is at fault--they are there to bring healing. Now when ywe show up to the scene of a divorce, court hearing or drug overdose, do we come as the police to assess blame or do we come to bring healing? My life has been marked by this teaching.

Our church leadership, and they are all dear, well meaning folks, temporarily suspended their 14 years of Barry's theological training by sending the court a letter filled with half truths and intentional omissions. The entire church body knew about Barry's fraud endeavors and long before Lennar accused him of co-mingling church funds and FDI funds, as a former San Diego City Attorney who was attending the church at the time (2006) made a huge issue of the very same allegations and caused the Board no small hardship for no less than a year. The point is while there preaching Barry could do no wrong but within hours of his departure, when he was no longer able to fill the seats, his conduct suddenly became a reproach. But that is for the lawyers to figure out and not the primary reason I have written you this letter.

I am writing to tell you that I moved in to the home of Barry and Lisa Minkow in Crossville, Tennessee and I want to explain to you why I made this decision. I am not naive nor easily conned and I have a dear son, Bryan, who is 43 years old and he and his wife Marie also attended Community Bible Church and feel the same way about Barry and Lisa as I do. And what was originally planned as a 10 day trip for me to visit Lisa and Barry turned into something entirely different and you need to know why.

There is a couple who live off of the Highway 70 North and their names are Jean and Clyde Thurman. Clyde is 82 years old and dying of cancer. Jean is a sharp, loving and vibrant 76 year old. They have two homes completely paid for and which have been in their families for years-- one on 12 acres and the other home not far from Central Baptist Church--the church Barry and Lisa have been attending in Crossville, Tennessee. How did Barry meet the Thurman's? I asked the same question and what happened was months ago, Barry went to Pastor Billy Kemp and asked to serve the church--not in any public, center of attention teaching capacity but serving in a

capacity that would be doing a task that was so difficult that no one else wanted to do it. Enter Pastor Billy sending Barry to the Thurman's where 12 acres of land had overgrown weeds and grass and trees based on Mr. Thurman's cancer and Jean's inability to handle the 12 acres or even the other property whose lawn was equally as bad. These weeds had grown as high as a person's head when Barry first arrived. In fact, early on one day Pastor Billy Kemp, picked up Barry at the Thurman's for lunch and he looked at all the work that needed to be done and lovingly said: "Are you out of your mind--this will takes weeks."

While in Tennessee visting, Barry said I want you to meet someone. He drove me to Jean and Claude's and I met the Thurman's personally. That's when Jean took my hand and showed me all the 12 acres--the 12 acres now mowed, cleaned, cleared single handedly by Barry. Jean said he came everyday and would not even as much as take a dime for the money he spent on gas for the mowers or the weed eaters or even labor--not one cent. She turned to me and quietly said: "I don't know what I'd do without this young man," she said. "He comes everyday--sometimes with the twins and sometimes without them and simply does everything."

Now his inexperience in all these 'outside endeavors' were not without their setbacks as Jean explained how one day Barry got the mower stuck in a pond but was able to get it towed out (i found that hilarious). For the next 9 days Barry would drive me over after he spent hours working there to visit with Clyde and Jean. A close friendship and bond developed between us all.

I asked Lisa why Barry served these dear people with so much zeal and her answer was absolutely telling: ""Because he can" she said. Please don't miss the significance of that statement, your honor. For years Barry had that pain killer addiction (much to everyone's surprise including mine) and it took its toll on his physical health. But now, well let's just say now, he is probably in the best shape of anyone I know and loves being outdoors doing physical labor. As for the drugs, they are gone and in my opinion gone for good. It was during these visits with the Thurman's that I made my decision. I am moving in with Lisa and the boys while Barry serves his time. We all get along so well and I feel God is calling me to rescue this family from utter tragedy. You see your honor, Barry taught us for years that there are two groups of people that show up to the scene of an accident......

Finally, I asked Barry to solicit letters from the Thurman's, as well as Pastor Scott White or Pastor Billy Kemp from Central Baptist Church who meet with Barry weekly for discipleship and healing, so you would know how well he and Lisa and the boys have plugged into their new home in Crossville, Tennessee but he refused because he felt it could be misunderstood. But I hold out more hope than Barry does for how his conduct of the past 5 or 6 months might be interpreted. And your honor, if you think for one minute that I would be duped into writing you this letter, you have got the wrong 75 year old woman! I wrote this letter because of Jean and Clyde Thurman who want Barry back as fast as you will send him. Back to a world of quite service where there are no spotlights or drugs--just the faint noise of an occasional ambulance passing by Highway 70 North. I understand that the government is recommending Barry to surrender within 60 days. At least this letter will allow you to him that opportunity because on August 12th, 2011, Robert and Dylan begin 1st grade for the third year in a row but this time it is at Homestead Elementary School in Crossville, Tennessee. They are very good with dyslexia and

children with this horrible illness. The first 4 weeks will require Barry and Lisa to meet daily with the first grade teacher so those boys can learn to read. This is so very important and would conceivably work within the 60 day limit and would help the boys adjust.

Thank you for your time.

Humbly submitted by,

Joan Regnier