## American Express Breakdown – Barry

## March – September 2006

| | |
|---|---:|
| Janitorial Supplies | 2,730.29 |
| AWANA | 1,374.86 |
| Internet/Web | 1,388.35 |
| Office Equipment/Software | 7,246.52 |
| Auto/Van | 39.95 |
| Small Group | 550.60 |
| Singles | 1,309.82 |
| Media/DVD | 7,100.89 |
| Publicity/Outreach | 24,246.34 |
| Women's Ministry | 2,726.18 |
| Meals/Ent. | 1,056.16 |
| Books | 1,211.85 |
| Men's Ministry | 778.89 |
| Hospitality | 1,688.51 |
| Venues | 56,683.35 |
| Special Events | 4,260.55 |
| *(3,078.70 Seder/1,181.85 Staff Meals)* | |
| Design Build | 72,692.33 |
| **TOTAL** | **186,085.34** |

# American Express Breakdown – Barry

## October 2006 – February 21, 2007

|  | 2006 | 2007 | Total |
|---|---|---|---|
| Technology | 1594.00 | 1327.00 | 2921.00 |
| Auto/Van | 761.00 | 466.00 | 1227.00 |
| Singles | 7099.00 |  | 7099.00 |
| Publicity/Outreach | 5602.00 | 206.00 | 5808.00 |
| Women's Ministry | 929.00 |  | 929.00 |
| Meals/Ent. | 897.00 | 131.00 | 1028.00 |
| Books | 1298.00 | 409.00 | 1707.00 |
| Hospitality | 672.00 | 482.00 | 1154.00 |
| Sermon Illustration |  | 1695.00 | 1695.00 |
| Missions | 15000.00 | 690.00 | 15690.00 |
| CBF | 3065.00 |  | 3065.00 |
| Bank Card Fees |  | 1500.00 | 1500.00 |
| Storage | 66.00 | 44.00 | 110.00 |
| Children's Min. | 431.00 |  | 431.00 |
| Gen, Supplies | 635.00 |  | 635.00 |
| Care Min. | 228.00 |  | 228.00 |
| **TOTAL** | **38277.00** | **6950.00** | **45277.00** |