Subject:     CBC Elder Meeting
Date:        September 27, 2010

- **Attendees:**
  - Lloyd Brown, Howard Hughes, Pastor Barry Minkow, Tony Nevarez, Mark Soriano, Tom Sorrels Alan Stewart, Byron Zuniga,
  - Byron opened the meeting n prayer at 7:00 PM.
- **Approval of Minutes from Prior Meeting**
  - Byron moved to approve the August Board meeting minutes. Ray seconded the motion and the motion passed.
- **Treasurer's Report**
  - Per Alan, the final financials for the month of August 2010 are still pending review.
  - Alan provided a preliminary summary of the August 2010 financials
    - Income is below projections by $28k/month.
    - Cash balance is low
    - There has been some savings on salaries (Frank, Eric, Joey and Pastor Jim)
  - Tony – The negative $28k/ month is significant and the board should consider taking immediate action rather than waiting 3 months for new budget numbers. Tony is still looking into financial implications of the $28k/ month shortfall.
  - Pastor Barry and Alan will address a letter to the congregation regarding the current financial situation and giving. The letter will also outline actions being considered to reduce costs. The letter will be sent out before the upcoming Sunday.
    - Donuts and Acoustic Café food will be reduced.
    - Giving up office spaces and move offices to main building
    - Eliminate bookstore
    - Eliminating venue space and adding another service is possible
  - Tony:
    - Should staff salaries be cut before cutting missionary funding?
    - Cut a select few missionaries or cut all missionaries?
    - Will work on donut/food reduction with the staff
    - Will advise the staff of letter going out before the upcoming Sunday
  - Lloyd – Expressed strong preference not cut foreign missionary funding. The income of foreign missionaries has already been reduced by the weakening value of the American Dollar.

1

- Tom – If necessary, reduce the incomes of some of the foreign missionaries but do not bring them home.

- **Missions Board**
    - No Missions report

- **Chairman's Report**
    - Accounting of Pastor Barry's Giving
        - Counsel has been engaged to provide advice on situation
        - It is clear that Pastor Barry's giving exceeded what was reimbursed to him
        - Per Alan, the IRS will most likely direct CBC on what areas need to be fixed
        - CBC has already begun this process which will benefit CBC in any IRS interactions
        - It is highly unlikely that any legal issues will come up
        - Costs for legal counsel will be less than $5k.
        - Tony – Issue is closed. Measures have been put in place to ensure proper accounting of any giving/reimbursement transactions by Pastor Barry and Pastor Barry has expressed his remorse to the board.
    - Elder Selection Committee
        - Michael has stepped down
        - Byron's is off
        - Alan and Mark are up for re-election
        - Lloyd has 2 more years
        - Howard and Ray have 1 more year
        - 4 slots available
        - Tony will work with Lloyd to review by-laws because of unusual situation of vacant board slots.
        - Currently 8 board members (without Michael)
        - Preferable to have 9 board members
        - Need to determine what to do with Tony's new dual role as policy maker and policy implementer.
        - Elder Selection committee will be comprised of Tony, Lloyd, 2 men from the congregation and 1 woman from the congregation.
        - Pastor Barry wants Lisa to participate on the Elder Selection Committee.
    - Leases
        - It has been decided to give up the office spaces and keep the venue space.
    - Worship Director

2

- Pastor Barry and Tony will meet with the worship team on Thursday to discuss the interim solution.
- Pastor Barry will determine the direction and philosophy of worship at CBC.
- Brendan Prout will help during the interim period of finding a solution. He will receive a stipend of $250 for each weekend and $150/week for time spend planning and co-coordinating during the week.

- **Senior Pastor's Report**
  - Board members to e-mail Pastor Barry for curriculum if a course he is considering as part of the 2 year Pastoral Program that is underway
- **Pastor Barry closed the meeting in prayer at 8:30 PM.**

3