**ACCOUNT 5593207**



| Chk# 1014 | Amount $2, | | Amount $1,800.00 | Date 2/2 |

| Chk# 1016 | Amount $40 | | Amount $600.00 | Date 2/6 |

| Chk# 1018 | Amount $93.00 | Date 2/3 | Chk# 1020 | Amount $1,487.00 | Date 2/9 |

| Chk# 1021 | Amount $3,000.00 | Date 2/4 | Chk# 1022 | Amount $640.00 | Date 2/5 |

| Chk# 1023 | Amount $2,500.00 | Date 2/9 | Chk# 1024 | Amount $1,500.00 | Date 2/11 |

| Chk# 1025 | Amount $400.00 | Date 2/10 | Chk# 1026 | Amount $600.00 | Date 2/13 |

FPBD40405-0-0000202-0001050 0305

Account:      5593207
Statement Date: 04/02/2009



**107 $6,080.00**

Check 107 — www.DegreeFraud.com, LLC, 9747 Business Park Ave. #218, San Diego CA 92131. Date 3-7-2009. Pay to the order of CBC. $6080.00. Six Thousand Eighty and 00/100 Dollars. 1st Pacific Bank of California, San Diego CA 92121.



**1027 $935.00**

Check 1027 — WWW.DEGREEFRAUD.COM, LLC. Date 2/11/09. Amtek Technologies. $935.00. Nine hundred thirty-five & 00/100. 1st Pacific Bank.



**108 $6,500.00**

Check 108 — 269-041887-020. www.DegreeFraud.com, LLC. Date 3-12-09. Pay to the order of D. Bell. $6500.00. Six Thousand five Hundred only Dollars. 1st Pacific Bank of California. Memo: Perch Building.



**1039 $600.00**

Check 1039 — WWW.DEGREEFRAUD.COM, LLC. 597335909 02-27-09. Cash. $600.00. Six Hundred dollars only. 1st Pacific Bank.



**109 $30,000.00**

Check 109 — 269-038098-020. www.DegreeFraud.com, LLC. Date 20-March-09. Pay to the order of B. McKay. $30,000.00. Thirty Thousand 00/100 Dollars. 1st Pacific Bank of California.



**1044 $21,500.00**

Check 1044 — WWW.DEGREEFRAUD.COM, LLC. Date 2-25-09. Cash. $21,500.00. Twenty one Thousand Five Hundred. 1st Pacific Bank.



**1011 $35,000.00**

Check 1011 — WWW.DEGREEFRAUD.COM, LLC. Date 12-March-09. Lance Badgewell. $35,000.00. Thirty-Five Thousand 00/100. 1st Pacific Bank. 269-038628-020.



**1045 $1,300.00**

Check 1045 — WWW.DEGREEFRAUD.COM, LLC. Date 2-27-09. Cash. $1,300.00. One Thousand three Hundred only. 1st Pacific Bank.

