

# Front check image not available



## Account: 9485102456



| Date | Serial | Amount |
|------|--------|--------|
| 05/17/10 | No Serial | 750.00 |
| 05/27/10 | No Serial | 400.00 |
| 05/10/10 | No Serial | 4,500.00 |
| 05/11/10 | No Serial | 4,250.00 |
| 05/25/10 | No Serial | 750.00 |
| 05/25/10 | No Serial | 130.00 |
| 05/21/10 | 4001 | 2,500.00 |
| 05/27/10 | 4002 | 1,000.00 |
| 05/06/10 | 9999 | 2,500.00 |
| 05/13/10 | 9999 | 1,250.00 |
| 05/11/10 | 9999 | 200.00 |
| 05/21/10 | 9999 | 1,750.00 |
| 05/25/10 | 9999 | 750.00 |
| 05/12/10 | 9999 | 5,000.00 |
| 05/12/10 | 9999 | 2,500.00 |
| 05/18/10 | 514101 | 1,828.60 |
| 05/18/10 | 514102 | 15.00 |

# E✷TRADE
## FINANCIAL

P.O. Box 1542
Merrifield, VA 22116-1542

**Account Number:** 63523148
**Transaction Date:** 01/15/10
**Check Number:** 1033
**Check Amount:** $-10,000.00

---

**BARRY J. MINKOW**
13983 HICKORY ST.
POWAY, CA 92064

**E✷TRADE**
**COMPLETE**

1033

88-7357/560
01

1-13-2010
Date

Pay to the
Order of __CBC__                           $ 10,000.00

_Ten Thousand dollars only_ _____ Dollars

E-TRADE Bank, Merrifield, VA 22119

For _____

⑆056073573⑆        63523148⑈1033

---

⚠ There is currently no image associated with this record.

Account: 9485102443



10/18/10    No Serial    2,100.00        10/06/10    2053    2,000.00        10/18/10    2054    750.00

10/21/10    2055    2,500.00        10/26/10    2056    833.55        10/26/10    2057    92.67

10/26/10    2058    137.76        10/26/10    2059    118.08

## Account: 9485102430



| 10/18/10 | No Serial | 400.00 | 10/19/10 | No Serial | 850.00 | 10/08/10 | No Serial | 1,500.00 |
| 10/15/10 | No Serial | 1,500.00 | 10/22/10 | No Serial | 2,100.00 | 10/15/10 | No Serial | 1,500.00 |
| 10/22/10 | No Serial | 3,500.00 | 10/21/10 | No Serial | 1,350.00 | 10/15/10 | No Serial | 5,700.00 |
| 10/06/10 | 3071 | 450.00 | 10/19/10 | 3072 | 5,900.00 | 10/19/10 | 3073 | 1,000.00 |
| 10/15/10 | 3074 | 500.00 | 10/19/10 | 3075 | 1,133.56 | 10/22/10 | 3076 | 2,000.00 |
| 10/21/10 | 3077 | 1,250.00 | 10/15/10 | 9999 | 800.00 | 10/29/10 | 9999 | 18,750.00 |

## Account: 9485102456  (continued)



| | | |
|---|---|---|
| 10/04/10  4481  2,000.00 | 10/01/10  4482  500.00 | 10/06/10  4483  7,200.00 |
| 10/12/10  4484  5,000.00 | 10/07/10  4485  3,500.00 | 10/07/10  4486  500.00 |
| 10/13/10  4487  1,050.00 | 10/15/10  4488  2,764.00 | 10/27/10  4489  5,000.00 |
| 10/14/10  4490  1,250.00 | 10/14/10  4491  2,094.00 | 10/13/10  4492  3,500.00 |
| 10/21/10  4493  7,500.00 | 10/27/10  4494  264.01 | 10/27/10  4495  2,500.00 |
| 10/26/10  4496  500.00 | 10/28/10  4499  250.00 | 10/28/10  4500  400.00 |

Account: 9485102443



## Account: 9485102443



| 10/18/10 | No Serial | 2,100.00 |
| 10/06/10 | 2053 | 2,000.00 |
| 10/18/10 | 2054 | 750.00 |
| 10/21/10 | 2055 | 2,500.00 |
| 10/26/10 | 2056 | 833.55 |
| 10/26/10 | 2057 | 92.67 |
| 10/26/10 | 2058 | 137.76 |
| 10/26/10 | 2059 | 118.08 |



