

-$1,000.00         2420              07182008
-$4,000.00         2421              07212008
-$6,000.00         2422              07212008
-$12,500.00        2423              07182008
-$1,500.00         2424              07212008

Page 5 of 11



| Amount | Check # | Date |
|---|---|---|
| -$7,500.00 | 2414 | 07172008 |
| -$10,000.00 | 2415 | 07182008 |
| -$2,500.00 | 2416 | 07182008 |
| -$1,000.00 | 2418 | 07182008 |
| -$5,250.00 | 2419 | 07212008 |



| Amount | Check # | Date |
|---|---|---|
| -$8,000.00 | 2409 | 07102008 |
| -$3,900.00 | 2410 | 07112008 |
| -$8,500.00 | 2411 | 07152008 |
| -$1,500.00 | 2412 | 07162008 |



ACCOUNT 5525266



ACCOUNT 5525266



Chk# 2382  Amount $3,500.00  Date 3/4
Chk# 2394  Amount $2,250.00  Date 3/25
Chk# 2406  Amount $5,268.40  Date 3/5
Chk# 2407  Amount $1,500.00  Date 3/10
Chk# 30308  Amount $1,000.00  Date 3/3
Chk# 31208  Amount $2,000.00  Date 3/12
Chk# 31908  Amount $502.72  Date 3/19
Chk# 32008  Amount $300.00  Date 3/20

**ACCOUNT 5525266**

| Chk# 2304 | Amount $418.84 | Date 1/25 |

| Chk# 2307 | Amount $7,500.00 | Date 1/31 |

| Chk# 11808 | Amount $5,000.00 | Date 1/18 |

Page : 3
Statement Date : 07/31/2008
Account Number : 302100301



Paid On : 07/22/2008　　　1　　　$3000.00　　　Paid On : 07/22/2008　　　1　　　$3000.00

 

Paid On : 07/22/2008　　　1　　　$12500.00　　　Paid On : 07/22/2008　　　1　　　$12500.00

 

Paid On : 07/24/2008　　　1　　　$250.00　　　Paid On : 07/24/2008　　　1　　　$250.00



Paid On : 07/21/2008     1     $2500.00



Paid On : 07/21/2008     1     $2500.00



Paid On : 07/21/2008     1     $13500.00



Paid On : 07/21/2008     1     $13500.00



Paid On : 07/21/2008     1     $24590.00



Paid On : 07/21/2008     1     $24590.00

Page : 2
Statement Date : 09/30/2008
Account Number : 302100301



| Paid On : 09/19/2008 | 1 | $750.00 | Paid On : 09/19/2008 | 1 | $750.00 |
| Paid On : 09/08/2008 | 3004 | $2500.00 | Paid On : 09/08/2008 | 3004 | $2500.00 |