

Account:5525266  Serial:2616  Amount:$1,000.00  Sequence:7427370  TR:122243127  TranCode:60  Date:12-05-2008



Account:5525266  Serial:2668  Amount:$12,600.00  Sequence:7562820  TR:122243127  TranCode:60  Date:12-24-2008



Account:5525266  Serial:2636  Amount:$2,600.00  Sequence:7514470  TR:122243127  TranCode:60  Date:12-16-2008



Account:5525266  Serial:2622  Amount:$2,000.00  Sequence:7429360  TR:122243127  TranCode:60  Date:12-05-2008

Account:5525266  Serial:2645  Amount:$50.00  Sequence:7565265  TR:122243127  TranCode:60  Date:12-24-2008



Account:5525266  Serial:2630  Amount:$13,800.00  Sequence:7483330  TR:122243127  TranCode:60  Date:12-11-2008



Account:5525266  Serial:2611  Amount:$1,000.00  Sequence:7497295  TR:122243127  TranCode:60  Date:12-12-2008



Account:5525266  Serial:2653  Amount:$1,200.00  Sequence:7568850  TR:122243127  TranCode:60  Date:12-24-2008



Account:5525266  Serial:2655  Amount:$149.00  Sequence:8847400  TR:122243127  TranCode:60  Date:12-29-2008



Account:5525266  Serial:2610  Amount:$13,000.00  Sequence:7399920  TR:122243127  TranCode:60  Date:12-01-2008



-$1,400.00                    2608                    11282008



| -$3,000.00 | 2571 | 11122008 |

| -$15,500.00 | 2572 | 11142008 |



Page 2 of 8



-$5,881.66        2559        11032008

-$11,895.60        2560        11052008

-$500.00        2562        11042008



Page 1 of 8





-$16,250.00                    2590                          10292008

-$12,500.00                    2591                          10302008

Page 3 of 5





Page 2 of 5



-$7,500.00      2549      10172008

-$1,000.00      2550      10212008

-$175.00      2551      10302008

-$16,955.77      2553      10312008



-$18,000.00                    2547                           10162008

-$9,900.00                     2548                           10172008

Page 1 of 5





| -$9,500.00 | 2543 | 09302008 |

**Sorry, this image is not available**

| -$850.00 | 82408 | 09242008 |

Page 8 of 9



| | | |
|---|---|---|
| -$14,700.00 | 2539 | 09262008 |
| -$25,000.00 | 2541 | 09292008 |
| -$296.42 | 2542 | 09292008 |

| -$500.00 | 2537 | 09232008 |



| -$20,100.00 | 2538 | 09252008 |

Page 7 of 9



-$11,550.00                    2533                            09222008

-$23,000.00                    2534                            09232008

-$400.00                       2536                            09232008



| | | |
|---|---|---|
| -$1,300.00 | 2531 | 09182008 |

| | | |
|---|---|---|
| -$1,500.00 | 2532 | 09192008 |

Page 5 of 9



-$10,200.00                    2523                    09182008

-$7,600.00                     2524                    09192008

-$1,000.00                     2525                    09172008



Page 4 of 9





-$10,000.00     2510     09022008

-$600.00     2511     09122008





-$20,000.00                    2488                    08262008

-$4,000.00                     2489                    08222008

Page 8 of 11



-$28,400.00                2485                        08222008



-$8,250.00                 2486                        08222008



-$19,600.00                2487                        08222008



-$877.34                    2483                    08272008

-$5,200.00                  2484                    08212008

Page 6 of 11



-$10,000.00                    2474                    08202008

-$19,250.00                    2475                    08192008

-$20,550.00                    2476                    08202008