- Carol Boelter/CBAS - accounting services for Church
- ECCU - Church mortgage or credit card
- Sea Coast Commerce Bank - Church equipment loan
- Leroy Patton - Pastor
- Dan Brown - Pastor
- CCCU - Christian Community Credit Union - Church loan
- Shelia Geinish - accounting services for Church
- SDGE - electric/gas bill
- KCBQ/KPRZ - radio program
- Coleman Wcoters - CBC assistant
- Sheryl Sims - catering
- Outreach Marketing - mailers/advertising
- Scott Lavther - Pastor
- E3 Partners - missionary
- City of SD Water Department - water bill
- Livy Boligny - janitor
- Ergun Caner - guest speaker
- Linda Miller - accounting services
- Harsch Investment - rent for offices or venue space
- Joey Orate - music/youth intern
- 1st Pac Bank - loan payment/credit card payment
- John Hammond - maintenance/facilities
- James Robesen - Pastor
- Key Bank - equipment lease
- Amazon - books for giving away at Church functions
- Bernie Haelscher - CPA reviews
- West Coast Cabling - phone system reprogram
- FIA - Peter Falk/CBC credit card