**IMDbPro**  Search [        ] Go    Reiserman's account | Logout | Help
Careers    Industry Directory    In Production    STARmeter    Box Office    News

**Minkow (2011)**    US

Main Details  Business  Storyline  Opinions  Media  Did You Know?  *EDIT INFO*

**Main Details**
Full Credits
**Business**
Box office
Video Rentals
Company Credits
Release Info
News Articles
Locations
Technical
Project Notes
**Storyline**
Synopsis
Taglines
Plot Summary
Keywords
**Opinions**
Ratings
MOVIEmeter
Reviews
Awards
Recommendations
User Reviews
Message Board
**Media**
Photos
Posters
Trailers and Videos
Web sites
Buy it
Cinema Showtimes
TV
Soundtrack
DVD
Laserdisc
Literature
**Fun Facts**
Quotes
Trivia
Goofs
Movie Connections
Alternate Versions
FAQ

**Budget:** $4M (estimated)
**Genre:** Crime  more »
**User Ratings:** Awaiting 5 votes
**Production Co:** Insomnia Media Group  more »

Universal City, CA:
100 Universal City Plaza Drive
The Rock Hudson Bldg Suite G
Universal City, CA 91608
USA
Phn: 818-733-4240
Fax: 818-733-4221
http://www.insomniamedia.com
jeff@insomniamedia.com

**Industry News:** Insomnia adds two films to slate (From The Hollywood Reporter. 16 February 2010, 4:00 AM, PST)
'Barry Minkow' lands actor for title role (From The Hollywood Reporter. 30 August 2009, 5:00 AM, PDT)

**News:** Toyota's a Victim, Not a Villain (From The Daily Beast. 13 February 2011, 10:51 AM, PST)
(3 articles)  Insomnia Dreams Up A Fine Step and Master's Tree (From MovieWeb. 16 February 2010, 9:54 PM, PST)

**Filmmakers:** Bruce Caulk - *Director*, Jonathan Meyers - *Writer*, Charles Arthur Berg - *Producer*, Jeff Bowler - *Producer*, Ari Palitz - *Producer*, Bret Saxon - *Producer*, Dino Parks - *Cinematographer*, Thanh Tran - *Composer*, Gregory Tripi - *Composer*, Travis Zariwny - *Production Designer*, Christopher Robin Bell - *Editor*  more »

MOVIEmeter™
Current rank: **15,269**
Click graph for more detail
**Add to MyMovies**

add poster

**Credited cast**    **STARmeter**

| | | |
|---|---|---|
| Mark Hamill ... Robert Minkow | | 671 |
| Ving Rhames ... Peanut | | 962 |
| James Caan ... Agent Paul Vinsant | | 981 |
| Talia Shire ... Carole Minkow | | 1,287 |
| Andy Milder ... Bank Officer | | 1,391 |
| Armand Assante ... Jerry Saxon | | 2,539 |
| Carly Craig ... Samantha | | 3,122 |
| Elisabeth Röhm ... Lisa Minkow | | 3,978 |
| Brandon Molale ... Boss | | 5,688 |
| Bill Goldberg ... Sax | | 5,897 |
| John Kassir ... Jim Cowell | | 6,673 |
| Melissa Ordway ... Mindy Jameson | | 6,933 |
| Robert Pine ... Judge Pennekit | | 7,436 |
| Justin Baldoni ... Young Barry | | 10,709 |
| Robin Thomas ... Fitzgerald | | 12,476 |
| Gianni Russo ... Derek Lewis | | 15,219 |
| Jamal Duff ... Shotgun | | 15,588 |
| Michael O'Hearn ... Mr. Green | | 18,042 |
| Erin Pickett ... Restaurant Patron | | 24,454 |
| Nicole Travolta ... Gail Minkow | | 31,237 |
| Blake Berris ... Young Mike | | 32,727 |
| Ragan Wallake' ... Aida | | 32,764 |
| Kent Shocknek ... Reporter | | 35,665 |
| Waymond Lee ... Churchgoer | | 39,024 |
| Stephen Snedden ... Smooth | | 40,760 |
| Kelly Noonan ... Reporter#1 | | 45,904 |

