**lavor1@live.com**
To: **tony.nevarez@sbcglobal.net**
Subject: Elder Board actions...
Date: Sun, 10 Jul 2011 12:55:49 -0700

Dear Tony,

Once again I am upset with the actions of the Elder Board and believe strongly that the Board is violating it's authority and is being driven by anger or hatred.

I do not want to make waves to hurt the church, but I AM strong-willed enough to be vocal.

Please understand that I consider every member of the Board to be Godly men. I also believe that Barry is a Godly man. Godly men foul up!! Barry fouled up! The Elder Board fouled up! Now let's move on!

In my opinion, it was exceedingly wrong for CBC to take matters to Barry's probation officer with the intent on causing him damage. Has the Board EVER considered 1 Cor 6???? This is just plain wrong. The Board has now exposed our problem to the media...the courts....the ungodly for judgment!

Furthermore, as an experienced Forensic accountant, I GUARANTEE that you could NOT have performed an adequate audit this soon, and with this limited talent. And while much of what your conclusions have been might be true, my experience shows that we all miss issues which might alter our conclusions.

And the continued actions of the Elders is suspicious and bothersome. In reading 1 Timothy 3 about Elders and Deacons, Verse 8 speaks of pursuing dishonest gain. Barry resigned and the Board issued a public statement condemning Barry as being "unworthy", yet that same Board failed to resign immediately based on their own involvement with Barry. Now to be fair, I have never felt this to be unlawful. All investors try to earn gains based on their evaluation. By definition, an investor must believe he sees something that others do not. Nevertheless, the Elder Board felt it was unconscionable.

And in verse 11, it speaks of wives who are malicious talkers. I was furious when I read that Sue Patton spoke to the media with strong accusations against Barry. Shouldn't Pastor LeRoy be held to the same standards.

Now we have a report that has been issued. I requested...and believed that I had your promise, that I would review such documents. Perhaps I misunderstood. But I am convinced that insufficient review...performed by laymen...has led to a premature conclusion against a brother who is down. The question is why?? What was the hurry?

So I would like to make this **formal** request....as a member of this church...to review the

documentation submitted to the Board and the letter submitted to Barry's probation officer. I am also **formally** requesting that Saturday's meeting be a "closed" meeting to ONLY church members.

There MUST not be any media there. The Bible commands that issues be placed in front of the saints, not unbelievers. It should be announced that way and verified and the start that the meeting is closed to non-members.

Finally, I think you know that it is NOT my intention to embarrass Elders or hurt my church, but if we don't do this thing correctly (and we haven't), then our church will implode. Barry hurt people in the church. I accept that. It is CBC's responsibility as a family to make these people whole.

Barry will be judged by the saints AND God. It's not our place to write to judges. This fear that Barry might hurt someone in the future is baseless. He will NEVER have a church again. He will NEVER be trusted again. He will likely never recover with all that has happened. Piling on is wrong. I would be willing to meet privately with the Elders if requested this week. I certainly do not want to create a scene at the meeting. But I have to express my concerns about the Board and how we are to proceed. I hope you can understand my feelings on this matter.

Also...feel free to share this letter with anyone you would like. I'll speak to anyone on this issue.

One last thing....would you please give me the names of each of the auditors?? And if you know their expertise, that would be helpful.

If you're relying on a heart surgeon to perform brain surgery, you might just be causing more damage.

Prayerfully,

Dennis La Vorgna