Subject:     CBC Elder Meeting
Date:        August 28, 2010

- **Attendees:**
  - Pastor Barry Minkow, Antonio Nevarez, Alan Stewart, Mark Soriano, Byron Zuniga, Ray Sims, Howard Hughes, Lloyd Brown, Tom Sorrels.
  - Byron opened in prayer at 9:01 AM.
- **Approval of Minutes from Prior Meeting**
  - Alan moved to approve the amended minutes from the July meeting as amended.
  - Ray seconded the motion and the motion was approved.
- **Treasurer's Report**
  - Alan presented the Treasurer's Report for the month of July-2010

**Treasurer's Report Summary**
**July-10**

*Cash Flow*

|  |  |  |
|---|---|---|
|  | Receipts | $226,939 |
|  | Disbursements | $196,560 |
| Net Cash Flow |  | $30,379 |
| Total Cash Balances EOM |  | $280,226 |
| Last Month Cash Balance |  | $249,846 |
| Net Change in Cash |  | $30,380 |

| *Budget* | Month | YTD |
|---|---|---|
| Income | $232,714 | $1,393,884 |
| Expenses | $208,484 | $1,339,938 |
| Net Income (Loss) | $24,230 | $53,946 |

| *Significant Items OVER Budget* | Over $ - YTD | Comments |
|---|---|---|
| Medical/Dental/Disability | $5,074 |  |
| Pastor Emeritus | $5,025 |  |
| Equiptment Lease | $6,349 |  |
| Publicity and Outreach | $25,618 |  |
| Savings | -$14,410 | We are UNDER saving (Allocation) |
| CBC West Lease | $31,436 | Designated Donations |
| Take 2 | $28,411 | Offset some by designated donations |

1

Ministries

<u>*Significant Items UNDER Budget*</u>

| | | |
|---|---|---|
| Utilities | | -$8,680 |
| Repairs & Maintenance | | -$9,203 |
| Most | | |
| Ministries | | |
| | Worship | -$11,145 |
| | Small Groups | -$6,067 |
| | Childrens | -$11,577 |
| Elder Board - Unallocated | | -$11,070 |

- Byron moved to approve the Treasurer's report for July-2010. Ray seconded the motion and the motion passed.

- **Missions Board**
    - Tom presented the missions report

| | |
|---|---|
| Mission committee income 01/01/2010 to 06/30/2010 | $ 109,931.50 |
| Mission committee Expenses 1/01/2010 to 06/30/2010 | $100,287.75 |
| Amount | $ 9,643.70 |

**The Mission Committee moves:**
To give a contract to John & Rachel Voss with the Navigators for $ 300.00 per month for 5 years. This would become effective August 1, 2010 and go through July 31, 2015.

**Missionary of the Month**
- Todd Mathisen September 11 + 12
- Elise Paty Commissioning Service September
- Leah Blankenship Care House September 18 + 19
- John Bullock October 16 + 17
- Jim O'Neill November 13 + 14

Quarterly Prayer meetings: September 24th--December 17th

- Alan seconded Tom's motions form the Mission's Committee and the motion passed.

- **Chairman's Report**
    - New Business
        - Tony, Alan and Pastor Barry will review loan status
        - Pastor Jim's new role and corresponding change in salary
            - The staff is aware Pastor Jim is no longer executive pastor
            - Pastor Jim's change in salary
                - Phase in reduction of salary to $65k/year from $82k/year over the remainder of 2010

2

- Alan moved to approve Pastor Jim's new role and reduction in salary. Howard seconded the motion and the motion passed
- Director of Worship
  - Eric Lige will be exiting the role of Director of Worship at the end of Sep 2010.
  - Tony met with the worship teams to discuss the transition after Eric leaves.
  - The proposal is to have Pastor Scott and Leonard to form a team to take over Eric's former responsibilities as Director of Worship.
  - Tony met with Leonard and Pastor Scott to discuss the proposal.
    - Leonard will prayerfully consider making himself available for Saturdays.
    - Pastor Scott and Leonard are in unity in terms of vision for the worship teams,
    - Pastor Scott and Leonard compliment each other in terms or spiritual maturity and giftedness to meet the requirements of the position.
    - The requirements of the Director of Worship are spiritual maturity, leadership/administration and musical ability.
  - If after prayerful consideration, it is determined that Pastor Scott and Leonard cannot commit to fulfilling the duties of Director of Worship as a team, external candidates will be considered.
  - No approval by board required, fyi only
- Leases
  - The CBC leases expire in April of 2011.
  - Tony presented proposals prepared by Pastor Ray and will send out electronic copies of the proposal to the board for consideration.
    - Proposal 1 – Maintain existing lease, repurpose office space to create 1 large venue and smaller office spaces.
    - Proposal 2 – Allow current lease to expire, give up office, reconfigure CBC east to be one large room and a few offices.
    - Proposal 3 – Give up CBC East, allow CBC office lease to expire, lease the 19,000 square foot Z building adjacent to CBC main.
    - Proposal 4 – Give up CBC East, allow CBC office lease to expire, lease the 19,000 square foot Z building adjacent to CBC main and sub lease ½ of it.
  - Proposals 3 & 4 were eliminated for consideration during the meeting.
  - Lloyd moved to move forward with further investigation of Proposal 1 and Proposal 2 and authorized additional funds up to 32k for investigation.
  - Alan seconded Lloyd's motion and the motion passed.

3

- Howard proposed that we meet more frequently for prayer and to seek guidance as the board decides what should be done with the leases.
- Senior Pastor
    - Pastor Barry closed the meeting in prayer at 10:35 am.