

**SERVICES**
*Advance Security Screening*

P.O.B 880461
San Diego, CA 92168 USA
www.pvsa.net
858-768-0705

The Honorable Judge Patricia Seitz
Federal Courthouse
Miami, Florida

Sent via email to Alvin Entin, Esq

Dear Judge Setiz:

My name is Phil Sprague and I am the Founder of Profiles Research Services, LLC located in San Diego, California. I have also been a long time member and attendee of Community Bible Church in San Diego, California under the leadership of Barry Minkow. Let me begin by saying that one of the reasons I decided to make CBC the home church for my wife Cathy and myself is that I believed and still believe that Mr. Minkow's 'unique' past actually added great credibility to his ministry. I do not think a Sunday morning or Saturday night service went by where Mr. Minkow did not remind the church body that he was a convicted felon either via illustration from an event in prison that helped explain a difficult biblical text or for just disclosure reasons.

In so doing, he made himself vulnerable and allowed those of us in the church to connect and relate to a pastor who was not living in some prayer cage but rather the real world and was one of us. This actually strengthened his ministry approach. What upsets me greatly is upon his resignation how many in our church elder board appeared to "turn" on Mr. Minkow with various allegations. The elders response was not in a Christian way. Unfortunately I am not a forensic accountant and am not in possession of documented evidence to be able to render an opinion as to what did or did not happen behind the scenes; but what I can say is that Mr. Minkow constantly made full disclosure about his outside fraud fighting activities. But the main point I wanted to bring up in my letter to you is this: How can one person, Barry, make such a huge impact for both good and, based on his guilty plea, evil simultaneously. I realize you must see a lot of people in Barry's position but have you ever thought to think through the utter irony of this entire ordeal? Here stands before you a man, according to the government, who uncovered a billion dollars in fraud. The same man who did this is guilty of an insider trading charge of 500 million with Lennar Corporation. Then there is the church. Barry has worked 12 to 16 hours a day, 7 days a week, and has gave the church over one million dollars in giving in 3 years, not counting 4 years of no pay as senior pastor. The same Barry is accused of "co-mingling" church funds or miss-

appropriating them or whatever. Same man--two different--utterly opposite actions and outcomes.

The whole ordeal is baffling--one extreme or the other. But please allow me to give you a theory that I have since I know Barry and love him like a son and have told him as much. I remember Barry preaching about his former federal judge, Dickran Tevrizian who he was very fond of and said: "The judge told me that I did not have a conscience." Fast forward 20 plus years and all the above actions tell me is this is a man who now stands before you does have a conscience. He realized that his actions at both the institute and the church perhaps crossed lines and in put "good" into high gear and made huge contributions to the church to "cover" the co-mingling issue and worked hard for the FBI and the SEC to make up for his short comings in the fraud company. Just a theory but the reality is Barry may fail in a big way but his positive impact far out weighs the negative. Please consider this when you sentence a different man than appeared before his federal judge over 20 years ago. A man who has a genuine desire to do right but simply went off track and now lost it all in the process. But something tells me the last chapter of this man's life is not yet written. He can and will help and contribute positively to society and I for one look forward to seeing him learn from his past and strive for the future.

My career in law enforcement began with the Dallas Police Department and Dallas County District Attorneys Office. My ending career will be as inventor of the Psychophysiological Touch Screen Stress Analysis system. This system will help law enforcement and the military to identify smugglers, terrorists, and other criminal types with hostile intent in less than two minutes with an accuracy of 95% plus. The system took over seven years to develop. I hope to have Barry as our Global Contracts Manager and Negotiator. This is the confidence I have in Barry.

This is only the second time I written to judge requesting judicial mercy for a person.

Very Truly Yours

*P. K. Sprague*

Phil Sprague
President/CEO
Profiles Research Services, LLC
*The 2 Minute Terrorist & Smuggler Identification System*
**www.pvsa.net**
(Office) 858 768 0705
   (Cell) 858 518 1160