July 5, 2011

The Honorable Patricia Seitz

Re: United States v. Barry Minkow

Dear Judge Seitz;

My name is Tony Jaime and I am writing this letter on behalf of my best friend, Barry Minkow. I am writing you because I believe there is not a person in the world, with the exception of his wife, Lisa, that has known and still knows Barry as well as I do and I am not stating this to boast but only to establish credible standing to make the points that I hope to convey in this brief letter.

To begin with, I currently serve as the Senior Pastor of Ravensdale Bible Church in the Seattle area of Washington. I have thought about how to approach this letter and have decided against providing you with various bible verses about God's grace and mercy (as true as both those doctrines might be) and have rather opted for a more direct approach. Before I make the key point I want to convey, I want to make certain you know that what I state I state with great reverence and respect for your court room and the system in general.

However, I must say, your honor, that I am totally at a loss here with the situation pertaining to Mr. Minkow and why he finds himself in your court room. The confusion for me stems from something I have not seen in the many newspaper and magazine articles about Barry and I am simply at a loss as to why my issue has not been brought up as a mitigating factor in this critical sentencing phase of the process.

No matter how the government may try, they are stuck with a track record of Mr. Minkow aiding in the uncovering of over 22 cases of financial fraud totaling over 1 billions dollars in victim impact with law enforcement agencies such as the SEC and the FBI. In fact, one of the cases he uncovered was made into a movie/documentary (not to be confused with his movie--this is different and titled Million Dollar Conman) where an FBI agent and Barry together explained how they uncovered an 80 million dollar scheme. But that is not the point I want to make because when I brought this issue up to Barry, he indicated that his attorneys were attempting to corroborate his substantial cooperation. But what no one is talking about, your honor, is why Barry got so off track and ended up pleading guilty to one count of conspiracy to commit securities fraud.

The cases Barry aided in uncovering for the most part happened before he ever delved into the whole "shorting of public company stocks" and there is a reason, in my opinion, for this chronology. Your honor, if you would please inquire of the FBI and ask them to provide you with what they paid Mr. Minkow for all of his time, energy, effort, and even travel expenses as he was assisting in these multiple--multi million dollar fraud cases? I submit to you (because I have asked) that the FBI did not even reimburse Mr. Minkow of his travel expenses to places like, as an example, the Bahamas where he went undercover on their behalf and stopped Derek Turner who now serves a 20 year sentence in federal prison.

Now, more to my point, the Dodd Frank whistle blower law was passed in 2010 for a reason and that

reason is whistle blowers need to be paid for their efforts. However, the majority of Mr. Minkow's fraud-uncoverings occurred before the Dodd Frank act so Mr. Minkow received nothing, not even travel expense reimbursement, for all his efforts. Of course and in all fairness to the government, to play the big shot Mr. Minkow probably did not even ask for reimbursement for travel on the various fraud cases with the FBI because I know Barry and his greatest "sin" is wanting people to like him-- especially those he worked with in law enforcement so he most likely did not even ask. This secretly caused huge financial hardship for Barry and led to his stock shorting enterprise which led to his conviction.

If you have any doubt as to the validity of what I present, ask Mr. Entin to send you 10 sample reports that Barry wrote and submitted to law enforcement. Please, read these reports and see how they clearly well researched they are and often contain the expert opinion of outside, paid, experts and other private investigators all paid by, you guessed it, Barry Minkow. Again, his fault for doing what he did but it does not change the fact that you have someone who has materially assisted law enforcement in uncovering multiple financial frauds and receiving nothing in return. In fact, I would ask that the court inquire of the FBI and see if there is a single person or entity that has uncovered more fraudulent financial fraud that Mr. Minkow. Again, when I push this issue to Mr. Minkow he gives me the same old line that "it doesn't change my guilt." I am not saying it does and from my understanding of the law, sentencing is for those mitigating factors to be considered that were not previously submitted in trial.

So chronologically, in 2007 Barry decides to take his talents to Wall Street and short the stocks of public company's and make the money he never made with the government uncovering fraud and opts for "shorting" stocks. Again, this is his fault but is it not a mitigating factor? What is the message we want to send those who labor with the government to proactively uncover fraud? And you know the rest of this sad story. Ironically, (as if there is not enough irony already here) of the three public company's that sued Barry, two lost in federal court and the third was Lennar which sued Barry in Florida state court and the rest is history. But his work stood up to the scrutiny of two federal courts and something should be said for even the stock shorting side of Barry's demise.

So what is my main point? Barry's pride and ego got in the way of him asking or informing law enforcement that the time, energy and effort he was pouring into uncovering fraud needed to be addressed financially but instead decided to say nothing and crossed the line and went into the public company arena which led to the case that is in front of you. But your honor, what am I missing?

If the victim impact of this Lennar case is $500 million and Mr. Minkow was involved in aiding in the uncovering of $1 billion in fraud, why is the government pushing to hammer him with 5 years? You may dismiss me as some stupid Pastor but I think we should simply thank Barry for his service and realize that had Dodd Frank been retroactive, Mr. Minkow would most likely not be in front of you right now. Look, as far as the FBI is concerned and the government in general "people are only as good as their last meaningful 'cooperation'" so I expect them to minimize Mr. Minkow's past effort's but you are not the US government and are not bound by their "only as good as your last uncovering" approach. And for the government to argue that Mr. Minkow's "plea" deal on its face constitutes his "break" then they should recalculate the total of his fraud uncoverings verses the victim impact of this Lennar manner and realize he is still up by far and it would appear that he is still aiding in the uncovering of additional cases not yet officially prosecuted.

Your honor, you have the power to make a meaningful statement to those who choose to work hard for the government (and who may even blow it late in the game) that their labor was not in vein. I guess what I am saying on behalf of my best friend is does what he did for all those years manner in any meaningful way? I realize there are other issues like his surprising long time addiction to oxycontin which appears to have now ended and to which he is now tested regularly. But there is also the punishment he has already endured--like a financial life sentence as he voluntarily signed a judgment for a half a billion dollars; the loss of his 14 year ministry and countless other adverse consequences.

Well, I have said enough and I think you get the gist of my letter and as I indicated, I respect you and the process greatly.

Very Truly Yours


Tony Jaime