Dear Judge Seitz;

Thank you in advance for taking the time and reading this letter. In the spirit of not wanting to waste any more time from this court than I have to, I will make this letter surprisingly brief considering I am rarely at a loss for words. My goal in writing you is to make sure you are aware of the four things--none of which is defend myself to any of the allegations before this court.

First, the one thing I learned from my past offense (at this point that was almost a quarter of a century ago) was that by going to trial and wasting the time of the AUSA and the Federal Judge (at that time it was Judge Dickran Tevrizian); I was only compounding my problems that I had caused by my actions. That is why I plead guilty quickly in this matter and will make my letter to you direct, brief and to the point.

Second, and as it relates to the victims of this offense, there are few people that realize that aside from the obvious victim (Lennar Corporation) and my wife and family (as well as friends); there is another victim(s)--my former church which I served at as Senior Pastor for 14 years. As the Senior Pastor of a church, I caused great reproach on the name of Christ and I am most sorry for the pain I have caused to those that I had co-labored with and served. Of course, by making such a statement I must guard myself and add that I am in no way attempting to depreciate the significance of the harm and cost that I caused to the Lennar Corporation. And although there is not an "18 USC" for failing as a Senior Pastor, my behavior materially, adversely impacted those wonderful people that had once placed their trust in me only to be painfully let down. So it is not just Lennar (wife, family and friends) that has been victimized by my crime(s) but rather many people who never saw my criminal activity coming who were members and attenders of my former church.

Thirdly, I am firmly of the belief that Lennar did not harm me by turning me in to the federal government--a view I had once held. But rather, Lennar rescued me from a life of deception. During one of my recent trips to Miami, I watched a movie titled "The Company Men" where Ben Afleck, who plays an unemployed, downsized, former executive of a fortune 500 company looks at his wife and says: "The truth about me is I am a 37 year old loser and I am so sorry for what I have done." Judge Seitz (your honor), if you remember one thing about this case I want you to remember this: The truth about me is I am a 45 year old loser and I am so very sorry for what I have done. And for whatever reason, that has allowed me a foundation to rebuild upon as I can never learn from past if I had continued in self deception.

Lastly, there is one additional issue I wanted to bring to your attention. There was a time not long ago when I would regularly visit prisons--both state and federal including the Brig at Miramar. Moreover, I have written several letters to federal judges on behalf of those in my current position asking the judge to believe that people can change and inferring my own life as a case study. Moreover people who have been released from prison and are desperate for an employer to give them a chance have written me saying that they put my story in their job

application arguing to the potential employer that people can change and make good who had once been in prison. There are no words to express the sorrow for disappointing those former inmates who had once looked up to me only to be, like so many others, let down. Although some choose to speak before they are sentenced, I have decided to opt out of saying anything in court based on the fact that anything meaningful I have to say is contained within the enclosed letter.

Respectfully Submitted

Barry Minkow