CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

---

Case No. 11-20209
Clerk Linda Webb
USPO Janice Smith
USPTS

Date 7/21/11
Reporter David Ehrlich
Interpreter —
In-Court Time 1/30

AUSA Cristina Perez-Soto
Def. Atty. Albert Entin
USA v. Barry Minkow
Defendant(s): Present X   Not Present ___   In Custody No
Sentence 60 months
Supervised Release 3 years

Special Conditions of SR

- ☐ Deportation
- ☐ Home Det/EM
- ☐ Substance Abuse Treatment
- ☐ Mental Health Treatment
- ☒ Financial Disclosure

- ☒ No New Debt
- ☐ Full time employment
- ☒ Self employment approval
- ☐ Permissible search
- ☐ Community Service ___ hours

Other Related concern restriction; no position as pastor or position of trust, control or persuasion of others incl. voluntary positions in his

Fine $ 0     Special Assessment $ 100.00
Advised of right to appeal Waived
Recommendations to BOP Strongly rec. 500 hr intensive drug trmt prog; Montgomery FPC, Maxwell Air Force Base, to be near his family in Tenn.
Misc. $583,573,600.00 Restitution
Surrender: 9/21/11

clergy teaching must be evaluated to show no inconsistency w/Dr. Brannon evaluation