UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA

vs.

BARRY MINKOW,

    **Defendant.**
_____/

## STIPULATION REGARDING RESTITUTION

The United States of America and the defendant Barry Minkow, together with his counsel, hereby stipulate to the following:

1. The defendant agrees to make restitution, as required under the law, and in accordance with his plea agreement.

2. The defendant agrees that the restitution is owed in the amount of $583,573,600 to Lennar Corporation, Inc., the corporate victim in this case, attention Mark Sustana, General Counsel, Lennar Corporation, 700 Northwest 107th Avenue, Miami, Florida, 33172. The parties agree and understand that the defendant's restitution payments will be offset by any payments made towards the satisfaction of the civil judgment for the same amount in *Lennar Corporation v. Minkow*, Case Number 08-55741, in the Circuit Court for the Eleventh Judicial District for Miami-Dade County ("the Florida Judgment").

3. The defendant agrees that he will make restitution as follows:

    a. During the period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 30% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case;

(2) if the defendant does not work in a UNICOR job, then the defendant must pay a minimum of $25.00 per quarter toward the financial obligations imposed in this order.

      b. The defendant shall pay restitution, jointly and severally with the co-defendants listed in ¶ 2, at the rate of 10% of monthly gross earnings, until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. These payments do not preclude the government from using any other anticipated or unexpected financial gains, assets or income of the defendant to satisfy the restitution obligations.

      c. The restitution shall be made payable to Clerk, United States Courts, and forwarded to:

**U.S. CLERK'S OFFICE; ATTN: FINANCIAL SECTION**
**400 N MIAMI AVENUE, ROOM 8N09**
**MIAMI, FL 33128**

Restitution is due immediately. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office are responsible for the enforcement of this order. The restitution will be forwarded by the Clerk of the Court to the victims as listed above.

Dated: July 21, 2011

_____  
ALVIN ENTIN, ESQ.  
ATTORNEY FOR DEFENDANT

_____  
BARRY MINKOW  
DEFENDANT

_____  
CRISTINA PEREZ SOTO  
ASSISTANT UNITED STATES ATTORNEY