UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

v.

BARRY MINKOW,

    Defendant.
_____/

NOTICE OF FILING

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice of its filing of an exhibit. The exhibit is a true and correct copy of a letter dated March 15, 2011 from Daniel Petrocelli, Esq., counsel for Lennar Corporation to former Assistant United States Attorney Ryan O'Quinn. The United States is filing this letter in compliance with the Court's order at the sentencing hearing in the above-captioned case.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:  /s Cristina Pérez Soto
      A. CRISTINA PEREZ SOTO
      Assistant United States Attorney
      District Court No. A5501166
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9122
      Fax: (305) 530-6168
      Cristina.Soto@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2011, I electronically filed the foregoing document and the attachment with the Clerk of the Court using CM/ECF.

                                                 s/ Cristina Pérez Soto
                                                 Cristina Pérez Soto
                                                 Assistant United States Attorney