

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

March 15, 2011

OUR FILE NUMBER

**VIA EMAIL AND FEDERAL EXPRESS**

Ryan O'Quinn, Esq.
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

  Re: **Barry Minkow and Nicolas Marsch III**

Dear Mr. O'Quinn:

  We write to provide you with additional information related to Barry Minkow and Nicolas Marsch III.

### I. The Damage to Lennar.

  In the early morning hours of January 9, 2009, before the New York Stock Exchange opened, Barry Minkow and his company issued the following press release at the direction Nicolas Marsch:

> "Fraud Discovery Institute, Inc. launches Top 10 Red Flags for Fraud at Lennar Corporation (NYSE: LEN): Consumer group launches new website, www.Lenn-ron.com; Alleges Lennar Corporation (NYSE:LEN) operates a 'Ponzi Scheme' through their multiple joint ventures."[1]

  Minkow also sent to the national media, analysts, and others—and disseminated worldwide over the internet on websites provocatively named "frauddiscovery.net" and "lenn-ron.com"—a letter "report" addressed to certain of his personal contacts at federal agencies, including Matt Galioto and Peter Norell, two special agents of the FBI, Alex Rue and Peter Del Greco, two lawyers at the SEC, and Guy Ficco, a special agent at the IRS.[2]

---

[1] Exhibit 1 (1/9/09 FDI Press Release).

[2] Exhibit 2 (1/9/09 FDI "report"). Though publicly released on January 9, the "report" is dated January 7, 2009.

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 2

The report declared that Lennar is rife with fraud, operates its joint ventures "exactly like a Ponzi scheme," launders money to its Chief Operating Officer through a "disguised, preferential payment," and violates SEC reporting obligations to defraud shareholders. Likening Lennar and its management to Bernard Madoff, Enron, and Randall "Duke" Cunningham, Minkow stated that:

- "Lennar Corporation treats their joint ventures exactly like a Ponzi scheme, pledging their older joint venture interests to leverage themselves into newer joint venture relationships despite operating agreements that prohibit this unauthorized movement of interests."

- "Lennar Corporation siphons cash, without authorization from one joint venture project and places it in a separate and unrelated project."

- Lennar arranged an improper, undisclosed, round-trip $5 million loan for its COO, Jonathan Jaffe, through an unlicensed lender as an illegal and unreported "kickback" of the type received by "Duke" Cunningham.

- "Lennar Corporation continues to provide vague and less than transparent responses to the SEC inquiries about off balance sheet, joint venture debt."

- "Lennar's Civil 'RICO' Type Behavior: Predicate Acts Included!"

Finally, Minkow posted on the website "YouTube.com" a seven-minute video repeating the statements in the "report" and calling Lennar a "financial crime in progress." "We know fraud," Minkow concludes on the video, "and you're just fraud."[3]

The January 9 report and press release are riddled with untruths, which we have addressed before. Within days, Lennar issued a point-by-point rebuttal, proving the falsity of each such material claim raised by Marsch and Minkow.[4] By then, however, the damage had already been done.

By disseminating a letter stating that Lennar operates like a Ponzi scheme and provides "disguised kickbacks" to its executives, Marsch and Minkow intended to cause investor panic—which is exactly what happened.

Within 20 minutes of the opening bell on January 9, Lennar's stock price plunged 26% from $11.42 to $8.45. Swiftly responding, Lennar CEO Stuart Miller appeared on CNBC and Bloomberg to explain that the statements were false and unsubstantiated. Nevertheless, Lennar's Class A shares closed down $2.27 (19.9%) and its class B shares closed down $2.05 (23.0%). With 129.25 million and 31.28 million outstanding shares respectively, Lennar shareholders lost **$357,521,500** that day alone.

Even though Lennar responded promptly with a press release addressing all allegations in

---

[3] Exhibit 3 (1/9/09 YouTube transcript).

[4] Exhibit 4 (1/12/09 FDI Press Release).

