```
               UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION
               Case No. 11-20209-CR-PAS


UNITED STATES OF AMERICA           MIAMI, FLORIDA

                                   July 21, 2011
       Versus                      VOLUME I

                                   PAGE 1 TO 64


BARRY MINKOW
                       Defendant


                   SENTENCING HEARING
          BEFORE THE HON. PATRICIA A. SEITZ, J.
              UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE GOVERNMENT:

                       A. CRISTINA PEREZ SOTO, ESQ.
                       Assistant United States Attorney
                       99 N.E. 4th Street
                       Miami, FL  33132

FOR THE DEFENDANT:

                       ALBERT E. ENTIN, ESQ.
                       Entin & Della Fera
                       110 S.E. 6th Street
                       Suite 1970 - 110 Tower
                       Fort Lauderdale, FL  33301




REPORTED BY:           DAVID S. EHRLICH, RPR
                       Official Court Reporter
                       Wilkie D. Ferguson, Jr.
                       U. S. Courthouse
                       400 N. Miami, Room 11-4
                       Miami, Florida 33128-1810
                       (305) 523-5537
```

```
 1              (Court convened at 9:07 a.m.)

 2              MS. WEBB:  Case number 11-20209 criminal, United States

 3  versus Barry Minkow.

 4              Counsel, please state your appearances.

 5              MS. SOTO:  Good morning, Your Honor.  Cristina Perez Soto

 6  for the United States.  With me at counsel table is Special Agent

 7  Ray Andjich for the FBI.

 8              THE COURT:  Can you spell the Special Agent's last name?

 9              MS. SOTO:  Yes, Your Honor.  A-n-d-j-i-c-h.

10              AGENT ANDJICH:  Good morning, Your Honor.

11              THE COURT:  Good morning.

12              Good morning, Mr. Entin.  How are you?

13              MR. ENTIN:  Very well.  Good morning, Your Honor.  Albert

14  Entin on behalf of Mr. Minkow.  Mr. Minkow is present at counsel

15  table.  And also at counsel table, Your Honor, is Michael Berg, who

16  assisted me on the Presentence Report.

17              THE COURT:  Mr. Berg, so good to see you.  Long time.

18              And on behalf of Probation?

19              PROBATION OFFICER:  Good morning, Your Honor.  Janice Smith

20  for Probation.

21              THE COURT:  Please have a seat everyone.

22              We are here this morning to impose sentence on Mr. Minkow.

23              Is there anyone in the gallery that will be speaking as a

24  witness on behalf of the victims just so that I can get a sense of

25  how we are going to proceed here today?
```

1          MS. SOTO:  Your Honor, the government has informed the

2  representatives from Lennar Corporation who are here of their right

3  to speak at the sentencing, and they have decided not to speak on

4  behalf of the corporation.

5          THE COURT:  Do you want to identify them and give me their

6  names just so that the record reflects that they are present?

7          MS. SOTO:  Your Honor, they are in the back of the gallery.

8  Mr. Stewart --

9          THE COURT:  If they can come and say the name, because the

10  acoustics in this courtroom are very challenging and unless you

11  speak next to the microphone Mr. Ehrlich can't hear you.

12          MR. MILLER:  Good morning, Your Honor.  Stewart Miller, CEO

13  of Lennar Corporation.

14          THE COURT:  Mr. Miller, good morning, sir.

15          MR. SUSTANA:  Good morning, Your Honor.  Mark Sustana,

16  S-u-s-t-a-n-a, general counsel with Lennar Corporation.

17          THE COURT:  Thank you very much, Mr. Sustana.

18          MR. AMES:  Good morning, ma'am.  Marshal Ames, Lennar

19  Corporation.

20          THE COURT:  Thank you, Mr. Ames.

21          And, Mr. Entin, will you have any individuals speaking on

22  behalf of Mr. Minkow?

23          MR. ENTIN:  No, Your Honor.  We are going to rely on the

24  submissions that Your Honor has received.

25          THE COURT:  Okay.  And they have been extensive.  I have

1  reviewed all of them.  But let me start with the basic procedures

2  that we need to go through.

3          I believe there is also a stipulation regarding

4  restitution?

5          MR. ENTIN:  Yes, Your Honor, there is.  And the government

6  has prepared an order that I've reviewed and have agreed to in form,

7  and should Your Honor enter that stipulated order we would be

8  pleased to abide by it.

9          THE COURT:  I have one question.  I noticed in the

10  stipulation in paragraph number 3 it says the defendant agrees that

11  "she."

12          MS. SOTO:  That should be "he," Your Honor.

13          THE COURT:  I just wanted to make sure we were speaking

14  about the same thing.

15          MS. SOTO:  Yes, Your Honor.  And there is one correction to

16  the one that I sent last night to Miss Webb.  The parties have

17  agreed that instead of 50 percent while he is incarcerated, it

18  should be 30 percent of gross earnings.  If that is acceptable to

19  the Court, we would ask the draft be changed to reflect that.

20          THE COURT:  It is usually ten percent of --

21          If the government agrees with that, that is fine, because

22  he does have obligations to his children.

23          MS. SOTO:  There are two different categories, Your Honor.

24  We are talking about the first portion when it is a Unicorps job.

25  And that would take care, I think, of Mr. Entin's objection on the

1  restitution.

2          THE COURT:  Okay.

3          I don't have a copy of the original signed stipulation.  Do

4  you have that?

5          MS. SOTO:  We don't have it.  We delivered one by

6  electronic mail last night so the Court would have an electronic

7  copy to change in case this exactly happened, Your Honor.  But I can

8  --

9          THE COURT:  I only have the draft that was sent.  I do need

10 to have an original executed by you all.  And I, of course, want to

11 talk to Mr. Minkow to make sure that he is in agreement, because in

12 reading the papers it appeared to me that there were some objections

13 as to the restitution and I needed to find out does the stipulation

14 resolve those objections.

15         MR. ENTIN:  Yes, Your Honor.  If you wish to inquire of

16 Mr. Minkow.

17         THE DEFENDANT:  Yes, ma'am.  It's fine, ma'am.

18         MR. ENTIN:  Let me do it this way, Judge.  I think it would

19 be easier for you.

20 BY MR. ENTIN:

21 Q.  Mr. Minkow, have I gone over with you our decision --

22         THE COURT:  I will tell you what.  If you will actually sit

23 down, Mr. Entin.  I know that it is difficult, but then you are next

24 to the microphone.

25         And, Mr. Minkow, if you would also sit down.  There is a

1  microphone there.  Each of you get your own individual microphone.

2          MR. ENTIN:  It is a measure of respect to the Court, Judge.

3  I am not used to sitting in the presence of the Court.

4          THE COURT:  I appreciate the respect, but the primary thing

5  I need is to make sure my Court Reporter can make the record.

6  BY MR. ENTIN:

7  Q.   Mr. Minkow, did you and I discuss the fact that we had raised

8  an objection to the manner of the calculation of restitution in our

9  original response to the Presentence Investigation Report?

10 A.   Yes.

11 Q.   And subsequent to that did we enter into a stipulated judgment

12 in favor of the Lennar Corporation in the civil case that was

13 pending in Dade County in front of Judge Gill Freeman?

14 A.   Yes.

15 Q.   And we agreed to the amount in that case being $583,573,600,

16 did we not?

17 A.   Yes.

18 Q.   And did we then decide that it would be appropriate to agree to

19 the same amount for restitution in the federal case with the

20 understanding that any payments that we make on the civil judgment

21 would get credited to restitution in the federal case?

22 A.   Yes.

23 Q.   And have you agreed to go along with this stipulation?

24 A.   Yes.

25 EXAMINATION BY

1  THE COURT:

2  Q.   Mr. Minkow, why did you decide that that is in your best

3  interest?

4  A.   Because I was guilty.

5  Q.   Okay.

6          And the issues that were raised as to the amounts in

7  the stipulation, if I can reduce the extensive papers to sort of two

8  points, is that Lennar did not suffer this amount out of pocket in

9  that it could have only suffered this if it had actually gone to the

10 market for funding, that was objection number one.

11         And objection number two was that the real victims

12 here are those that are the ones that purchased and sold during the

13 period of the matters involving the false accusations against

14 Lennar.  So those were the two objections as I understand it.

15 A.   Yes, ma'am.

16 Q.   And you are withdrawing those two objections?

17 A.   Yes, ma'am.

18         THE COURT:  Okay.

19         Just one other point.  I understand that this is the amount

20 that was part of the Judgment in Judge Freeman's case.  My

21 examination of the files look as if it was a stipulated Judgment in

22 that case; am I correct?

23         MR. ENTIN:  Yes, Your Honor.  And if I might just briefly,

24 Mr. Petrocelli who is counsel for Lennar, and Mr. Sustana who is

25 their general counsel, provided documentation and figures that

1   established the mathematics behind the $583 million loss.  We went

2   over those figures.  We agreed that they were accurate based upon

3   market conditions, cross checked them, and we felt very comfortable

4   in agreeing to those numbers.

5           THE COURT:  Okay.  So you have seen the letter, Mr. --

6           You will have to excuse me while I locate --

7           MR. ENTIN:  The Petrocelli letter, Your Honor.  Yes, ma'am.

8           THE COURT:  Miss Webb has --

9           It is the Petrocelli letter.  I did read that letter and

10  that's the one that you have gone over, Mr. Minkow, with counsel?

11          THE DEFENDANT:  Yes, ma'am.

12          THE COURT:  Okay.

13          Miss Webb has been kind enough to make the changes that you

14  all requested on the proposed stipulation changing the "she" to "he"

15  in paragraph 3, and the 50 percent to 30 percent on the last line on

16  the first page.  So if you will take that down, everyone can sign

17  that.

18          MS. SOTO:  Thank you, Your Honor.

19          THE COURT:  I am very blessed with the remarkable team of

20  professionals that I get to work with, Miss Webb and Mr. Ehrlich.

21          So if we can proceed, Mr. Minkow.  Have you had an

22  opportunity to review the Presentence Investigation Report?  Well, I

23  will wait until you sign.

24          THE DEFENDANT:  Yes, ma'am.

25          THE COURT:  And the one I am referring to is the one that

1   Miss Smith prepared and the addendum that she did to the Presentence

2   Investigation Report.  Have you had a chance to review those two

3   items?

4            THE DEFENDANT:  Yes, ma'am.

5            THE COURT:  And did you have an opportunity to discuss them

6   with Mr. Entin and with Mr. Berg?

7            THE DEFENDANT:  And with Mr. Ray, yes, ma'am.

8            MR. ENTIN:  Mr. Ray is the California counsel whose health

9   still prevents him from being with us.

10           THE COURT:  I hope that he is at least better.

11           MR. ENTIN:  Yeah, but he is still going through the chemo,

12  Judge.  It is never easy.  But Don has been actively involved in

13  this process, and we speak with Don virtually two or three times a

14  week.

15           THE COURT:  Okay.

16            Did you see anything in the Presentence Report that

17  Miss Smith prepared and the addendum that we need to correct from a

18  factual perspective at this point?

19           MR. ENTIN:  Other than our one remaining objection, which

20  is to the Forney letter, Your Honor.

21           THE COURT:  The acceptance.

22           MR. ENTIN:  That's to the letter that was sent that we

23  filed the response to on Tuesday that we are asking the Court not to

24  consider as part of the sentencing this morning.

25           THE COURT:  I did read the Forney letter.  I read a letter

1 that you submitted under seal.  Was that letter shared with the

2 government?

3          MR. ENTIN:  Yes, Your Honor, it was.

4          THE COURT:  And I also read the cross-examination in the

5 trial of the United States versus Ronald Groves, et al. that

6 occurred on May 16, 2011.

7          MR. ENTIN:  Yes, Your Honor.

8          THE COURT:  So I believe that Mr. Minkow does on the

9 cross-examination admit that he commingled and that he engaged in

10 forgery of people's signature.

11          I have received an anonymous letter unsigned from a person

12 who styles herself as "I'm a member."  Very creative.

13          I have also read all of the other letters.  I would be

14 happy to indicate all of them on the record if you want me to

15 because I've noticed most of them appear to be filed in the first,

16 second --

17          MR. ENTIN:  We've made two letter submissions plus the ones

18 that we directly attached to the response, Your Honor.

19          THE COURT:  I found it ironic that Mr. Petrocelli is with

20 the same law firm that wrote the -- or is he still a partner with

21 the individual that wrote a letter on behalf of Mr. Minkow that --

22          MR. ENTIN:  Mr. Asperger?

23          THE COURT:  Yes.

24          MR. ENTIN:  I think Mr. Asperger may have moved to a

25 different firm.

1          Just a brief aside, in the case in front of Judge Freeman

2  it was pointed out that Mr. Minkow formerly lectured at O'Melveny &

3  Myers to their incoming group of young lawyers about fraud

4  prevention, and Mr. Asburger obviously is a friend of Mr. Minkow.

5  But --

6          Judge, we are not here because -- we are certainly not

7  telling this Court my client comes before you with an unspotted

8  record.  He has done what he has done, we admit it.  I think Your

9  Honor read the cross-examination.  He has done what he has done.  I

10 don't know that it is necessary to go with the letters on record,

11 but I think where the government and I agree is that the matters

12 that involve the San Diego church are matters that are more properly

13 handled by the U. S. Attorney's Office should it choose to handle it

14 in San Diego.

15         Your Honor has already seen in my response what our

16 response is there as well as the minutes of that September 2010

17 meeting which referred to their prior audit, and, you know, we are

18 capable of dealing with whatever that is in San Diego.  I don't

19 think that needs to be a feature of this sentencing where there is a

20 real victim, Lennar.  There is a person that created that problem,

21 which is my client, and we are here to answer for that.

22         THE COURT:  Okay.

23         Does the government agree with that procedure?

24         MS. SOTO:  Yes, Your Honor.

25         What I would just like to put on the record is that these

1  matters were, as Your Honor probably surmised, disclosed as part of

2  the United States' Giglio obligations, and so we have concerns about

3  investigative material as well as other things as Mr. Entin said.

4          And the victim in this case is Lennar Corporation, but

5  obviously the United States would also like to be put on the record

6  that we are not ignoring this problem.  Where I get calls from

7  victims in San Diego, or people who want to speak to the San Diego

8  U.S. Attorney's Office, or the FBI, we have directed them to the

9  people who are dealing with that issue there.

10         MR. ENTIN:  And the only thing that I want to put on the

11  record, Judge, is that we filed with the Court $1,600,000 in checks

12  that went directly from Mr. Minkow to the community bible church in

13  San Diego, for just a very brief period of time.  Those were gifts

14  from Mr. Minkow to the church during a period in which, as all the

15  correspondence indicates, he was serving as minister full-time

16  without any salary at all.

17         THE COURT:  Given the letters that I have read both pro and

18  con as to the church, it is clear that there needs to be a thorough

19  investigation, and I am not an investigator.

20         I'm aware that that is a highly contentious issue, and one

21  of the things about the law, although it is very frustrating for

22  people, is that we try and look at what the facts are and remove the

23  emotions.  I'm not in a position to undertake that analysis as to

24  the church issues.  So I'm not looking at those in this particular

25  case.

1          One of the most valuable things that I found was the

2    psychological analysis that was performed by Doctor Brandon, and I

3    think that he has accurately captured the various problems that

4    causes Mr. Minkow to get himself into the situations that he has

5    been in.  And my concern, though, is that he will continue to get

6    himself into similar situations.  He has that combination of the

7    need to be the center of attention, he is a very gifted person, he

8    is very eloquent, he is very supportive of individuals because it

9    helps his need for attention to be loved, to be liked.  And,

10   unfortunately, there does not seem to be the ethical compass that

11   makes sure that in achieving good things for people that excuses

12   conduct that is destructive of a society, which is the lack of

13   honesty.

14          MR. ENTIN:  Judge, if I could respond to that just briefly.

15   And I guess it's almost part of what my allocution is in the case.

16   And so the Court can understand where we are coming from, the only

17   departure that I am asking the Court to make today from the

18   statutory maximum is a departure consistent with what a three-point

19   reduction for acceptance of responsibility would be.  And I have

20   told that to the government.

21          The government is aware I am not seeking anything else from

22   the Court today other than a recommendation consistent with Doctor

23   Brandon's report for the 500-hour drug treatment program, which I

24   think is clearly on the record something that is called for in

25   Mr. Minkow's case.

1          And I'm going to impose on the Court just a little bit

2   because I --

3          THE COURT:  Before you get there, the Court of Appeals

4   outlines a little procedure that we do need to go through and that I

5   need to make sure on the record as far as the objections to the

6   facts --

7          MR. ENTIN:  There are no other ones.

8          THE COURT:  Does the government agree that there are no

9   factual objections to the Presentence Investigation Report?

10         MS. SOTO:  No, Your Honor.

11         THE COURT:  Do the parties agree that the Guideline

12  calculation here which does provide the acceptance of responsibility

13  downward adjustment would result in a total offense level of a 37,

14  it would be a Criminal History Category of I, Mr. Minkow's prior

15  conviction is not pointed because it is so long ago, and so that

16  provides a Guideline range of 210 to 262 months?  Do the parties

17  agree that that is an accurate Guideline calculation as set out by

18  Miss Smith in the Presentence Investigation Report and which does

19  give Mr. Minkow the credit for acceptance of responsibility in

20  arriving at that Guideline range?

21         MR. ENTIN:  Yes, Your Honor, that would be accurate.

22         MS. SOTO:  Yes from the government, Your Honor.

23         THE COURT:  Okay.

24         So the statutory maximum here is 60 months, and that as I

25  understand it from the government's position reflects the

1 government's prosecutorial discretion in fashioning how to charge

2 this case.

3        I don't want to not do justice to anyone's submissions but

4 as you can tell the paper that has been filed in this case is quite

5 thick.  But the government's position is that I should impose a

6 60-month sentence because that is a significant reduction from the

7 Guideline range, it is the statutory maximum, and that it does take

8 into consideration the government in selecting the charge that it

9 did believe that it would produce a sentence under the 3553(a)

10 factors that takes into consideration the nature of the crime,

11 Mr. Minkow's background, his contributions to justice, his positive

12 things as well as the negative things, and be consistent with all of

13 the --

14        MS. SOTO:  Your Honor, if I could.  Rodriguez certainly

15 holds that Your Honor has the authority to depart.  Now, it is a

16 pre-Booker case and the government would not argue with Your Honor's

17 authority to depart or vary, however Your Honor wants to approach

18 this case.

19        The government's position is obviously we have recognized

20 his acceptance of responsibility, and as Your Honor just quoted the

21 Guideline range as it otherwise may be or would have been had

22 Mr. Minkow not accepted responsibility.

23        Thus to the extent that you are considering this argument

24 under Rodriguez that he is not getting credit for acceptance of

25 responsibility, the United States would just submit that he has.

1  Maybe not from the Court, Your Honor, and I understand that you have

2  the authority to give him more.  But we would ask that it be

3  considered that this is a significant benefit that has been

4  conferred on the defendant in terms of his calculation of the

5  guidelines.

6        Obviously under 5G1.1 the Guidelines become 60 months and

7  that's it.  Thus we would ask 60 months does take into account his

8  acceptance of responsibility and other benefits that the United

9  States has provided Mr. Minkow as described in our brief, and thus

10  we do not think that a general departure based on acceptance of

11  responsibility is appropriate in this case.  It's not an appropriate

12  use of discretion given the damage that was caused, given the

13  position the defendant assumed in the community, given his

14  relationship to regulatory and law enforcement agencies, his abuse

15  of his position there, his history of trading on information that he

16  obtained from these agencies.  This is not the case where any

17  further departure should be considered or any further variance

18  should be considered, Your Honor, under a 3553.  So, therefore, the

19  United States would ask that the departure be denied.

20        THE COURT:  Okay.

21        Let me just make sure, Mr. Entin, before you begin your

22  allocution --

23        And let the record reflect that the Court accepts all of

24  the statements set forth in the Presentence Investigation Report and

25  I will use those facts in reaching my determination.

1          And let the record also reflect that I have read the

2    defendant's objections to the Presentence Investigation Report and

3    request for an alterative sentence.  And let me make sure that I

4    understand.

