UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20209-CR-PAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**BARRY MINKOW,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY

The United States of America respectfully files this notice of appearance to apprise the Court and the parties that the undersigned Assistant United States Attorney has been assigned to this matter. The previously-assigned Assistant United States Attorneys are no longer employed by the government.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   */s/ Jerrob Duffy*
     JERROB DUFFY
     Court No.: A5501106
     Assistant United States Attorney
     Email: *Jerrob.Duffy@usdoj.gov*
     Tel: (305) 961-9273
     Fax: (305) 536-5321

     United States Attorney's Office
     Southern District of Florida
     99 N.E. 4th Street
     Miami, Florida  33132

## CERTIFICATE OF SERVICE

I certify that on March 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> */s/ Jerrob Duffy*
> JERROB DUFFY
> ASSISTANT UNITED STATES ATTORNEY