UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20209-CR-PAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY MINKOW,

        Defendants.
_____/

## MOTION TO DISCLOSE PRESENTENCE INVESTIGATION REPORT (PSR) AND DOCUMENTS FILED IN SUPPORT OF PSR TO OTHER GOVERNMENT AGENCY

The United States of America respectfully files this motion for authorization to disclose the Presentence Investigation Report (PSR) in this case, and documents filed with the Court in support of the presentence investigation report by or in relation to, third parties, to the United States Attorney's Office for the Southern District of California. Due to an allegation of potential misconduct on the part of defendant Barry Minkow with regard to the San Diego Community Bible Church, related to Mr. Minkow's former affiliation and/or employment with that Church, the government has reason to believe that certain information contained within the PSR or the Court's file as part of sentencing, may be relevant to an ongoing criminal investigation being conducted by a government agency. Specifically, the government requests a copy of all materials submitted to the Court as part of the sentencing process, including documents or letters that were filed in support of sentencing of defendant, and requests authorization to disclose these materials to the United States Attorney's Office for the Southern District of California for purposes of an ongoing investigation. The government has reason to believe that such materials

are relevant to the matters that are under investigation, and can provide additional information to the Court if requested.  A proposed order is attached.

                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

By:    */s/ Jerrob Duffy*
        JERROB DUFFY
        Court No.: A5501106
        Assistant United States Attorney
        Email: *Jerrob.Duffy@usdoj.gov*
        Tel: (305) 961-9273
        Fax: (305) 536-5321

        United States Attorney's Office
        Southern District of Florida
        99 N.E. 4th Street
        Miami, Florida  33132

## **CERTIFICATE OF SERVICE**

    I certify that on March 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        */s/ Jerrob Duffy*
        JERROB DUFFY
        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20209-CR-PAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BARRY MINKOW,

       Defendants.
_____/

[PROPOSED]
**ORDER AUTHORIZING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT AND DOCUMENTS FILED IN SUPPORT OF SENTENCING TO OTHER GOVERNMENT AGENCY**

       The Court has considered the government's motion for authorization to disclose the presentence investigation report and materials submitted to the Court as part of sentencing, including communications from third parties. The government seeks authorization to disclose such materials to the United States Attorney's Office for the Southern District of California for purposes of determining whether they are relevant to matters that are subject to an ongoing criminal investigation, and finding good cause to support such disclosure, it is hereby,

       ORDERED and ADJUDGED that the government is authorized to obtain a complete copy of the file of the U.S. Probation Office, with regard to the sentencing of defendant, including the Presentence Investigation Report and any communications, letters or otherwise from third parties that were received as part of the sentencing process, and provide such to the United States Attorney's Office for the Southern District of California for purposes of an ongoing criminal investigation.

       DONE and ORDERED at Chambers in Miami, Florida, this _____ day of _____.

                                                          _____
                                                          PATRICIA A. SEITZ
                                                          UNITED STATES DISTRICT JUDGE