UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20209-CR-PAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY MINKOW,

    Defendants.
_____/

ORDER AUTHORIZING DISCLOSURE OF PRESENTENCE INVESTIGATION
REPORT AND DOCUMENTS FILED IN SUPPORT OF SENTENCING
TO OTHER GOVERNMENT AGENCY

The Court has considered the government's motion for authorization to disclose the presentence investigation report and materials submitted to the Court as part of sentencing, including communications from third parties. The government seeks authorization to disclose such materials to the United States Attorney's Office for the Southern District of California for purposes of determining whether they are relevant to matters that are subject to an ongoing criminal investigation, and finding good cause to support such disclosure, it is hereby,

ORDERED and ADJUDGED that the government is authorized to obtain a complete copy of the file of the U.S. Probation Office, with regard to the sentencing of defendant, including the Presentence Investigation Report and any communications, letters or otherwise from third parties that were received as part of the sentencing process, and provide such to the United States Attorney's Office for the Southern District of California for purposes of an ongoing criminal investigation.

DONE and ORDERED at Chambers in Miami, Florida, this 28th day of March, 2013.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE