UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY MINKOW,

        Defendant.

_____/

### NOTICE OF FILING LETTERS IN SUPPORT OF MOTION

The attached Letters are filed in the Court's Docket in support of Defendant's Motion for Recommendation for extra time at half-way house [DE 38].

                              By Order of the Court
                              STEVEN LARIMORE, Clerk

                              By: _____
                                   Courtroom Deputy

August 26, 2013

Judge Patricia A. Seitz
United States District Judge
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812

Honorable Judge Seitz,

I write this letter to you on behalf of Mr. Barry J. Minkow, currently serving a five year prison sentence at the Lexington Federal Medical Center. In 2010 Mr. Minkow pled guilty to violating federal securities laws. I began working with Mr. Minkow in December 2011. I contacted him at the prison to determine whether he was interested in enhancing the education of auditors on the matter of fraud. He was.

We began working on two manuscripts for possible publication. One manuscript, "Front Office Trading: I Want To See All the Positions!" was accepted for publication in the Journal of Case Studies (Society for Case Research) in the October 2013 issue. The other manuscript, "Securities Fraud," has been accepted for publication by the Journal of Critical Incidents, in the October 2013 issue. On at least three occasions, Mr. Minkow has written, at my request, letters to my auditing students at the University of Wisconsin La Crosse. My auditing students will eventually enter public accounting or other professional accounting fields in business. Mr. Minkow's letters to these students provide them with a somewhat unique experience by hearing first hand from a twice convicted securities fraud felon how financial frauds may be executed and how auditors can obtain skills that permit those auditors to prevent or detect financial frauds that are underway. The feedback I have received from three separate semesters of auditing classes that have received letters from Mr. Minkow indicate that the students are keenly interested in what Mr. Minkow has to say on this topic. All of my auditing students have previously been exposed to Mr. Minkow via a case study based on Minkow's escapades in the 1980s with ZZZZ Best Carpet Cleaning.

In addition to the work on fraud with Mr. Minkow, he asked me last year to help him with logistics in pursuing his DMin Degree – Major in Conflict Management via Trinity Seminary in Newburgh, Indiana. He asked for my assistance both in word processing and internet research, which I gladly provided to him.

Although there is no way to predict the future, I do believe that Mr. Minkow is energetic, very bright, intuitive, and hard-working and I do know that the work we have completed together shows me that these positive characteristics can be put to good use when he chooses to do so. Mr. Minkow wrote to me recently that he is now in the RDAP program at the Lexington Federal Medical Center. He has described to me in the past the extent to which is drug addictions had influenced his illegal and unethical behaviors. If he succeeds in the RDAP then this would be one more indicator that he may be ready to become a productive, law abiding citizen.

The Front Office Trading case study and teaching note outline for students the complexity of bank trading operations. This is a comparative case study but focuses on the activities of J.P. Morgan Chase during and after the "London Whale" episode. The case exposes students to the critical decision points that likely were encountered by the bank's directors and top management. The case asks many thought provoking questions for the students to consider. Sometime after the case was submitted for consideration by the Journal of Case Studies, the US Senate issued a lengthy report on the London Whale episode. It is interesting to me that the case study covers much of the same information that the Senate report recounts.

The Securities Fraud critical incident is disguised. The incident recounts the sometimes flawed decision process of a well-respected fraud investigator as he slowly but surely crosses the lines between authentic and legal fraud investigation into the murky depths of manipulation, deceit and related illegal activities. Without Mr. Minkow's keen interest and insights into both of these manuscripts, neither would have seen the light of day in the double-blind, peer review process.

If any of this information matters with respect to the possibility of release from prison before his full five year sentence is served, it seems to me that it might take Mr. Minkow on a path to a better, more positively productive life.

The views that I express in this letter to you are my own. I do not presume to know or understand all of the complexities of Mr. Minkow's case.

Thank you for considering this. If for any reason you want to communicate with me, please feel free to do so.

Regards

Joseph T. Kastantin MBA, CPA, ACCA
Professor of Accountancy
University of Wisconsin La Crosse 339A CWH
1725 State Street
La Crosse, WI 54601
jkastantin@uwlax.edu
home phone: 608.787.8983

Hon. Patricia Seitz, JUDGE
UNITED STATES DISTRICT COURT
400 N. Miami Ave.
Room 11-4
Miami, FL. 33128-1812


Calvin Goddard 11944-032
Federal Medical Center/H.C.U.
P.O. Box 14500
Lexington, KY., 40512-4500


Your Honor,

I am sure this is an unusual occurrence to have an inmate write on behalf of another inmate. Having known Barry Minkow for just under two years, I was compelled beyond restraint to attempt, in some small way to attempt to do something for someone who has done so much since his arrival here. I am the Chaplain's assistant and facilitate the Minister's Study Group, Evangelism Explosion, and a Group Bible Study on Saturday's. Needless to say, overwhelmed is an understatement. Barry arrived and saw a need and since that day he has been so helpful, words fail me when I try to explain his worth to the Chaplaincy Program at this Institution.
He volunteered to facilitate "The Threshold Program" a spiritual awareness program sponsored by the BOP. Needless to say he was able to gather the largest attendance ever. It was immediately recognized by Central Office in Washington, DC. He is now just beginning a teaching on the book of Revelation, and again, the crowd is above normal capacity just because he has that great ability to teach. He has not only been a great, great help to me, but when the Chaplain's have meetings to attend or emergencies unforeseen, they can depend on Barry to fill in the gap.
I state all this as a preface to my request for your intervention to assist a man that has given so selflessly to others. I am writing to request that if at all possible, you would be able to submit a request to the BOP that Barry Minkow be given the

PG. 1

Hon. Patricia Seitz, JUDGE
Pg. 2

full award of 12 months Halfway House. I am sure this Court is aware that since the Second Chance Act's inception, the BOP has not taken advantage of the express permission granted by Congress to award each inmate up to one year Halfway House. In a recent article by Attorney General Eric Holder, Jr. he outlined how the BOP had wasted over 300 million dollars by not awarding the Congressional programs under the Second Chance Act.

I am aware that the Judiciary cannot direct the Agency on how to best implement its own rules, but a recommendation of this sort would certainly go a long way. Barry has been such an inspiration to so many men. He has been very honest about his shortcomings and even taught using his failures. One class he taught, simply by the name drew crowds like the Education Department had not seen before. It was entitled, "How Not To Run A Business." Just the fact he was willing to admit his failures and use that as a teaching tool allowed him to touch lives no one else could ever hope to reach. Sadly, if prisoners don't feel like you've been there and done that, they won't listen to you. Barry has a gift of keeping the unattentive glued to his every word.

I have a Doctorate in Theology and love to teach. If I were given a choice to teach or listen to Barry, I would choose the latter. Thank you for taking the time to read this missive. On behalf of all the men here at Federal Medical Center, I humbly ask you to look just far enough past Barry's faults, to see his needs.

Respectfully,
Calvin Goddard 11944-032

DATE: 8-22-2013