UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY MINKOW,

        Defendant.
_____/

## ORDER REQUIRING RESPONSE FROM GOVERNMENT AND U.S. PROBATION

This matter came before the Court on Defendant's *pro se* Motion for Recommendation for extra time to half-way house [DE 38] and letters in support thereof [DE 39]. Therefore, it is

ORDERED that the Government and U.S. Probation shall file a response to Defendant's motion on or before **September 23, 2013**.

DONE AND ORDERED in Miami, Florida this 5th day of September, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       U.S. Probation