# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.** _11cr 20209 PAS_

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

11-CR-20209-PAS                                    09/17/2013

The Honorable Judge Patricia Seitz
United States District Court House
400 N. Miami Avenue Room 11-4
Miami, Florida - 33128-1812

FILED by _____ D.C.
SEP 23 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Dear Judge Seitz;

    I am writing you to simply clarify for the record that the letter/motion I wrote you about was <u>not</u> to request RDAP placement as I am already in the RDAP program and will transition into Phase 2 at the end of this month. My friend and lawyer, Mr. Re, has a copy of my treatment plan which is given to all RDAP participants.

    I am making this clarification because in the governments response to my motion, they spent much of their time arguing that it is up to the Bureau of Prisons as to whether or not I get RDAP placement. I agree. And although <u>I have withdrawn my motion</u>, I simply wanted to clarify for the record that I was asking the court to recommend 90 days additional half-way house <u>upon</u> my completion of RDAP - not for the court to help me enter into the program as I am already in it. Thank you for this point of clarification and I apologize for the confusion.

→

②

Respectfully Submitted
/s/,
Barry Minkow

cc: Ms. Joan Silverstein
US Attorney's Office
99 N.E. 4th St.
Miami, Florida 33132

Gary Marlow 87560-012
Federal Medical Center
Veritas Unit
P.O. Box 14500
Lexington, Kentucky 40512

Legal Mail

⇔87560-012⇔
Judge Patricia Seitz
400 N Miami AVE
Room 11-4
Miami, FL 33128-1812
United States

LEXINGTON KY 405
17 SEP 2013 PM 2 L

REC'D by _____ D.C.
SEP 23 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

33128181810