UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20209-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY MINKOW,

        Defendant.
_____/

## ORDER DENYING MOTION FOR RECOMMENDATION

THIS MATTER is before the Court on Defendant Minkow's letter motion seeking a recommendation for extra half-way house time [DE-38] with supporting letters [DE-39]. Specifically, Defendant asks the Court to recommend to the Bureau of Prisons that he be given nine months in a half-way house placement like graduates of the Residential Drug Program are given in Petersburg, Virginia, Coleman Prison in Florida, or Terminal Island in Long Beach, California, rather than 6 months that the graduates of the Lexington, Kentucky program, in which he is enrolled, receive.

The Court has considered the Defendant's motion, the Government's thorough response [DE-41], the response of the Probation Officer, and Defendant's reply [DE-42]. In his reply, the Defendant states "although I have withdrawn my motion, I simply wanted to clarify for the record that I was asking the Court to recommend 90 days additional half-way house upon my completion of RDAP -- not for the Court to help me enter into the program as I am already in it." The record

does not reflect a formal withdrawal. The Court will treat the reply as the withdrawal of the motion and the matter is moot.[1] Therefore, it is

ORDERED that Defendant's letter motion [DE-38] is DENIED as moot.

DONE AND ORDERED in Miami, Florida this 26th day of September, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record/Pro Se Parties
Janice Smith, USPO

---

[1] Even if the matter were not moot, the Court would defer to the Bureau of Prisons in the management of its release policies.