PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 107669

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>11-20209-CR-SEITZ-001</u>

### <u>Request for Modifying the Conditions or Term of Supervision with Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Barry Minkow

Name of Sentencing Judicial Officer: The Honorable Patricia A. Seitz, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: July 21 2011

| | |
|---|---|
| Original Offense: | Count I: Conspiracy to commit securities fraud; Title 18 U.S.C. §371, a Class D felony. |
| Original Sentence: | Sixty months custody of the Bureau of Prisons, followed by a three (3) year term of supervised release. The Court imposed the following special conditions: 1) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer ; 2) the defendant shall not apply for, solicit or incur any further debt, included but not limited to loans, lines of credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the United States Probation Officer; 3) the defendant shall not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision; 4) the defendant shall obtain prior written approval from the Court before entering into any self employment. The defendant shall not be in a position as a pastor or in a position of authority, control or persuasion of others, including voluntary position, in business and the clergy. If the defendant seeks a teaching position, he must first be evaluated to show there is no inconsistency with Dr. Brannon's evaluation. The Court also imposed restitution in the amount of $583,573,600.00 and a $100.00 special assessment fee. |

Type of Supervision: Supervised Release          Date Supervision Commenced: To be determined

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 107669

1) **The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/ or sweat patch testing as directed by the Probation Officer. He shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision.**

2) **The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, not to exceed four tests per month as directed by the probation officer, pursuant to 18 USC 3583 (d).**

Respectfully submitted,

by  

Tiwanna Johnson  
2013.11.15 08:56:26 -05'00'

Tiwanna Johnson  
United States Probation Officer  
Office (305) 523-5315  
Cellular: (786) 269-1806  
Date: November 13, 2013

Alberto Torres  
2013.11.14  
16:41:01 -05'00'

THE COURT ORDERS:  
[ ] No Action  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

11/19/2013  
Date