Barry Minkow-87560-012
Federal Prison Camp, Atwater
1 Federal Way
Atwater, California 95301

FILED by _PG_ D.C.

AUG 1 0 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA – MIAMI

August 1, 2017

The Honorable Judge Patricia Seitz
United States Federal Courthouse
400 North Miami Avenue
Room 11-4
Miami, Florida 33128-1812

*11 CR 20209 PAS*

Dear Judge Seitz;

This letter is long overdue and I hope you are doing well. I wanted to let you know what I've been doing since I last wrote to you in the fall of 2015.

Believe it or not and because I completed the RDAP program, I now have about 10 months to go before my release to the halfway house. I am blessed to be at a prison camp with an incredible, one of kind Warden who offers 12 months of halfway house placement for men who have significantly programmed, maintained a perfect record of conduct, work in Unicor, are current with their FRP payments, and who have a sentence of 10 or more years. Additionally, last year I was blessed with a 48-hour social furlough to see the boys, Lisa, my mom and sisters. It was wonderful and I am so grateful as these were opportunities not available to me in Lexington.

The boys are going into 8th grade and, Lord willing, I will be able to attend their 8th grade graduation. They were really struggling at the middle-school they were attending in North Hollywood—failing a couple classes and hanging out with the wrong crowd. Because Lisa was working full time at Nordstrom's, there was little she could do about it. However, my sister Sheri and her husband Keith dramatically intervened. Sheri is the principle of a very well respected charter middle-school in Los Angeles and she immediately transferred the boys to her school. They also live with her now Monday through Friday. Consequently, they have made a remarkable turnaround. Their grades are up, their studies habits improved, the negative

influences are gone and they are thriving. They are going to finish middle school there and I could not be more proud of them.

As you already know, I have been working at Unicor and have been entrusted in a position that I neither merit nor deserve. I work for some very wonderful people who are patient with my inadequacies and who I have learned much from. Additionally, we have a great church here and we meet for bible study on Tuesday's and Friday's and have service on Sunday's. I still keep in touch with Chaplain Sumner who retired from Lexington in 2015. He had a huge impact on my life.

I also decided to pursue a long-time goal of writing fiction novels. I figured with a 600-million dollar restitution order I better do whatever I can to generate income legitimately. I am now on my third book in a series and have a very patient editor who has really helped me with the nuances of fiction writing. The next step in the commercial viability journey of authorship is to secure a literary agent which from prison is no easy task. So I prayed about it for a while and low and behold I was contacted out of the blue by a talent manager in Hollywood who was interested in, among other things, my new fiction series.

After numerous phone calls, emails and even a special visit approved by the Warden, the gentleman offered to represent me and bring me to Creative Artist Agency (CAA) for agency representation. He even brought me to an entertainment law firm (Davis Shapiro) who agreed to represent me in all areas for a 5% commission. Thankfully, it would now appear that upon my release I will be able to have a legitimate outlet to service my debt and support my family. God is good.

Finally, I wanted you to know that I still remember some of the things you told me at my sentencing hearing. Things like that day being *the first day of the rest of my life*. Basically you were reminding me that despite my horrific sinful behavior and criminal activity, there was still hope for me. I never forgot that. You also mentioned something about me having a fraud uncovering talent that, if properly channeled (and having nothing to do with publicly traded companies) could actually help protect people. That became a goal for me when you said it and now appears to be materializing (I will keep you posted). In closing, I hope in the near future to show you that I am capable of making good decisions and am done disappointing those who love

and believe in me.  A former Judge from Mississippi who I met in Lexington (John Whitfield) who went home in December of 2012 and is now a mentor of mine and who is also thriving in society both in ministry and in business, once told me:  "Barry, our God is not the God of a second chance, He's the God of *another* chance.  And that's what you need—*another* chance." Judge Seitz, when I leave Atwater, it will be with the clear understanding that I am getting *another* chance that I don't merit nor deserve but because of God's mercy and compassion will gratefully embrace.

I wish you the very best.

Respectfully Submitted;

Barry Minkow



8-1-2017

Judge Seitz;

Robert, Dylan, Mc,
Lisa and My Sister
Sheri...

Best to you
Always

Bjork



Barry Minkow - 87560-012
Federal Prison Camp, Atwater
1 Federal Way
Atwater, California 95301



USMS INSPECTED
By _____

⇔87560-012⇔
Judge Patricia Seitz
400 N Miami AVE
Room 11-4
Miami, FL 33128-1812
United States