**Account:** 5593207
**Statement Date:** 05/01/2009



1114 $6,300.00



1118 $50.00



1115 $500.00



1119 $293.76



1116 $600.00



1120 $200.00

1117 $533.77



1121 $50.00

Account:        5593207
Statement Date: 05/31/2009



1053 $7,500.00

1058 $1,500.00



1054 $3,000.00



1059 $1,000.00



1056 $2,500.00



1060 $850.00



1057 $2,000.00



1061 $50,000.00

Account:        5593207
Statement Date: 05/31/2009



**1062 $876.88**

**1067 $1,000.00**



**1064 $1,950.00**



**1068 $22,500.00**



**1065 $9,500.00**



**1070 $6,500.00**



**1066 $200.00**

**1137 $1,750.00**

Account:     5593207
Statement Date: 07/03/2009



$17,500.00



1085 $1,500.00



$13,000.00



1086 $2,500.00

Item Image Not Available

$1,250.00



1087 $1,000.00

1082 $400.00

1088 $35.00

Account:     5593207
Statement Date: 07/03/2009



1089 $261.57



1150 $30,000.00



1152 $2,500.00



1154 $500.00

**Account:** 5593207
**Statement Date:** 08/01/2009



1091 $375.00



1097 $8,500.00



1092 $652.00



1098 $3,000.00

1093 $8,800.00

*Item Image Not Available*

1111 $6,500.00

1094 $5,000.00



1157 $5,000.00

Statement Date: 08/01/2009



1159 $2,500.00



72709 $1,150.00



1160 $8,500.00



1162 $2,000.00



72109 $1,250.00

3397

Account: 5593207

Statement Date: 09/02/2009



1211 $151.93

1217 $1,750.00





1212 $1,000.00

1219 $1,500.00



1213 $3,300.00



1214 $750.00

5288

Account:       5593207
Statement Date: 10/01/2009



1238 $100.00



1245 $12,193.38



1242 $15,500.00



1246 $14,110.00



1243 $4,500.00



1247 $20,000.00



1244 $2,000.00



-$750.00                              2692                              01122009

# Front check image not available

-$10,000.00                           2693                              01072009



-$25,000.00                           2694                              01062009

-$26,115.00                           2695                              01082009



-$13,000.00          2696          01092009

# Front check image not available

-$750.00          2697          01062009



-$218.00          2698          01202009



-$20,000.00                          2749                          01292009

-$850.00                          2751                          01262009

-$500.00                          2753                          01272009

-$500.00                          10209                          01022009





Page 3 of 7

-$559.72          2769          02102009

-$26,750.00          2770

-$45,100.00          2771          02132009

-$38,100.00          2772

-$793.00          2773          02132009

-$1,381.00          2774

-$158.11          2775          02182009

-$1,385.00          2776

Page 7 of 7



-$500.00     2804     02202009

-$500.00     2805

-$11,800.00     2806     02242009

-$375.00     2807

-$1,000.00     2808     02232009

-$108.00     2812

-$2,850.00     22009     02242009



## Front check image not available

Page 3 of 8



-$5,000.00          2824          03062009

-$21,000.00          2826

-$10,500.00          2827          03182009

-$9,300.00          2828

-$750.00          2829          03132009

-$353.00          2836

-$170.16          2837          03162009

-$513.74          2838



-$175.00          2857          03172009

-$750.00          2858

-$361.86          2860          03172009

-$100.00          2861

-$2,000.00          2862          03192009

-$1,000.00          2863

-$1,250.00          2865          03252009

-$876.00          2867

Page 2 of 3



-$1,250.00     2887     04082009

-$2,350.00     2888

-$550.00     2889     04072009

-$750.00     2890

-$2,500.00     2891     04062009

-$1,000.00     2892

-$500.00     2893     04172009

-$354.00     2894



-$1,000.00          2897          04222009

-$222.12          2899

-$1,000.00          2900          04272009

-$1,000.00          2901

-$338.65          2902          04272009

-$556.56          2903

# Front check image not available

# Front check image n[ot] available

-$650.00          41609          04162009

-$500.00          41709

Page 2 of 3



-$1,750.00                    2910                    05132009



-$500.00                      2911



-$275.00                      2912                    05192009



-$415.69                      2913



-$567.76                      2916                    05202009



-$12,500.00                   2917



-$1,385.00                    2920                    05262009



-$574.25                      2921

-$448.00   2929   06042009
-$1,100.00   2930
-$1,100.00   2931   06082009
-$2,500.00   2932
-$613.00   2933   06092009
-$5,500.00   2934
-$2,880.00   2935   06102009
-$2,500.00   2936

Page 3 of 4



FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

2986
DATE 7/10/09

PACIFIC BANK

-$1,750.00    2986    07132009

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

298
DATE 7/1?/0?

-$850.00    2987

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

2988
DATE 7/13/09

-$1,111.00    2988    07152009

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

2990
DATE 7/15/0?

-$800.00    2990

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

2991
DATE 7-10-2009

-$11,000.00    2991    07142009

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

2992
DATE 7/21/0?

-$10,000.00    2992

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

2993
DATE 7/7/09

-$242.00    2993    07242009

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

299
DATE 7/20/09

-$125.00    2994

Page 1 of 1



-$12,500.00                    3019                        09222009

-$7,500.00                     3024                        09282009

-$1,002.00                     29844                       09022009

Please wait while we access your image.