This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

Desire Franco                                    0098

DATE 7-31-2009

PAY
TO THE
ORDER OF   CCSC                          $ 26,000.00

Twenty six Thousand dollars only          DOLLARS

CALIFORNIA BANK TRUST

FOR

⑈000098⑈  ⑆122232109⑆  235203774⑈

⑈000098⑈     ⑆122232109⑆     235203774⑈     ⑈0002600000⑈

\*122000166\*
08/07/2009
6623658985

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

08/06/2009
0000650006028Y
[3222748313



Name    Degree Family LLC   73928

Account No.  235203 7741    Date   8-6-09     80-3260/1222
236

Pay to the
Order of    C 8 C                    $ 750.00

Seven Hundel Fifty dollars only    Dollars

CALIFORNIA BANK TRUST
SAN DIEGO PRIVATE BANKING GROUP
8950 LA JOLLA VILLAGE DR., SUITE 100, SAN DIEGO, CALIFORNIA 92122
Connect 1-800-400-6080 www.calbanktrust.com

For   A. 220.

⑆122232109⑆   235203774⑈

⑆122232109⑆        235203774⑈        ⑆00000 75000⑈

*031000011*
09/01/2009
000001354002190

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Document Seq #
090121460311233293344
KNDMTL10
09/01/09

**GRACE TRUCKING ENTERPRISES INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1074

DATE August 31, 2009

PAY TO THE ORDER OF Community Bible Church     $ 2680.00

Two thousand Six Hundred Eighty and no/100 DOLLARS

**CALIFORNIA BANK | TRUST**

FOR

⑆001074⑆ ⑈122232109⑈ 235203782 1⑆

⑆001074⑆ 4⑈122232109⑈ 235203782 1⑈                    ⑆0000268000⑆

Name _Desiree Frank_

Account No. _235203774_

Pay to the
Order of _CBC_

_One hundred thirty five hundred EXP_

Dollars

$ _1,350.00_

Date _9-14-09_

CALIFORNIA BANK | TRUST

SAN DIEGO PRIVATE BANKING GROUP
4225 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CBT Connect 1-800-400-6080  www.calbanktrust.com

90-3210/1222
235

⑆1222032104⑆ ⑈235203774⑈ ⑆000013500⑆

09152009
006 5330189850 0

WFB NA FELD   09142009
4893   04402442004   4
       >1221-0527-8<
5940:   821 ESU 54

*031000011*
09/21/2009
000001759172490

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

Document Seq #
09210001050310550974
KNDMTL16
09/21/09

**GRACE TRUCKING ENTERPRISES INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1326

DATE 09/17/07

PAY
TO THE
ORDER OF _C.B.C_____ $ 2500

_Twenty five Hundred — my/100_ DOLLARS

CALIFORNIA BANK TRUST
SAN DIEGO PRIVATE BANKING GROUP
4660 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CB7 Connect 1-800-400-6080  www.calbanktrust.com

FOR _____

⑈001326⑈ ⑆122232109⑆ 235203782 1⑈

⑈001326⑈ ⑆122232109⑆ 235203782 1⑈          ⑈0000250000⑈

*122000166*
09/29/2009
6123561512

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

09/28/2009  0000771230&958  [122000611]

**GRACE TRUCKING ENTERPRISES INC** 1431
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

DATE 9-28-09

PAY
TO THE
ORDER OF  CBC                                    $ 12,500.00

Twelve thousand five hundred

**CALIFORNIA BANK | TRUST** DOLLARS

FOR  BCN

⑅001431⑅  ⑆122232109⑇  235203782⑈

⑅001431⑅   ⑆122232109⑇      235203782⑈        ⑅000125000⑅

*321270742*
09/29/2009
00000825264331
This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

Name _Degractnau_

Account No _235 203 7741_    Date _9-19-09_

90-3210/1222
235

Pay to the
Order of _C 8 C_                          $ _7,500.00_

_Seven Thousand Five Hundred ely_        Dollars

**C|B CALIFORNIA BANK | TRUST**
TRUST
SAN DIEGO PRIVATE BANKING GROUP
8328 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CSR Connect 1-800-400-6000  www.calbanktrust.com