| Actor | Role | Rank |
|---|---|---|
| David Hutchison | Inmate | 47,057 |
| Christopher Kriesa | Parole Board Officer | 47,743 |
| Elizabeth M. Kelly | Churchgoing Wife | 49,472 |
| David Fernandez Jr. | Inmate | 52,088 |
| C.C. Taylor | Ving's Double | 52,638 |
| Kimberly Fox | Sheri Minkow | 56,020 |
| Rene Napoli | FBI Agent | 62,164 |
| Joe Ordaz | Inmate | 62,800 |
| Margarita Reyes | Grace | 64,625 |
| Omar Apanco Salgado | Bank Customer | 69,145 |
| Caroline Fogarty | Assistant | 71,896 |
| Anastacia | Diana | 78,741 |
| Lene Pedersen | Jerry Saxon's Wife | 79,630 |
| Cory Scarborough | Reporter | 100,386 |
| Peter Chudyba | Man | 102,963 |
| Tamara Hill | Student Gang Member - Bloods | 110,860 |
| Bruce Caulk | Agent McAlester | 116,411 |
| Gavin Houston | Hulking Jock | 122,067 |
| Howard Lockie | Agent Myers | 123,084 |
| Liz Jenkins | Amy | 127,684 |
| Wesley Okerson | Rick Krinsky | 144,588 |
| Ty Williams | Inmate | 155,956 |
| Shanna Beauchamp | Office Worker | 166,551 |
| Teodorico Paul Sajor | Cholo | 175,876 |
| Kevin Wayne Berger | FBI Agent | 260,162 |
| Paleigh Knight | Little Girl | 261,618 |
| Kaley Bowler | | 284,385 |
| Ian Salmon | Inmate | 287,747 |
| Billy Burns | Prisoner/Linebacker | 321,969 |
| Amy Mittman | FBI Agent | 338,819 |
| Marc Lear | Mr. Black | 357,574 |
| Rod Halmshaw | Investor | 383,349 |
| Barry Minkow | | 469,865 |
| Ryan Liebert | Inmate | 556,383 |
| Richard Henry | FBI Agent | 866,926 |
| Brian Boyd | Cool Kid | 927,123 |
| Matt Young' | Churchgoing Husband | 1,549,701 |
| Darren K. Hutchinson | US Marshall | 1,643,730 |
| David Holst | Bobby Bidello | 2,562,705 |
| Treveen Stewart | Gang Member - Bloods | 3,175,444 |

Timothey Fitzgerald ... Banker                                                                                                            4,310,19£

**Did You Know?:** James Caan and Talia Shire had previously played siblings in The Godfather. more »

**Links:** 1 other site

**Also known as (AKA):** Barry Minkow (USA) (working title)

 You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.

Subscriber Agreement | Contact IMDb | Corporate Accounts | Content Licensing | Press Room | Privacy Policy | Copyright | Cancel



| IMDb | Search All | | | Go | Reiserman's Account | Logout | Help |
|---|---|---|---|---|---|
| | Movies | TV | News | Videos | Community | IMDbPro | NEW! Your Watchlist |

**Minkow** (2011)    **SEE RANK**
Crime - 2011 (USA)

-/10
(awaiting 5 votes) write review

**Director:** Bruce Caulk
**Writer:** Jonathan Meyers
**Stars:** Mark Hamill, Ving Rhames and James Caan

Add to Watchlist | Own the rights? Add a poster »

3 news articles | full cast and crew »

**Quick Links:**
overview

**Cast**
Credited cast:

| | Mark Hamill | ... | Robert Minkow |
| | Ving Rhames | ... | Peanut |
| | James Caan | ... | Agent Paul Vinsant |
| | Talia Shire | ... | Carole Minkow |
| | Andy Milder | ... | Bank Officer |
| | Armand Assante | ... | Jerry Saxon |
| | Carly Craig | ... | Samantha |
| | Elisabeth Röhm | ... | Lisa Minkow |
| | Brandon Molale | ... | Boss |
| | Bill Goldberg | ... | Sax |
| | John Kassir | ... | Jim Cowell |
| | Melissa Ordway | ... | Mindy Jameson |
| | Robert Pine | ... | Judge Pennekit |
| | Justin Baldoni | ... | Young Barry |
| | Robin Thomas | ... | Fitzgerald |

Full cast and crew »

Edit

**Share** this page:

Like    44 people like this. Be the first of your friends.

**Add** to My Movies    + My Movies

**Related News**

Toyota's a Victim, Not a Villain
13 February 2011 10:51 AM, PST | The Daily Beast

Insomnia Dreams Up A Fine Step and Master's Tree
16 February 2010 9:54 PM, PST | MovieWeb

Elisabeth Röhm and Easton Pick a Pumpkin
4 November 2009 12:00 PM, PST | People - CelebrityBabies

See all 3 related articles »

**Related Lists**    Create a list »

**James Caan Movies**
a list of 68 titles by samalhilal
created 3 months ago

**Movies**
a list of 3 titles by marclear
created 8 months ago

See all 2 related lists »

Edit

## Storyline

Add Full Plot | Add Synopsis

**Genres:** Crime

**Parents Guide:** Add content advisory for parents »

## Details

**Country:** USA
**Language:** English
**Release Date:** 2011 (USA) See more »

### Box Office

**Budget:** $4,000,000 (estimated)
See more »

### Company Credits

**Production Co:** Insomnia Media Group See more »
Show detailed company contact information on IMDbPro »

### Technical Specs

**Color:** Color
See full technical specs »

## Did You Know?

Edit

**Trivia**
James Caan and Talia Shire had previously played siblings in The Godfather. See more »

Review this title »

## Recommendations

   

Kill Speed (2010)    Santa's Slay (2005)    Half Past Dead 2 (2007)    Holly, Jingles and Clyde 3D (2012)    Tactical Force (2011)

See more recommendations »

## Message Boards

Discuss Minkow (2011) on the IMDb message boards »

## Contribute to This Page

Getting Started | Contributor Zone »

[Edit page]   [Write review]   Create a character page for: Peanut   [Create »] [?]