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 3

the January 9 report, Minkow issued a second "press release" and report on the next trading day, which included new false and misleading statements. That day, Lennar's Class A shares closed down another $0.80 (8.7%); its class B shares closed down another $0.61 (8.8%). Shareholders lost an additional **$122,480,800**. The chart below graphically summarizes the shareholder losses in the initial days caused by Marsch and Minkow's false statements.

| Date | Class A (129,250,000 shares outstanding) | Class B (31,280,000 shares outstanding) | Total (160,530,000 shares outstanding) |
|---|---|---|---|
| 1/9/09 | ($2.27 / share) | ($2.05 / share) | ($4.18 / share) |
|  | ($293,397,500) | ($64,124,000) | ($357,521,500) |
| 1/12/09 | ($0.80 / share) | ($0.61 / share) | ($1.41 / share) |
|  | ($103,400,000) | ($19,080,800) | ($122,480,800) |
|  | ($3.13 / share) | ($2.66 / share) |  |
|  | ($396,797,500) | ($83,204,800) |  |

Minkow's and Marsch's statements were the sole cause of the sell-off. Lennar experienced unprecedented trading volume on January 9. That day, a record 58 million shares of Lennar stock changed hands—7.5 times the normal volume. Options trading in Lennar stock "skyrocketed to 31 times the normal volume."[5]



This was highly atypical. Although Lennar's peers in the homebuilding sector also

---

[5] Exhibit 6 (1/9/09 WSJ article entitled "Lennar Builds Following Puts in Wake of Report").

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 4

experienced increased volume on January 9, none came anywhere close to Lennar's spike.



Every major national news outlet reported Minkow's and Marsch's statements and the devastating effect it had on Lennar:

- The Wall Street Journal wrote that the crash was prompted by an FDI report, "which accused Lennar of 'multiple fraudulent activities.'"[6]

- CNBC's "Closing Bell" reported that "shares of Lennar are down significantly today after a gentleman named Barry Minkow, who runs the Fraud Discovery Institute, alleged that the homebuilder operates its joint ventures using a variety of techniques that make it function in effect like a ponzi scheme. . . . Lennar's stock immediately went down after the allegations surfaced."

- CNN's "market watch" reported that Lennar's shares plummeted "after a group accused the No. 2 homebuilder of operating certain joint ventures like a Ponzi scheme." "Wall Street," the article continued, "is particularly sensitive to fraud cases in the wake of the scandal involving Bernard Madoff, the financier accused of fleecing investors out of at least $50 billion."[7]

- Reuters reported that "[s]hares of Lennar Corp., the No. 2 U.S. homebuilder, plunged on Friday after a letter accusing the company of misusing a joint venture partner's funds in the late 1990s surfaced on the Internet."

- The Associated Press reported that "[a]nother standout was a plunge in shares of Lennar Corp., the second-largest U.S. home builder, after a letter questioning a late 1990s transaction involving the company surfaced on the Internet. The letter to the FBI and other authorities from California pastor Barry Minkow, who served time in jail for stock fraud, concerned a joint venture between Lennar and a private developer

---

[6] Exhibit 6 (1/9/09 WSJ article "Lennar Builds Following Puts in Wake of Report").
[7] Exhibit 5 (1/9/09 CNN.com Article entitled "Stocks Knocked by Jobs Report").

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 5

>to build a high-end housing project and golf course in California. The company said Minkow had acted as an agent for a disgruntled litigant and posted false and inflammatory accusations against the company. Lennar dropped almost 20 percent to $9.15."
>
>- Bloomberg reported that "Lennar Corp., the third-largest U.S. builder by market value, fell 20 percent in New York trading after Barry Minkow's Fraud Discovery Institute alleged that the company operates joint ventures 'like a Ponzi scheme.'"
>- Noting that Lennar's stock fell 22%, Business Week's website reported that "[h]ome building giant Lennar Corp. is finding itself in a war of words with Barry Minkow, the former stock swindler who now runs an entity called the Fraud Discovery Institute devoted to uncovering fraud at other companies."

Reports of Minkow's statements and their effect were heard from Palm Beach to Philadelphia and from Miami to Austin.