5          So you are waiving all other requests for a departure other

6    than the acceptance of responsibility?

7          MR. ENTIN:  No.  What I'm saying, Your Honor, is if you

8    take everything else that I have raised in there and fold it into

9    the request for the acceptance of responsibility.  In other words,

10   what I'm saying is I'm asking the Court to consider the other fraud

11   that he has uncovered, the basically billion dollars worth of fraud

12   that he has uncovered, the cooperation that he has rendered to the

13   government without compensation, his health problems whatever they

14   may be as Your Honor has in front of you, but fold them in.  I'm not

15   looking for anything beyond the three points I was seeking for

16   acceptance of responsibility, but all of those other reasons fold

17   into there and I argue levitate for the Court to exercise its

18   discretion under Rodriguez to give him those three points because

19   they are all a part of why and how and the methodology by which he

20   accepts responsibility for what he did.  And I hope that is not

21   obscure because I really think it's a principled way of trying to

22   explain to the Court what we think goes into that three points that

23   we are seeking off of the statutory maximum.

24          THE COURT:  The Court recognizes that I do have the

25   discretion under Rodriguez if the circumstances warrant to vary

1  downward in applying the sentence and that I would have the

2  discretion to give an additional three levels downward.

3          The question to me is whether or not any of the things

4  either individually or collectively would warrant this three-level

5  downward.

6          I'll be happy to listen, but I need to share with you and

7  Mr. Minkow that in looking at what is proffered as serious health

8  conditions in comparison to other serious health conditions that I

9  have seen these are just simply factors that any aging population is

10 going to endure.  I do not consider it extraordinary or would

11 justify even consideration other than making sure that the Bureau of

12 Prisons is aware of this, of his conditions, and that he gets that

13 treatment which I can authorize.

14         As far as the whole issue of the other frauds that he has

15 done and the other cooperation that has not been compensated, I have

16 to share with you that the difficulty that I have with that argument

17 is that it would suggest that -- and the irony in a biblical sense

18 that one can build up a reservoir of good graces that then allow you

19 to go out and sin.  And if I remember the biblical admonition from

20 the old testament it is that no matter how much good that you have

21 done in your life, if you do sin then all of it is for naught and

22 then that one should suggest that now in this day and age our

23 culture is so focused on everything has a price.  The only

24 motivating factor that has any consideration is whether or not you

25 get paid for something.

1            It is just interesting that if you look at the success

2 literature in our country from the foundation to about the early

3 1950's, success was measured in character.  Since then our society

4 only measures success in money and power, which is very unfortunate.

5 I think our Founding Fathers would be very distressed to see how

6 we've all bought into the dollar sign.

7            And so my concern there is that argument is -- it is almost

8 as if a police officer out putting his life on the line it is then

9 okay for him to then go rob a bank.

10           MR. ENTIN:  Oh, no, Your Honor --

11           THE COURT:  And because I'm supposed to say all of his 25

12 years of being a police officer I ignore the fact that he has robbed

13 a bank?

14           MR. ENTIN:  No, Judge.  I don't think I have suggested

15 that.

16           If Your Honor thinks I'm suggesting that this Court depart

17 downward say have probation and go home, Mr. Minkow, that's not what

18 we are doing.

19           I think -- and I didn't bring the case with me, Michael

20 probably will remember it off the top of his head, but I think of

21 what Judge Rakoff said in that decision in New York, which I'm sure

22 that Your Honor has come across more than once at sentencings in

23 which when he was sentencing a fellow said that at a sentencing it's

24 the only time that a person who has done good things necessarily

25 needs to call them to the attention of a sentencing court because

1  it's the only time that they may have some weight at all.

2         I'm not suggesting to this Court that because Barry from

3  2000 to 2009 when he became involved with Lennar had done good

4  things, that he built up some kind of reservoir there that

5  ameliorates what he did here.  That's not the point at all.

6         And if I can make the point I want to try and make and

7  impose on Your Honor while I'm doing it.  Your Honor has known me a

8  long time.  Your Honor has also one of the few people that have

9  actually driven in my car as you did from that Prosecutor/Public

10 Defender seminar in Gainesville, to the airport, before you were on

11 the bench, if you will recall, and actually lived to tell the tale,

12 which most people who drive with me cannot do.

13        THE COURT:  That's got to be more than 20 years ago.

14        MR. ENTIN:  Absolutely.  Your Honor has known me a long

15 time.

16        I have known Barry longer than that.  I was one of the

17 lawyers that defended Barry Minkow in the ZZZZ Best case that is so

18 old that it doesn't score today.

19        THE COURT:  Were you a brand new lawyer?

20        MR. ENTIN:  I don't know that I was a brand new lawyer.  I

21 probably was in my 30s at the time.  And now I just finished doing

22 the papers to collect Social Security next year.  So I'm not sure

23 about things.  But I was a young guy.  And I was one the lawyers

24 that was representing Barry at the time.  He was an 18-year-old kid.

25        THE COURT:  How come he looks so much better than we do?

1        MR. ENTIN:  He was 18.

2        THE COURT:  Oh, okay.

3        MR. ENTIN:  He was 18.

4        THE COURT:  Okay.

5        MR. ENTIN:  The difference is, the fellow that I

6   represented when he was 18 wouldn't have known how to say, "Look at

7   what I did.  I did something terribly wrong.  I'm going to come to

8   the table, I'm going to enter a plea of guilty, and I'm going to try

9   and make it right."  The Barry Minkow that I knew almost 30 years

10  ago was a very different fellow than the fellow that stands before

11  Your Honor.

12        I don't disagree with Doctor Brandon's assessment.  He's

13  got some character flaws that would be a challenge to him for the

14  rest of his life.  But I do disagree with Your Honor when you say he

15  has no moral compass because he knows that what he did here was 110

16  percent wrong.

17        THE COURT:  That's now.  What do we have on behalf of

18  society, Mr. Minkow, and Mr. Entin, to make sure that that moral

19  compass operates at the time he is making the decisions to engage in

20  insider trading, manipulating the stock market --

21        MR. ENTIN:  So that Your Honor understands --

22        THE COURT:  -- forging somebody's name?

23        MR. ENTIN:  -- the only insider trading that he did is the

24  insider trading that he pled to in this case.

25        The other, what Your Honor may be referring to insider

1  trading, was acting on the information that was developed solely by

2  himself.  And two federal judges in California, in suits that were

3  filed even after this Indictment, agreed that he acted appropriately

4  and dismissed the Usana litigations and the Herbalife litigation --

5  Medifast litigations, that had been filed against him for his short

6  selling based on information that he himself had uncovered.

7         The fact that he misused information that had been provided

8  to him by an FBI agent in this case is what motivated the plea and

9  the fact that he understood that everything that he had done wrong

10  was wrong.

11         But understand, that's the only example of insider trading

12  and it was nothing that he had paid somebody for.  It was something,

13  information that he hadn't solicited and it is something he knew he

14  shouldn't have done.  But that's the only instance of it.

15         THE COURT:  He is 45?

16         MR. ENTIN:  He is 37 years old, Your Honor.  Oh, 45.

17         MS. SOTO:  He is actually 45 years old.

18         MR. ENTIN:  He's 45.  He --

19         THE COURT:  For somebody who has been working with law

20  enforcement, who is lecturing to others about how to detect, how to

21  avoid fraud, holding up the banner that we all need to be vigilant

22  to root out fraud, and that he is abusing that trust, and there is

23  no compass that says stop, this is not what you were supposed to be

24  doing.  At the age of 45, that's what gives me concern.

25         MR. ENTIN:  It --

1          THE COURT:  And he served time in jail and he then trades

2     under another name so he won't be caught, it's not just simply a

3     lapse in judgment.  It is sort of an intentional -- it required

4     thought to engage in this.

5          MR. ENTIN:  And we are having a strenuous agreement.  I

6     agree with you.  It is a horrible thing Barry did.  A horrible

7     thing.  And that's why he pled guilty.

8          And, by the way, in pleading guilty there were two sides to

9     this bargain.  The other side to the bargain was the government

10    wasn't put to any kind of proof.  The government didn't have to

11    present a case, the government did not have to go through a

12    prosecution.

13         And since he made the decision, Your Honor, to plead guilty

14    he has continued to do what he could to expiate what he had done.

15    He has been working hand in glove with Mr. Petrocelli to deal with

16    the other people that got him involved in the Lennar matter in the

17    first place.  He has spent hours providing documents, he has spent

18    hours providing materials --

19         THE COURT:  But for me to consider that I need to have a 5K

20    or Rule 35 motion and I'm not there.

21         MR. ENTIN:  But that's not true.  Under 3553 in terms of

22    his recognition post his determination plea of what he did he went

23    up to Sacramento, continued to cooperate in the case in Sacramento,

24    testified in Sacramento.  We are not asking the Court to reduce his

25    sentence based upon 5K but understand he went up there and did what

1 he needed to do.

2         He is under subpoena right now for a case, the Cho case in

3 San Diego where that prosecutor is going to use him.  He is going to

4 testify there too.

5         I am not telling the Court that he is a perfect person, and

6 I'm not telling the Court that he has done nothing wrong.  But I

7 suggested to the Court in my most recent filing that his hubris is

8 what caused this problem, the narcissism caused this problem.  Like

9 Icarus he tried to fly too high on wings of wax and has been brought

10 crashing down.  And the new life that he had made for himself and

11 for his wife and for his family all went out the window with it.  He

12 is not going to make the mistake a third time.

13         I'm not asking the Court to do anything other in

14 considering this sentence but to give him credit off of the

15 statutory maximum, which is a credit of basically less than two

16 years, for his having accepted responsibility and not only accepted

17 responsibility but gone forward to cooperate with everyone that he

18 can in order to make things right.

19         THE COURT:  Okay.  But the Guideline calculations of the

20 210 give him that acceptance of responsibility credit, and the

21 statutory maximum in fact gives him an additional 150 months credit.

22         MR. ENTIN:  And Your Honor can take that position and I

23 can't fault you.  It is your discretion.

24         THE COURT:  Okay.

25         MR. ENTIN:  I'm asking Your Honor to take account of the

1  fact that until he ran into Nicholas Marsch his life in fact had

2  turned around.  And until he had been -- well, you know, now -- by

3  doing that you are making a judgment on San Diego, and you told me

4  you wouldn't do that.

5           THE COURT:  Okay.  You're right.  You're right.

6           MR. ENTIN:  Your Honor told me you wouldn't make that

7  judgment.  And I believe Your Honor when you tell me you're not

8  going to do that, I don't want to litigate San Diego.

9           THE COURT:  But I am simply accepting his statements under

10  oath as to what he did.

11          MR. ENTIN:  Absolutely.  We --

12          THE COURT:  And I cannot ignore that he did admit that he

13  commingled and that he engaged in --

14          MR. ENTIN:  He signed credit card statements that he had

15  arguably authority to --

16          THE COURT:  He forged people's signatures.

17          MR. ENTIN:  He signed other people's name which he had he

18  believed -- and I don't want to get into that -- authority to do.

19  But the bottom line is, Your Honor, so you understand, it didn't

20  take this prosecution to bring that out.

21           In the Lennar litigation in 2009 he admitted to that same

22  commingling.  And in the Lennar litigation in 2009 before these

23  charges were ever brought he was either already admitting to that

24  with regard to the community bible church --

25          THE COURT:  In the Lennar litigation he perjured himself --

```
 1            MR. ENTIN:  But not on that issue.

 2            THE COURT:  When asked whether or not he was engaging in

 3 short -- the testimony --

 4            MR. ENTIN:  The perjury there was he admitted to doing it

 5 two times and he had done it three.

 6            THE COURT:  No, no.  They asked him whether or not he

 7 bought any shares and traded any shares and he said no.

 8            MR. ENTIN:  That is not accurate.  In his deposition he

 9 admitted to purchasing shares shortly before the article was first

10 published and did not admit to purchasing shares almost six months

11 to a year later.

12            THE COURT:  Hold on.  Let me look at Mr. Petrocelli's --

13            (Off-the-record discussion between Mr. Entin and

14 Mr. Minkow.)

15            THE COURT:  I'm looking at Mr. Petrocelli's letter.

16            Has this letter been filed in the Court record?

17            MR. ENTIN:  I have seen it, Judge.  I don't know that it is

18 filed.

19            MS. SOTO:  I don't believe so, Your Honor.  I think that

20 the one that was attached to the PSI has not been filed in the Court

21 record.  It is still just simply with the Court and the parties.

22            MR. ENTIN:  Judge, I believe I have seen the letter.

23 Whether it is filed with the Court record or not is immaterial.

24            MS. SOTO:  The parties are fully aware of it, Your Honor.

25 It's just a question of whether Your Honor wants to mark it for the
```

1  record.

2       THE COURT:  I think I should do that since I'm referring to

3  it.  This is the March 15, 2011 letter to Ryan O'Quinn.  And it says

4  on page 12, Roman Numeral 2, talking about Mr. Minkow's and Miss

5  Boelter's testimony regarding the Lennar stock trades, he says, "We

6  deposed Barry Minkow on April 7, 2009."  And it quotes the testimony

7  in which Mr. Petrocelli --

8       MR. ENTIN:  That's correct, Your Honor.  But that's --

9       THE COURT:  He says that he adamantly denied trading in

10  Lennar stock or knowing anyone who had.

11       MR. ENTIN:  Judge, that's correct.  But that related to the

12  post-article trade where Mr. Minkow bought those shares in Miss

13  Boelter's name.  I don't dispute that he lied about that in that

14  depo.

15       THE COURT:  That's perjury.

16       MR. ENTIN:  But what I'm telling the Court is --

17       Well, Judge, he did that.  We acknowledge that.

18       But he also did admit in prior depositions that he had

19  bought other Lennar stock.  He denied that particular trade.

20       THE COURT:  This is what I'm talking about.  When you take

21  issue with me that I say, okay, he is different, and I wave my hand

22  to sort of indicate so so, these are the kinds of things that

23  concern me that in 2009 he is lying under oath and he did testify in

24  -- admit at the trial that he was engaging in those certain

25  activities involving the church.  And that's all that I'm looking at

1  as far as the church activities.  Those are the things that give me

2  concern about whether or not that moral compass exists.  It kicks in

3  after he is caught and confronted.

4          And I accept the fact that Mr. Minkow has, like all human

5  beings, some positive things.

6          MR. ENTIN:  Okay.  That's the only point I'm driving at.

7  He is a nuanced complex far-from-perfect individual.  Your Honor can

8  --

9          THE COURT:  The difficulty that I have, Mr. Entin, and

10 Mr. Minkow, is that I have a responsibility to protect society when

11 I am fashioning an individualized sentence for the particular

12 defendant in front of me.  And my concern is looking at the whole

13 individual, recognizing that he is very good at inspiring people,

14 motivating people, enthusiastically looking out and ferreting out

15 fraud.  But he has, as Doctor Brandon appears to have accurately

16 assessed, a significant deficit that goes to that moral compass that

17 prevents someone from engaging in conduct that goes to the heart of

18 integrity, veracity, truthfulness beforehand.

19         He can see it afterwards, he accepts responsibility and he

20 is very remorseful, he saved the government and all of the parties

21 the need to go through a trial.  But in fashioning a sentence the

22 question that I have is what guarantee do I have that he is not

23 going to slip off, because he is so bigger than life when he slips

24 off it's not a minor.  It's a major impact on society.

25         MR. ENTIN:  I know it sounds very strange, but until we got

1   Barry with Doctor Brandon, nobody had ever done a psychological on

2   Barry.  And now that we know where the problem lies, with therapy

3   and treatment I think we are going to be able to deal with that and

4   overcome it in the future, which is something that Barry wants to

5   do.

6           THE COURT:  Okay.

7           MR. ENTIN:  And again, Judge, I have seen him at two

8   different stages of his life, and perhaps that puts me in a

9   different position than Your Honor.  But I have such tremendous

10  respect for Your Honor, and such tremendous respect for Your Honor's

11  judgment, that whatever sentence you fashion today, even if you

12  completely ignore what I have requested today, and ignore the fact

13  that maybe to some extent the drug problem that is outlined in that

14  report also may have accelerated things that we are going to deal

15  with now as well, but whatever sentence Your Honor fashions we'll

16  live with and we are going to try to become a better person at the

17  end of it no matter what happens.

18          And again, I'm not trying to do anything other than to tell

19  Your Honor that he is not the devil incarnate and he certainly is

20  not a person that comes to you without spots.  But he is also a

21  person that has a tremendous potential properly channeled and now

22  that we understand what the underlying problems are it's going to be

23  a lot easier to channel him in those directions when he gets out of

24  confinement.

25          MS. SOTO:  Your Honor, may I speak to some of these issues?

1          THE COURT:  Certainly.

2          MS. SOTO:  May I approach the podium?

3          THE COURT:  Yes.

4          MS. SOTO:  Because I don't want to --

5          Your Honor, I think that honestly what I want to say is I

6  want to reiterate some of the points that Your Honor made and just

7  fill in some of the blanks that I think are important in this case.

8          Mr. Minkow went to jail at 21.  He spent most of his 20s in

9  the custody of the federal government for a massive fraud.  There

10  was mitigating factors then:  He was young, he might have been

11  inexperienced, all that.

12          At this point he comes to the Court 45 years old having

13  risen to fame, or whatever anyone wants to call it, through his

14  fraud discovery institute, through his fraud-fighting credentials,

15  Your Honor.  And I think that should really be considered as

16  relative to the victim in this case, Lennar Corporation.

17          Had Mr. Minkow not spent time and effort building himself

18  up as a person who found fraud, as a person who can be relied upon

19  by the FBI and the SEC and other people, maybe the economic hit that

20  Lennar took wouldn't have been so devastating.  It is more than a

21  half million dollars; as well as the stress on its personnel, the

22  fact that Lennar had to appear on CNBC and other media outlets in

23  order to contain the damage that was caused by Mr. Minkow.

24          When one looks at his life span relative to where we are --

25          THE COURT:  Excuse me.  Just a minute.

1        Half a million dollars?

2        MS. SOTO:  Half a billion dollars.  Sorry.  If I misspoke,

3  then I made a serious mathematical error, which is probably why I

4  became a lawyer, Your Honor.

5        When Mr. Minkow is out there he knows, he knows because he

6  loves this kind of stuff.  He loves the attention.

7        As we pointed out in our brief, there is the situation with

8  the report in early January which is then aggravated by Mr. Minkow

9  going on other TV appearances and continuing to build up this, as he

10 called it, Lenron accusation.

11       So when we're looking just at the two or three weeks in

12 January of 2009, the damage he knowingly caused to this corporation,

13 we are looking at a man who actually should be judged for

14 aggravating factors.

15       He had already gone to jail, he had supposedly turned his

16 life around.  But had he really, Your Honor?  Because what comes out

17 is a picture of a man who between convictions was supposedly helping

18 the FBI, and helping the SEC, and whoever he could find, even the

19 State of California and the Department of Corporations there, which

20 is its regulatory agency.  But what is he doing at the same time?

21 He's trading on all the stock of the corporations he is supposedly

22 investigating.