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

90-4312/1222

2188

DATE 3-31-2007

PAY TO THE
ORDER OF _CBC_____ | $ 3,000.00

_Three Thousand dollars only_____ DOLLARS

1st PACIFIC BANK   13500 EVENING CREEK DRIVE N., STE. 100
OF CALIFORNIA      SAN DIEGO, CA 92128

AUTHORIZED SIGNATURE

FOR _____

⑈002188⑈ ⑆122243127⑆   5525266⑈        ⑈0000300000⑈

Front

Back

Close

Please wait while we access your image.



**FRAUD DISCOVERY INSTITUTE, INC.**
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

90-4312/1222    3021

DATE 10-15-09

PAY TO THE ORDER OF _CBC_    $ 2500.00

_Two thousand five Hundred_    DOLLARS

1ˢᵗ PACIFIC BANK    13560 EVENING CREEK DRIVE N. STE. 100
SAN DIEGO, CA 92128

AUTHORIZED SIGNATURE

FOR _____

⑈003021⑈ ⑈122243127⑈ 5525266⑈

Front
Back

Close

Please wait while we access your image.



**FRAUD DISCOVERY INSTITUTE, INC.**
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

90-4312/1222

3063

DATE 11/19/09

PAY TO THE ORDER OF   CBC                                              $ 1,500.00

One thousand five hundred                                  DOLLARS

1ST PACIFIC BANK   12500 EVENING CREEK DRIVE N, STE. 100
OF CALIFORNIA   SAN DIEGO, CA 92128

AUTHORIZED SIGNATURE

FOR

⑈003063⑈ ⑆122243127⑆ 5525266⑈

**Front**

**Back**

Close

1/11/10 11:59 AM

CheckImage

Please wait while we access your image.



**FRAUD DISCOVERY INSTITUTE, INC.**
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

90-4312/1222                    3059

DATE  11/17/09

PAY TO THE
ORDER OF   CBC                                    $ 22,000

Two thousand two Hundred fifty only                    DOLLARS

1ˢᵗ PACIFIC BANK   13500 EVENING CREEK DRIVE N., STE. 100
SAN DIEGO, CA 92128

AUTHORIZED SIGNATURE

FOR

⑈003059⑈ ⑆122243127⑆ ⑈5525266⑈

Front
Back

Close



Account:5525266  Serial:2667  Amount:$8,820.00  Sequence:7548555  TR:122243127  TranCode:60  Date:12-23-2008



Account:5525266  Serial:2662  Amount:$9,100.00  Sequence:7538990  TR:122243127  TranCode:60  Date:12-19-2008



Account:5525266  Serial:2629  Amount:$200.00  Sequence:7476500  TR:122243127  TranCode:60  Date:12-10-2008



Account:5525266  Serial:2628  Amount:$250.00  Sequence:7467765  TR:122243127  TranCode:60  Date:12-10-2008



Account:5525266  Serial:2621  Amount:$28,000.00  Sequence:7437680  TR:122243127  TranCode:60  Date:12-08-2008



Account:5525266  Serial:2567  Amount:$13,750.00  Sequence:7459845  TR:122243127  TranCode:60  Date:12-09-2008



Account:5525266  Serial:122408  Amount:$1,250.00  Sequence:84010400  TR:122243127  TranCode:0  Date:12-24-2008



Account:5525266  Serial:2638  Amount:$15,500.00  Sequence:7517450  TR:122243127  TranCode:60  Date:12-17-2008