For _____

⑈122232109⑈   235203774⑈⑉0113

4⑈122232109⑈   235203774⑈⑉0113        ⑉0000750000⑉

PAY TO THE ORDER OF
BANK OF AMERICA, N.A.
FOR DEPOSIT ONLY
PAY TO THE ORDER OF
EVANGELICAL CHRISTIAN CREDIT UNION
SAN DIEGO COMMUNITY BIBLE CHURCH
123420852
ECCU # 204042

WFB LA, CA 09302009
TRACER # 1847  PKT. REJ.
122105278
9580271352 09/30/2009 7533 7 8 12
07279 WELLS FARGO, EL MONTE

WFB LA, CA 09302009
TRACER # 1849  PKT. 021
122105278

↓Do not endorse or write below this line.↓

*122000166*
09/29/2009
6123581511

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

09/28/2009
[12000771230 6957

FRAUD DISCOVERY INSTITUTE INC
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1111

DATE  9-28-09

ID-2210/1222
235

PAY
TO THE
ORDER OF   CBC

$ 12,5000

Twelve Thousand five Hundred only                     DOLLARS

CALIFORNIA BANK TRUST
SAN DIEGO PRIVATE BANKING GROUP
4705 LA JOLLA VILLAGE, STE 100, SAN DIEGO, CALIFORNIA 92122

For  Loan

⑈001111⑈  ⑆122232109⑆  235203790 1⑈

⑈001111⑈     ⑆122232109⑆      235203790 1⑈          ⑆00012 50000⑆

**GRACE TRUCKING ENTERPRISES INC**

1449

9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

DATE 10-9-09

90-3210/1222
235

PAY
TO THE
ORDER OF _CBC_

$ 1,950.00

One Thousand Nine Hundred Fifty only ____ DOLLARS

**CALIFORNIA BANK TRUST**

SAN DIEGO PRIVATE BANKING GROUP
4520 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CBT Connect 1-800-400-6080 www.calbanktrust.com

FOR _____

⑈0014499⑈ ⑆122232109⑆ 23520378 21⑈ ⑈0000195000⑈

*031000011*
11/10/2009
991000754936750

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Document Seq #
011102201078883615957
KNDMTL05
11/10/09

**GRACE TRUCKING ENTERPRISES INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1470

DATE 11/9/09

PAY TO THE ORDER OF _CBC_                    $ 1,315.00

_One thousand three hundred fifteen & 00/100_   DOLLARS

CALIFORNIA BANK | TRUST

FOR _____

"001470"  122232109  235203782

"001470"  4:122232109: 235203782 1"         "0000131500"

---

*031000011*
12/29/2009
991001455231810

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Document Seq #
122919460439704115 61
KNDMTL07
12/29/09

**FRAUD DISCOVERY INSTITUTE INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1261

DATE 12/28/09

PAY TO THE ORDER OF _CBC_                    $ 3620.00

_Three thousand six hundred twenty & 00/100_   DOLLARS

CALIFORNIA BANK | TRUST

For _____

"001261"  122232109  235203790

"001261"  4:122232109: 235203790 1"         "0000362000"

---

*031000011*
11/09/2009
991000258240510

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Document Seq #
011090516030142305786
KNDMTL20
11/09/09

**FRAUD DISCOVERY INSTITUTE INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1211

DATE 11/6/09

PAY TO THE ORDER OF _CBC_                    $ 2,000.00

_Two thousand & 00/100_   DOLLARS

CALIFORNIA BANK | TRUST

For _____

"001211"  122232109  235203790

"001211"  4:122232109: 235203790 1"         "0000200000"

**WWW.DEGREEFRAUD.COM LLC**
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1231

90-3210/1222
235

DATE 11/17/09

PAY TO THE ORDER OF  CBC

$ 225.00

Two Thousand Two Hundred Fifty only                    DOLLARS

**CALIFORNIA BANK TRUST**
SAN DIEGO PRIVATE BANKING GROUP
4350 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CBT Connect 1-800-400-6080  www.calbanktrust.com

FOR _____

⑈"001231⑈"  ⑆122232109⑆  235203774 ⑈"  "0000225000"

*321270712*
11/24/2009
000008256073205

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

11/23/2009
000079126073205
[12200061?