## Explore More About Minkow

**Credits**
combined details
full cast and crew

**Story**
taglines
plot summary
synopsis
plot keywords
parents guide

**Details**
release dates
official sites
box office/business
company credits
filming locations
technical specs
literature

**Opinion**
awards
faq
user reviews
user ratings
external reviews
metacritic reviews
message board
newsgroup reviews

**Feedback on the redesign?**
Tell us what you think.
Read the FAQ

**Professional Services**
get more at IMDbPro
promote yourself with a resume
add posters & stills to this title
submit this title to a festival

### Connect with IMDb

IMDb on Facebook
[Like]
1,076,281 people like IMDb.
Aleex  Erin  Guido  Marko  Sarthak

@imdb · 251K followers

### Frequently Asked Questions

This FAQ is empty. Add the first question.

### User Reviews

| Did You Know? | Photos & Video | Related Products |
|---|---|---|
| quotes | photo gallery | buy it |
| trivia | trailers and videos | dvd details |
| goofs | posters | |
| crazy credits | | **External Links** |
| alternate versions | **Related Items** | miscellaneous |
| connections | NewsDesk | sound clips |
| soundtracks | recommendations | video clips |
| | showtimes | photographs |

## Sponsored Links (What's This?)

- **MS in Interactive Comm.** What Does This Mean for Me? Learn About IC Careers! www.quinnipiac.edu
- **Watch Free Videos** Watch Full-Screen, High-Res Video Clips & Trailers Online Free! www.VideoScavenger.com
- **Crest® Scope Toothpaste** Keeps Breath Feeling Fresh up to 5X Longer vs Brushing Alone. Try Today Crest.com/scope-outlast-toothpaste

Home | Search | Site Index | NowPlaying | Top Movies | MyMovies | Top 250 | TV | News | Video | Message Boards | Press Room
Account | RSS | Advertising | Content Licensing | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

Copyright © 1990-2011 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.



# *DAVID A. WEITZNER*
## *Entertainment Marketing Strategist*
24138 Park Rosso
Calabasas, California 91302
Tel-818-225-9988 Fax-818-222-7400

January 1, 2011

Dear. Mr. Minkow,

By way of background, I am the Founder of David Weitzner Associates and have worked as a senior marketing executive in the film industry for over 50 years. During that time I have had the privilege to have worked side by side with film luminaries such as Steven Spielberg, George Lucas, and Ridley Scott having spearheaded marketing campaigns for "Star Wars," "E.T." and "Alien," among many other films during the course of my career.

In the past my marketing clients have also included Honda Motors, PepsiCo, Philips Electronics North America, The WB Network, International Merchandising Group, the Children's Television Workshop, The American Film Institute, Universal Studios, The Brunei Development Corporation, Tri-Star Pictures, Hilton Gaming, Ogilvy and Mather Advertising and Lego International. Additionally, I was the former President of Worldwide Marketing for MCA/Universal Studios Recreation Services Group and also the former President of

Worldwide Marketing for 20th Century Fox, Universal Pictures, Embassy Pictures and Palomar Pictures.

My point in providing this detailed background information is so that you are able to know that I do have a unique expertise in evaluating the quality of both independently made films as well as those produced by the major studios. I was recently asked by your director, Mr. Bruce Caulk, to view "Minkow" and to date have screened it no less than three times and have provided some minor notes. I do not hesitate in stating that for a movie that I am told was made for approximately $3,000,000, the production value of the film appears to me to far exceed that amount. That said, and to borrow a well-known Hollywood expression, "it's all on the screen and then some."

I do not make such a statement lightly as I have seen thousands of films in my career and know how to detect a film produced by amateurs verses those containing the professionalism necessary to make a commercially viable film for theatrical distribution. I believe "Minkow" to be such a film.

Additionally, I was pleasantly surprised by your performance and am prepared to arrange screenings of "Minkow" for the theatrical distribution heads of some of the major studios such as Sony, Fox, Universal and Warner Bros..

I look forward to working with you in the future and wish you every success with your film.

Sincerely

*[signature]*

David A. Weitzner