>- WPEC-TV in West Palm Beach, Florida reported that "shares of [Lennar,] a major Florida-based homebuilder plunged on allegations of operating joint ventures like a ponzi scheme."
>- The Miami Herald reported, "Lennar's stock price plunged 20 percent Friday after a report was released claiming massive fraud by the Miami-based home builder."
>- WCAU-TV in Philadelphia reported that "shares of Lennar Corp. closed down 20 percent following allegations from the Barry Minkow's Fraud Discovery Institute that Lennar operated its ventures like a ponzi scheme."
>- Austin Business Journal's website reported that "Lennar Corp. shares took a beating Friday morning after self-proclaimed fraud buster Barry Minkow criticized the financial structure of some of its deals."[8]

Between December 1, 2008 and January 8, 2009—the day before Minkow's false statements—Lennar easily outperformed the homebuilding sector and the broader Dow Jones and S&P 500 indices.

---

[8] Exhibit 29 (compilation of January 2009 media).

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 6



In fact, days *before* Minkow's and Marsch's attack, the most well respected analysts covering the homebuilding sector issued positive reports on Lennar:

- Pali Research issued a "buy" rating on December 19, 2008, commenting that Lennar had "finally taken us to a comfort level with the company that we have not had in the past." The report continued "we believe the equity deserves more respect and argue the valuation discount versus peers should close. Further, we expect absolute valuation to improve, thus driving the shares higher."[10]

- Citi issued a positive report on Lennar on December 31, 2009 headlined "Improving Liquidity, Falling JV Exposure Should Cause Stock to Narrow Valuation Gap."[11]

- Credit Suisse also issued a Lennar report on December 31, 2008 praising Lennar's cost reduction initiatives.[12]

- J.P. Morgan issued a report on January 8, 2009 upgrading Lennar to Overweight from Neutral, amid a generally "negative sector stance." The report noted that Lennar had "less downside potential . . . versus its peers.[13]

---

[9] Exhibit 7 (Full-page chart).
[10] Exhibit 25 (12/18/09 Pali Research Report).
[11] Exhibit 23 (12/31/08 Citi Report).
[12] Exhibit 24 (12/31/08 Credit Suisse Report).
[13] Exhibit 22 (1/8/09 J.P. Morgan Report).

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 7

On January 9, however, the trend suddenly reversed. Lennar's stock price plunged nearly 20%. None of its competitors declined more than 5%. The sector index (excluding Lennar) dropped 4%—roughly *one-fifth* of the decline Lennar experienced.

|  | Lennar | Pulte | Centex | Toll Bros | DH | KB Homes | Index |
|---|---|---|---|---|---|---|---|
| 1/8/2009 | $11.42 | $12.35 | $12.34 | $21.70 | $8.15 | $14.57 | $13.822 |
| 1/9/2009 | $9.15 | $11.75 | $11.82 | $20.72 | $7.88 | $14.17 | $13.27 |
| Loss |  | (4.9%) | (4.2%) | (4.5%) | (3.3%) | (2.7%) | (4.0%) |

From January 9 through the rest of the month, the Dow, S&P, and the homebuilding indices soundly outperformed Lennar.



Every industry analyst recognized that Minkow's and Marsch's statements had caused the shift.

- FTN Midwest notified its clients that the January 9 "report along with the recent Madoff scandal and other incidences of fraud may depress Lennar's stock price near term."[15]

- J.P. Morgan noted that Marsch's and Minkow's accusations "are likely without merit," it also observed that "we believe [Lennar] may continue to remain under near-term pressure given the severity of the accusations and the preexisting concerns

---

[14] Exhibit 8 (Full-page chart).
[15] Exhibit 28 (1/12/09 FTN Midwest Research Report).

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 8

regarding [Lennar's] JVs."[16]

- Citi said its "gut reaction is that the allegations are likely less than credible," but, because Lennar's joint ventures "are ultimately a black box risk . . . , we are staying on the sidelines."[17] "Even if [Minkow's and Marsch's] allegations turn out to be unfounded and LEN ultimately wins its libel suit, such an outcome is likely months away. In the near-term, there is headline risk. As such, we are staying on the sidelines."[18]

- Pali Research likewise told its clients that, even though "we believe the statements are unlikely to be true," shareholders likely remain wary "given the environment and past surprises in this arena."[19]

- Zelman & Associates issued a report on January 9 observing that, although it "believe[d] these allegations will prove to be completely false," many shareholders will take a "'where there's smoke, there's fire' approach."[20]

To our knowledge, no analyst attributed the aberrational decline in Lennar's stock price factors other than Marsch and Minkow.