23       Now, while I agree with Mr. Entin to the extent that that

24 may not be technically illegal, it is still morally wrong because he

25 is supposedly acting as a person providing sourcing information.

1          Now, Your Honor may or may not be aware that ever since he

2   appeared in our offices he has not been allowed to trade whatsoever.

3          This is a securities fraud case, Your Honor.  He has built

4   himself up to be this grand master of fraud finding, and he was

5   actually doing well with his life.  There was really no reason of

6   poverty, no reason of stress for him to commit this crime.  He was a

7   pastor in a church.  By all accounts he was very respected, even

8   loved, by his congregation.  He lost his way because he has no way,

9   Your Honor.

10          The rules do not apply to Mr. Minkow at times.  And that is

11   simply not something that can be countenanced in our society.

12          As Your Honor's exchange with Mr. Entin just showed, there

13   is a splitting of hairs here that is unacceptable at times.  He

14   committed perjury.  Yes, the end.  It's not about what the perjury

15   was committed about.  And as Your Honor pointed out, he was in the

16   end, even after the issues with the Lennar actions and the report

17   that came out, he then committed insider trading.

18          At the same time that he supposedly is uprooting fraud and

19   uncovering fraud, he is doing this, and he's not even doing it in

20   his own account.  Why?  Because he knows it's wrong.  He does it

21   through other people, through nominee accounts.  Mr. Minkow knows

22   what's wrong.  He just doesn't want to get caught.

23          He's here, and we would dispute the idea that this was just

24   a -- Mr. Minkow came in and there was a Plea Agreement on the table.

25   This investigation took time and effort by the FBI, by the U. S.

1 Attorney's Office, and by Lennar, which was always considered the

2 victim by our office and kept informed of their rights under victims

3 acts.

4        It was a damaging episode in their history, and I believe

5 that when we look and focus on the victim in this case we see that

6 some kind of credit for acceptance of responsibility is not

7 warranted, not by departure and not by variance, in particular when

8 looking at the defendant's characteristics and specific and general

9 deterrence.

10        Your Honor, general deterrence here calls out for a

11 60-month sentence.  Why?  Because the actions have to be punished in

12 a way that tells the securities market and the public at large this

13 is unacceptable.  Maybe you have the power, maybe you have the

14 opportunity to cause this kind of damage, but this is unacceptable,

15 Your Honor.

16        And as to specific deterrence, I do believe Mr. Minkow

17 deserves the 60-month sentence.  He has squandered significant

18 opportunities, he has shown that he was not rehabilitated the first

19 time.

20        Often times in white collar cases we hear it's a white

21 collar case and does prison really do something in terms of

22 rehabilitation or punishment or deterrence, or all of the factors

23 that are encompassed in 3553.  In a sense the defendant has

24 squandered his opportunity after his first conviction.  He

25 squandered his opportunities after building up the fraud discovery

1  institute.  And thus the government believes --

2          And while he did provide information to regulatory

3  agencies, in a sense he also squandered those opportunities, because

4  when looked in the complete view I don't know that he was completely

5  candid with those people, which is what you expect from someone who

6  is supposedly helping you.

7          THE COURT:  What do you mean?

8          MS. SOTO:  Well, Your Honor, I know from just experience in

9  terms of doing these type of cases that we, at least myself, Special

10 Agent Andjich, give people fairly strict instructions about trading

11 and those types of things that could happen while a person is

12 providing information, whether it be as a defendant, a source, all

13 of those things.  In that sense he was, yes, uncovering fraud.  But

14 he was also abusing those relationships, Your Honor.  And I think

15 that tells something about the man here.

16         He finds himself to be larger than life, he finds himself

17 to be somewhat above the rules, but when the rules catch up to him

18 he is willing to accept responsibility.  And in that sense I have

19 concerns about any shortened prison sentence not being able to give

20 him the time to reflect and the time to rehabilitate on what he is

21 doing with his life.  He still has a long way to go, Your Honor.

22 And I would hope that he would continue to accept responsibility for

23 his actions but change.  Change is what Mr. Minkow needs now.

24         And I take Mr. Entin at his word, but we have arrived here

25 for the second time in federal court with a man who was given pretty

1  much every opportunity.  His church embraced him, his community

2  embraced him, the world at large embraced him, and he squandered

3  that.  And that's not even talking about any of the other church

4  things that we have somewhat preliminary discussed.

5        He spent his 20s in jail, he spent his 30s supposedly

6  uncovering fraud and becoming a pastor and trying to be a minister

7  to his flock, supposedly an example and a pillar of his community.

8  That was his job.  Forget what he was doing at the fraud discovery

9  institute, but as a pastor.  And then here we find ourselves from

10 2009, he was what, 42, 43?  Here we are back again in terms of a

11 securities fraud conviction which did significant harm to the

12 corporation Lennar, but also, Your Honor, in the marketplace we

13 can't have that type of selfish behavior.

14       This was done because Mr. Minkow could.  If somebody else

15 had done it, if Joe Smith had done it, I wonder if the market

16 capitalization of Lennar would have gone down so much.  That's my

17 point in terms of Mr. Minkow the defendant, and his characteristics

18 under 3553, Your Honor.

19       He knew what he could do and he did it.

20       THE COURT:  Whatever happened to Mr. Marsch?

21       MS. SOTO:  He lives in California, Your Honor.  And at this

22 point I can't really discuss it.

23       THE COURT:  Okay.

24       MS. SOTO:  Thank you, Your Honor.

25       THE COURT:  Is there anything else that I need to consider

1  before Mr. Minkow speaks, if he wants to speak?  He doesn't have to

2  speak.  Or do you want to take a little break and you two can talk?

3          MR. ENTIN:  He put everything, Your Honor, in the letter

4  that he wants to say, Your Honor, that we filed with the Court.

5          THE COURT:  And I did read that letter.

6          Can someone just make sure that Mr. Petrocelli's letter is

7  filed so that that is a part of the Court record since I read from

8  it?

9          MS. SOTO:  I am happy to do it by the end of the day, Your

10 Honor.

11         MR. ENTIN:  And, Judge, without any further argument, just

12 to clear up one thing for the record, out of the cases that

13 Mr. Minkow made that assisted the government, 22 of the 26 cases did

14 not involve public companies.  They were companies that were not

15 traded, they were not public.  They were companies that were just

16 involved in fraud and which there was no question that Mr. Minkow

17 was trading or making profit or anything else.  The greater majority

18 of those, 22 out of 26, had nothing to do with a public company.  I

19 just tell the Court that so the Court again puts everything into

20 perspective.

21         THE COURT:  Okay.  Just make sure that Mr. Minkow tells me

22 himself that he is satisfied that he has shared with me all that he

23 wants in his letter.

24         I think he wants to speak with you first, Mr. Entin.

25         (Off-the-record discussion between the defendant and his

1  counsel.)

2          THE DEFENDANT:  Yes, ma'am.

3          THE COURT:  Okay.

4          I did read your letter, I read your wife's letter, I read

5  all of the letters that were written in support of you, Mr. Minkow.

6  And I will share with you --

7          So you do not want to add anything else?

8          THE DEFENDANT:  No, ma'am.

9          THE COURT:  Okay.

10         Anything else from anyone else?

11         MS. SOTO:  Nothing from the government.  Thank you.

12         THE COURT:  I did think that Doctor Brandon's suggestion

13 that we limit the areas that Mr. Minkow can be involved in, that he

14 not be in positions of authority --

15         Miss Smith, get you quickly at hand Doctor Brandon's

16 report?

17         Is it attached to the objections?  Where is the report?

18         MR. ENTIN:  I have another copy, Your Honor.  We filed it

19 under seal, Judge.  And, Judge, I would request that it remain under

20 seal.

21         THE COURT:  It will stay under seal.

22         But he did make a recommendation as to restricting.

23         MR. ENTIN:  Yes, Your Honor.

24         THE COURT:  So if we could just read --

25         MR. ENTIN:  Yes, Your Honor.

1           THE COURT:  And again, the restriction is designed --

2           MR. ENTIN:  He should be strongly encouraged to distance

3    himself from positions of authority, control and persuasion of

4    others, including voluntary positions in business and clergy."

5           I don't think that that went to areas, for example, Your

6    Honor, of teaching.

7           THE COURT:  Correct.

8           MR. ENTIN:  Okay.

9           THE COURT:  And it is somewhat --

10          Mr. Minkow, I have looked at everything.  It is interesting

11   that at a sentencing it is the closest thing that we as human beings

12   experience at what it must be like at the day of judgment in which

13   the book of our lives are opened up and both the positive and the

14   negative are examined.

15          You have incredible gifts that you were given.  The

16   proverbial -- I believe you could probably very successfully sell

17   ice boxes to Eskimos, just because you have such a positive,

18   enthusiastic, driving power to your personality.  It attracts

19   individuals.  You have what appears to be a well-trained voice that

20   gives hope to others.

21          Unfortunately in each one of us our strengths can sometimes

22   become our greatest weaknesses.  I believe that Doctor Brandon

23   underscores the fact that there is not that internal control yet in

24   place.  I don't know whether or not it can ever be in place.

25   Hopefully with behavioral modification and learning those techniques

1  it can be achieved.  I'm not a psychologist.  I don't know what one

2  can predict.

3          But my concern for all of us, yourself and the rest of the

4  community, is that you never be back in the criminal justice system

5  again.

6          At this point, though, there have been two significant

7  strikes out.  It is of the same type of behavior of manipulating in

8  a fraudulent manner.

9          Society can only exist, a civil society, if each one of us

10 deals honestly with every other human being.  It is when we abuse

11 that trust not only do we corrupt and corrode the environment and

12 take advantage of other people, but we create an insecurity in

13 others that is probably even more damaging long term because people

14 want to believe other people.  But once you have lied and the other

15 person feels that they have been sucked in by it they begin to not

16 only be angry with you for taking advantage of them, but they are

17 angry with themselves because their judgment was in error and how do

18 they trust their ability to judge other human beings.  It is that

19 constant re-examination.  It is somewhat equivalent to once someone

20 has broken into your house you always are insecure in your household

21 is somebody trying to break in again.  And you have robbed someone

22 of that sense of security.  And when people feel insecure, fear

23 comes up and it really begins to make people not want to work

24 together.  It's sounding almost philosophical, but it has that type

25 of long-term corrosion.  And we as a community are all in the same

1 boat.  All of us rely on each one of us to pull the oar, to not

2 damage the boat, to not make holes, to not turn the boat over.  And

3 that is the concern that I have, that that compass does not kick in

4 to say, "I'm not going here" at the time that you are presented with

5 the opportunity.

6          I accept Mr. Entin's assessment because I do respect him

7 very much that you are changed from the individual that he knew back

8 when you were 18.  The concern that I have is that I still see the

9 inability to deal with reality honestly.  And what concerned me is

10 that when I look at that lying under oath in the deposition with

11 Lennar that was in 2009.

12          I do appreciate the fact that you have accepted

13 responsibility.  That gives me hope that you are going forward, that

14 you do have the commitment to make the change that you need to

15 change.  But I cannot ignore the fact that your talents and drive

16 put you into a position here on a pillar for everyone to see.  And

17 so the choices that you have made are even more disastrous because

18 you held yourself up as an example.

19          No one forced you to put yourself in that position.  You

20 sought it out.  But if you seek out those positions you have a

21 commensurate responsibility to be as clean as Cesar's wife.  And

22 it's abusing that trust that really concerns me.

23          So although I do have the power to give you the acceptance

24 of responsibility, I'm concerned that that would not be appropriate.

25 And, therefore, I am not going to give you the additional

1   three-level downward adjustment off the 60-month sentence.  I think
2   that to do that would not be fair actually not just to the community
3   but to you, because I want you to see this as the first day of the
4   rest of your life.
5         I don't want to discourage you from giving hope to other
6   people, because you do have that gift.  I read the letters of how
7   people said that you helped them at difficult points in their lives,
8   and we need to have that.
9         I don't want to discourage you when you see something wrong
10  bringing that to the attention of the authorities.
11        I don't want to discourage you from testifying truthfully
12  at trials.
13        But it is that dark side that seems to not be under
14  control.
15        I'm going to recommend strongly, because the record does
16  reflect, a need for the drug treatment program.  If you successfully
17  complete that, and since you are eligible for it in the sense that
18  you are a citizen, that would remove one year off of your sentence.
19  So there again I'm giving you the tools.  I am going to strongly
20  recommend that you receive that because I think that that is a
21  component of your conduct.
22        But I would like for you to use this as sort of a spiritual
23  retreat.  Let's face it, that's what jail is.  It's an adult time
24  out.  It's not a monastery in the sense of a quiet contemplation
25  with uplifting people.  But each one of us can be in whatever

1 circumstances we are in, the little match to be a light to other

2 people and to be a positive force.  I look at all of the positive

3 things that you have done, so I know you can do it.

4        I'm concerned about your children as well, and so I will

5 grant the delayed surrender so that you can help your wife who,

6 unfortunately -- Your wife obviously loves you dearly, and your two

7 children need your help.

8        I don't believe that the government is going to object to

9 that since they need to make the transfer into school.  Does the

10 government object to that?

11        MS. SOTO:  No, Your Honor.

12        THE COURT:  Okay.

13        I have checked with Miss Smith, and you have conducted

14 yourself on pretrial release consistent with the fact that merits

15 that accommodation.  It also goes to your security classification.

16 So you want to continue to be, as Mr. Berg can tell you, very

17 positive in continuing to comply with all of the requirements.

18        So the Court has considered the statements of all the

19 parties and the Presentence Report which contains the advisory

20 guidelines and the statutory factors.  It is the finding of the

21 Court that the defendant is not able to pay a fine as well as

22 restitution.

23        For the reasons the Court has just stated, the Court

24 believes that a sentence of the statutory maximum of 60 months with

25 no further variances or departures fashions a reasonable sentence

1  consistent with the 3553 factors.

2         The Court did look at the Guidelines and the Guideline

3  range adjustment after the acceptance of responsibility and the five

4  years is 150-month departure down from the Guideline range.

5         The sentence of 60 months does take into consideration that

6  Mr. Minkow has done many positive things and has helped the

7  government in the past ferret out fraud.  It does take into

8  consideration that he has been a positive force for others, but it

9  also takes into consideration that this was a significant crime that

10 had a devastating impact, and takes into consideration the fact that

11 Mr. Minkow had a significant position of trust both with the

12 regulatory and the law enforcement agencies, as well as the

13 reputation which because of that reputation make this a more

14 devastating abuse of that trust.

15        Therefore, it is the Judgment of the Court that the

16 defendant Barry Minkow is committed to the Bureau of Prisons to be

17 imprisoned for 60 months.

18        It is further ordered that he shall pay restitution in the

19 amount of $583,573,600,000 to Lennar Corporation.

20        During the period of incarceration payment shall be made as

21 follows --

22        MR. ENTIN:  Judge, that is a little more than we agreed to.

23        MS. SOTO:  Yes, Your Honor.  I think I got it wrong.  In

24 the millions.  And I think Your Honor just -- I said thousands

25 earlier, and Your Honor just said billion.  So if we could read the

1 amount again.  It is 583 million.

2         THE COURT:  You are right.  I'm not used to dealing with

3 these types of numbers.

4         MS. SOTO:  I was confused by the number to begin with, Your

5 Honor.  So I was the wrong who got it wrong in the first place,

6 probably causing the Court confusion.

7         THE COURT:  It is a half a billion.  It's 583 million.

8         MS. SOTO:  Right.

9         MR. ENTIN:  Correct.

10         THE COURT:  Hopefully you have recovered, Mr. Minkow.

11         THE DEFENDANT:  Yes, ma'am.

12         MR. ENTIN:  Your Honor, we would request the Court

13 recommend to the Bureau of Prisons a --

14         THE COURT:  Just a second.  I still have all of the magic

15 language that I have to put on the record.  I am in the process of

16 doing that.  Okay, Mr. Entin?

17         It is further ordered that the defendant shall pay

18 restitution in the amount of $583,573,600 to Lennar Corporation.

19         During of period of incarceration payment shall be made as

20 follows:  If the defendant earns wages in the prison industry

21 Unicorps job, then the defendant must pay 30 percent of wages earned

22 toward the financial obligations imposed by this Judgment in a

23 criminal case.

24         If the defendant does not work in a Unicorps job, then the

25 defendant must pay a minimum of $25 per quarter toward the financial

1 obligations imposed in this order.

2         Upon release from incarceration the defendant will pay

3 restitution in the amount of 10 percent monthly gross earnings until

4 such time as the Court may alter the payment schedule in the

5 interest of justice.

6         The U.S. Bureau of Prisons, the U. S. Probation Office, and

7 the U. S. Attorney's Office, shall monitor the payment of

8 restitution and report to the Court any material change in the

9 defendant's ability to pay.

10         These payments do not preclude the government from using

11 any other anticipated or unexpected financial gains, assets or

12 income of the defendant to satisfy the restitution obligations.

13         The restitution shall be made payable to the Clerk, United

14 States Courts, and be forwarded to the U.S. Clerk's Office,

15 attention financial section, 400 North Miami Avenue, room 8N09,

16 Miami, Florida 33128.

17         Restitution will be forwarded by the Clerk of the court to

18 Lennar Corporation, in care of O'Melveny & Myers, attention Daniel

19 M. Petrocelli, 1999 Avenue of the Stars, 7th floor, Los Angeles,

20 California --

21         MS. SOTO:  Your Honor, I apologize.  In our stipulation I

22 believe that we agreed that -- and I have consulted O'Melveny &

23 Myers on this -- that Mr. Sustana who I believe was introduced to

24 the Court earlier should be the person who the payments are

25 addressed to at Lennar Corporation, the address of which is in the

1  restitution stipulation.  So I'm sorry.

2          THE COURT:  Hold on.  Let me see if I can find it.

3          I don't have it in the -- where -- I see.

4      MS. SOTO:  Paragraph 2.

5      THE COURT:  In paragraph 2.  I see it.

6      MS. SOTO:  Thank you, Your Honor.

7      THE COURT:  Thank you.

8          -- shall be forwarded by the Clerk of the court to Lennar

9  Corporation, attention Mark Sustana, S-u-s-t-a-n-a, general counsel.

10         Well, suppose Mr. Sustana is for some reason no longer the

11 general counsel?

12         MS. SOTO:  All payments should be addressed to the general

13 counsel of the corporation.

14         THE COURT:  -- Lennar Corporation, 700 N.W. 107th Avenue,

15 Miami, Florida 33172.

16         Upon release from imprisonment the defendant will be placed

17 on supervised release for a term of three years.  Within 72 hours of

18 release he shall report in person to the Probation Office in the

19 district where he is released.

20         While on supervised release he shall not commit any crimes,

21 he is prohibited from possessing a firearm or other dangerous

22 device, he shall not possess a controlled substance, he shall

23 cooperate in the collection of DNA, and shall comply with the

24 standard conditions of supervised release, including the following

25 special conditions as set forth in Part G of the Presentence

1  Investigation Report, which includes the financial disclosure

2  requirement, the no new debt restriction, the self-employment

3  restriction, and the related concern restriction.

4         Also I would recommend that during the term of supervised

5  release he not be in a position of being a pastor or in a position

6  of authority or control as set forth by Doctor Brandon.

7         MR. ENTIN:  But would you make clear that he would be

8  allowed to teach in that period of time.  If he were able to get a

9  job, for example, at a bible college teaching scripture, I think

10  that that should be allowed.

11         MS. SOTO:  I have no objection to that, Your Honor.

12         THE COURT:  And based upon --

13         Where did Miss Maldonado go?  Miss Smith, I don't see Miss

14  Maldonado.  She was here.  Our Probation Officer who is our

15  psychologist.