**GRACE TRUCKING ENTERPRISES INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6604                     1479

DATE 11/19/09

PAY TO THE ORDER OF  CBC                                    $ 2,000.00

Two thousand +00/100                              DOLLARS

**CALIFORNIA BANK | Trust**

FOR

⑈001479⑈ ⑆122232109⑈ 235203782 1⑈

⑈001479⑈    ⑆122232109⑈    235203782 1⑈    ⑈0000 200000⑈

---

*321270742*
11/18/2009
000008255122816

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

11/18/2009
000077125551?
[12200061?

**GRACE TRUCKING ENTERPRISES INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6604                     1477

DATE 11/18/09

PAY TO THE ORDER OF  CBC                                    $ 2,500.00

Two thousand five hundred +00/100                 DOLLARS

**CALIFORNIA BANK | Trust**

FOR

⑈001477⑈ ⑆122232109⑈ 235203782 1⑈

⑈001477⑈    ⑆122232109⑈    235203782 1⑈    ⑈0000 250000⑈

---

*122000166*
11/18/2009
6320301818

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

11/17/2009
000077122267?
[12200061?

**GRACE TRUCKING ENTERPRISES INC**
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6604                     1476

DATE 11/17/09

PAY TO THE ORDER OF  CBC                                    $ 3,250.00

Three thousand two hundred fifty +00               DOLLARS

**CALIFORNIA BANK | Trust**

FOR

⑈001476⑈ ⑆122232109⑈ 235203782 1⑈

⑈001476⑈    ⑆122232109⑈    235203782 1⑈    ⑈0000 325000⑈

**E✈ TRADE**

**F I N A N C I A L**

P.O. Box 1542
Merrifield, VA 22116-1542

| | |
|---|---|
| **Account Number:** | 63523148 |
| **Transaction Date:** | 11/25/09 |
| **Check Number:** | 1002 |
| **Check Amount:** | $-2,450.00 |

**BARRY J. MINKOW**
13963 HICKORY ST.
POWAY, CA 92064

E✈TRADE
COMPLETE                    1002

68-7357/560
01

Date  11/25/09

Pay to the
Order of  _CBC_ _____  $ 2,450.00

_Two thousand four hundred fifty + no_  Dollars

E-TRADE Bank, Merrifield, VA 22116

For _____

⑆056073573⑆      63523148⑈ 1002

⚠ There is currently no image associated with this record.

# E>TRADE
## FINANCIAL

P.O. Box 1542
Merrifield, VA 22116-1542

| | |
|---|---|
| Account Number: | 63523148 |
| Transaction Date: | 12/01/09 |
| Check Number: | 1017 |
| Check Amount: | $-1,400.00 |

BARRY J. MINKOW
13983 HICKORY ST.
POWAY, CA 92064

E>TRADE
COMPLETE

1017

11 / 30 / 09
Date

C8-7357/560
01

Pay to the
Order of _C 3 C_____   $ *1,400.00*

_One Thousand Four Hundred and No_____ Dollars

E-TRADE Bank, Merrifield, VA 22116

For _____

⑆056073573⑆      63523148⑈1017⑈

⚠ There is currently no image associated with this record.

16176337 000772

*031000011*
11/10/2009
9910075493b740

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

Document Seq #
11102201078883b1595b
KNDMTL05
11/10/09

000007812797949
[122000661] 11/09/2009

FRAUD DISCOVERY INSTITUTE INC
4770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6604

1212

PAY TO THE
ORDER OF   CBC                                    $ 1,135.00

One Thousand One Hundred Thirty five + 00/100    DOLLARS

CALIFORNIA BANK | TRUST

For

DATE  1/9/09

⑈001212⑈ ⑆122232109⑆ 235203790⑈

⑈001212⑈ ⑆122232101209⑆ 235203790⑈

⑈0005131⑈0000⑈

⑈005131⑈0000⑈

000427

*12587071 21*
12/22/2009
000006253111706

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

00000791285909   12/21/2009
00000613   [12200061]

WWW.DEGREEFRAUD.COM LLC
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1250
90-3210/1222
226