Minkow and Marsch followed their January 9 attack with additional press additional releases and reports in rapid succession, each leveling new false claims about Lennar in an effort to further harm Lennar's reputation and drive down its stock. On January 12, 23, 29, and 30, 2009, Minkow issued additional press releases, "reports," and YouTube videos claiming to provide additional evidence and support for the "Red Flags of fraud" in the January 9 Report.[21]

On February 4, 2009, Minkow released to the national media and over the internet the following press release concerning Lennar: "Fiduciary Analyst Chris McConnell Expands Scope of Lennar Concerns With New Report, Says Fraud Discovery Institute: Says Potential 'Bad Bank' Scenario Lurking."[22] Simultaneously, Minkow publicly disseminated a "report" prepared by Chris McConnell & Associates, an accounting firm hired by Minkow. This report makes false statements about Lennar's financial statements and corporate governance, saying "a potential bad 'Land' bank problem" "reminiscent of the Enron era" has been "lurking under the surface at Lennar [] for years."[23]

By these statements, Minkow intended to convey that Lennar is engaged in accounting fraud and precipitate further decline in Lennar stock price. The scheme worked. By the end of

---

[16] Exhibit 26 (1/12/09 and 1/15/09 J.P. Morgan Report).
[17] Exhibit 27 (1/9/09 Citi Company Flash - Lennar (LEN).)
[18] Exhibit 11 (1/19/09 Citi Company Flash - Lennar (LEN).)
[19] Exhibit 9 (1/21/09 Pali Research Note).
[20] Exhibit 10 (1/9/09 Zelman Report).
[21] Exhibit 12 (1/23/09 Press Release); Exhibit 13 (1/23/09 YouTube transcript).
[22] Exhibit 14 (2/4/09 FDI Press Release).
[23] Exhibit 15 (2/4/09 McConnell & Associates Report).

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 9

the trading day on February 4, Lennar's Class A shares closed down 8.0% while its Class B shares closed down 7.0%, resulting in a total loss to Lennar shareholders of another **$103,571,300**.

| Date | Class A (129,250,000 shares outstanding) | Class B (31,280,000 shares outstanding) | Total (160,530,000 shares outstanding) |
|---|---|---|---|
| 2/4/09 | ($0.69/share) | ($0.62/share) | |
| | ($89,182,500) | ($14,388,800) | ($103,571,300) |

Once again, Marsch's and Minkow's false statements—not some external market factor—caused the sell-off. While Lennar' stock plunged over 8%, none of its peers declined more than 2.4%. One key competitor, D.R. Horton, *increased* 1.3%.

| | Lennar | Pulte | Centex | Toll Bros | DR Horton | KB Homes | Index |
|---|---|---|---|---|---|---|---|
| 2/3/2009 | $8.59 | $10.92 | $9.18 | $18.06 | $7.42 | $12.28 | $11.57 |
| 2/4/2009 | $7.90 | $10.83 | $9.19 | $17.76 | $7.52 | $11.98 | $11.46 |
| Loss | (8.0%) | (0.8%) | (0.1%) | (1.7%) | 1.3% | (2.4%) | (1.0%) |

Once again, sophisticated market observers recognized that even though the accusations leveled against Lennar by Marsch and Minkow were unsubstantiated, they had a negative impact on Lennar's stock price. Stephen East, an analyst at PALI Research who has been covering the homebuilding market for several years, published a research note on February 4 entitled, "Minkow Strikes Again (Maybe), No BFD," stating as follows:

> Meaningfully underperforming the homebuilding group today, we believe the shares of Lennar yet again are being negatively influenced by Barry Minkow. The Fraud Discovery Institute, this morning posted to its website [], another LEN-targeted missive.
>
> In what is, admittedly, a rather poorly written diatribe, Mr. Minkow has "arranged" himself with Chris McConnell, an independent fiduciary analyst who is, best we can tell; an expert trial witness, in order to raise concern regarding "breach of fiduciary duty" by executives at Lennar.
>
> *Our perusal of the report, which had to be read several times in order to gain even a partial understanding of its intent, leaves us to question the negative reaction in the company's share price today as we believe McConnell does a rather poor job substantiating the case. While we have tried mightily to be objective during this tennis match between the two players, we find each new release less and less relevant. Our Buy rating*

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 10

> remains intact and we would capitalize on today's sell-off as an entry point in the shares.[24]

Losses continued to accrue and the Dow, S&P, and the homebuilding sector in general outperformed Lennar. No other material events in the market in January or February 2009 that can explain this data.



[25]

All told, Lennar's stock declined more than $825 million on the dates in January and February 2009 when Minkow and Marsch made statements about the company and its executives.

---

[24] Exhibit 16 (2/4/09 PALI Research Note) (emphasis added).
[25] Exhibit 17 (Full-page chart).

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 11

### Effect on Lennar Stock Price

| Date | Event | Class A | Class B | Total |
|---|---|---|---|---|
| 1/9/09 | FDI Press Release "[FDI] Launches Top 10 Red Flags for Fraud at Lennar Corporation" FDI Letter "Report" to SEC FBI IRS B Minkow YouTube Video Launch of "www.lennar-ron.com" website | ($2.27 (19.9%)) ($293,397,500) | ($2.05 (23.0%)) ($64,124,000) | ($357,521,500) |
| 1/12/09 | FDI Press Release "[FDI] says Lennar [] CEO Stuart Miller built a fraudulent foundation in response provided in CNBC live interview" | ($0.80 (2.7%)) ($103,400,000) | ($0.61 (8.8%)) ($19,080,800) | ($122,480,800) |
| 1/15/09 | FDI Press Release "FDI Releases Top 5 LIE-NNAR Lies With New Web Site And New Evidence On Lennar Corporation" FDI "Report" Launch of "www.lie-nnar.com" website | $0.31 (3.7%) $40,067,500 | $0.30 (4.8%) $9,184,000 | $49,451,500 |
| 1/23/09 | FDI Press Release [FDI] releases rebuttal to Lennar responses through new YouTube video and new evidence" G Hatch Report re J Jaffe Appraisal B Minkow YouTube Video | $0.29 (4.4%) $37,482,500 | $0.35 (7.3%) $10,948,000 | $48,430,500 |
| 1/29/09 | FDI Press Release "[FDI] confirms 4 out of 10 red flags" FDI "Report" | ($0.86 (9.7%)) ($111,155,000) | ($0.61 (9.0%)) ($19,080,800) | ($130,235,800) |
| 1/30/09 | FDI Press Release "[CARE] and [FDI] join forces in action against Lennar [] through potential civil racketeering case" | ($0.31 (3.9%)) ($40,067,500) | ($0.28 (4.5%)) ($8,758,400) | ($48,825,900) |
| 2/4/09 | FDI Press Release "Fiduciary Analyst Chris McConnell Expands Scope of Lennar Concerns" C McConnell Report | ($0.69 (8.0%)) ($89,182,500) | ($0.46 (7.0%)) ($14,385,800) | ($103,571,300) |
| 2/19/09 | FDI Press Release "New analyst report Lennar has 72% chance of bankruptcy within 2 years" R Middleton "Report" | ($1.02 (14.8%)) ($131,835,000) | ($0.93 (17.9%)) ($29,090,400) | ($160,925,400) |

However, taking the most conservative approach—based only on Minkow's and Marsch's statements made on January 9, January 12, and February 4, 2009—the damage caused to Lennar exceeds $580,000,000.

| Date | Class A (129,250,000 shares outstanding) | Class B (31,280,000 shares outstanding) | Total (160,530,000 shares outstanding) |
|---|---|---|---|
| 1/9/09 | ($2.27 / share) ($293,397,500) | ($2.05 / share) ($64,124,000) | ($357,521,500) |
| 1/12/09 | ($0.80 / share) ($103,400,000) | ($0.61 / share) ($19,080,800) | ($122,480,800) |
| 2/4/09 | ($0.69 / share) ($89,182,500) | ($0.46 / share) ($14,385,800) | ($103,571,300) |
| | ($3.82 / share) ($485,980,000) | ($3.12 / share) ($97,593,600) | ($583,573,600) |

O'MELVENY & MYERS LLP
Mr. O'Quinn, March 15, 2011 - Page 12

## II. Minkow and Boelter's Testimony Regarding Lennar Stock Trades:

We deposed Barry Minkow on April 7, 2009. He adamantly denied trading in Lennar stock or knowing anyone who had.