16         PROBATION OFFICER:  I believe she left.

17         THE COURT:  Okay.

18         I don't see any difficulty with that.

19         I wish I had my psychologist here in house.

20         MR. ENTIN:  We're not going to have to visit that for

21  awhile.  But, Judge, even if you want to make a note in the J&C that

22  that is an issue you will make a judgment on at or about the time he

23  goes on supervised release, and that will give everybody an

24  opportunity to consult.  I just don't want it to show as a

25  foreclosure at this point.

1    THE COURT:  Okay.  I agree.  That way it will allow us to

2 have the opportunity to have an actual psychologist make the

3 assessment.

4    I want Mr. Minkow to be a success in the old-fashioned

5 measure of success that he is truly an integrated person so that

6 both sides are working together and there is no inconsistency,

7 Mr. Minkow; that if you are standing up for honesty that even when

8 no one is looking you are being honest.  You want your children to

9 do that, don't you?

10    THE DEFENDANT:  Yes, ma'am.

11    THE COURT:  So you need to make sure you are truly and

12 instinctively doing that in every single action of the day, and as

13 part of the spiritual development learning to control the need to do

14 anything to get the measures of cultural success.

15    You can't take a U-Haul behind you in the hearse.  So

16 material things really don't matter.  What should matter is is this

17 a man of his word.  Isn't that what Mica says?

18    THE DEFENDANT:  Yes, ma'am.

19    THE COURT:  "To act justly, with mercy, and walk humbly

20 with your God."

21    Finally, the defendant shall immediately pay to the United

22 States a special assessment of $100.

23    The total sentence then is 60 months of imprisonment,

24 restitution in the amount of $583,573,600, three years supervised

25 release, and the $100 special assessment.

1          Now that sentence has been imposed does the defendant or

2   his counsel object to the Court's findings of fact or the manner in

3   which the sentence was pronounced?

4          MR. ENTIN:  No, Your Honor.

5          THE COURT:  I believe there was a waiver of the right to

6   appeal?

7          MR. ENTIN:  Yes, Your Honor, there is.

8          THE COURT:  So, Mr. Minkow, I have not departed upward from

9   the Guideline range, nor have I imposed a sentence greater than the

10  law allows.  So I don't believe you have the right to appeal.  But

11  I'm no longer in the business of providing legal advice.  So if you

12  disagree with that, any notice of appeal must be filed within 14

13  days after the entry of the Judgment.  If you are unable to pay the

14  costs of the appeal you may apply for leave to appeal in forma

15  pauperis.

16         I will make the recommendation.  I believe the Presentence

17  Investigation Report indicates that he is the ideal candidate for

18  the intensive drug treatment program.  And, therefore, I strongly

19  recommend to the Bureau of Prisons that he be given that opportunity

20  to participate in the intensive drug treatment program.

21         Any recommendations for placement?

22         MR. ENTIN:  Yes, Your Honor.  We would request Montgomery

23  FDC, which is about 300 miles from his home in Tennessee.

24         THE COURT:  Montgomery, Tennessee?

25         MR. ENTIN:  No.  Montgomery, Alabama.  It's 300 miles from

1  his home in Tennessee.  Montgomery FDC.

2         THE COURT:  There is no place in Tennessee?

3         MR. ENTIN:  Is it Maxwell Air Force Base, in Montgomery?

4  It's Maxwell Air Force Base, FDC in Montgomery.

5         THE COURT:  My question is, is there no federal --

6         MR. ENTIN:  There may be, but I don't know that there is a

7  camp in Memphis.  There may be a camp in Memphis, but it's the same

8  distance.

9         THE COURT:  Oh, okay.

10        Where is Crossville.

11        MR. ENTIN:  Crossville is eastern Tennessee, near

12 Knoxville, Your Honor, and Memphis is western Tennessee.

13        THE COURT:  What about Kentucky?  Anything up in Kentucky?

14 Isn't Kentucky north of, or south of --

15        MR. ENTIN:  Bourbon and a lot of horses, I think.

16        THE COURT:  Is that the closest federal penitentiary?

17        MR. ENTIN:  Yes, Your Honor, we believe so.

18        THE COURT:  Did Mr. Berg investigate this?  He is usually

19 very thorough.

20        MR. BERG:  I believe it's the closest camp.  It's about 300

21 miles from where he lives in Tennessee.

22        THE COURT:  Okay.  So Montgomery, Alabama, Maxwell Air

23 Force Base.

24        MR. ENTIN:  Yes, Your Honor.

25        THE COURT:  You all wanted 60 days for surrender because of

1  the children --

2           MR. ENTIN:  We will ask for 60.  We will probably voluntary

3  surrender in 45, but we're going to ask for 60.  In other words, we

4  think we only need 45 to get the children acclimated.  But if Your

5  Honor gives us the 60 days, that will give us whatever cushion that

6  we need.

7           THE COURT:  I don't know that you can surrender early is

8  what I'm saying.

9           MR. ENTIN:  You can, absolutely.  If an institution has

10 been designated, you can surrender as soon as it is designated.

11          THE COURT:  Oh.  I didn't know that.

12          MR. ENTIN:  Yes, Your Honor.

13          THE COURT:  I thought the expectation date was the day you

14 had to arrive.

15          MR. ENTIN:  No.  No, ma'am.

16          THE COURT:  So, Miss Webb, what is 60 days from today?

17          MS. WEBB:  September 21.

18          MR. ENTIN:  Thank you.

19          THE COURT:  Anything else?

20          MR. ENTIN:  No, Your Honor.

21          MS. SOTO:  A small housekeeping from the government, Your

22 Honor.  I may have overreached.  That letter from O'Melveny & Myers

23 has a significant number of exhibits.  In fact, I have it in my

24 office.  It is a binder-full of documents.  Would the Court allow

25 simply to file the letter?

```
 1              THE COURT:  Yes.

 2              MS. SOTO:  Thank you, Your Honor.

 3              Nothing from the government.

 4              THE COURT:  Okay.

 5              MR. ENTIN:  Nothing from the defendant, Your Honor.

 6              THE COURT:  Mr. Minkow, today is the first day of the rest

 7  of your life.  Make it one in which you can build up a reserve to

 8  help balance out the negative past, okay?

 9              THE DEFENDANT:  Yes, ma'am.  Thank you, ma'am.

10              THE COURT:  And never have a problem again.  I don't want

11  to ever see you back here.

12              THE DEFENDANT:  No, ma'am.

13              THE COURT:  Okay.  Thank you.

14              Mr. Berg, what is the language from Doctor Brandon's report

15  --

16              PROBATION OFFICER:  "Defendant shall not be in a position

17  -- "

18              THE COURT:  We are in recess.  As they say in the military,

19  you can stand at ease.

20              MS. SOTO:  I thank Miss Webb for all her help, Your Honor,

21  yesterday.  She is fantastic.

22              THE COURT:  I agree.  And I like hearing that, and I know

23  she does too.

24              (Court recessed at 10:40 a.m.)

25
```

## **CERTIFICATION**

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD

OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

July 25, 2011                    S/DAVID S. EHRLICH
                                 Official Court Reporter

## $

**$1,600,000** [1] - 12:11
**$100** [2] - 48:22, 48:25
**$25** [1] - 44:25
**$583** [1] - 8:1
**$583,573,600** [3] - 6:15, 44:18, 48:24
**$583,573,600,000** [1] - 43:19

## 1

**1** [1] - 1:6
**10** [1] - 45:3
**107th** [1] - 46:14
**10:40** [1] - 52:24
**11-20209** [1] - 2:2
**11-20209-CR-PAS** [1] - 1:2
**11-4** [1] - 1:24
**110** [3] - 1:17, 1:18, 21:15
**12** [1] - 27:4
**14** [1] - 49:12
**15** [1] - 27:3
**150** [1] - 24:21
**150-month** [1] - 43:4
**16** [1] - 10:6
**18** [4] - 21:1, 21:3, 21:6, 40:8
**18-year-old** [1] - 20:24
**1950's** [1] - 19:3
**1970** [1] - 1:18
**1999** [1] - 45:19

## 2

**2** [3] - 27:4, 46:4, 46:5
**20** [1] - 20:13
**2000** [1] - 20:3
**2009** [8] - 20:3, 25:21, 25:22, 27:6, 27:23, 31:12, 35:10, 40:11
**2010** [1] - 11:16
**2011** [3] - 1:4, 10:6, 27:3
**20s** [2] - 30:8, 35:5
**21** [3] - 1:4, 30:8, 51:17
**210** [2] - 14:16, 24:20
**22** [2] - 36:13, 36:18

## 25

**25** [1] - 19:11
**26** [2] - 36:13, 36:18
**262** [1] - 14:16

## 3

**3** [2] - 4:10, 8:15
**30** [4] - 4:18, 8:15, 21:9, 44:21
**300** [3] - 49:23, 49:25, 50:20
**305** [1] - 1:25
**30s** [2] - 20:21, 35:5
**33128** [1] - 45:16
**33128-1810** [1] - 1:24
**33132** [1] - 1:14
**33172** [1] - 46:15
**33301** [1] - 1:18
**35** [1] - 23:20
**3553** [5] - 16:18, 23:21, 33:23, 35:18, 43:1
**3553(a** [1] - 15:9
**37** [2] - 14:13, 22:16

## 4

**400** [2] - 1:24, 45:15
**42** [1] - 35:10
**43** [1] - 35:10
**45** [8] - 22:15, 22:16, 22:17, 22:18, 22:24, 30:12, 51:3, 51:4
**4th** [1] - 1:14

## 5

**50** [2] - 4:17, 8:15
**500-hour** [1] - 13:23
**523-5537** [1] - 1:25
**583** [2] - 44:1, 44:7
**5G1.1** [1] - 16:6
**5K** [2] - 23:19, 23:25

## 6

**60** [12] - 14:24, 16:6, 16:7, 42:24, 43:5, 43:17, 48:23, 50:25, 51:2, 51:3, 51:5, 51:16
**60-month** [4] - 15:6, 33:11, 33:17, 41:1
**6th** [1] - 1:17

## 7

**7** [1] - 27:6
**700** [1] - 46:14
**72** [1] - 46:17
**7th** [1] - 45:19

## 8

**8N09** [1] - 45:15

## 9

**99** [1] - 1:14
**9:07** [1] - 2:1

## A

**A-n-d-j-i-c-h** [1] - 2:9
**a.m** [2] - 2:1, 52:24
**abide** [1] - 4:8
**ability** [2] - 39:18, 45:9
**able** [4] - 29:3, 34:19, 42:21, 47:8
**ABOVE** [1] - 53:4
**ABOVE-ENTITLED** [1] - 53:4
**absolutely** [3] - 20:14, 25:11, 51:9
**abuse** [3] - 16:14, 39:10, 43:14
**abusing** [3] - 22:22, 34:14, 40:22
**accelerated** [1] - 29:14
**accept** [4] - 28:4, 34:18, 34:22, 40:6
**acceptable** [1] - 4:18
**acceptance** [15] - 9:21, 13:19, 14:12, 14:19, 15:20, 15:24, 16:8, 16:10, 17:6, 17:9, 17:16, 24:20, 33:6, 40:23, 43:3
**accepted** [4] - 15:22, 24:16, 40:12
**accepting** [1] - 25:9
**accepts** [3] - 16:23, 17:20, 28:19
**acclimated** [1] - 51:4
**accommodation** [1] - 42:15
**account** [3] - 16:7, 24:25, 32:20
**accounts** [2] - 32:7, 32:21
**accurate** [4] - 8:2, 14:17, 14:21, 26:8
**accurately** [2] - 13:3, 28:15
**accusation** [1] - 31:10
**accusations** [1] - 7:13
**achieved** [1] - 39:1
**achieving** [1] - 13:11
**acknowledge** [1] - 27:17
**acoustics** [1] - 3:10
**act** [1] - 48:19
**acted** [1] - 22:3
**acting** [2] - 22:1, 31:25
**action** [1] - 48:12
**actions** [2] - 32:16, 33:11, 34:23
**actively** [1] - 9:12
**activities** [2] - 27:25, 28:1
**acts** [1] - 33:3
**actual** [1] - 48:2
**adamantly** [1] - 27:9
**add** [1] - 37:7
**addendum** [2] - 9:1, 9:17
**additional** [3] - 18:2, 24:21, 40:25
**address** [1] - 45:25
**addressed** [2] - 45:25, 46:12
**adjustment** [3] - 14:13, 41:1, 43:3
**admit** [6] - 10:9, 11:8, 25:12, 26:10, 27:18, 27:24
**admitted** [3] - 25:21, 26:4, 26:9
**admitting** [1] - 25:23
**admonition** [1] - 18:19
**adult** [1] - 41:23
**advantage** [2] - 39:12, 39:16
**advice** [1] - 49:11
**advisory** [1] - 42:19
**afterwards** [1] - 28:19
**age** [2] - 18:22, 22:24
**agencies** [4] - 16:14, 16:16, 34:3, 43:12
**agency** [1] - 31:20
**Agent** [2] - 2:6, 34:10
**agent** [1] - 22:8
**AGENT** [1] - 2:10
**Agent's** [1] - 2:8

**accurate** — (see column)

**aggravated** [1] - 31:8
**aggravating** [1] - 31:14
**aging** [1] - 18:9
**ago** [3] - 14:15, 20:13, 21:10
**agree** [10] - 6:18, 11:11, 11:23, 14:8, 14:11, 14:17, 23:6, 31:23, 48:1, 52:22
**agreed** [8] - 4:6, 4:17, 6:15, 6:23, 8:2, 22:3, 43:22, 45:22
**agreeing** [1] - 8:4
**Agreement** [1] - 32:24
**agreement** [2] - 5:11, 23:5
**agrees** [2] - 4:10, 4:21
**Air** [3] - 50:3, 50:4, 50:22
**airport** [1] - 20:10
**al** [1] - 10:5
**Alabama** [2] - 49:25, 50:22
**Albert** [1] - 2:13
**ALBERT** [1] - 1:16
**allocution** [2] - 13:15, 16:22
**allow** [3] - 18:18, 48:1, 51:24
**allowed** [2] - 32:2, 47:8, 47:10
**allows** [1] - 49:10
**almost** [5] - 13:15, 19:7, 21:9, 26:10, 39:24
**alter** [1] - 45:4
**alterative** [1] - 17:3
**ameliorates** [1] - 20:5
**AMERICA** [1] - 1:3
**AMES** [1] - 3:18
**Ames** [2] - 3:18, 3:20
**amount** [9] - 6:15, 6:19, 7:8, 7:19, 43:19, 44:1, 44:18, 45:3, 48:24
**amounts** [1] - 7:6
**analysis** [2] - 12:23, 13:2
**Andjich** [2] - 2:7, 34:10
**ANDJICH** [1] - 2:10
**Angeles** [1] - 45:19
**angry** [2] - 39:16, 39:17
**anonymous** [1] - 10:11

answer [1] - 11:21
anticipated [1] - 45:11
apologize [1] - 45:21
appeal [5] - 49:6, 49:10, 49:12, 49:14
Appeals [1] - 14:3
appear [2] - 10:15, 30:22
APPEARANCES [1] - 1:11
appearances [2] - 2:4, 31:9
appeared [2] - 5:12, 32:2
apply [2] - 32:10, 49:14
applying [1] - 18:1
appreciate [2] - 6:4, 40:12
approach [2] - 15:17, 30:2
appropriate [4] - 6:18, 16:11, 40:24
appropriately [1] - 22:3
April [1] - 27:6
areas [2] - 37:13, 38:5
arguably [1] - 25:15
argue [2] - 15:16, 17:17
argument [4] - 15:23, 18:16, 19:7, 36:11
arrive [1] - 51:14
arrived [1] - 34:24
arriving [1] - 14:20
article [2] - 26:9, 27:12
asburger [1] - 11:4
aside [1] - 11:1
Asperger [2] - 10:22, 10:24
assessed [1] - 28:16
assessment [5] - 21:12, 40:6, 48:3, 48:22, 48:25
assets [1] - 45:11
Assistant [1] - 1:13
assisted [2] - 2:16, 36:13
assumed [1] - 16:13
attached [3] - 10:18, 26:20, 37:17
attention [8] - 13:7, 13:9, 19:25, 31:6, 41:10, 45:15, 45:18, 46:9
Attorney [1] - 1:13

Attorney's [4] - 11:13, 12:8, 33:1, 45:7
attracts [1] - 38:18
audit [1] - 11:17
authorities [1] - 41:10
authority [8] - 15:15, 15:17, 16:2, 25:15, 25:18, 37:14, 38:3, 47:6
authorize [1] - 18:13
Avenue [3] - 45:15, 45:19, 46:14
avoid [1] - 22:21
aware [5] - 12:20, 13:21, 18:12, 26:24, 32:1
awhile [1] - 47:21

**B**

background [1] - 15:11
balance [1] - 52:8
bank [2] - 19:9, 19:13
banner [1] - 22:21
bargain [2] - 23:9
Barry [12] - 2:3, 20:2, 20:16, 20:17, 20:24, 21:9, 23:6, 27:6, 29:1, 29:2, 29:4, 43:16
BARRY [1] - 1:6
Base [3] - 50:3, 50:4, 50:23
based [5] - 8:2, 16:10, 22:6, 23:25, 47:12
basic [1] - 4:1
became [2] - 20:3, 31:4
become [3] - 16:6, 29:16, 38:22
becoming [1] - 35:6
BEFORE [1] - 1:9
beforehand [1] - 28:18
begin [3] - 16:21, 39:15, 44:4
begins [1] - 39:23
behalf [7] - 2:14, 2:18, 2:24, 3:4, 3:22, 10:21, 21:17
behavior [1] - 35:13, 39:7
behavioral [1] - 38:25
behind [2] - 8:1,

48:15
beings [3] - 28:5, 38:11, 39:18
believes [2] - 34:1, 42:24
bench [1] - 20:11
benefit [1] - 16:3
benefits [1] - 16:8
BERG [1] - 50:20
Berg [6] - 2:15, 2:17, 9:6, 42:16, 50:18, 52:14
best [1] - 7:2
Best [1] - 20:17
better [3] - 9:10, 20:25, 29:16
between [3] - 26:13, 31:17, 36:25
beyond [1] - 17:15
bible [3] - 12:12, 25:24, 47:9
biblical [2] - 18:17, 18:19
bigger [1] - 28:23
billion [4] - 17:11, 31:2, 43:25, 44:7
binder [1] - 51:24
binder-full [1] - 51:24
bit [1] - 14:1
blanks [1] - 30:7
blessed [1] - 8:19
boat [3] - 40:1, 40:2
Boelter's [2] - 27:5, 27:13
book [1] - 38:13
Booker [1] - 15:16
bottom [1] - 25:19
bought [4] - 19:6, 26:7, 27:12, 27:19
bourbon [1] - 50:15
boxes [1] - 38:17
brand [2] - 20:19, 20:20
Brandon [5] - 13:2, 28:15, 29:1, 38:22, 47:6
Brandon's [5] - 13:23, 21:12, 37:12, 37:15, 52:14
break [2] - 36:2, 39:21
brief [4] - 11:1, 12:13, 16:9, 31:7
briefly [2] - 7:23, 13:14
bring [2] - 19:19, 25:20
bringing [1] - 41:10
broken [1] - 39:20

brought [2] - 24:9, 25:23
build [3] - 18:18, 31:9, 52:7
building [2] - 30:17, 33:25
built [2] - 20:4, 32:3
Bureau [5] - 18:11, 43:16, 44:13, 45:6, 49:19
business [2] - 38:4, 49:11
BY [4] - 1:22, 5:20, 6:6, 6:25