DATE 12/18/09

PAY TO THE ORDER OF   CBC                    $ 2090.00

Two thous and Ninety and no/100 — DOLLARS

CALIFORNIA BANK TRUST

FOR

⑆001250⑆ ⑈122232109⑈ 235203774⑈

⑆001250⑆   ⑈122232109⑈   235203774⑈   ⑆0000209000⑆

---

*031000011*
11/18/2009
991000750251580

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

)
4
)
)  Document Seq #
)11900310706070021 83
    KNDMTL09
    11/19/09
4

00000771226674   11/17/2009
00000613   [12200061]

GRACE TRUCKING ENTERPRISES INC
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1475
90-3210/1222
226

DATE 11/17/09

PAY TO THE ORDER OF   CBC                    $ 2500.00

Two thous and five Hundred xxx          DOLLARS

CALIFORNIA BANK TRUST

FOR

⑆001475⑆ ⑈122232109⑈ 235203782⑈

005949

⑆001475⑆   ⑈122232109⑈235203782⑈   ⑆0000250000⑆

---

*031000011*
11/09/2009
991000258240520

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

)
-
-
4  Document Seq #
)1109051603014230 5787
    KNDMTL20
    11/09/09
4

00000781274197   11/06/2009
00000613   [12200061]

GRACE TRUCKING ENTERPRISES INC
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504

1468
90-3210/1222
226

DATE 11/6/09

PAY TO THE ORDER OF   CBC                    $ 2,000.00

Two thousand + xx/00          DOLLARS

CALIFORNIA BANK TRUST

FOR

⑆001468⑆ ⑈122232109⑈ 235203782⑈

005983

⑆001468⑆   ⑈122232109⑈ 235203782⑈   ⑆0000200000⑆

*122000166*
02/08/2010
6423957084

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

WWW.DEGREEFRAUD.COM LLC
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1264

DATE 2/9/10

90-3210/1222
235

PAY TO THE ORDER OF _Bryan Zuniga_    $ 200.00

_two hundred + 00/100_    DOLLARS

CALIFORNIA BANK | TRUST

FOR

⑈001264⑈ ⑆122232109⑆ 235203774⑈

⑈001264⑈   ⑆122232109⑆   235203774⑈   ⑈00000 20000⑈

---

WWW.DEGREEFRAUD.COM LLC
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1269

oil
per
Barry
Minkow

DATE 2/17/10

90-3210/1222
235

PAY TO THE ORDER OF _Steve Cepurch_    $ 2,500.00

_Two thousand five hundred + 00/100_    DOLLARS

CALIFORNIA BANK | TRUST
SAN DIEGO PRIVATE BANKING GROUP
4250 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA  92122
CBT Connect 1-800-400-6080  www.calbanktrust.com

FOR

⑈001269⑈ ⑆122232109⑆ 235203774⑈

---

*321270742*
02/05/2010
000008255115137

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

WWW.DEGREEFRAUD.COM LLC
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1265

DATE 2/4/10

90-3210/1222
235

PAY TO THE ORDER OF _CBC_    $ 1,000.00

_One Thousand + 00/100_    DOLLARS

CALIFORNIA BANK | TRUST

FOR

⑈001265⑈ ⑆122232109⑆ 235203774⑈

⑈001265⑈   ⑆122232109⑆   235203774⑈   ⑈0000 100000⑈

004899

*091400046*
02/04/2010
000008154813378

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

U4b9/U38 000772

D20100203 61108021

**WWW.DEGREEFRAUD.COM LLC**
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1263

90-3210/1222
235

DATE 2/3/10

PAY TO THE ORDER OF  CBC                                           $ 1,000.00

One thousand & 00/100                                    DOLLARS

**CALIFORNIA BANK | TRUST**
SAN DIEGO PRIVATE BANKING GROUP
4250 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CBT Connect 1-800-400-6080 www.calbanktrust.com

FOR Donation

"001263"  1:122232109:  235203774"       "0000100000"

"001263"      4:122232109:      235203774"        "0000100000"

---

**WWW.DEGREEFRAUD.COM LLC**
9770 CARROLL CENTER RD SUITE F
SAN DIEGO, CA 92126

1261

90-3210/1222
235

DATE 2-2-2010

PAY TO THE ORDER OF  Maya Linda Apartments                    $ 985.00

Nine Hundred Eighty Five only                          DOLLARS

**CALIFORNIA BANK | TRUST**
SAN DIEGO PRIVATE BANKING GROUP
4250 LA JOLLA VILLAGE DR., SUITE 140, SAN DIEGO, CALIFORNIA 92122
CBT Connect 1-800-400-6080 www.calbanktrust.com