> Q: Have you engaged in any trading or securities transactions with respect to the stock of Lennar?
>
> A: No, sir.
>
> Q: Okay. Have you purchased any puts or done any kind of securities transaction hatsoever?
>
> A: No, sir.
>
> Q: At any time? Ever.
>
> A: In Lennar?
>
> Q: Yes.
>
> A: No, sir.
>
> Q: Do you know anybody who has?
>
> A: No, sir.
>
> Q: Have you received any money from anybody in connection with Lennar?
>
> A: No, sir.[26]

Shannon Boelter is a part-owner of the Fraud Discovery Institute, one of its two licensed private investigators, and Minkow's assistant. We deposed Ms. Boelter on October 8, 2009 and asked her whether she "ever traded in the stock of any of the companies investigated by Fraud Discovery Institute." She replied, "I have not personally traded in the stock of the companies investigated by Fraud Discovery Institute."[27] We followed up, asking whether she knew anyone personally who had traded in Lennar securities. Boelter replied that, although there are people on Lennar message boards that may have traded in Lennar securities "I don't know that I know any of them personally." We followed up again, to ask whether Minkow had traded in Lennar securities, to which Boelter replied "I think he said he was not trading Lennar securities."[28] Finally, we asked whether Boelter's husband traded in Lennar securities, and she replied he "hasn't traded in any securities."[29]

## III. Conclusion

Barry Minkow and Nicolas Marsch conspired to extort millions of dollars from Lennar by threatening to disseminate and actually disseminating false statements about Lennar and its

---

[26] Exhibit 18 at 95:6-17.
[27] Exhibit 19 at 137:18-23.
[28] *Id.* at 139:11-140:15.
[29] *Id.* at 141:13-18.

executives. In January 2009, they capitalized on investor paranoia by calling one of the country's largest homebuilders a "Madoff-like Ponzi scheme" and a "financial crime in progress." Shareholders panicked. Lennar's stock was devastated.

Within weeks, on January 27, 2009, Marsch's attorney Fred Gordon and Rhonda Holmes, who assisted in the preparation of the January 9 report, sent us a letter offering to settle Marsch's lawsuits and stop the flow of statements if Lennar would give Marsch shares of Lennar stock. "In lieu of the cash component of any settlement," Marsch's attorney wrote, Marsch would "accept stock shares" of Lennar:

> Another of your perplexing positions is your refusal to consider transfer of stock shares in lieu of part of the cash component of any settlement. Your justification for refusing to consider our offer to accept stock shares in any settlement is equally puzzling. That you "don't want Marsch to be a Lennar shareholder" seems to place pride before practicality. Surely, the parties could agree on the types of shares, how long the shares could be held, and other such terms to assuage your "fears."[30]

More than anything else, this letter proves that Marsch and Minkow knew their statements about Lennar and its executives were false. Nobody would accept shares in a "Ponzi scheme," a "financial crime in progress," and a company with a 72% chance of bankruptcy within two years. Beyond that, Marsch's demand for shares evinces his intent and plan to receive shares he knew were artificially deflated and that he expected to return to their higher true value once Marsch and Minkow's fraudulent manipulation of the market ceased. In over two years of regular settlement discussions, Marsch never once sought shares of Lennar stock—until *after* January 9, 2009, when he and Minkow fraudulently devalued Lennar's stock by 30%.

Very truly yours,

/s/ Daniel M. Petrocelli

Daniel M. Petrocelli
of O'MELVENY & MYERS

cc: David Marroso, Esq. (internal)

Attachments

CC1:845928

---

[30] Exhibit 21 (1/27/09 Letter from R. Holmes).