**C**

calculation [4] - 6:8, 14:12, 14:17, 16:4
calculations [1] - 24:19
California [5] - 9:8, 22:2, 31:19, 35:21, 45:20
camp [3] - 50:7, 50:20
candid [1] - 34:5
candidate [1] - 49:17
cannot [3] - 20:12, 25:12, 40:15
capable [1] - 11:18
capitalization [1] - 35:16
captured [1] - 13:3
car [1] - 20:9
card [1] - 25:14
care [2] - 4:25, 45:18
case [33] - 2:2, 5:7, 6:12, 6:15, 6:19, 6:21, 7:20, 7:22, 11:1, 12:4, 12:25, 13:15, 13:25, 15:2, 15:4, 15:16, 15:18, 16:11, 16:16, 19:19, 20:17, 21:24, 22:8, 23:11, 23:23, 24:2, 30:7, 30:16, 32:3, 33:5, 33:21, 44:23
Case [1] - 1:2
cases [4] - 33:20, 34:9, 36:12, 36:13
catch [1] - 34:17
categories [1] - 4:23
Category [1] - 14:14
caught [3] - 23:2, 28:3, 32:22
caused [5] - 16:12, 24:8, 30:23, 31:12
causes [1] - 13:4

causing [1] - 44:6
center [1] - 13:7
CEO [1] - 3:12
certain [1] - 27:24
certainly [4] - 11:6, 15:14, 29:19, 30:1
CERTIFICATION [1] - 53:1
CERTIFY [1] - 53:3
Cesar's [1] - 40:21
challenge [1] - 21:13
challenging [1] - 3:10
chance [1] - 9:2
change [6] - 5:7, 34:23, 40:14, 40:15, 45:8
changed [2] - 4:19, 40:7
changes [1] - 8:13
changing [1] - 45:14
channel [1] - 29:23
channeled [1] - 29:21
character [2] - 19:3, 21:13
characteristics [2] - 33:8, 35:17
charge [2] - 15:1, 15:8
charges [1] - 25:23
checked [2] - 8:3, 42:13
checks [1] - 12:11
chemo [1] - 9:11
children [7] - 4:22, 42:4, 42:7, 48:8, 51:1, 51:4
Cho [1] - 24:2
choices [1] - 40:17
choose [1] - 11:13
church [11] - 11:12, 12:12, 12:14, 12:18, 12:24, 25:24, 27:25, 28:1, 32:7, 35:1, 35:3
circumstances [2] - 17:25, 42:1
citizen [1] - 41:18
civil [3] - 6:12, 6:20, 39:9
classification [1] - 42:15
clean [1] - 40:21
clear [3] - 12:18, 36:12, 47:7
clearly [1] - 13:24
clergy [1] - 38:4
Clerk [3] - 45:13, 45:17, 46:8
Clerk's [1] - 45:14

client [2] - 11:7, 11:21
closest [3] - 38:11, 50:16, 50:20
CNBC [1] - 30:22
collar [2] - 33:20, 33:21
collect [1] - 20:22
collection [1] - 46:23
collectively [1] - 18:4
college [1] - 47:9
combination [1] - 13:6
comfortable [1] - 8:3
coming [1] - 13:16
commensurate [1] - 40:21
commingled [2] - 10:9, 25:13
commingling [1] - 25:22
commit [2] - 32:6, 46:20
commitment [1] - 40:14
committed [4] - 32:14, 32:15, 32:17, 43:16
community [8] - 12:12, 16:13, 25:24, 35:1, 35:7, 39:4, 39:25, 41:2
companies [3] - 36:14, 36:15
company [1] - 36:18
comparison [1] - 18:8
compass [7] - 13:10, 21:15, 21:19, 22:23, 28:2, 28:16, 40:3
compensated [1] - 18:15
compensation [1] - 17:13
complete [2] - 34:4, 41:17
completely [2] - 29:12, 34:4
complex [1] - 28:7
comply [2] - 42:17, 46:23
component [1] - 41:21
con [1] - 12:18
concern [10] - 13:5, 19:7, 22:24, 27:23, 28:2, 28:12, 39:3, 40:3, 40:8, 47:3
concerned [3] - 40:9, 40:24, 42:4

concerns [3] - 12:2, 34:19, 40:22
conditions [6] - 8:3, 18:8, 18:12, 46:24, 46:25
conduct [3] - 13:12, 28:17, 41:21
conducted [1] - 42:13
conferred [1] - 16:4
confinement [1] - 29:24
confronted [1] - 28:3
confused [1] - 44:4
confusion [1] - 44:6
congregation [1] - 32:8
consider [5] - 9:24, 17:10, 18:10, 23:19, 35:25
consideration [8] - 15:8, 15:10, 18:11, 18:24, 43:5, 43:8, 43:9, 43:10
considered [6] - 16:3, 16:17, 16:18, 30:15, 33:1, 42:18
considering [2] - 15:23, 24:14
consistent [5] - 13:18, 13:22, 15:12, 42:14, 43:1
constant [1] - 39:19
consult [1] - 47:24
consulted [1] - 45:22
contain [1] - 30:23
contains [1] - 42:19
contemplation [1] - 41:24
contentious [1] - 12:20
continue [3] - 13:5, 34:22, 42:16
continued [2] - 23:14, 23:23
continuing [2] - 31:9, 42:17
contributions [1] - 15:11
control [5] - 38:3, 38:23, 41:14, 47:6, 48:13
controlled [1] - 46:22
convened [1] - 2:1
conviction [3] - 14:15, 33:24, 35:11
convictions [1] - 31:17
cooperate [3] -

23:23, 24:17, 46:23
cooperation [2] - 17:12, 18:15
copy [1] - 5:3, 5:7, 37:18
Corporation [13] - 3:2, 3:13, 3:16, 3:19, 6:12, 12:4, 30:16, 43:19, 44:18, 45:18, 45:25, 46:9, 46:14
corporation [4] - 3:4, 31:12, 35:12, 46:13
Corporations [1] - 31:19
corporations [1] - 31:21
CORRECT [1] - 53:3
correct [6] - 7:22, 9:17, 27:8, 27:11, 38:7, 44:9
correction [1] - 4:15
correspondence [1] - 12:15
corrode [1] - 39:11
corrosion [1] - 39:25
corrupt [1] - 39:11
costs [1] - 49:14
counsel [14] - 2:4, 2:6, 2:14, 2:15, 3:16, 7:24, 7:25, 8:10, 9:8, 37:1, 46:9, 46:11, 46:13, 49:2
countenanced [1] - 32:11
country [1] - 19:2
County [1] - 6:13
course [1] - 5:10
Court [52] - 1:22, 2:1, 4:19, 5:6, 6:2, 6:3, 6:5, 9:23, 11:7, 12:11, 13:16, 13:17, 13:22, 14:1, 14:3, 16:1, 16:23, 17:10, 17:17, 17:22, 17:24, 19:16, 20:2, 23:24, 24:5, 24:6, 24:7, 24:13, 26:16, 26:20, 26:21, 26:23, 27:16, 30:12, 36:4, 36:7, 36:19, 42:18, 42:21, 42:23, 43:2, 43:15, 44:6, 44:12, 45:4, 45:8, 45:24, 51:24, 52:24, 53:5
COURT [125] - 1:1, 2:8, 2:11, 2:17, 2:21, 3:5, 3:9, 3:14, 3:17, 3:20, 3:25, 4:9, 4:13, 4:20, 5:2, 5:9, 5:22, 6:4, 7:1, 7:18, 8:5,

8:8, 8:12, 8:19, 8:25, 9:5, 9:10, 9:15, 9:21, 9:25, 10:4, 10:8, 10:19, 10:23, 11:22, 12:17, 14:3, 14:8, 14:11, 14:23, 16:20, 17:24, 19:11, 20:13, 20:19, 20:25, 21:2, 21:4, 21:17, 21:22, 22:15, 22:19, 23:1, 23:19, 24:19, 24:24, 25:5, 25:9, 25:12, 25:16, 25:25, 26:2, 26:6, 26:12, 26:15, 27:2, 27:9, 27:15, 27:20, 28:9, 29:6, 30:1, 30:3, 30:25, 34:7, 35:20, 35:23, 35:25, 36:5, 36:21, 37:3, 37:9, 37:12, 37:21, 37:24, 38:1, 38:7, 38:9, 42:12, 44:2, 44:7, 44:10, 44:14, 46:2, 46:5, 46:7, 46:14, 47:12, 47:17, 48:1, 48:11, 48:19, 49:5, 49:8, 49:24, 50:2, 50:5, 50:9, 50:13, 50:16, 50:18, 50:22, 50:25, 51:7, 51:11, 51:13, 51:16, 51:19, 52:1, 52:4, 52:6, 52:10, 52:13, 52:18, 52:22
court [4] - 19:25, 34:25, 45:17, 46:8
Court's [1] - 49:2
courthouse [1] - 1:23
courtroom [1] - 3:10
Courts [1] - 45:14
crashing [1] - 24:10
create [1] - 39:12
created [1] - 11:20
creative [1] - 10:12
credentials [1] - 30:14
credit [8] - 14:19, 15:24, 24:14, 24:15, 24:20, 24:21, 25:14, 33:6
credited [1] - 6:21
crime [3] - 15:10, 32:6, 43:9
crimes [1] - 46:20
criminal [3] - 2:2, 39:4, 44:23
Criminal [1] - 14:14
CRISTINA [1] - 1:13
Cristina [1] - 2:5

cross [4] - 8:3, 10:4, 10:9, 11:9
cross-examination [3] - 10:4, 10:9, 11:9
Crossville [2] - 50:10, 50:11
cultural [1] - 48:14
culture [1] - 18:23
cushion [1] - 51:5
custody [1] - 30:9

D

Dade [1] - 6:13
damage [5] - 16:12, 10:23, 31:12, 33:14, 40:2
damaging [2] - 33:4, 39:13
dangerous [1] - 46:21
Daniel [1] - 45:18
dark [1] - 41:13
date [1] - 51:13
DATE [1] - 53:5
DAVID [1] - 1:22
days [4] - 49:13, 50:25, 51:5, 51:16
deal [4] - 23:15, 29:3, 29:14, 40:9
dealing [3] - 11:18, 12:9, 44:2
deals [1] - 39:10
dearly [1] - 42:6
debt [1] - 47:2
decide [2] - 6:18, 7:2
decided [1] - 3:3
decision [3] - 5:21, 19:21, 23:13
decisions [1] - 21:19
defendant [22] - 4:10, 16:4, 16:13, 28:12, 33:23, 34:12, 35:17, 36:25, 42:21, 43:16, 44:17, 44:20, 44:21, 44:24, 44:25, 45:2, 45:12, 46:16, 48:21, 49:1, 52:5, 52:16
Defendant [1] - 1:7
DEFENDANT [13] - 1:15, 5:17, 8:11, 8:24, 9:4, 9:7, 37:2, 37:8, 44:11, 48:10, 48:18, 52:9, 52:12
defendant's [3] - 17:2, 33:8, 45:9
defended [1] - 20:17
Defender [1] - 20:10

**deficit** [1] - 28:16
**delayed** [1] - 42:5
**delivered** [1] - 5:5
**Della** [1] - 1:17
**denied** [3] - 16:19, 27:9, 27:19
**depart** [3] - 15:15, 15:17, 19:16
**departed** [1] - 49:8
**Department** [1] - 31:19
**departure** [8] - 13:17, 13:18, 16:10, 16:17, 16:19, 17:5, 33:7, 43:4
**departures** [1] - 42:25
**depo** [1] - 27:14
**deposed** [1] - 27:6
**deposition** [2] - 26:8, 40:10
**depositions** [1] - 27:18
**described** [1] - 16:9
**deserves** [1] - 33:17
**designated** [2] - 51:10
**designed** [1] - 38:1
**destructive** [1] - 13:12
**detect** [1] - 22:20
**determination** [2] - 16:25, 23:22
**deterrence** [4] - 33:9, 33:10, 33:16, 33:22
**devastating** [3] - 30:20, 43:10, 43:14
**developed** [1] - 22:1
**development** [1] - 48:13
**device** [1] - 46:22
**devil** [1] - 29:19
**Diego** [9] - 11:12, 11:14, 11:18, 12:7, 12:13, 24:3, 25:3, 25:8
**difference** [1] - 21:5
**different** [6] - 4:23, 10:25, 21:10, 27:21, 29:8, 29:9
**difficult** [2] - 5:23, 41:7
**difficulty** [3] - 18:16, 28:9, 47:18
**directed** [1] - 12:8
**directions** [1] - 29:23
**directly** [2] - 10:18, 12:12
**disagree** [3] - 21:12,

21:14, 49:12
**disastrous** [1] - 40:17
**disclosed** [1] - 12:1
**disclosure** [1] - 47:1
**discourage** [3] - 41:5, 41:9, 41:11
**discovery** [3] - 30:14, 33:25, 35:8
**discretion** [6] - 15:1, 16:12, 17:18, 17:25, 18:2, 24:23
**discuss** [3] - 6:7, 9:5, 35:22
**discussed** [1] - 35:4
**discussion** [2] - 26:13, 36:25
**dismissed** [1] - 22:4
**dispute** [2] - 27:13, 32:23
**distance** [2] - 38:2, 50:8
**distressed** [1] - 19:5
**DISTRICT** [3] - 1:1, 1:1, 1:9
**district** [1] - 46:19
**DIVISION** [1] - 1:2
**DNA** [1] - 46:23
**Doctor** [10] - 13:2, 13:22, 21:12, 28:15, 29:1, 37:12, 37:15, 38:22, 47:6, 52:14
**documentation** [1] - 7:25
**documents** [2] - 23:17, 51:24
**dollar** [1] - 19:6
**dollars** [4] - 17:11, 30:21, 31:1, 31:2
**Don** [2] - 9:12, 9:13
**done** [19] - 11:8, 11:9, 18:15, 18:21, 19:24, 20:3, 22:9, 22:14, 23:14, 24:6, 26:5, 29:1, 35:14, 35:15, 42:3, 43:6
**down** [6] - 5:23, 5:25, 8:16, 24:10, 35:16, 43:4
**downward** [6] - 14:13, 18:1, 18:2, 18:5, 19:17, 41:1
**draft** [2] - 4:19, 5:9
**drive** [2] - 20:12, 40:15
**driven** [1] - 20:9
**driving** [2] - 28:6, 38:18
**drug** [5] - 13:23, 29:13, 41:16, 49:18,

49:20
**during** [5] - 7:12, 12:14, 43:20, 44:19, 47:4

## E

**early** [3] - 19:2, 31:8, 51:7
**earned** [1] - 44:21
**earnings** [2] - 4:18, 45:3
**earns** [1] - 44:20
**ease** [1] - 52:19
**easier** [2] - 5:19, 29:23
**eastern** [1] - 50:11
**easy** [1] - 9:12
**economic** [1] - 30:19
**effort** [2] - 30:17, 32:25
**EHRLICH** [2] - 1:22, 53:5
**Ehrlich** [2] - 3:11, 8:20
**either** [2] - 18:4, 25:23
**electronic** [2] - 5:6
**eligible** [1] - 41:17
**eloquent** [1] - 13:8
**embraced** [3] - 35:1, 35:2
**emotions** [1] - 12:23
**employment** [1] - 47:2
**encompassed** [1] - 33:23
**encouraged** [1] - 38:2
**end** [4] - 29:17, 32:14, 32:16, 36:9
**endure** [1] - 18:10
**enforcement** [3] - 16:14, 22:20, 43:12
**engage** [2] - 21:19, 23:4
**engaged** [2] - 10:9, 25:13
**engaging** [3] - 26:2, 27:24, 28:17
**enter** [3] - 4:7, 6:11, 21:8
**enthusiastic** [1] - 38:18
**enthusiastically** [1] - 28:14
**ENTIN** [85] - 1:16, 2:13, 3:23, 4:5, 5:15, 5:18, 5:20, 6:2, 6:6,

7:23, 8:7, 9:8, 9:11, 9:19, 9:22, 10:3, 10:7, 10:17, 10:22, 10:24, 12:10, 13:14, 14:7, 14:21, 17:7, 19:10, 19:14, 20:14, 20:20, 21:1, 21:3, 21:5, 21:21, 21:23, 22:16, 22:18, 22:25, 23:5, 23:21, 24:22, 24:25, 25:6, 25:11, 25:14, 25:17, 26:1, 26:4, 26:8, 26:17, 26:22, 27:8, 27:11, 27:16, 28:6, 28:25, 29:7, 36:3, 36:11, 37:18, 37:23, 37:25, 38:2, 38:8, 43:22, 44:9, 44:12, 47:7, 47:20, 49:4, 49:7, 49:22, 49:25, 50:3, 50:6, 50:11, 50:15, 50:17, 50:24, 51:2, 51:9, 51:12, 51:15, 51:18, 51:20, 52:5
**Entin** [16] - 1:17, 2:12, 2:14, 3:21, 5:23, 9:6, 12:3, 16:21, 21:18, 26:13, 28:9, 31:23, 32:12, 34:24, 36:24, 44:16
**Entin's** [2] - 4:25, 40:6
**ENTITLED** [1] - 53:4
**entry** [1] - 49:13
**environment** [1] - 39:11
**episode** [1] - 33:4
**equivalent** [1] - 39:19
**error** [2] - 31:3, 39:17
**Eskimos** [1] - 38:17
**ESQ** [2] - 1:13, 1:16
**established** [1] - 8:1
**et** [1] - 10:5
**ethical** [1] - 13:10
**exactly** [1] - 5:7
**EXAMINATION** [1] - 6:25
**examination** [5] - 7:21, 10:4, 10:9, 11:9, 39:19
**examined** [1] - 38:14
**example** [5] - 22:11, 35:7, 38:5, 40:18, 47:9
**exchange** [1] - 32:12
**excuse** [2] - 8:6, 30:25

**excuses** [1] - 13:11
**executed** [1] - 5:10
**exercise** [1] - 17:17
**exhibits** [1] - 51:23
**exist** [1] - 39:9
**exists** [1] - 28:2
**expect** [1] - 34:5
**expectation** [1] - 51:13
**experience** [2] - 34:8, 38:12
**expiate** [1] - 23:14
**explain** [1] - 17:22
**extensive** [2] - 3:25, 7:7
**extent** [3] - 15:23, 29:13, 31:23
**extraordinary** [1] - 18:10

## F

**face** [1] - 41:23
**fact** [17] - 6:7, 19:12, 22:7, 22:9, 24:21, 25:1, 28:4, 29:12, 30:22, 38:23, 40:12, 40:15, 42:14, 43:10, 49:2, 51:23
**factor** [1] - 18:24
**factors** [7] - 15:10, 18:9, 30:10, 31:14, 33:22, 42:20, 43:1
**facts** [3] - 12:22, 14:6, 16:25
**factual** [2] - 9:18, 14:9
**fair** [1] - 41:2
**fairly** [1] - 34:10
**false** [1] - 7:13
**fame** [1] - 30:13
**family** [1] - 24:11
**fantastic** [1] - 52:21
**far** [4] - 14:5, 18:14, 28:1, 28:7
**far-from-perfect** [1] - 28:7
**fashion** [1] - 29:11
**fashioned** [1] - 48:4
**fashioning** [3] - 15:1, 28:11, 28:21
**fashions** [2] - 29:15, 42:25
**Fathers** [1] - 19:5
**fault** [1] - 24:23
**favor** [1] - 6:12
**FBI** [6] - 2:7, 12:8, 22:8, 30:19, 31:18, 32:25