FOR

"001261"  1:122232109:  235203774"       "0000098500"

---

*321270742*
02/02/2010
000008654572988

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

U4559/U 000772

D9003052184011 6

| WWWDEGREEFRAUDCOM LLC | CALIFORNIA BANK & TRUST | 001262 |
| 9770 CARROLL CENTER RD | 260 EAST FIRST STREET #700 | |
| SAN DIEGO, CA 92126 | LOS ANGELES,CA 90012 | Date 02/02/10 |

Pay to the
Order of  CITICARDS                                           $ 665.91

**Six Hundred Sixty Five Dollars and 91/100*******************

OH900330521840116

Memo                                    Authorized by your Depositor 02/02/10

1:122232109:  235203774"  001262    "0000066591"

4:122232109:  235203774"001262    "0000066591"



GRACE TRUCKING ENTERPRISES INC
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504                                        90-3210/1222
                                                                        235

DATE  2/16/10

1523

PAY TO THE ORDER OF  Steve Cantrock                        $ 1,000.00

One thousand +⁰⁰/100                                    DOLLARS

C|B CALIFORNIA BANK | TRUST
TRUST
SAN DIEGO PRIVATE BANKING GROUP
4230 LA JOLLA VILLAGE DR., SUITE 160, SAN DIEGO, CALIFORNIA 92122
CBT Connect 1-800-400-6080  www.calbanktrust.com

FOR  minhow acct.

⑈001523⑈ ⑆122232109⑆ 23520378 21⑈ ⑈0000100000⑈



*091400046*
02/08/2010
000008155618083
This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

05913841 000772

GRACE TRUCKING ENTERPRISES INC
9770 CARROLL CENTRE RD STE F
SAN DIEGO, CA 92126-6504                          1517
                                                90-3210/1222
                                                        235

DATE  2/5/10

PAY TO THE ORDER OF  CBC                          $ 750.00

Seven hundred fifty +⁰⁰/100                       DOLLARS

C|B CALIFORNIA BANK | TRUST
TRUST

FOR  Donation

⑈001517⑈ ⑆122232109⑆ 23520378 21⑈

⑈001517⑈  ⑆122232109⑆   23520378 21⑈      ⑈000075000⑈

**MorganStanley SmithBarney** **ClientServ℠**

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 3/19/2009 | Check | CBC<br>Check # 1410 | 1000.00 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:58:51 AM Eastern Time

**MorganStanley SmithBarney  ClientServ** SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 3/4/2009 | Check | CBC<br>Check # 1259 | 2270.00 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:59:14 AM Eastern Time

Check Detail

1/13/10 9:00 AM



Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|---|---|---|---|
| 2/24/2009 | Check | CBC<br>Check # 1250 | 600.00 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 12:00:07 PM Eastern Time

**MorganStanley SmithBarney** **ClientServ**℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 5/19/2009 | Check | C3C<br>Check # 1361 | 1900.00 |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 12:01:49 PM Eastern Time

**MorganStanley SmithBarney**    **ClientServ** SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 2/18/2009 | Check | CSC<br>Check # 1246 | 2000.00 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 12:01:19 PM Eastern Time

Page 1 of 1

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

90-6712/1222     **3019**

DATE *8-16-09*

PAY TO THE ORDER OF *Joe Palermo*   $ *12,500.00*

*Twelve Thousand Five Hundred Dollars only*   DOLLARS

1st PACIFIC BANK   13000 EVENING CREEK DRIVE N. STE 100
SAN DIEGO, CA 92128

AUTHORIZED SIGNATURE

FOR

⑈003019⑈ ⑆122243127⑆ 5525266⑈   ⑆0001250000⑈

**-$12,500.00**   3019   09222009

---

FRAUD DISCOVERY INSTITUTE, INC.
9770 CARROLL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126