**FDC** [3] - 49:23, 50:1, 50:4
**fear** [1] - 39:22
**feature** [1] - 11:19
**federal** [7] - 6:19, 6:21, 22:2, 30:9, 34:25, 50:5, 50:16
**fellow** [4] - 19:23, 21:5, 21:10
**felt** [1] - 8:3
**Fera** [1] - 1:17
**Ferguson** [1] - 1:23
**ferret** [1] - 43:7
**ferreting** [1] - 28:14
**few** [1] - 20:8
**fighting** [1] - 30:14
**figures** [2] - 7:25, 8:2
**file** [1] - 51:25
**filed** [14] - 9:23, 10:15, 12:11, 15:4, 22:3, 22:5, 26:16, 26:18, 26:20, 26:23, 36:4, 36:7, 37:18, 49:12
**files** [1] - 7:21
**filing** [1] - 24:7
**fill** [1] - 30:7
**finally** [1] - 48:21
**financial** [5] - 44:22, 44:25, 45:11, 45:15, 47:1
**findings** [1] - 49:2
**fine** [3] - 4:21, 5:17, 42:21
**finished** [1] - 20:21
**firearm** [1] - 46:21
**firm** [2] - 10:20, 10:25
**first** [11] - 4:24, 8:16, 10:15, 23:17, 26:9, 33:18, 33:24, 36:24, 41:3, 44:5, 52:6
**five** [1] - 43:3
**FL** [2] - 1:14, 1:18
**flaws** [1] - 21:13
**flock** [1] - 35:7
**floor** [1] - 45:19
**Florida** [3] - 1:24, 45:16, 46:15
**FLORIDA** [2] - 1:1, 1:3
**fly** [1] - 24:9
**focus** [1] - 33:5
**focused** [1] - 18:23
**fold** [3] - 17:8, 17:14, 17:16
**following** [1] - 46:24
**follows** [2] - 43:21, 44:20
**FOR** [2] - 1:12, 1:15

**Force** [3] - 50:3, 50:4, 50:23
**force** [2] - 42:2, 43:8
**forced** [1] - 40:19
**foreclosure** [1] - 47:25
**FOREGOING** [1] - 53:3
**forged** [1] - 25:16
**forgery** [1] - 10:10
**forget** [1] - 35:8
**forging** [1] - 21:22
**form** [1] - 4:6
**forma** [1] - 49:14
**formerly** [1] - 11:2
**Forney** [2] - 9:20, 9:25
**Fort** [1] - 1:18
**forth** [1] - 16:24, 46:25, 47:6
**forward** [2] - 24:17, 40:13
**forwarded** [3] - 45:14, 45:17, 46:8
**foundation** [1] - 19:2
**Founding** [1] - 19:5
**fraud** [21] - 11:3, 17:10, 17:11, 22:21, 22:22, 28:15, 30:9, 30:14, 30:18, 32:3, 32:4, 32:18, 32:19, 33:25, 34:13, 35:6, 35:8, 35:11, 36:16, 43:7
**fraud-fighting** [1] - 30:14
**frauds** [1] - 18:14
**fraudulent** [1] - 39:8
**Freeman** [2] - 6:13, 11:1
**Freeman's** [1] - 7:20
**friend** [1] - 11:4
**FROM** [1] - 53:3
**front** [4] - 6:13, 11:1, 17:14, 28:12
**frustrating** [1] - 12:21
**full** [2] - 12:15, 51:24
**full-time** [1] - 12:15
**fully** [1] - 26:24
**funding** [1] - 7:10
**future** [1] - 29:4

# G

**Gainesville** [1] - 20:10
**gains** [1] - 45:11
**gallery** [2] - 2:23, 3:7

**general** [8] - 3:16, 7:25, 16:10, 33:8, 33:10, 46:9, 46:11, 46:12
**gift** [1] - 41:6
**gifted** [1] - 13:7
**gifts** [2] - 12:13, 38:15
**Giglio** [1] - 12:2
**Gill** [1] - 6:13
**given** [7] - 12:17, 16:12, 16:13, 34:25, 38:15, 49:19
**glove** [1] - 23:15
**God** [1] - 48:20
**GOVERNMENT** [1] - 1:12
**government** [27] - 3:1, 4:5, 4:21, 10:2, 11:11, 11:23, 13:20, 13:21, 14:8, 14:22, 15:8, 15:16, 17:13, 23:9, 23:10, 23:11, 28:20, 30:9, 34:1, 36:13, 37:11, 42:8, 42:10, 43:7, 45:10, 51:21, 52:3
**government's** [4] - 14:25, 15:1, 15:5, 15:19
**graces** [1] - 18:18
**grand** [1] - 32:4
**grant** [1] - 42:5
**greater** [2] - 36:17, 49:9
**greatest** [1] - 38:22
**gross** [2] - 4:18, 45:3
**group** [1] - 11:3
**Groves** [1] - 10:5
**guarantee** [1] - 28:22
**guess** [1] - 13:15
**Guideline** [10] - 14:11, 14:16, 14:17, 14:20, 15:7, 15:21, 24:19, 43:2, 43:4, 49:9
**guidelines** [2] - 16:5, 42:20
**Guidelines** [2] - 16:6, 43:2
**guilty** [5] - 7:4, 21:8, 23:7, 23:8, 23:13
**guy** [1] - 20:23

# H

**hairs** [1] - 32:13
**half** [4] - 30:21, 31:1, 31:2, 44:7

**hand** [3] - 23:15, 27:21, 37:15
**handle** [1] - 11:13
**handled** [1] - 11:13
**happy** [3] - 10:14, 18:6, 36:9
**harm** [1] - 35:11
**Haul** [1] - 48:15
**head** [1] - 19:20
**health** [4] - 9:8, 17:13, 18:7, 18:8
**hear** [2] - 3:11, 33:20
**hearing** [1] - 52:22
**HEARING** [1] - 1:8
**hearse** [1] - 48:15
**heart** [1] - 28:17
**held** [1] - 40:18
**help** [4] - 42:5, 42:7, 52:8, 52:20
**helped** [2] - 41:7, 43:6
**helping** [3] - 31:17, 31:18, 34:6
**helps** [1] - 13:9
**Herbalife** [1] - 22:4
**herself** [1] - 10:12
**high** [1] - 24:9
**highly** [1] - 12:20
**himself** [12] - 13:4, 13:6, 22:2, 22:6, 24:10, 25:25, 30:17, 32:4, 34:16, 36:22, 38:3
**History** [1] - 14:14
**history** [2] - 16:15, 33:4
**hit** [1] - 30:19
**hold** [2] - 26:12, 46:2
**holding** [1] - 22:21
**holds** [1] - 15:15
**holes** [1] - 42:7
**home** [3] - 19:17, 49:23, 50:1
**HON** [1] - 1:9
**honest** [1] - 48:8
**honestly** [3] - 30:5, 39:10, 40:9
**honesty** [2] - 13:13, 48:7
**Honor** [116] - 2:5, 2:9, 2:10, 2:13, 2:15, 2:19, 3:1, 3:7, 3:12, 3:15, 3:23, 3:24, 4:5, 4:7, 4:12, 4:15, 4:23, 5:7, 5:15, 7:23, 8:7, 8:8, 9:20, 10:3, 10:7, 10:18, 11:9, 11:15, 11:24, 12:1, 14:10, 14:21, 14:22, 15:14, 15:15, 15:17, 15:20,

16:1, 16:18, 17:7, 17:14, 19:10, 19:16, 19:22, 20:7, 20:8, 20:14, 21:11, 21:14, 21:21, 21:25, 22:16, 23:13, 24:22, 24:25, 25:6, 25:7, 25:19, 26:19, 26:24, 26:25, 27:8, 28:7, 29:9, 29:10, 29:15, 29:19, 29:25, 30:5, 30:6, 30:15, 31:4, 31:16, 32:1, 32:3, 32:9, 32:15, 33:10, 33:15, 34:8, 34:14, 34:21, 35:12, 35:18, 35:21, 35:24, 36:3, 36:4, 36:10, 37:18, 37:23, 37:25, 38:6, 42:11, 43:23, 43:24, 43:25, 44:5, 44:12, 45:21, 46:6, 47:11, 49:4, 49:7, 49:22, 50:12, 50:17, 50:24, 51:5, 51:12, 51:20, 51:22, 52:2, 52:5, 52:20
**Honor's** [3] - 15:16, 29:10, 32:12
**hope** [6] - 9:10, 17:20, 34:22, 38:20, 40:13, 41:5
**hopefully** [2] - 38:25, 44:10
**horrible** [2] - 23:6
**horses** [1] - 50:15
**hours** [3] - 23:17, 23:18, 46:17
**house** [2] - 39:20, 47:19
**household** [1] - 39:20
**housekeeping** [1] - 51:21
**hubris** [1] - 24:7
**human** [4] - 28:4, 38:11, 39:10, 39:18
**humbly** [1] - 48:19

# I

**Icarus** [1] - 24:9
**ice** [1] - 38:17
**idea** [1] - 32:23
**ideal** [1] - 49:17
**identify** [1] - 3:5
**ignore** [5] - 19:12, 25:12, 29:12, 40:15
**ignoring** [1] - 12:6
**illegal** [1] - 31:24

**immaterial** [1] - 26:23

**immediately** [1] - 48:21

**impact** [2] - 28:24, 43:10

**important** [1] - 30:7

**impose** [4] - 2:22, 14:1, 15:5, 20:7

**imposed** [4] - 44:22, 45:1, 49:1, 49:9

**imprisoned** [1] - 43:17

**imprisonment** [2] - 46:16, 48:23

**IN** [1] - 53:4

**inability** [1] - 40:9

**incarcerated** [1] - 4:17

**incarceration** [3] - 43:20, 44:19, 45:2

**incarnate** [1] - 29:19

**includes** [1] - 47:1

**including** [2] - 38:4, 46:24

**income** [1] - 45:12

**incoming** [1] - 11:3

**inconsistency** [1] - 48:6

**incredible** [1] - 38:15

**indicate** [2] - 10:14, 27:22

**indicates** [2] - 12:15, 49:17

**Indictment** [1] - 22:3

**individual** [5] - 6:1, 10:21, 28:7, 28:13, 40:7

**individualized** [1] - 28:11

**individually** [1] - 18:4

**individuals** [3] - 3:21, 13:8, 38:19

**industry** [1] - 44:20

**inexperienced** [1] - 30:11

**information** [8] - 16:15, 22:1, 22:6, 22:7, 22:13, 31:25, 34:2, 34:12

**informed** [2] - 3:1, 33:2

**inquire** [1] - 5:15

**insecure** [2] - 39:20, 39:22

**insecurity** [1] - 39:12

**insider** [6] - 21:20, 21:23, 21:24, 21:25, 22:11, 32:17

**inspiring** [1] - 28:13

**instance** [1] - 22:14

**instead** [1] - 4:17

**instinctively** [1] - 48:12

**institute** [3] - 30:14, 34:1, 35:9

**institution** [1] - 51:9

**instructions** [1] - 34:10

**integrated** [1] - 48:5

**integrity** [1] - 28:18

**intensive** [2] - 49:18, 49:20

**intentional** [1] - 23:3

**interest** [2] - 7:3, 45:5

**interesting** [2] - 19:1, 38:10

**internal** [1] - 38:23

**introduced** [1] - 45:23

**investigate** [1] - 50:18

**investigating** [1] - 31:22

**investigation** [2] - 12:19, 32:25

**Investigation** [9] - 6:9, 8:22, 9:2, 14:9, 14:18, 16:24, 17:2, 47:1, 49:17

**investigative** [1] - 12:3

**investigator** [1] - 12:19

**involve** [2] - 11:12, 36:14

**involved** [5] - 9:12, 20:3, 23:16, 36:16, 37:13

**involving** [2] - 7:13, 27:25

**ironic** [1] - 10:19

**irony** [1] - 18:17

**IS** [1] - 53:3

**issue** [6] - 12:9, 12:20, 18:14, 26:1, 27:21, 47:22

**issues** [4] - 7:6, 12:24, 29:25, 32:16

**items** [1] - 9:3

**J**

**J&C** [1] - 47:21

**jail** [5] - 23:1, 30:8, 31:15, 35:5, 41:23

**Janice** [1] - 2:19

**January** [2] - 31:8, 31:12

**job** [5] - 4:24, 35:8, 44:21, 44:24, 47:9

**Joe** [1] - 35:15

**Jr** [1] - 1:23

**judge** [1] - 39:18

**JUDGE** [1] - 1:9

**Judge** [21] - 5:18, 6:2, 6:13, 7:20, 9:12, 11:1, 11:6, 12:11, 13:14, 19:14, 19:21, 26:17, 26:22, 27:11, 27:17, 29:7, 36:11, 37:19, 43:22, 47:21

**judged** [1] - 31:13

**judges** [1] - 22:2

**judgment** [9] - 6:11, 6:20, 23:3, 25:3, 25:7, 29:11, 38:12, 39:17, 47:22

**Judgment** [5] - 7:20, 7:21, 43:15, 44:22, 49:13

**July** [1] - 1:4

**justice** [4] - 15:3, 15:11, 39:4, 45:5

**justify** [1] - 18:11

**justly** [1] - 48:19

**K**

**Kentucky** [3] - 50:13, 50:14

**kept** [1] - 33:2

**kick** [1] - 40:3

**kicks** [1] - 28:2

**kid** [1] - 20:24

**kind** [6] - 8:13, 20:4, 23:10, 31:6, 33:6, 33:14

**kinds** [1] - 27:22

**knowing** [1] - 27:10

**knowingly** [1] - 31:12

**known** [4] - 20:7, 20:14, 20:16, 21:6

**knows** [5] - 21:15, 31:5, 32:20, 32:21

**Knoxville** [1] - 50:12

**L**

**lack** [1] - 13:12

**language** [2] - 44:15, 52:14

**lapse** [1] - 23:3

**large** [2] - 33:12,

35:2

**larger** [1] - 34:16

**last** [4] - 2:8, 4:16, 5:6, 8:15

**Lauderdale** - 1:18

**law** [6] - 10:20, 12:21, 16:14, 22:19, 43:12, 49:10

**lawyer** [3] - 20:19, 20:20, 31:4

**lawyers** [3] - 11:3, 20:17, 20:23

**learning** [2] - 38:25, 48:13

**least** [2] - 9:10, 34:9

**leave** [1] - 49:14

**lectured** [1] - 11:2

**lecturing** [1] - 22:20

**left** [1] - 47:16

**legal** [1] - 49:11

**Lennar** [32] - 3:2, 3:13, 3:16, 3:18, 6:12, 7:8, 7:14, 7:24, 11:20, 12:4, 20:3, 23:16, 25:21, 25:22, 25:25, 27:5, 27:10, 27:19, 30:16, 30:20, 30:22, 32:16, 33:1, 35:12, 35:16, 40:11, 43:19, 44:18, 45:18, 45:25, 46:8, 46:14

**Lenron** [1] - 31:10

**less** [1] - 24:15

**letter** [24] - 8:5, 8:7, 8:9, 9:20, 9:22, 9:25, 10:1, 10:11, 10:17, 10:21, 26:15, 26:16, 26:22, 27:3, 36:3, 36:5, 36:6, 36:23, 37:4, 51:22, 51:25

**letters** [5] - 10:13, 11:10, 12:17, 37:5, 41:6

**level** [3] - 14:13, 18:4, 41:1

**levels** [1] - 18:2

**levitate** [1] - 17:17

**lied** [2] - 27:13, 39:14

**lies** [1] - 29:2

**life** [14] - 18:21, 19:8, 21:14, 24:10, 25:1, 25:23, 29:8, 30:24, 31:16, 32:5, 34:16, 34:21, 41:4, 52:7

**light** [1] - 42:1

**limit** [1] - 37:13

**line** [3] - 8:15, 19:8, 25:19

**listen** [1] - 18:6

**literature** [1] - 19:2

**litigate** [1] - 25:8

**litigation** [4] - 22:4, 25:21, 25:22, 25:25

**litigations** [2] - 22:4, 22:5

**live** [1] - 29:16

**lived** [1] - 20:11

**lives** [4] - 35:21, 38:13, 41:7, 50:21

**locate** [1] - 8:6

**long-term** [1] - 39:25

**look** [8] - 7:21, 12:22, 19:1, 26:12, 33:5, 40:10, 42:2, 43:2

**Look** [1] - 21:6

**looked** [2] - 34:4, 38:10

**looking** [11] - 12:24, 17:15, 18:7, 26:15, 27:25, 28:12, 28:14, 31:11, 31:13, 33:8, 48:8

**looks** [2] - 20:25, 30:24

**Los** [1] - 45:19

**loss** [1] - 8:1

**lost** [1] - 32:8

**loved** [2] - 13:9, 32:8

**loves** [3] - 31:6, 42:6

**lying** [2] - 27:23, 40:10

**M**

**ma'am** [19] - 3:18, 5:17, 7:15, 7:17, 8:7, 8:11, 8:24, 9:4, 9:7, 37:2, 37:8, 44:11, 48:10, 48:18, 51:15, 52:9, 52:12

**magic** [1] - 44:14

**mail** [1] - 5:6

**major** [1] - 28:24

**majority** [1] - 36:17

**Maldonado** [2] - 47:13, 47:14

**man** [5] - 31:13, 31:17, 34:15, 34:25, 48:17

**manipulating** [2] - 21:20, 39:7

**manner** [2] - 6:8, 39:8, 49:2

**March** [1] - 27:3

**mark** [2] - 3:15, 26:25

**Mark** [1] - 46:9

**market** [5] - 7:10,

8:3, 21:20, 33:12, 35:15

**marketplace** [1] - 35:12

**Marsch** [2] - 25:1, 35:20

**Marshal** [1] - 3:18

**massive** [1] - 30:9

**master** [1] - 32:4

**match** [1] - 42:1

**material** [3] - 12:3, 45:8, 48:16

**materials** [1] - 23:18

**mathematical** [1] - 31:3

**mathematics** [1] - 8:1

**MATTER** [1] - 53:4

**matter** [5] - 18:20, 23:16, 29:17, 48:16

**matters** [4] - 7:13, 11:11, 11:12, 12:1

**maximum** [7] - 13:18, 14:24, 15:7, 17:23, 24:15, 24:21, 42:24

**Maxwell** [3] - 50:3, 50:4, 50:22

**mean** [1] - 34:7

**measure** [2] - 6:2, 48:5

**measured** [1] - 19:3

**measures** [2] - 19:4, 48:14

**media** [1] - 30:22

**Medifast** [1] - 22:5

**meeting** [1] - 11:17

**member** [1] - 10:12

**Memphis** [3] - 50:7, 50:12

**mercy** [1] - 48:19

**merits** [1] - 42:14

**methodology** [1] - 17:19

**MIAMI** [2] - 1:2, 1:3

**Miami** [6] - 1:14, 1:24, 1:24, 45:15, 45:16, 46:15

**Mica** [1] - 48:17

**Michael** [2] - 2:15, 19:19

**microphone** [4] - 3:11, 5:24, 6:1

**might** [2] - 7:23, 30:10

**miles** [3] - 49:23, 49:25, 50:21

**military** [1] - 52:18

**MILLER** [1] - 3:12

**Miller** [2] - 3:12, 3:14

**million** [5] - 8:1, 30:21, 31:1, 44:1, 44:7

**millions** [1] - 43:24

**minimum** [1] - 44:25

**minister** [2] - 12:15, 35:6

**Minkow** [60] - 2:3, 2:14, 2:22, 3:22, 5:11, 5:16, 5:21, 5:25, 6:7, 7:2, 8:10, 8:21, 10:8, 10:21, 11:2, 11:4, 12:12, 12:14, 13:4, 14:19, 15:22, 16:9, 18:7, 19:17, 20:17, 21:9, 21:18, 26:14, 27:6, 27:12, 28:4, 28:10, 30:8, 30:17, 30:23, 31:5, 31:8, 32:10, 32:21, 32:24, 33:16, 34:23, 35:14, 35:17, 36:1, 36:13, 36:16, 36:21, 37:5, 37:13, 38:10, 43:6, 43:11, 43:16, 44:10, 48:4, 48:7, 49:8, 52:6