90-6712/1222     **3024**

DATE *9-23-09*

PAY TO THE ORDER OF *CBL*   $ *7,500.00*

*Seven Thousand five hundred only*   DOLLARS

1st PACIFIC BANK   13000 EVENING CREEK DRIVE N. STE 100
SAN DIEGO, CA 92128

AUTHORIZED SIGNATURE

FOR

⑈003024⑈ ⑆122243127⑆ 5525266⑈

**-$7,500.00**   3024   09282009

---

Authorized On: 09/01/2009   2:15:38PM
FRAUD DISCOVERY INSTITUTE & DESIGN BARRY
MINKOW
(888) 849-7729
PAY THIS AMOUNT:

HS185A12910475
Batch #:HS185A2009245330

09/01/2009
662700
29844
THIS AMOUNT INCLUDES A SERVICE OF $5.00

**ONE THOUSAND TWO AND XX / 100 ****** DOLLARS**   **$1,002.00**

PAY TO THE ORDER OF:

**Hollins Schechter Client Trust Account**

DRAWEE BANK:
1ST PACIFIC BANK OF CALIFORNIA
8889 RIO SAN DIEGO DRIVE SUITE 101
SAN DIEGO, CA 92108-0000
(619) 757-1807

STATEMENT OF DEBIT:   ✓ verified
This preauthorized bank draft is for the payment of
services provided. . Please contact your depositor at: (858)
849-7729

CHARGE TO THE ACCOUNT OF:
FRAUD DISCOVERY INSTITUTE & DESIGN
BARRY MINKOW
9770 CARROL CENTER ROAD, SUITE F
SAN DIEGO, CA 92126
(888) 849-7729

⑆122243127⑆ 5525266⑈

**-$1,002.00**   29844   09022009

**MorganStanley SmithBarney    ClientServ** SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 9/24/2009 | Check | C B C<br>Check # 1564 | 3250.00 |

Check Image - Front



Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269-038098
Page Retrieved On 1/13/2010 11:45:14 AM Eastern Time

**MorganStanley SmithBarney ClientServ** SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 8/18/2009 | Check | C B C<br>Check # 1481 | 2300.00 |

**Check Image - Front**



**Check Image - Back**

The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:46:49 AM Eastern Time

**MorganStanley SmithBarney**   **ClientServ**℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 7/14/2009 | Check | C B C<br>Check # 1490 | 1111.50 |

Check Image - Front



Check Image - Back

The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:47:27 AM Eastern Time

**MorganStanley SmithBarney** **ClientServ**SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 7/2/2009 | Check | C B C<br>Check # 1454 | 1600.00 |

Check Image - Front

BARRY MINKOW
13983 HICKORY STREET
POWAY, CA 92064-4244

1454
25-30/440

7-1-09

Pay to the
Order of _C B C_                              $ 1,600.00

_Sixteen hundred dollars only_            Dollars

Morgan Stanley
Chase Bank, N.A.
Paramus, NJ 07653

For _170114_

⑆044000806⑆ 962109174044⑈ 1454

Check Image - Back

The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:47:51 AM Eastern Time

**MorganStanley SmithBarney** **ClientServ**℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/18/2009 | Check | C B C<br>Check # 1279 | 2000.00 |

Check Image - Front



Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:48:30 AM Eastern Time

**MorganStanley SmithBarney** ClientServ℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/30/2009 | Check | CBC | 1794.68 |
| | | Check # 1452 | |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:51:48 AM Eastern Time

**MorganStanley SmithBarney** | **ClientServ℠**

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/22/2009 | Check | CBC<br>Check # 1317 | 3399.14 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:52:14 AM Eastern Time

**MorganStanley SmithBarney** **ClientServ** SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/16/2009 | Check | CBC<br>Check # 1313 | 1000.00 |

Check Image - Front



Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:53:17 AM Eastern Time

E*TRADE FINANCIAL

1/11/10 1:11 PM

# E❱TRADE
## FINANCIAL

P.O. Box 1542
Merrifield, VA 22116-1542

**Account Number:** 63523148
**Transaction Date:** 12/02/09
**Check Number:** 1018
**Check Amount:** $-500.00



**BARRY J. MINKOW**
13983 HICKORY ST.
POWAY, CA 92064

E❱TRADE
COMPLETE

1018

68-7357/560
01

11/30/09
Date

Pay to the
Order of ___ CBC ___ $ 500.00

Five Hundred dollars only ___ Dollars

E❱TRADE Bank, Merrifield, VA 22118

For _____

⑆056073573⑆        63523148⑈ 1018

⚠ There is currently no image associated with this record.