**MINKOW** [1] - 1:6

**Minkow's** [4] - 13:25, 14:14, 15:11, 27:4

**minor** [1] - 28:24

**minute** [1] - 30:25

**minutes** [1] - 11:16

**Miss** [16] - 4:16, 8:8, 8:13, 8:20, 9:1, 9:17, 14:18, 27:4, 27:12, 37:15, 42:13, 47:13, 51:16, 52:20

**misspoke** [1] - 31:2

**mistake** [1] - 24:12

**misused** [1] - 22:7

**mitigating** [1] - 30:10

**modification** [1] - 38:25

**monastery** [1] - 41:24

**money** [1] - 19:4

**monitor** [1] - 45:7

**Montgomery** [7] - 49:22, 49:24, 49:25, 50:1, 50:3, 50:4, 50:22

**monthly** [1] - 45:3

**months** [10] - 14:16, 14:24, 16:6, 16:7, 24:21, 26:10, 42:24, 43:5, 43:17, 48:23

**moral** [4] - 21:15, 21:18, 28:2, 30:4

**morally** [1] - 31:24

**morning** [12] - 2:5,

2:10, 2:11, 2:12, 2:13, 2:19, 2:22, 3:12, 3:14, 3:15, 3:18, 9:24

**most** [5] - 10:15, 13:1, 20:12, 24:7, 30:8

**motion** [1] - 23:20

**motivated** [1] - 22:8

**motivating** [2] - 18:24, 28:14

**moved** [1] - 10:24

**MR** [88] - 2:13, 3:12, 3:15, 3:18, 3:23, 4:5, 5:15, 5:18, 5:20, 6:2, 6:6, 7:23, 8:7, 9:8, 9:11, 9:19, 9:22, 10:3, 10:7, 10:17, 10:22, 10:24, 12:10, 13:14, 14:7, 14:21, 17:7, 19:10, 19:14, 20:14, 20:20, 21:1, 21:3, 21:5, 21:21, 21:23, 22:16, 22:18, 22:25, 23:5, 23:21, 24:22, 24:25, 25:6, 25:11, 25:14, 25:17, 26:1, 26:4, 26:8, 26:17, 26:22, 27:8, 27:11, 27:16, 28:6, 28:25, 29:7, 36:3, 36:11, 37:18, 37:23, 37:25, 38:2, 38:8, 43:22, 44:9, 44:12, 47:7, 47:20, 49:4, 49:7, 49:22, 49:25, 50:3, 50:6, 50:11, 50:15, 50:17, 50:20, 50:24, 51:2, 51:9, 51:12, 51:15, 51:18, 51:20, 52:5

**MS** [39] - 2:2, 2:5, 2:9, 3:1, 3:7, 4:12, 4:15, 4:23, 5:5, 8:18, 11:24, 14:10, 14:22, 15:14, 22:17, 26:19, 26:24, 29:25, 30:2, 30:4, 31:2, 34:8, 35:21, 35:24, 36:9, 37:11, 42:11, 43:23, 44:4, 44:8, 45:21, 46:4, 46:6, 46:12, 47:11, 51:17, 51:21, 52:2, 52:20

**must** [4] - 38:12, 44:21, 44:25, 49:12

**Myers** [4] - 11:3, 45:18, 45:23, 51:22

# N

**N.E** [1] - 1:14

**N.W** [1] - 46:14

**name** [6] - 2:8, 3:9, 21:22, 23:2, 25:17, 27:13

**names** [1] - 3:6

**narcissism** [1] - 24:8

**nature** [1] - 15:10

**naught** [1] - 18:21

**near** [1] - 50:11

**necessarily** [1] - 19:24

**necessary** [1] - 11:10

**need** [22] - 4:2, 5:9, 6:5, 9:17, 13:7, 13:9, 14:4, 14:5, 18:6, 22:21, 23:19, 28:21, 35:25, 40:14, 41:8, 41:16, 42:7, 42:9, 48:11, 48:13, 51:4, 51:6

**needed** [2] - 5:13, 24:1

**needs** [4] - 11:19, 12:18, 19:25, 34:23

**negative** [3] - 15:12, 38:14, 52:8

**never** [3] - 9:12, 39:4, 52:10

**New** [1] - 19:21

**new** [4] - 20:19, 20:20, 24:10, 47:2

**next** [3] - 3:11, 5:23, 20:22

**Nicholas** [1] - 25:1

**night** [2] - 4:16, 5:6

**nobody** [1] - 29:1

**nominee** [1] - 32:21

**North** [1] - 45:15

**north** [1] - 50:14

**note** [1] - 47:21

**nothing** [6] - 22:12, 24:6, 36:18, 37:11, 52:3, 52:5

**notice** [1] - 49:12

**noticed** [2] - 4:9, 10:15

**nuanced** [1] - 28:7

**number** [6] - 2:2, 4:10, 7:10, 7:11, 44:4, 51:23

**numbers** [2] - 8:4, 44:3

**Numeral** [1] - 27:4

# O

**O'Melveny** [4] - 11:2, 45:18, 45:22, 51:22

**O'Quinn** [1] - 27:3

**oar** [1] - 40:1

**oath** [3] - 25:10, 27:23, 40:10

**object** [3] - 42:8, 42:10, 49:2

**objection** [6] - 4:25, 6:8, 7:10, 7:11, 9:19, 47:11

**objections** [8] - 5:12, 5:14, 7:14, 7:16, 14:5, 14:9, 17:2, 37:17

**obligations** [5] - 4:22, 12:2, 44:22, 45:1, 45:12

**obscure** [1] - 17:21

**obtained** [1] - 16:16

**obviously** [1] - 11:4, 12:5, 15:19, 16:6, 42:6

**occurred** [1] - 10:6

**OF** [3] - 1:1, 1:3, 53:4

**off-the-record** [2] - 26:13, 36:25

**offense** [1] - 14:13

**office** [2] - 33:2, 51:24

**Office** [7] - 11:13, 12:8, 33:1, 45:6, 45:7, 45:14, 46:18

**officer** [2] - 19:8, 19:12

**Officer** [1] - 47:14

**OFFICER** [3] - 2:19, 47:16, 52:16

**offices** [1] - 32:2

**Official** [2] - 1:22, 53:5

**often** [1] - 33:20

**old** [6] - 18:20, 20:18, 22:16, 22:17, 30:12, 48:4

**old-fashioned** [1] - 48:4

**once** [3] - 19:22, 39:14, 39:19

**one** [29] - 4:9, 4:15, 4:16, 5:5, 7:10, 7:19, 8:10, 8:25, 9:19, 12:20, 13:1, 18:18, 18:22, 20:8, 20:16, 20:23, 26:20, 30:24, 36:12, 38:21, 39:1, 39:9, 40:1, 40:19, 41:18, 41:25, 48:8,

52:7
**ones** [3] - 7:12, 10:17, 14:7
**opened** [1] - 38:13
**operates** [1] - 21:19
**opportunities** [3] - 33:18, 33:25, 34:3
**opportunity** [9] - 8:22, 9:5, 33:14, 33:24, 35:1, 40:5, 47:24, 48:2, 49:19
**order** [5] - 4:6, 4:7, 24:18, 30:23, 45:1
**ordered** [2] - 43:18, 44:17
**original** [3] - 5:3, 5:10, 6:9
**otherwise** [1] - 15:21
**ourselves** [1] - 35:9
**outlets** [1] - 30:22
**outlined** [1] - 29:13
**outlines** [1] - 14:4
**overcome** [1] - 29:4
**overreached** [1] - 51:22
**own** [2] - 6:1, 32:20

**P**

**PAGE** [1] - 1:6
**page** [2] - 8:16, 27:4
**paid** [2] - 18:25, 22:12
**paper** [1] - 15:4
**papers** [3] - 5:12, 7:7, 20:22
**paragraph** [4] - 4:10, 8:15, 46:4, 46:5
**part** [7] - 7:20, 9:24, 12:1, 13:15, 17:19, 36:7, 48:13
**Part** [1] - 46:25
**participate** [1] - 49:20
**particular** [4] - 12:24, 27:19, 28:11, 33:7
**parties** [7] - 4:16, 14:11, 14:16, 26:21, 26:24, 28:20, 42:19
**partner** [1] - 10:20
**past** [2] - 43:7, 52:8
**pastor** [4] - 32:7, 35:6, 35:9, 47:5
**PATRICIA** [1] - 1:9
**pauperis** [1] - 49:15
**pay** [9] - 42:21, 43:18, 44:17, 44:21, 44:25, 45:2, 45:9,

48:21, 49:13
**payable** [1] - 45:13
**payment** [4] - 43:20, 44:19, 45:4, 45:7
**payments** [4] - 6:20, 45:10, 45:24, 46:12
**pending** [1] - 6:13
**penitentiary** [1] - 50:16
**people** [22] - 12:7, 12:9, 12:22, 13:11, 20:8, 20:12, 23:16, 28:13, 28:14, 30:19, 32:21, 34:5, 34:10, 39:12, 39:13, 39:14, 39:22, 39:23, 41:6, 41:7, 41:25, 42:2
**people's** [3] - 10:10, 25:16, 25:17
**per** [1] - 44:25
**percent** [8] - 4:17, 4:18, 4:20, 8:15, 21:16, 44:21, 45:3
**Perez** [1] - 2:5
**PEREZ** [1] - 1:13
**perfect** [2] - 24:5, 28:7
**performed** [1] - 13:2
**perhaps** [1] - 29:8
**period** [6] - 7:13, 12:13, 12:14, 43:20, 44:19, 47:8
**perjured** [1] - 25:25
**perjury** [4] - 26:4, 27:15, 32:14
**person** [16] - 10:11, 11:20, 13:7, 19:24, 24:5, 29:16, 29:20, 29:21, 30:18, 31:25, 34:11, 39:15, 45:24, 46:18, 48:5
**personality** [1] - 38:18
**personnel** [1] - 30:21
**perspective** [2] - 9:18, 36:20
**persuasion** [1] - 38:3
**Petrocelli** [7] - 7:24, 8:7, 8:9, 10:19, 23:15, 27:7, 45:19
**Petrocelli's** [3] - 26:12, 26:15, 36:6
**philosophical** [1] - 39:24
**picture** [1] - 31:17
**pillar** [1] - 35:7, 40:16
**place** [5] - 23:17, 38:24, 44:5, 50:2
**placed** [1] - 46:16

**placement** [1] - 49:21
**plea** [3] - 21:8, 22:8, 23:22
**Plea** [1] - 32:24
**plead** [1] - 23:13
**pleading** [1] - 23:8
**pleased** [1] - 4:8
**pled** [2] - 21:24, 23:7
**plus** [1] - 10:17
**pocket** [1] - 7:8
**podium** [1] - 30:2
**point** [11] - 7:19, 9:18, 13:18, 20:5, 20:6, 28:6, 30:12, 35:17, 35:22, 39:6, 47:25
**pointed** [4] - 11:2, 14:15, 31:7, 32:15
**points** [6] - 7:8, 17:15, 17:18, 17:22, 30:6, 41:7
**police** [2] - 19:8, 19:12
**population** [1] - 18:9
**portion** [1] - 4:24
**position** [14] - 12:23, 14:25, 15:5, 15:19, 16:13, 16:15, 24:22, 29:9, 40:16, 40:19, 43:11, 47:5, 52:16
**positions** [4] - 37:14, 38:3, 38:4, 40:20
**positive** [5] - 15:11, 28:5, 38:13, 38:17, 42:2, 42:17, 43:6, 43:8
**possess** [1] - 46:22
**possessing** [1] - 46:21
**post** [2] - 23:22, 27:12
**post-article** [1] - 27:12
**potential** [1] - 29:21
**poverty** [1] - 32:6
**power** [4] - 19:4, 33:13, 38:18, 40:23
**pre** [1] - 15:16
**pre-Booker** [1] - 15:16
**preclude** [1] - 45:10
**predict** [1] - 39:2
**preliminary** [1] - 35:4
**prepared** [3] - 4:6, 9:1, 9:17
**presence** [1] - 6:3
**present** [2] - 2:14, 3:6, 23:11

**presented** [1] - 40:4
**Presentence** [12] - 2:16, 6:9, 8:22, 9:1, 9:16, 14:9, 14:18, 16:24, 17:2, 42:19, 46:25, 49:16
**pretrial** [1] - 42:14
**pretty** [1] - 34:25
**prevention** [1] - 11:4
**prevents** [2] - 9:9, 28:17
**price** [1] - 18:23
**primary** [1] - 6:4
**principled** [1] - 17:21
**prison** [3] - 33:21, 34:19, 44:20
**Prisons** [5] - 18:12, 43:16, 44:13, 45:6, 49:19
**pro** [1] - 12:17
**probation** [1] - 19:17
**Probation** [5] - 2:18, 2:20, 45:6, 46:18, 47:14
**PROBATION** [3] - 2:19, 47:16, 52:16
**problem** [7] - 11:20, 12:6, 24:8, 29:2, 29:13, 52:10
**problems** [3] - 13:3, 17:13, 29:22
**procedure** [2] - 11:23, 14:4
**procedures** [1] - 4:1
**proceed** [2] - 2:25, 8:21
**PROCEEDINGS** [1] - 53:4
**process** [2] - 9:13, 44:15
**produce** [1] - 15:9
**professionals** [1] - 8:20
**proffered** [1] - 18:7
**profit** [1] - 36:17
**program** [4] - 13:23, 41:16, 49:18, 49:20
**prohibited** [1] - 46:21
**pronounced** [1] - 49:3
**proof** [1] - 23:10
**properly** [2] - 11:12, 29:21
**proposed** [1] - 8:14
**prosecution** [2] - 23:12, 25:20
**prosecutor** [1] - 24:3
**Prosecutor/Public** [1] - 20:9

**prosecutorial** [1] - 15:1
**protect** [1] - 28:10
**proverbial** [1] - 38:16
**provide** [2] - 14:12, 34:2
**provided** [3] - 7:25, 16:9, 22:7
**provides** [1] - 14:16
**providing** [5] - 23:17, 23:18, 31:25, 34:12, 49:11
**PSI** [1] - 26:20
**psychological** [2] - 13:2, 29:1
**psychologist** [4] - 39:1, 47:15, 47:19, 48:2
**public** [5] - 33:12, 36:14, 36:15, 36:18
**published** [1] - 26:10
**pull** [1] - 40:1
**punished** [1] - 33:11
**punishment** [1] - 33:22
**purchased** [1] - 7:12
**purchasing** [2] - 26:9, 26:10
**put** [8] - 11:25, 12:5, 12:10, 23:10, 36:3, 40:16, 40:19, 44:15
**puts** [2] - 29:8, 36:19
**putting** [1] - 19:8

**Q**

**quarter** [1] - 44:25
**quickly** [1] - 37:15
**quiet** [1] - 41:24
**quite** [1] - 15:4
**quoted** [1] - 15:20
**quotes** [1] - 27:6

**R**

**raised** [3] - 6:7, 7:6, 17:8
**Rakoff** [1] - 19:21
**ran** [1] - 25:1
**range** [7] - 14:16, 14:20, 15:7, 15:21, 43:3, 43:4, 49:9
**Ray** [3] - 2:7, 9:7, 9:8
**re** [1] - 39:19
**re-examination** [1] - 39:19
**reaching** [1] - 16:25

**read** [16] - 8:9, 9:25,
10:4, 10:13, 11:9,
12:17, 17:1, 36:5,
36:7, 37:4, 37:24,
41:6, 43:25
**reading** [1] - 5:12
**real** [2] - 7:11, 11:20
**reality** [1] - 40:9
**really** [9] - 17:21,
30:15, 31:16, 32:5,
33:21, 35:22, 39:23,
40:22, 48:16
**reason** [3] - 32:5,
32:6, 46:10
**reasonable** [1] -
42:25
**reasons** [2] - 17:16,
42:23
**receive** [1] - 41:20
**received** [2] - 3:24,
10:11
**recent** [1] - 24:7
**recess** [1] - 52:18
**recessed** [1] - 52:24
**recognition** [1] -
23:22
**recognized** [1] -
15:19
**recognizes** [1] -
17:24
**recognizing** [1] -
28:13
**recommend** [5] -
41:15, 41:20, 44:13,
47:4, 49:19
**recommendation** [3]
- 13:22, 37:22, 49:16
**recommendations**
[1] - 49:21
**record** [22] - 3:6, 6:5,
10:14, 11:8, 11:10,
11:25, 12:5, 12:11,
13:24, 14:5, 16:23,
17:1, 26:13, 26:16,
26:21, 26:23, 27:1,
36:7, 36:12, 36:25,
41:15, 44:15
**RECORD** [1] - 53:3
**recovered** [1] - 44:10
**reduce** [2] - 7:7,
23:24
**reduction** [2] -
13:19, 15:6
**referred** [1] - 11:17
**referring** [3] - 8:25,
21:25, 27:2
**reflect** [5] - 4:19,
16:23, 17:1, 34:20,
41:16
**reflects** [2] - 3:6,

14:25
**regard** [1] - 25:24
**regarding** [2] - 4:3,
27:5
**regulatory** [4] -
16:14, 31:20, 34:2,
43:12
**rehabilitate** [1] -
34:20
**rehabilitated** [1] -
33:18
**rehabilitation** [1] -
33:22
**reiterate** [1] - 30:6
**related** [2] - 27:11,
47:3
**relationship** [1] -
16:14
**relationships** [1] -
34:14
**relative** [2] - 30:16,
30:24
**release** [10] - 42:14,
45:2, 46:16, 46:17,
46:18, 46:20, 46:24,
47:5, 47:23, 48:25
**released** [1] - 46:19
**relied** [1] - 30:18
**rely** [2] - 3:23, 40:1
**remain** [1] - 37:19
**remaining** [1] - 9:19
**remarkable** [1] - 8:19
**remember** [2] -
18:19, 19:20
**remorseful** [1] -
28:20
**remove** [2] - 12:22,
41:18
**rendered** [1] - 17:12
**report** [9] - 13:23,
29:14, 31:8, 32:16,
37:16, 37:17, 45:8,
46:18, 52:14
**Report** [12] - 2:16,
6:9, 8:22, 9:2, 9:16,
14:9, 14:18, 16:24,
17:2, 42:19, 47:1,
49:17
**REPORTED** [1] -
1:22
**Reporter** [3] - 1:22,
6:5, 53:5
**representatives** [1] -
3:2
**represented** [1] -
21:6
**representing** [1] -
20:24
**reputation** [2] -
43:13