E*TRADE FINANCIAL

1/11/10 1:11 PM

# E✦TRADE
## FINANCIAL

P.O. Box 1542
Merrifield, VA 22116-1542

| | |
|---|---|
| **Account Number:** | 63523148 |
| **Transaction Date:** | 12/09/09 |
| **Check Number:** | 1024 |
| **Check Amount:** | $-2,500.00 |

**BARRY J. MINKOW**
13983 HICKORY ST.
POWAY, CA 92064

E✦TRADE
COMPLETE

1024

68-7357/560
01

Date: 12-7-09

Pay to the
Order of _____  $ 2,500.00

Two Thousand Five Hundred _____ Dollars

E*TRADE Bank, Merrifield, VA 22118

For _____

⑆056073573⑆   63523148⑈ 1024

⚠ There is currently no image associated with this record.

Check Detail

1/11/10 11:43 AM

**MorganStanley SmithBarney** **ClientServ**℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 12/21/2009 | Check | CBC<br>Check # 1495 | 2500.00 |

Check Image - Front

BARRY MINKOW
13908 HICKORY STREET
POWAY, CA 92064-1244

1495

Pay to the Order of _C B C_

$ 2,500.00

_Two Thousand Five Hundred and No_ Dollars

Morgan Stanley

For _____

⑆044000804⑆ 962109174044 9⑈ 1495

Check Image - Back

The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/11/2010 2:42:48 PM Eastern Time

**MorganStanley SmithBarney** **ClientServ**℠

Account Activity »
# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 12/18/2009 | Check | CBC<br>Check # 1496 | 2500.00 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/11/2010 2:43:15 PM Eastern Time

**MorganStanley SmithBarney   ClientServ**℠

Account Activity »
# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 11/18/2009 | Check | CBC<br>Check # 0005 | 2000.00 |

**Check Image - Front**



**Check Image - Back**



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/11/2010 2:44:44 PM Eastern Time



Account Activity »
# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/10/2009 | Check | CBC<br>Check # 1304 | 1880.00 |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:54:13 AM Eastern Time

**MorganStanley SmithBarney** ClientServ℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/11/2009 | Check | CBC<br>Check # 1305 | 1900.00 |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:53:50 AM Eastern Time

**MorganStanley SmithBarney   ClientServ** SM

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 5/21/2009 | Check | CBC<br>Check # 1363 | 5000.00 |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 036098
Page Retrieved On 1/13/2010 11:56:49 AM Eastern Time

**MorganStanley SmithBarney ClientServ**℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 4/28/2009 | Check | CBC<br>Check # 1354 | 3720.00 |

Check Image - Front



Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:57:13 AM Eastern Time

1/13/10 8:55 AM

**MorganStanley SmithBarney** **ClientServ℠**

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 5/22/2009 | Check | CBC<br>Check # 1366 | 1000.00 |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:55:34 AM Eastern Time

Check Detail

1/13/10 8:55 AM

**MorganStanley SmithBarney** ClientServ℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 6/9/2009 | Check | CBC<br>Check # 1300 | 5500.00 |

Check Image - Front



Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:54:39 AM Eastern Time

**MorganStanley SmithBarney** ClientServ℠

Account Activity »

# Check Detail

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| 4/7/2009 | Check | CBC | 507.77 |
| | | Check # 1288 | |

### Check Image - Front



### Check Image - Back



The Global Wealth Management Group of Morgan Stanley & Co. Incorporated and the Smith Barney division of Citigroup Global Markets Inc. have combined into Morgan Stanley Smith Barney LLC, a new investment adviser and broker-dealer registered with the Securities and Exchange Commission.

In general, references to Morgan Stanley on this site should be read as Morgan Stanley Smith Barney; however, some services will continue to be provided by Morgan Stanley & Co. Incorporated. Click here to read the Statement of Responsibilities, which explains the respective roles and functions of Morgan Stanley and Morgan Stanley Smith Barney.

© 2009 Morgan Stanley Smith Barney LLC. All rights reserved. Please read our Terms of Use and Privacy Policy.

Investments and services offered through Morgan Stanley Smith Barney LLC, member SIPC.

Morgan Stanley & Co. Incorporated Financial Statement.

Account: AAA 269 038098
Page Retrieved On 1/13/2010 11:58:06 AM Eastern Time