**request** [5] - 17:3,
17:9, 37:19, 44:12,
49:22
**requested** [2] - 8:14,
29:12
**requests** [1] - 17:5
**required** [1] - 23:3
**requirement** [1] -
47:2
**requirements** [1] -
42:17
**reserve** [1] - 52:7
**reservoir** [2] - 18:18,
20:4
**resolve** [1] - 5:14
**respect** [5] - 6:2, 6:4,
29:10, 40:6
**respected** [1] - 32:7
**respond** [1] - 13:14
**response** [5] - 6:9,
9:23, 10:18, 11:15,
11:16
**responsibility** [24] -
13:19, 14:12, 14:19,
15:20, 15:22, 15:25,
16:8, 16:11, 17:6,
17:9, 17:16, 17:20,
24:16, 24:17, 24:20,
28:10, 28:19, 33:6,
34:18, 34:22, 40:13,
40:21, 40:24, 43:3
**rest** [4] - 21:14, 39:3,
41:4, 52:6
**restitution** [16] - 4:4,
5:1, 5:13, 6:8, 6:19,
6:21, 42:22, 43:18,
44:18, 45:3, 45:8,
45:12, 45:13, 45:17,
46:1, 48:24
**restricting** [1] -
37:22
**restriction** [4] - 38:1,
47:2, 47:3
**result** [1] - 14:13
**retreat** [1] - 41:23
**review** [2] - 8:22, 9:2
**reviewed** [2] - 4:1,
4:6
**rights** [1] - 33:2
**risen** [1] - 30:13
**rob** [1] - 19:9
**robbed** [2] - 19:12,
39:21
**Rodriguez** [4] -
15:14, 15:24, 17:18,
17:25
**Roman** [1] - 27:4
**Ronald** [1] - 10:5
**room** [1] - 45:15
**Room** [1] - 1:24

**root** [1] - 22:22
**RPR** [1] - 1:22
**Rule** [1] - 23:20
**rules** [3] - 32:10,
34:17
**Ryan** [1] - 27:3

**S**

**S.E** [1] - 1:17
**S/DAVID** [1] - 53:5
**Sacramento** [3] -
23:23, 23:24
**salary** [1] - 12:16
**San** [9] - 11:12,
11:14, 11:18, 12:7,
12:13, 24:3, 25:3,
25:8
**satisfied** [1] - 36:22
**satisfy** [1] - 45:12
**saved** [1] - 28:20
**schedule** [1] - 45:4
**school** [1] - 42:9
**score** [1] - 20:18
**scripture** [1] - 47:9
**seal** [4] - 10:1, 37:19,
37:20, 37:21
**seat** [1] - 2:21
**SEC** [2] - 30:19,
31:18
**second** [3] - 10:16,
34:25, 44:14
**section** [1] - 45:15
**securities** [3] - 32:3,
33:12, 35:11
**Security** [1] - 20:22
**security** [2] - 39:22,
42:15
**see** [15] - 2:17, 9:16,
19:5, 28:19, 33:5,
40:8, 40:16, 41:3,
41:9, 46:2, 46:3, 46:5,
47:13, 47:18, 52:11
**seek** [1] - 40:20
**seeking** [3] - 13:21,
17:15, 17:23
**seem** [1] - 13:10
**SEITZ** [1] - 1:9
**selecting** [1] - 15:8
**self** [1] - 47:2
**self-employment** [1]
- 47:2
**selfish** [1] - 35:13
**sell** [1] - 38:16
**selling** [1] - 22:6
**seminar** [1] - 20:10
**sense** [9] - 2:24,
28:17, 33:23, 34:3,
34:13, 34:18, 39:22,

41:17, 41:24
**sent** [3] - 4:16, 5:9,
9:22
**sentence** [23] - 2:22,
15:6, 15:9, 17:3, 18:1,
23:25, 24:14, 28:11,
28:21, 29:11, 29:15,
33:11, 33:17, 34:19,
41:1, 41:18, 42:24,
42:25, 43:5, 48:23,
49:1, 49:3, 49:9
**SENTENCING** [1] -
1:8
**sentencing** [7] - 3:3,
9:24, 11:19, 19:23,
19:25, 38:11
**sentencings** [1] -
19:22
**September** [2] -
11:16, 51:17
**serious** [3] - 18:7,
18:8, 31:3
**served** [1] - 23:1
**serving** [1] - 12:15
**set** [4] - 14:17, 16:24,
46:25, 47:6
**shall** [14] - 43:18,
43:20, 44:17, 44:19,
45:7, 45:13, 46:8,
46:18, 46:20, 46:22,
46:23, 48:21, 52:16
**share** [3] - 18:6,
18:16, 37:6
**shared** [2] - 10:1,
36:22
**shares** [5] - 26:7,
26:9, 26:10, 27:12
**short** [2] - 22:5, 26:3
**shortened** [1] -
34:19
**shortly** [1] - 26:9
**show** [1] - 47:24
**showed** [1] - 32:12
**shown** [1] - 33:18
**side** [2] - 23:9, 41:13
**sides** [2] - 23:8, 48:6
**sign** [3] - 8:16, 8:23,
19:6
**signature** [1] - 10:10
**signatures** [1] -
25:16
**signed** [2] - 5:3,
25:14, 25:17
**significant** [9] - 15:6,
16:3, 28:16, 33:17,
35:11, 39:6, 43:9,
43:11, 51:23
**similar** [1] - 13:6
**simply** [6] - 18:9,
23:2, 25:9, 26:21,

32:11, 51:25
**sin** [2] - 18:19, 18:21
**single** [1] - 48:12
**sit** [2] - 5:22, 5:25
**sitting** [1] - 6:3
**situation** [1] - 31:7
**situations** [2] - 13:4, 13:6
**six** [1] - 26:10
**slip** [1] - 28:23
**slips** [1] - 28:23
**small** [1] - 51:21
**Smith** [8] - 2:19, 9:1, 9:17, 14:18, 35:15, 37:15, 42:13, 47:13
**Social** [1] - 20:22
**society** [8] - 13:12, 19:3, 21:18, 28:10, 28:24, 32:11, 39:9
**sold** [1] - 7:12
**solely** [1] - 22:1
**solicited** [1] - 22:13
**someone** [5] - 28:17, 34:5, 36:6, 39:19, 39:21
**sometimes** [1] - 38:21
**somewhat** [4] - 34:17, 35:4, 38:9, 39:19
**soon** [1] - 51:10
**sorry** [2] - 31:2, 46:1
**sort** [4] - 7:7, 23:3, 27:22, 41:22
**SOTO** [38] - 1:13, 2:5, 2:9, 3:1, 3:7, 4:12, 4:15, 4:23, 5:5, 8:18, 11:24, 14:10, 14:22, 15:14, 22:17, 26:19, 26:24, 29:25, 30:2, 30:4, 31:2, 34:8, 35:21, 35:24, 36:9, 37:11, 42:11, 43:23, 44:4, 44:8, 45:21, 46:4, 46:6, 46:12, 47:11, 51:21, 52:2, 52:20
**Soto** [1] - 2:5
**sought** [1] - 40:20
**sounding** [1] - 39:24
**sounds** [1] - 28:25
**source** [1] - 34:12
**sourcing** [1] - 31:25
**south** [1] - 50:14
**SOUTHERN** [1] - 1:1
**span** [1] - 30:24
**speaking** [2] - 2:23, 3:21, 4:13
**speaks** [1] - 36:1
**Special** [3] - 2:6, 2:8,

34:9
**special** [3] - 46:25, 48:22, 48:25
**specific** [2] - 33:8, 33:16
**spell** [1] - 2:8
**spent** [6] - 23:17, 30:8, 30:17, 35:5
**spiritual** [2] - 41:22, 48:13
**splitting** [1] - 32:13
**spots** [1] - 29:20
**squandered** [5] - 33:17, 33:24, 33:25, 34:3, 35:2
**stages** [1] - 29:8
**stand** [1] - 52:19
**standard** [1] - 46:24
**standing** [1] - 48:7
**stands** [1] - 21:10
**Stars** [1] - 45:19
**start** [1] - 4:1
**State** [1] - 31:19
**state** [1] - 2:4
**statements** [4] - 16:24, 25:9, 25:14, 42:18
**STATES** [3] - 1:1, 1:3, 1:9
**States** [10] - 1:13, 2:2, 2:6, 10:5, 12:5, 15:25, 16:9, 16:19, 45:14, 48:22
**States'** [1] - 12:2
**statutory** [8] - 13:18, 14:24, 15:7, 17:23, 24:15, 24:21, 42:20, 42:24
**stay** [1] - 37:21
**Stewart** [2] - 3:8, 3:12
**still** [8] - 9:9, 9:11, 10:20, 26:21, 31:24, 34:21, 40:8, 44:14
**stipulated** [3] - 4:7, 6:11, 7:21
**stipulation** [9] - 4:3, 4:10, 5:3, 5:13, 6:23, 7:7, 8:14, 45:21, 46:1
**stock** [5] - 21:20, 27:5, 27:10, 27:19, 31:21
**stop** [1] - 22:23
**strange** [1] - 28:25
**Street** [2] - 1:14, 1:17
**strengths** [1] - 38:21
**strenuous** [1] - 23:5
**stress** [2] - 30:21, 32:6
**strict** [1] - 34:10

**strikes** [1] - 39:7
**strongly** [4] - 38:2, 41:15, 41:19, 49:18
**stuff** [1] - 31:6
**styles** [1] - 10:12
**submissions** [3] - 3:24, 10:17, 15:3
**submit** [1] - 15:25
**submitted** [1] - 10:1
**subpoena** [1] - 24:2
**subsequent** [1] - 6:11
**substance** [1] - 46:22
**success** [6] - 19:1, 19:3, 19:4, 48:4, 48:5, 48:14
**successfully** [2] - 38:16, 41:16
**sucked** [1] - 39:15
**suffer** [1] - 7:8
**suffered** [1] - 7:9
**suggest** [2] - 18:17, 18:22
**suggested** [2] - 19:14, 24:7
**suggesting** [2] - 19:16, 20:2
**suggestion** [1] - 37:12
**Suite** [1] - 1:18
**suits** [1] - 22:2
**supervised** [6] - 46:17, 46:20, 46:24, 47:4, 47:23, 48:24
**support** [1] - 37:5
**supportive** [1] - 13:8
**suppose** [1] - 46:10
**supposed** [2] - 19:11, 22:23
**supposedly** [8] - 31:15, 31:17, 31:21, 31:25, 32:18, 34:6, 35:5, 35:7
**surmised** [1] - 12:1
**surrender** [5] - 42:5, 50:25, 51:3, 51:7, 51:10
**sustana** [1] - 3:15, 3:17
**Sustana** [5] - 3:15, 7:24, 45:23, 46:9, 46:10
**SUSTANA** [2] - 3:16, 46:9
**system** [1] - 39:4

# T

**table** [5] - 2:6, 2:15, 21:8, 32:24
**tale** [1] - 20:11
**talents** [1] - 40:15
**teach** [1] - 47:8
**teaching** [2] - 38:6, 47:9
**team** [1] - 8:19
**technically** [1] - 31:24
**techniques** [1] - 38:25
**ten** [1] - 4:20
**Tennessee** [7] - 49:23, 49:24, 50:1, 50:2, 50:11, 50:12, 50:21
**term** [4] - 39:13, 39:25, 46:17, 47:4
**terms** [6] - 16:4, 23:21, 33:21, 34:9, 35:10, 35:17
**terribly** [1] - 21:7
**testament** [1] - 18:20
**testified** [1] - 23:24
**testify** [2] - 24:4, 27:23
**testifying** [1] - 41:11
**testimony** [3] - 26:3, 27:5, 27:6
**THAT** [1] - 53:3
**THE** [142] - 1:9, 1:12, 1:15, 2:8, 2:11, 2:17, 2:21, 3:5, 3:9, 3:14, 3:17, 3:20, 3:25, 4:9, 4:13, 4:20, 5:2, 5:9, 5:17, 5:22, 6:4, 7:1, 7:18, 8:5, 8:8, 8:11, 8:12, 8:19, 8:24, 8:25, 9:4, 9:5, 9:7, 9:10, 9:15, 9:21, 9:25, 10:4, 10:8, 10:19, 10:23, 11:22, 12:17, 14:3, 14:8, 14:11, 14:23, 16:20, 17:24, 19:11, 20:13, 20:19, 20:25, 21:2, 21:4, 21:17, 21:22, 22:15, 22:19, 23:1, 23:19, 24:19, 24:24, 25:5, 25:9, 25:12, 25:16, 25:25, 26:2, 26:6, 26:12, 26:15, 27:2, 27:9, 27:15, 27:20, 28:9, 29:6, 30:1, 30:3, 30:25, 34:7, 35:20, 35:23, 35:25, 36:5,

36:21, 37:2, 37:3, 37:8, 37:9, 37:12, 37:21, 37:24, 38:1, 38:7, 38:9, 42:12, 44:2, 44:7, 44:10, 44:11, 44:14, 46:2, 46:5, 46:7, 46:14, 47:12, 47:17, 48:1, 48:10, 48:11, 48:18, 48:19, 49:5, 49:8, 49:24, 50:2, 50:5, 50:9, 50:13, 50:16, 50:18, 50:22, 50:25, 51:7, 51:11, 51:13, 51:16, 51:19, 52:1, 52:4, 52:6, 52:9, 52:10, 52:12, 52:13, 52:18, 52:22, 53:3, 53:4
**themselves** [1] - 39:17
**therapy** [1] - 29:2
**therefore** [4] - 16:18, 40:25, 43:15, 49:18
**thick** [1] - 15:5
**thinks** [1] - 19:16
**third** [1] - 24:12
**thorough** [2] - 12:18, 50:19
**thousands** [1] - 43:24
**three** [12] - 9:13, 13:18, 17:15, 17:18, 17:22, 18:2, 18:4, 26:5, 31:11, 41:1, 46:17, 48:24
**three-level** [2] - 18:4, 41:1
**three-point** [1] - 13:18
**TO** [1] - 1:6
**today** [8] - 2:25, 13:17, 13:22, 20:18, 29:11, 29:12, 51:16, 52:6
**together** [2] - 39:24, 48:6
**took** [2] - 30:20, 32:25
**tools** [1] - 41:19
**top** [1] - 19:20
**total** [2] - 14:13, 48:23
**toward** [2] - 44:22, 44:25
**Tower** [1] - 1:18
**trade** [3] - 27:12, 27:19, 32:2
**traded** [2] - 26:7, 36:15

**trades** [2] - 23:1, 27:5
**trading** [11] - 16:15, 21:20, 21:23, 21:24, 22:1, 22:11, 27:9, 31:21, 32:17, 34:10, 36:17
**trained** [1] - 38:19
**TRANSCRIPT** [1] - 53:3
**transfer** [1] - 42:9
**treatment** [6] - 13:23, 18:13, 29:3, 41:16, 49:18, 49:20
**tremendous** [3] - 29:9, 29:10, 29:21
**trial** [3] - 10:5, 27:24, 28:21
**trials** [1] - 41:12
**tried** [1] - 24:9
**true** [1] - 23:21
**truly** [2] - 48:5, 48:11
**trust** [6] - 22:22, 39:11, 39:18, 40:22, 43:11, 43:14
**truthfully** [1] - 41:11
**truthfulness** [1] - 28:18
**try** [4] - 12:22, 20:6, 21:8, 29:16
**trying** [4] - 17:21, 29:18, 35:6, 39:21
**Tuesday** [1] - 9:23
**turn** [1] - 40:2
**turned** [2] - 25:2, 31:15
**TV** [1] - 31:9
**two** [17] - 4:23, 7:7, 7:11, 7:14, 7:16, 9:2, 9:13, 10:17, 22:2, 23:8, 24:15, 26:5, 29:7, 31:11, 36:2, 39:6, 42:6
**type** [4] - 34:9, 35:13, 39:7, 39:24
**types** [2] - 34:11, 44:3

## U

**U-Haul** [1] - 48:15
**U.S** [3] - 12:8, 45:6, 45:14
**unable** [1] - 49:13
**unacceptable** [3] - 32:13, 33:13, 33:14
**uncovered** [3] - 17:11, 17:12, 22:6
**uncovering** [3] -

32:19, 34:13, 35:6
**under** [19] - 10:1, 15:9, 15:24, 16:6, 16:18, 17:18, 17:25, 23:2, 23:21, 24:2, 25:9, 27:23, 33:2, 35:18, 37:19, 37:21, 40:10, 41:13
**underlying** [1] - 29:22
**underscores** [1] - 38:23
**understood** [1] - 22:9
**undertake** [1] - 12:23
**unexpected** [1] - 45:11
**unfortunate** [1] - 19:4
**unfortunately** [3] - 13:10, 38:21, 42:6
**Unicorps** [3] - 4:24, 44:21, 44:24
**UNITED** [3] - 1:1, 1:3, 1:9
**United** [11] - 1:13, 2:2, 2:6, 10:5, 12:2, 12:5, 15:25, 16:8, 16:19, 45:13, 48:21
**unless** [1] - 3:10
**unsigned** [1] - 10:11
**unspotted** [1] - 11:7
**up** [17] - 18:18, 20:4, 22:21, 23:23, 23:25, 30:18, 31:9, 32:4, 33:25, 34:17, 36:12, 38:13, 39:23, 40:18, 48:7, 50:13, 52:7
**uplifting** [1] - 41:25
**uprooting** [1] - 32:18
**upward** [1] - 49:8
**Usana** [1] - 22:4

## V

**valuable** [1] - 13:1
**variance** [1] - 16:17, 33:7
**variances** [1] - 42:25
**various** [1] - 13:3
**vary** [2] - 15:17, 17:25
**veracity** [1] - 28:18
**versus** [2] - 2:3, 10:5
**Versus** [1] - 1:5
**victim** [5] - 11:20, 12:4, 30:16, 33:2, 33:5
**victims** [4] - 2:24,

7:11, 12:7, 33:2
**view** [1] - 34:4
**vigilant** [1] - 22:21
**virtually** [1] - 9:13
**visit** [1] - 47:20
**voice** [1] - 38:19
**VOLUME** [1] - 1:5
**voluntary** [2] - 38:4, 51:2

## W

**wages** [2] - 44:20, 44:21
**wait** [1] - 8:23
**waiver** [1] - 49:5
**waiving** [1] - 17:5
**walk** [1] - 48:19
**wants** [8] - 15:17, 26:25, 29:4, 30:13, 36:1, 36:4, 36:23, 36:24
**warrant** [2] - 17:25, 18:4
**warranted** [1] - 33:7
**wave** [1] - 27:21
**wax** [1] - 24:9
**weaknesses** [1] - 38:22
**WEBB** [2] - 2:2, 51:17
**Webb** [6] - 4:16, 8:8, 8:13, 8:20, 51:16, 52:20
**week** [1] - 9:14
**weeks** [1] - 31:11
**weight** [1] - 20:1
**well-trained** [1] - 38:19
**western** [1] - 50:12
**whatsoever** [1] - 32:2
**white** [2] - 33:20
**whole** [2] - 18:14, 28:12
**wife** [4] - 24:11, 40:21, 42:5, 42:6
**wife's** [1] - 37:4
**Wilkie** [1] - 1:23
**willing** [1] - 34:18
**window** [1] - 24:11
**wings** [1] - 24:9
**wish** [2] - 5:15, 47:19
**withdrawing** [1] - 7:16
**witness** [1] - 2:24
**wonder** [1] - 35:15
**word** [2] - 34:24, 48:17

**words** [2] - 17:9, 51:3
**world** [1] - 35:2
**worth** [1] - 17:11
**written** [1] - 37:5
**wrote** [2] - 10:20, 10:21

## Y

**year** [3] - 20:22, 26:11, 41:18
**years** [10] - 19:12, 20:13, 21:9, 22:16, 22:17, 24:16, 30:12, 43:4, 46:17, 48:24
**yesterday** [1] - 52:21
**York** [1] - 19:21
**young** [3] - 11:3, 20:23, 30:10
**yourself** [4] - 39:3, 40:18, 40:19, 42:14

## Z

**ZZZZ** [1] - 20:17