**Barry Minkow—87560-012**
**Federal Prison Camp, Atwater**
**1 Federal Way**
**Atwater, California 95301**



September 14th, 2017

Benjamin G. Greenberg, Esq

United States Attorney

Southern District of Florida

99 N. E. 4th Street

Miami, Florida 33132

Dear Mr. Greenberg;

    I hope this letter finds you are well. You might recall that I recently wrote you about your offices' successful prosecution of the case involving Alvin Warrick and *Private Services, Inc.* The case, for lack of a better description, was a "Rule 35 fraud scheme" whereby inmates and their families were promised, in exchange for payments of large fees to Warrick's company "*Private Services*, Inc." sentence reductions.

    In that correspondence, I also included information about another company, *Huffman's Services* of Erie, Pennsylvania. The company appears to share several points of similarity with Private Services. Since the writing of that letter, I received a 10-page contract directly from Mr. Huffman which I have enclosed for your consideration.[1] Although I understand this case is not

---

[1] Please note that the contract Mr. Huffman sent was a copy of a copy and in poor, but readable condition. To make certain I captured all the information in the document, I used the copy he sent me as well as one from another

within your jurisdiction, I am hoping that you can please forward this primary source documentation onto the appropriate agency.

You will please note that even a cursory examination of this contract reveals the untenability of the *Huffman's Services* business model. For example, on page three of the contract under the sub-section **"Rehabilitation Benefit,"** it states that *"Huffman's Services only accepts 24 clients annually for a sentence reduction process…"* The sentence reduction process, as stated throughout the contract[2] involves Mr. Huffman first identifying high profile cases desirable for prosecutors in the district his client was charged. Then, through his expertise and a team of private investigators, Huffman solves these cases in exchange for leniency (a sentence reduction) for his clients. This process from start to finish according to page five, takes *"an average of 18 months…"*[3] Consequently, with 24 new clients every year (or on average two additional clients each month), that would mean that after his first 18 months in business,[4] Huffman would need to solve two "high profile cases" each month just to keep pace with promises made to his clients. If Huffman's Services has been in business only five years, that would mean he would need to have already solved some 84 cases just to keep pace.[5] If he has been in business 10 years, he would have had to have solved 204 "high profile cases."[6] These figures of supposed 'resolved cases' are simply unsustainable.

---

inmate. In some cases I included two copies of the same page in order to ensure that this primary source document was readable.
[2] Please see page three subsections **"Our Method"** and page four under the subsections **"Evaluation Criteria"** and **"Sentence Reduction Laws."**
[3] This 18 month time-frame is also reconfirmed in the **"Expedited Sentence Reduction Service"** sub-section on page two.
[4] Throughout the company website and contract, Huffman boasts of having years of experience in the third party cooperation/sentence reduction process. Although corporate documents will ultimately confirm the exact date the company began, I have personally been following Huffman's Services since 2014 and at that point his emails to me claimed that he had "years of experience in providing relief for inmates."
[5] 60 months minus the first 18 months equals 42 months 'times' two cases per month equals 84 solved cases.
[6] 120 months minus the first 18 months equals 102 'times' two cases per month equals 204 solved cases.

That this 18-month time frame is a solid number is confirmed in the contract by Huffman when he offers, for an up-front-fee of $25,000 (instead of the typical $10,000), an *"expedited service"* that will supposedly get the client a sentence reduction in a 6-month time frame instead of the normal 18-months.[7] The numbers of resolved cases are staggering for a company that has no real independent proof of performance. Moreover, common sense would dictate that if a company has successfully helped law enforcement solve over 100 "high profile" cases, why not site some of those cases on your website or provide proof from court records for perspective clients to see? Based on the untenability and unsustainability of this business model, I suggest a more disturbing conclusion. That is, there is no sentence reduction because there are no resolved high profile cases which mean inmates and their families are getting fleeced.

The contract also contradicts information provided to inmates via email. One example of this is in addendum two from my previous letter (sample copies of Huffman's emails to perspective clients) where Huffman states that the average sentence reduction is *"50 to 75% of the remaining time to serve.."* while in his contract the average sentence reduction is *"15 to 20%..."*[8]

Finally, Huffman anticipates that inmates will seek advice from their criminal defense lawyers before retaining his services and it would appear that most lawyers concur with the conclusion that the Huffman's Services business model is untenable. So to counter claims by lawyers who have the nerve to advise potential clients from hiring his firm, Huffman villainizes them. For example, on page three, under the subsection **"Taking Responsibility,"** Huffman

---

[7] Please see page two.
[8] Please see "contract" page 7 and the titled **"Sentencing Reduction Laws."** Huffman adds that "there are various factors that could increase this significantly." Regardless, there is a huge disparity in these percentages. Please note that there are two sections subtitled "Sentencing Reduction Laws"—one on page 5 and this quote taken from page 7.

writes, "*In fact, it has been our experience that because lawyers operate on massive profit margins, they will do anything to keep the money flowing to them, including advising their clients against our services.*" The obvious reason for this is not that lawyers view Huffman's Services as competition, but rather lawyers have experience and first hand knowledge of the criminal justice system and know how rule-35's actually work and see Huffman's Services for what it is—an untenable, unsustainable and most likely fraudulent entity.

Thank you for taking the time to read this follow-up report.


Respectfully Submitted

*/s/ Barry Minkow*

Barry Minkow


cc. Judge Patricia Seitz; USP Atwater Staff

Huffman's Services
2503 Station Rd. #206
Erie, PA 16510

HuffmanServices18@gmail.com
http://www.HuffmansServices.com

## Superior Negotiation

Services Helping to Reduce Court Costs, Fines, Restitution
We Handle Federal, State & Local Jurisdictions Nationwide.
We also help defendants that are both convicted and not yet convicted.
When you need an ally to handle negotiation strategies on your behalf, our experts are experienced at securing reduced prison sentences. Discover important details about this process.

**Our Motto**
*Always leave people, better than you found them.*
*Kiss the broken. Befriend the lost.*
*Love the Lonely.*

### About Us
Huffman's Services in Erie, Pennsylvania, specializes in helping convicted clients and incarcerated individuals reduce their prison time. Working with all types of offenders in state or federal prison, both post- and pre-convention. Richard, our expert sentence negotiator, provides essential information to the prosecution for reducing sentences.
Our exclusive and confidential services are the right choice when all other options have failed. If you need a successful solution to decrease your prison term, we are the seasoned experts to help you. Send us information about your case so we can contact you.
Richard Huffman, our owner, has more than 30 years of negotiating experience. A former US Marine, he had many successes arbitrating terms for city municipalities and on military boards during his early career. Richard has negotiated with the Government on his own behalf. He started this business to help individuals receive the right sentencing for their crimes; fair sentencing is the purpose of our company
   We also offer services handling immigration, deportation, and naturalization, parole, probation, and supervised release. We can also lower your court costs, fines, and restitutions. We trade confidential info to the prosecutor to get you a sentence reduction Call (814) 350-6898

### Mission Statement
Our goal is to negotiate a sentence reduction using the financial resources of our clients.

### Negotiation Services
If you provide us your confidential information, we will contact the prosecutor and negotiate on your behalf.  Our Special projects team will come up with various ways to reduce your prison sentence:

*Charitable Donations • Volunteer Service • Victim Assistance*

### Our Proven Negotiation Strategies Can Reduce Prison Terms
Huffman's Services in Erie, Pennsylvania, works directly with clients to obtain critical information to reduce prison sentences. In return, clients can receive extraordinary allowances, but confidentiality is essential to making this process successful. To provide a simple explanation for a complex problem, we will go out and find confidential information, provide it to the government, and back it up with testimony to earn our clients a sentence reduction.

### Our Services
Using proper negotiation strategies with the authorities to reduce prison terms takes time and patience. Though we are not lawyers or private investigators, we've had many successes in reducing sentences for offenders, thanks to decades of experience. Our representatives obtain information from defendants and provide it to case prosecutors. To be clear, the information often has nothing to do with our clients, but with other active cases. Once the information has been delivered to the prosecutor and confirmed to be accurate and helpful, clients can receive extraordinary allowances concerning their prison term.

### The Process
If you decide to use our services and share vital information with the prosecutor, we will research your claims and court records, then present your confirmed information through the proper legal channels. That means we will hire a lawyer on your behalf to contact the prosecutor after the information has been obtained In turn, the prosecutor will contact a judge to meet and discuss terms. An agreement will be reached with the police so the information can be legally verified. Once confirmed by the police, the prosecutor will ask for a sentence reduction from the judge. This is the only way to proceed to receive a reduced prison sentence.

### Negotiation Services
Huffman's Services provides an ability that lawyers in private investigators do not have. You have to remember that lawyers and private investigators have state licenses that are very strict and place controls on their actions. These rules were created by the courts, by judges, and prosecutors to limit the ability of a lawyer or a private investigator. They limit and prohibit the lawyers and private investigators from taking certain actions that could reduce their clients' sentences. You have to remember that lawyers are officers of the Court these are the very same officers of the Court the prosecuted you and sentenced you. They work for the government, and there is no one client that is more important than their relationship with the prosecutors and the judge. In the course of a lawyer's career, they will have thousands of clients and they have to keep a good working relationship with, the prosecutors and the judges because it is their career and their livelihood. It's really simple to understand if you think about it that just one case out of thousands while it is important to you, it is merely a job for the lawyer. He has no vested interest in the outcome. He'll represent you and file motions and make arguments, but there's a big difference between represent. Our Proven Negotiation Strategies Can Reduce Prison Terms
Huffman's  Services in Erie, Pennsylvania works directly with clients to obtain critical information to reduce prison sentences. In return,   clients can receive extraordinary allowances, but confidentiality is essential to making this process successful.

### Executive Action
Huffman's  Services can assist to file, and follow up on state and federal commutation of sentence  clemency, and pardon applications, and can track them, and continue to provide updated information to those initial applications, and to make phone calls to the people that review those applications to keep it at the Forefront of review for executive action by either the governor of the state or the president of the United States.
If you provide us your confidential information, we will contact the prosecutor and negotiate on your behalf.  Our Special projects team comes up with  various ways to reduce your prison sentence:

### Pre-Conviction Assistance
Huffman Services are experts at every stage of the criminal  proceedings from before you are arrested, to arrest bail grand jury hearings, depositions interrogatories, preliminary hearings, choosing a lawyer, cooperation with probation, how to address the judge, a lot of tips of the trade that we have learned over 34 years are at your disposal because Huffman Services has assistance during all stages of the proceedings. While we are not lawyers or private investigators, over 34 years we have learned certain actions to take, and more important certain actions not to take. There is a right way and a wrong way. The criminal justice system is another world. Choosing the right lawyer who will not just represent you, but defend you and who is telling you the truth and lying to you as is important at every stage of the preceding.

### Internal Prison Service

We offer an internal prison assistance service where we can assist the incarcerated citizen with just about any internal prison problems such as obtainin medical care, mental health, vocational, transfer, housing, staff problem resolution services, disciplinary, appeals, good time credit, parole, probation supervised release, halfway house, getting veterans their benefits while incarcerated, safer housing, treaty transfers, civil claims, grievances, religious right: reduction of court cost fines and restitution, research to find family friends and supporters companies names numbers and addresses research of LexisNexi Pacer Court media internet database civil criminal Financial Family Court immigration bankruptcy research projects, etc. We have an external priso assistance service where we are assisting the incarcerated citizen with just about any external prison issues such as finding friends, family, research, financia credit, and investment records, driver's license update, court records, bankruptcy, divorce, family court, child support reduction, buying and selling of rea estate, paying or collection of bills, getting consecutive sentences to run concurrent getting detainers dismissed in lieu of current incarceration, research t see if tax funds are available to you for a refund, research to see if information about the location of a wanted fugitive about a criminal case to help solve i may pay you reward and just about any external prison issue where the incarcerated citizen has a problem concerning basic communication with the outsid world.

Huffman's Services is a partnership with our client, and our client is required to maintain confidentiality during the sentence reduction process, stay out o trouble in prison so it does not become harder to get a sentence reduction, and provide us a written history about their past so there are no surprises wher meeting with the government. It is sometimes helpful if the client has a third party outside of prison to contact as a go-between during the sentence reductior process.

Huffman's Services also provides assistance in removing obstacles to your release such as warrants, detainers, civil judgments, pending criminal matters wants and other inquiries on your National Crime Information computer record that might delay or prohibit your release. Additionally, we also can get consecutive services to run concurrently which in and of itself is a massive reduction in the sentence's total time-to-serve. This also affects your security leve when you have outstanding detainers and warrants, whether civil or criminal. It can interfere with you getting your security points lowered to go to a medium or a camp as opposed to a maximum penitentiary.

Huffman's services are experts on every aspect of the criminal justice system from pre-trial to post-trial, to arrest, to conviction, to release, to Post Release Parole, probation or supervised release. There is no federal or state internal prison rule or regulation that we are not familiar with. We are intimately familia with the U.S. and state codes. The owner of our company, Richard has worked with hundreds and hundreds of prisoners over a 30-year period, assisting then with thousands of criminal and civil matters and contrary to popular belief, the majority of these things do not require a lawyer or a private investigator tc resolve. We are experts. There's nothing and no one that knows more than this company's staff about every aspect of the Criminal Justice System, inside anc out; we can resolve any matter no matter how complicated it may be. The most difficult problems are easily resolved by Huffman's services.

Huffman's Services also provides treaty transfers, consecutive time to concurrent time, dismissal of pending charges, wants and warrants, detainers anc resolution of just about any problem interfering with the release of our clients.

### Civil Forfeiture

Huffman's Services can assist in civil forfeiture cases whether it be property, cash, vehicles or other property that has been seized by the governmen Huffman's Services can negotiate substantial returns of assets.

### Tax Assistance

Huffman's services can assist the incarcerated citizen with filing state and federal taxes. Huffman's Services can also research various tax databases to see i you have any tax refunds due and if you have specific information about your pending taxes prior to your arrest we can research that and get those taxes properly filed so you can get your refund that you're entitled to.

### Consumer Fraud

Huffman's Services can assist incarcerated citizens to file follow up and successfully file state and federal attorney general Consumer Fraud complaint forms if they have been a victim of fraud while incarcerated from a person or a business.

### LexisNexis Research

Huffman services can do all types of LexisNexis research especially when time is of a critical nature in a pending court proceeding we can produce material faster than anybody.

### P.A.C.E.R. Research

Huffman's services can do worldwide, Nationwide, state, county, City civil and Criminal research. We can respond to your request faster than the other research companies can.

### Treaty Transfers

Huffman's Services are experts in every aspect of treaty transfers and have available all of the necessary forms procedures, policies, and rules Nation per Nation.

### Prison Transfers

Huffman's Services can process the necessary documents to apply for prison transfers not only within your own State or the Federal Bureau of Prisons but also state to state transfers for any number of reasons from safety security compassionate Health welfare even when a particular state does not have an interstate agreement compact with the other state. Huffman's Services have a substantial list of inmates that would like to be transferred to other states and car formulate these inmates with other inmates so that they can arrange transfers.

### Third Party Cooperation

Some state and federal jurisdictions prohibit third party cooperation. However, both State and Federal prosecutors accept Third Party Cooperation on a case by case basis. Huffman Services will contact the individual prosecutor and will confirm the eligibility.

### Prison Corruption Investigations

Huffman's Services works with various Security Services law enforcement agencies state and federal and if there is corruption within your prison we can act on your behalf to provide this information to the authorities.

### Factual Innocence Claims

Huffman's Services are not lawyers or private investigators but there is no requirement that a citizen cannot assist in an investigation of factual innocence nterviewing Witnesses locating evidence reviewing documents and coordinating between various groups that handle factual innocence claims such as 'the nnocence Project'.

### Expedited Sentence Reduction Service

Huffman's services can provide expedited sentence reduction services however that requires the services of a private investigator license in the county and state where the conviction occurred. Local law enforcement will make a referral to the private investigator, which they prefer to work with and we will coordinate and arrange private investigator services to work with law enforcement to solve a high-profile case this intensive cooperation with local law enforcement by a private investigator is estimated to speed up the local aspect of the process from 18 months to an estimated 6 months. A small retainer is paid to the private investigator to cover basic expenses and the balance is put in escrow for success in resolution of a high-profile case within the projection. This is an estimated $10,000 to $25,000 expense which is payable solely to the private investigator for the sentence reduction process which will Huffman will assist the private investigator to coordinate with the local.

### License Up To Date

Huffman Services can assist you to keep your driver license and other state and federal licenses.

### Book Publishing

Huffman's Services is proud to announce that we are working negotiating with a Publishing House to publish a series of how-to books concerning the criminal justice system, the correctional system, the private Corrections systems, in several books concerning dealing with the prison system when you have a loved one incarcerated. These books will be available within the next six months.

### Coordinate Book Publishing

Huffman's Services can take your rough manuscript have it converted into a proper manuscript have it reviewed by an expert and then arrange to have the book self-published based on your specific criteria.

### Compassionate Service

Huffman's services can assist to get you a deathbed hospital visit with a loved one and/or a funeral visit. We can also assist you with compassionate/hardship pplications for early release, parole, probation, supervised release, halfway house, or home detention.

We are an internal prison assistance service where we can assist the incarcerated citizen with just about any internal prison problems such as obtaining medical care, mental health, vocational, transfer, housing, staff problem resolution services, disciplinary, appeals, good time credit, parole, probation, supervised release, halfway house, getting veterans their benefits while incarcerated, safer housing, treaty transfers, civil claims, grievances, religious rights, reduction of court cost fines and restitution, research to find family friends and supporters companies names numbers and addresses research of LexisNexis Pacer Court media internet database civil criminal Financial Family Court immigration bankruptcy research projects, etc. We have an external prison assistance service where we are assisting the incarcerated citizen with just about any external prison issues such as finding friends, family, research, financial, credit, and investment records, driver's license update, court records, bankruptcy, divorce, family court, child support reduction, buying and selling of real estate, paying or collection of bills, getting consecutive sentences to run concurrent getting detainers dismissed in lieu of current incarceration, research to see if tax funds are available to you for a refund, research to see if information about the location of a wanted fugitive about a criminal case to help solve it may pay you reward and just about any external prison issue where the incarcerated citizen has a problem concerning basic communication with the outside world.

Huffman's Services is a partnership with our client, and our client is required to maintain confidentiality during the sentence reduction process, stay out of trouble in prison so it does not become harder to get a sentence reduction, and provide us a written history about their past so there are no surprises when meeting with the government. It is sometimes helpful if the client has a third party outside of prison to contact as a go-between during the sentence reduction process.

Huffman's Services also provides assistance in removing obstacles to your release such as warrants, detainers, civil judgments, pending criminal matters, wants and other inquiries on your National Crime Information computer record that might delay or prohibit your release. Additionally, we also can get consecutive services to run concurrently which in and of itself is a massive reduction in the sentence's total time-to-serve. This also affects your security level when you have outstanding detainers and warrants, whether civil or criminal. It can interfere with you getting your security points lowered to go to a medium or a camp as opposed to a maximum penitentiary.

Huffman's services are experts on every aspect of the criminal justice system from pre-trial to post-trial, to arrest, to conviction, to release, to Post Release, Parole, probation or supervised release. There is no federal or state internal prison rule or regulation that we are not familiar with. We are intimately familiar with the U.S. and state codes. The owner of our company, Richard has worked with hundreds and hundreds of prisoners over a 30-year period, assisting them with thousands of criminal and civil matters and contrary to popular belief, the majority of these things do not require a lawyer or a private investigator to resolve. We are experts. There's nothing and no one that knows more than this company's staff about every aspect of the Criminal Justice System, inside and out; we can resolve any matter no matter how complicated it may be. The most difficult problems are easily resolved by Huffman's services.

Huffman's Services also provides treaty transfers, consecutive time to concurrent time, dismissal of pending charges, wants and warrants, detainers and resolution of just about any problem interfering with the release of our clients.

Civil Forfeiture
Huffman's Services can assist in civil forfeiture cases whether it be property, cash, vehicles or other property that has been seized by the government Huffman's Services can negotiate substantial returns of assets.

Tax Assistance
Huffman's services can assist the incarcerated citizen with filing state and federal taxes. Huffman's Services can also research various tax databases to see if you have any tax refunds due and if you have specific information about your pending taxes prior to your arrest we can research that and get those taxes properly filed so you can get your refund that you're entitled to.

Consumer Fraud
Huffman's Services can assist incarcerated citizens to file follow up and successfully file state and federal attorney general Consumer Fraud complaint forms if they have been a victim of fraud while incarcerated from a person or a business.

LexisNexis Research
Huffman services can do all types of LexisNexis research especially when time is of a critical nature in a pending court proceeding we can produce material faster than anybody.

P.A.C.E.R. Research
Huffman's services can do worldwide, Nationwide, state, county, City civil and Criminal research. We can respond to your request faster than the other research companies can.

Treaty Transfers
Huffman's Services are experts in every aspect of treaty transfers and have available all of the necessary forms procedures, policies, and rules Nation per Nation.

Prison Transfers
Huffman's Services can process the necessary documents to apply for prison transfers not only within your own State or the Federal Bureau of Prisons but also state to state transfers for any number of reasons from safety security compassionate Health welfare even when a particular state does not have an interstate agreement compact with the other state. Huffman's Services have a substantial list of inmates that would like to be transferred to other states and can formulate these inmates with other inmates so that they can arrange transfers.

Third Party Cooperation
Some state and federal jurisdictions prohibit third party cooperation. However, both State and Federal prosecutors accept Third Party Cooperation on a case by case basis. Huffman Services will contact the individual prosecutor and will confirm the eligibility.

Prison Corruption Investigations
Huffman's Services works with various Security Services law enforcement agencies state and federal and if there is corruption within your prison we can act on your behalf to provide this information to the authorities.

Factual Innocence Claims
Huffman's Services are not lawyers or private investigators but there is no requirement that a citizen cannot assist in an investigation of factual innocence interviewing Witnesses locating evidence reviewing documents and coordinating between various groups that handle factual innocence claims such as 'the Innocence Project'.

Expedited Sentence Reduction Service
Huffman's Services can provide expedited sentence reduction Services however that requires the services of a private investigator license in the county and state where the conviction did occur. Local law enforcement will make a referral to the private investigator which they prefer to work with and we will negotiate and retain those private investigator services to work with law enforcement to solve a high-profile case this intensive cooperation with local law enforcement by a member of the private investigator services that is local in the area expedite the process from 18 months to an estimated 6 months. A small retainer is paid to the private investigator to cover basic expenses and the balance is put in escrow for success in resolution of a high-profile case within the six-month time frame that is used for the sentence reduction process which Mr. Huffman will assist the private investigator to coordinate with the local prosecutor. This is an estimated $10,000 to $25,000 expense which is payable solely to the private investigator.

License Up To Date
Huffman Services can assist you to keep your driver license and other state and federal licenses.

Book Publishing
Huffman's Services is proud to announce that we are working negotiating with a Publishing House to publish a series of how-to books concerning the criminal justice system, the correctional system, the private Corrections systems, in several books concerning dealing with the prison system when you have a loved one incarcerated. These books will be available within the next six months.

Coordinate Book Publishing
Huffman's Services can take your rough manuscript have it converted into a proper manuscript have it reviewed by an expert and then arrange to have the book self-published based on your specific criteria.

Compassionate Service
Huffman's services can assist to get you a deathbed hospital visit with a loved one and/or a funeral visit. We can also assist you with compassionate/hardship applications for early release, parole, probation, supervised release, halfway house or home detention.

Confidentiality:
Huffman's services.com will never give out any aspect of our client information to anyone under any circumstances ever in any way shape or form without the express written permission of our client. We do not provide any information about other clients to potential clients nor do we make referrals from one client to another as Safety and Security is our primary mission.

Nation to Nation Transfers
Huffman's can negotiate between nation states to arrange prisoner exchange from one country to another. We can accomplish this mission even if there is not a treaty between governments. This exclusive and confidential and politically sensitive information requires contacts at the highest levels of the United States Government. The owner of our company will work with the United States State Department and coordinate with embassy and consulate.

Military Cases
The owner of our company is a former United States Marine, honorably discharged veteran. He is intimately familiar with all aspects of the uniform code of Military Justice. We handle all military cases.

Washington D.C. Cases
Any offense committed within Washington D.C. are a federal offense. While Washington D.C. cases are different, Huffman Services handle all cases.

Attorney Misconduct
Ineffective assistance of counsel is the primary cause of convictions. Huffman Services can assist to resolve these types of cases. We are experts at obtaining assistance from your lawyers, both past, and present. We are also experts at filing state and federal attorney grievance complaints, county and state bar association complaints and assistance to obtain affidavit and depositions from your past lawyers.

Holiday Assistance
Huffman Services understands how difficult it is to be incarcerated during a holiday or an important event. Accordingly, we have developed a non-profit payment plan program where if you want a particular action taken during the holidays if you will contact us in advance to establish the account we will be able to accomplish your objective when the holiday arrives. For example, you may want a letter sent, a card delivered, a gift or perhaps a personal appearance and something told to somebody that is important to you.

Marriage and Divorce
Huffman's services are experts at every state and federal prison systems rules, process and procedures and obtaining the necessary forms and proper signatures for an incarcerated citizen to get married. This process is many times complicated, politically sensitive and requires contact with the chaplain, warden's office, and Central and Regional Offices on occasion. Alternately we can also assist the incarcerated citizen to obtain the necessary documents for the divorce process and obtain those forms on their behalf and work with the county authorities to obtain the original marriage records to implement the divorce process. We can also assist the incarcerated citizen to find their spouse to get the proper signatures on the divorce petitions.

Evaluation Criteria
Huffman services will do a free evaluation of anyone requesting a sentence reduction because it is a strict criteria to be eligible. 90% of the people that contact our company for sentence reductions are not eligible for a sentence reduction under the cooperation with authorities process that we utilize due to various factors such as nature of the offense, length of time served, restitution paid, programming accomplished, educational vocational religious award, certificates, diplomas, state or federal district of conviction, status of victims, and a wide array of other factors. It is important to remember that sentence reductions are controlled by several factors to include the judge, prosecutor, state or federal laws. Based on all of these factors, we do a very careful evaluation and unfortunately 90% of the people that apply to our company for sentence reductions we have to turn down for various reasons. Those that we accept for the sentence reduction process clearly understand that there are no specific guarantees at the end of this process and that these matters are at the discretion of the prosecutorial and judicial authorities. Huffman services will do our part and successfully cooperate with local law enforcement to solve a high-profile criminal case or perhaps find a wanted Fugitive to enable the cooperation with authorities process to proceed, but it is our clients responsibility to pay their court cost fines and restitution, take any court-ordered programs, take advantage of any educational vocational religious award certificates diplomas that can be accomplished while incarcerated, stay on perfect disciplinary conduct while this process occurs, and to comply with all other criteria to maximize the possibility for the highest possible sentence reduction. Acceptance of responsibility is critically important to the criminal justice system.

Dual Responsibility Huffman's Services has a responsibility to enforce the rule of law while being an advocate for our clients. The criminal justice system acknowledges honesty, fairness, acts of attrition, and acceptance of personal responsibility. Our duty is to consider the victims, the importance of a fair sentence, the safety of the public, and to balance these objectives with the best interest of our client.

Services Offered
Our Proven Negotiation Strategies Can Reduce Prison Terms
Huffman's Services in Erie, Pennsylvania, works directly with clients to obtain critical information to reduce prison sentences. In return, clients can receive extraordinary allowances, but confidentiality is essential to making this process successful.

Executive Action
Huffman's Services can assist to file, and follow up on state and federal commutation of sentence clemency, and pardon applications, and can track them, and continue to provide updated information to those initial applications, and to make phone calls to the people that review those applications to keep it at the Forefront of review for executive action by either the governor of the state or the president of the United States.

If you provide us your confidential information, we will contact the prosecutor and negotiate on your behalf. Our Special projects team comes up with various ways to reduce your prison sentence:
proper signatures on the divorce petitions.

Research Policies
Our owner Richard Huffman, based on his research, has testified in multiple homicide cases. His research has also assisted in cases or terrorism, burglaries, extortion, etc.

We will research your prosecutor, your parole officer, probation officer, judge, law enforcement agent, and other staff involved in your case to maximize our knowledge of the individual to make the most of the negotiation process.

Our clients will have nothing to do with our cooperation with the government. They are merely retaining us to earn them a sentence reduction. They will not have to testify or take any other action to earn their sentence reduction.

If you are going before a parole board or on a probation violation, Huffman services will carefully research the members, providing you with the information necessary on how to respond and what questions to ask, so as to minimize any negative decision by the board.

Research is the key to any successful negotiation agreement, and you can count on Huffman's Services in the all of the research to be prepared for any eventuality to bring these matters to a successful conclusion.

If you have a consecutive sentence, Huffman services will do the necessary research to find the confidential information, and take it back to the government, providing it to them in return for them altering your consecutive sentence to make it concurrent.

If you have an excessive amount of court costs, fines or restitution, Huffman services will find confidential information that can be used to strike an agreement with the court to lower your court costs, fines and restitution in return for providing them with the confidential information.

Sentence Reduction Laws
Both the federal government and every state in the nation have cooperation with authorities laws on the books, these statutes allow for cooperation with authorities to earn a sentence reduction. Even where there are specific restrictions it is on a case-by-case basis. Huffman Services operates on the theory that if we solve a high-profile criminal case in the Local District of conviction or find a high-profile wanted Fugitive that our client will receive sentence reduction consideration irrespective of whatever the local policy is. The justice system main objective is Justice and if a wanted fugitive is found if a high-profile criminal case is solved with the assistance of a citizen or even through the assistance of a company that the citizen hired to do a positive act for society, an act of attrition to give back something to Society for the crime that they have committed, Huffman Services believes that the sentence reduction will be provided in some form or fashion.

Sentence Reduction Restriction
Effective June 1, 2017, sentence reductions for the Northern District of Georgia are prohibited. This is the only district we are aware of that prohibits third party sentence reductions.

Federal Prisoner Requirement
Effective June 1, 2017, all federal prisoners will be required to do an eligibility evaluation. We will contact the United States Attorney and confirm they will accept third party cooperation sentence reductions.

### Rehabilitation Benefit

Defendants who are cooperating with the government are in danger in the prison system. Defense lawyers rarely want anything to do with him because it is a lot of work to arrange cooperation. The truth, however, is that the only sure way of receiving a sentence reduction is cooperation with authorities whether it be directly or through a third party. Remember 97% of convictions create such a need to lower sentences. Booker Doctrine only goes so far and the final sentence is still a harsh end result. Huffman services are not looking for people that wish to buy their way out of prison that is not what we do. We are interested in Rehabilitation and convincing not only the authorities but actually creating a situation where our clients are less likely to re-offend. Our clients are required to do all of the programming that is necessary whether it be drug, alcohol, violence or sex classes. They are required to take educational, vocational, award certificates and other diplomas to maximize the potential for them being employed honestly when released. It is important that not only the prosecutor but the judge be convinced that the defendant has had a clear change of attitude and is truly sorry for the offense and the circumstances related to that.

That is why we also from time to time required apologies to be issued to all of the individuals involved from a victim's perspective. The prosecutor has to be convinced that there is a genuine willingness to no longer view the government and the criminal justice system and obedience to the law as an obstacle to being free. The truth is until they actually have a change of heart Huffman Services cannot assist them with a sentence reduction process which is why we do an in-depth detailed analysis of the situation. One of the keys to trying to rehabilitate is education programming and keeping an open mind to the process of not reoffending. Our company utilizes various mitigation expert process systems working with health professionals, the probation office, and the criminal justice system Department of Corrections to accomplish this task. The best way to not reoffend in the future is to break the cycle that created the circumstances to break the law in the first place. Very few facts that a sentencing judge consider is more important than the rehabilitative and lawful future of a defendant. Making amends with Society is one of the better ways to convince the court that a more mature attitude has taken place since incarceration. Huffman services only accepts 24 clients annually for a sentence reduction process and they're always looking for those individuals that have learned their lesson and wish to start life fresh with a different future acceptance of the past and a willingness to change.

### Theory

Huffman's Services works on the basic theory that the government, whether local, city, county, state, federal, immigration, bankruptcy, family court, traffic court, etcetera. The entire government operates on information, including the justice system. Whether it be in a civil case or a criminal case, 99% of all convictions are based on guilty pleas and the reason that most incarcerated citizens plead guilty is because of the overwhelming amount of evidence and the punishment if they go to trial of an excessive sentence. Within the state and federal criminal code, there are specific exceptions for cooperating with the government where the mandatory minimums will not apply where the recommended sentencing guideline manual does not apply. When cooperating with the government, the government can do anything that it wants. The government can reduce the charge; they can reduce the sentence; they can vacate a conviction, and they can suspend portions of a sentence. There are an unlimited number of options. When the government is motivated and the judge involved in the case is agreeable, anything is Possible.

### Our Method

Huffman's Services provides a very complex service and though this is very complicated it is at the heart of a very simple process. We will convert your financial assets into a sentence reduction by any number of methods. We will contact the prosecutor or your law enforcement agent after we have done research on exactly who they are. Before we contact them, we will have a member of law enforcement with whom we have had a successful working relationship in the past contact them to make an introduction. Once we meet with them, we will come to a working agreement to find some way to reduce your sentence. There are many options and possibilities available to reduce a defendant's sentence.

We may be able to reduce your sentence by making a donation to a charity, or by arranging volunteers for an organization; or perhaps there is a victim that needs immediate assistance, or through a donation to victims' services. However, in most cases, confidential information is the way that we get a sentence reduction though we are willing to do whatever is necessary to get our clients their sentence reductions.

### What We Do

We do what a lawyer and a private investigator cannot do. A lawyer is licensed and prohibited from certain actions and a private investigator has more restrictions than a lawyer does. However, Huffman's Services has our negotiators; and while we may hire lawyers or private investigators we are not restricted. Additionally, a lawyer charges and makes so much money that it is not worth his time, trouble, or effort to involve himself in this type of sentence reduction process.

Once we have found out what type of confidential information the government requires, we will find the information needed and use it to get a written agreement between the prosecutor and the judge to accept this confidential information. Once it is verified, you will be provided a sentence reduction. Our clients have no involvement in this process whatsoever; they will not have to testify, they will not have access to the information we provided the government, but they will enjoy the fruits of our labor in a sentence reduction.

If our clients have confidential information that they want us to broker, we will be happy to do so. It is not required that our clients provide us any confidential information. In fact, very few of our clients do. They are incarcerated and while incarcerated there is a code of conduct that strictly prohibits cooperating with anybody. Accordingly, Huffman's Services will cooperate on their behalf. Even though our clients are not directly cooperating with the government, the credit for the cooperation will be used to reduce their sentence.

### Taking Responsibility

Huffman's Services is the only company in the United States that specifically handles this type of negotiation. Accordingly, our clients should not wait until they are convicted and their appeals are exhausted and there are no other options, but to contact us. Quite the contrary, the time to contact us is immediately after they have been arrested, while there is still an opportunity to make adjustments on the charge, and negotiate a sentence reduction, long before the matter becomes more complicated and delayed by the court system.

Huffman's Services is happy to talk to any client's attorney or private investigator. However, once retained, Huffman's Services reserves the right to hire their own lawyer and private investigator to meet their obligation of a sentence reduction. It has been our experience that most lawyers do not wish to be involved in this type of negotiation. In fact, it has been our experience that because lawyers operate on massive profit margins, they will do anything to keep the money flowing to them, including advising their clients against our services.

Huffman's Services believes in taking personal responsibility for our actions. Our clients are people who are taking responsibility for their actions by utilizing their funds to make donations to charities, to help victims, to help victims' services, to arrange volunteers for organizations, and for doing something positive while providing confidential information through Huffman's Services.

### What We Need From You

It is a part and parcel of the criminal justice system that taking personal responsibility and acceptance of responsibility in many cases reduces the sentence, both in the federal and state system. Huffman's Services works on the theory that if you are willing to take personal responsibility by using your funds to do good deeds and make positive changes, then the prosecutors, the law enforcement personnel, and the judge involved will recognize those actions.

Our owner, Richard Huffman, has accepted personal responsibility. Many of his examples of cooperating with authorities, he did on his own, using the theory of accepting personal responsibility and doing good deeds. He only asks that his clients become partners in this theory and understand that this service is all about accepting personal responsibility and changing the past by making positive changes in the future.

Huffman's Services' clients are expected to maintain their best behavior during the sentence reduction process; because prior to the judge making a final determination on how much of a sentence to reduce, they're going to look at your incarcerated conduct, both long-term and short-term. We do not want clients who merely wish to buy their way out of prison. That's not what we do. We want clients who want to use their funds to make good, positive changes in society; that is what Huffman's Services is all about.

Confidentiality
Huffman's services.com will never give out any aspect of our client information to anyone under any circumstances ever in any way shape or form without the express written permission of our client. We do not provide any information about other clients to potential clients nor do we make referrals from one client to another as Safety and Security is our primary mission.

Nation to Nation Transfers
Huffman's can negotiate between nation states to arrange prisoner exchange from one country to another. We can accomplish this mission even if there is not a treaty between governments. This exclusive and confidential and politically sensitive information requires contacts at the highest levels of the United States Government. The owner of our company will work with the United States State Department and coordinate with embassy and consulate.

Military Cases
The owner of our company is a former United States Marine, honorably discharged veteran. He is intimately familiar with all aspects of the uniform code of Military Justice. We handle all military cases.

Washington D.C. Cases
Any offense committed within Washington D.C. are a federal offense. While Washington D.C. cases are different, Huffman Services handle all cases.

Attorney Misconduct
Ineffective assistance of counsel is the primary cause of convictions. Huffman Services can assist to resolve these types of cases. We are experts at obtaining assistance from your lawyers, both past, and present. We are also experts at filing state and federal attorney grievance complaints, county and state bar association complaints and assistance to obtain affidavit and depositions from your past lawyers.

Holiday Assistance
Huffman Services understands how difficult it is to be incarcerated during a holiday or an important event. Accordingly, we have developed a non-profit payment plan program where if you want a particular action taken during the holidays if you will contact us in advance to establish the account we will be able to accomplish your objective when the holiday arrives. For example, you may want a letter sent, a card delivered, a gift or perhaps a personal appearance and something told to somebody that is important to you.

Marriage and Divorce
Huffman's services are experts at every state and federal prison systems rules, process and procedures and obtaining the necessary forms and proper signatures for an incarcerated citizen to get married. This process is many times complicated, politically sensitive and requires contact with the chaplain, warden's office, and Central and Regional Offices on occasion. Alternately we can also assist the incarcerated citizen to obtain the necessary documents for the divorce process and obtain those forms on their behalf and work with the county authorities to obtain the original marriage records to implement the divorce process. We can also assist the incarcerated citizen to find their spouse to get the proper signatures on the divorce petitions.

Evaluation Criteria
Huffman services will do a free evaluation of anyone requesting a sentence reduction because it is a strict criteria to be eligible. 90% of the people that contact our company for sentence reductions are not eligible for a sentence reduction under the cooperation with authorities process that we utilize due to various factors such as nature of the offense, length of time served, restitution paid, programming accomplished, educational vocational religious award, certificates, diplomas, state or federal district of conviction, status of victims, and a wide array of other factors. It is important to remember that sentence reductions are controlled by several factors to include the judge, prosecutor, state or federal laws. Based on all of these factors, we do a very careful evaluation and unfortunately 90% of the people that apply to our company for sentence reductions we have to turn down for various reasons. Those that we accept for the sentence reduction process clearly understand that there are no specific guarantees at the end of this process and that these matters are at the discretion of the prosecutorial and judicial authorities. Huffman services will do our part and successfully cooperate with local law enforcement to solve a high-profile criminal case or perhaps find a wanted Fugitive to enable the cooperation with authorities process to proceed, but it is our clients responsibility to pay their court cost fines and restitution, take any court-ordered programs, take advantage of any educational vocational religious award certificates diplomas that can be accomplished while incarcerated, stay on perfect disciplinary conduct while this process occurs, and to comply with all other criteria to maximize the possibility for the highest possible sentence reduction. Acceptance of responsibility is critically important to the criminal justice system.

Dual Responsibility Huffman's Services has a responsibility to enforce the rule of law while being an advocate for our clients. The criminal justice system acknowledges honesty, fairness, acts of attrition, and acceptance of personal responsibility. Our duty is to consider the victims, the importance of a fair sentence, the safety of the public, and to balance these objectives with the best interest of our client.

Services Offered
Our Proven Negotiation Strategies Can Reduce Prison Terms
Huffman's Services in Erie, Pennsylvania, works directly with clients to obtain critical information to reduce prison sentences. In return, clients can receive extraordinary allowances, but confidentiality is essential to making this process successful.

Executive Action
Huffman's Services can assist to file, and follow up on state and federal commutation of sentence clemency, and pardon applications, and can track them, and continue to provide updated information to those initial applications, and to make phone calls to the people that review those applications to keep it at the forefront of review for executive action by either the governor of the state or the president of the United States.

If you provide us your confidential information, we will contact the prosecutor and negotiate on your behalf. Our Special projects team comes up with various ways to reduce your prison sentence:
proper signatures on the divorce petitions.

Research Policies
Our owner Richard Huffman, based on his research, has testified in multiple homicide cases. His research has also assisted in cases or terrorism, burglaries, extortion, etc.

We will research your prosecutor, your parole officer, probation officer, judge, law enforcement agent, and other staff involved in your case to maximize our knowledge of the individual to make the most of the negotiation process.

Our clients will have nothing to do with our cooperation with the government. They are merely retaining us to earn them a sentence reduction. They will not have to testify or take any other action to earn their sentence reduction.

If you are going before a parole board or on a probation violation, Huffman services will carefully research the members, providing you with the information necessary on how to respond and what questions to ask, so as to minimize any negative decision by the board.

Research is the key to any successful negotiation agreement, and you can count on Huffman's Services in the all of the research to be prepared for any eventuality to bring these matters to a successful conclusion.

If you have a consecutive sentence, Huffman services will do the necessary research to find the confidential information, and take it back to the government, providing it to them in return for them altering your consecutive sentence to make it concurrent.

If you have an excessive amount of court costs, fines or restitution, Huffman services will find confidential information that can be used to strike an agreement with the court to lower your court costs, fines and restitution in return for providing them with the confidential information.

Sentence Reduction Laws
Both the federal government and every state in the nation have cooperation with authorities laws on the books, these statutes allow for cooperation with authorities to earn a sentence reduction. Even where there are specific restrictions it is on a case-by-case basis. Huffman Services operates on the theory that if we solve a high-profile criminal case in the Local District of conviction or find a high-profile wanted Fugitive that our client will receive sentence reduction consideration irrespective of whatever the local policy is. The justice system main objective is Justice and if a wanted fugitive is found if a high-profile criminal case is solved with the assistance of a citizen or even through the assistance of a company that the citizen hired to do a positive act for society, an act of attrition to give back something to Society for the crime that they have committed, Huffman Services believes that the sentence reduction will be provided in some form or fashion.

Sentence Reduction Restriction
Effective June 1, 2017, sentence reductions for the Northern District of Georgia are prohibited. This is the only district we are aware of that prohibits third party sentence reductions.

Federal Prisoner Requirement
Effective June 1, 2017, all federal prisoners will be required to do an eligibility evaluation. We will contact the United States Attorney and confirm they will accept third party cooperation sentence reductions.

## he Process

Huffman's Services understands the process above and beyond the words that are written concerning federal and state law and it is that knowledge and experience of the actual process that allows us an opportunity to get relief for our clients. While it is true that there are restrictive federal and state laws that allow for cooperation with authorities and sentence reductions for them, in many cases, there are separate processes where benefits may be obtained utilizing a different process.

While it is true that the entire sentence reductions system is based on a number of approving authorities such as the prosecutor who must make a motion, the judge who must accept and process the motion along with probation and other authorities it is also true that at the end of the day the criminal justice system operates on confidential information and irrespective of any specific policy in any particular area if successful cooperation is done even without advance approval and provided to the government in the form of successfully solving a high-profile criminal case in the Local District of conviction or successfully finding a wanted high-profile Fugitive that the government will review that information and fairness, honesty, decency, Fairplay all come into play with the authorities.

The authorities are honest, decent individuals that are doing a very difficult job under very difficult circumstances and when an act of attrition, acceptance of responsibility, successful cooperation with law enforcement will be rewarded. In many cases the government will not enter into an advanced agreement and it is sometimes necessary and our clients understand this that Huffman's services will proceed with a sentence reduction through cooperation process on the theory that once the successful cooperation has been substantiated, verified and is into the court system that a reward will be applicable to the client. Huffman's Services Reserves the right if we believe it is likely that we will be successful to proceed with a sentence reduction process under this Theory and without advance consent of the government. Our clients all understand that we are the process of Last Resort and sometimes due to circumstances we will voluntarily without an agreement in place solve a high-profile criminal case or find a wanted Fugitive in this regard.

## Expenses
## Huffman's Service Profit

Huffman's services only earns a profit if we solve a high-profile case and earn a reward paid by the government. The money paid by our clients is merely to cover the expenses to solve that case and we do not profit from any of the expenses that are provided to us.

Huffman's Services holds those expenses in escrow utilizing them for our business purposes and to cover your expenses for the sentence reduction process. We receive no profit from the expenses we are provided on behalf of our clients we only profit from successfully assisting local law enforcement to solve a high-profile criminal or civil case and are paid a reward. That is our only profit.

Huffman's Services is committed to accomplishing its goals and working within a tight budget with many of our clients. However, in either event, this is an expensive service in which we have to research the records and take the time, trouble, and efforts to negotiate with the authorities. This is a complex, time-consuming, sensitive, politically discreet and confidential matter. Additionally, during the course of the sentence reduction process, we may have to retain a lawyer, a private investigator or both on your behalf.

## Different Retainers

Different retainers apply to different services. Please contact our office to request what the retainer is for the particular service you want.

Expenses that you will be required to establish for the sentence reduction process. Huffman's Services requires $10,000 to begin working on any case. In addition, you can expect that the average monthly expense, which we will invoice you for, to be about $200. As long as you maintain those expenses during the course of the sentence reduction process, monthly travel expenses six times a year are $200 and they're invoiced at the end of the month net 30 days.

Huffman's Services must maintain an expense account because when co-operating with the government we may be required to testify by subpoena and the expense of testifying is part of the expense package.

We require an expense retainer because we may be subpoenaed by the government many years later to testify in some case before the courts or grand juries, or at law enforcement interviews in matters related to your sentence reduction.

Once you decide to retain Huffman's Services, we will send you a simple agreement to sign which authorizes us to act on your behalf to retain a lawyer or private investigator or take any such action we deem appropriate and necessary to reduce your sentence. You will receive a monthly statement detailing our exact efforts and you will have complete contact with Huffman's Services through either our website email or phone.

Many times we are asked why our service is so expensive. We can only respond that there really is no dollar amount one can place on their freedom. Every day is precious. While you can earn additional funds, you can never get back a day lost from your life.

## Payment Plans

Huffman's Services understands that it is a difficult job to come up with the amount of money necessary to retain our services so we have a basic retainer requirement and then we will work with the family friends and supporters of our clients to pay off the remainder of the retainer in a monthly payment plan we understand that until our client is released our final total bill cannot be paid.

## Refer-a-Friend Program

Huffman's Services understands that while incarcerated, financing is a difficulty. Resultantly, we have created a refer-a-friend program. For every client that you refer to us prior to them becoming a client, we will give you some type of credit toward off your bill. Theoretically, with enough referrals, your entire bill would be covered.

## Eligibility Retainer

Huffman's services for a smaller retainer will do the research and contact your prosecutor and verify prior to beginning the full services of the sentence reduction if the prosecutor is willing to consider you as a candidate for a sentence reduction under the circumstances that Huffman's Services negotiation service provides. This allows less of a retainer to decide on the full service package. We require a $1,000 retainer for a long-term expenses and a $1,000 retainer toward the bill. This process would take approximately 60 days and the monthly expenses would be about $200 a month.

## Refund Policy

A refund policy is that upon request, we will refund any unused portion of the expenses retainer.

## Reduced Retainer Plan

Huffman's Services understands that you may not be able to make the $10,000 retainer accordingly we will accept a lesser retainer with the balance of the payments paid off during the sentence reduction process which takes an average of 18 months so for example if you had $2,800 down and $400 a month for 18 months that would equal the $10,000 retainers. We will not charge interest and we will work with family friends and supporters on maintaining the monthly expenses.

## Mandatory Retainer

The long-term expenses retainer is a non-refundable retainer.

## Parole Package

At Huffman's services, we do the necessary research and put a parole package together for a $1,000 retainer toward the final bill and a $1,000 retainer toward long-term expenses. The monthly expenses will be $200 a month during an estimated 6 month process. This research will include information on the parole board, the parole commissioner, the decisions that the parole board makes, questions that they may ask, and proper answers to those questions, along with putting together a parole brief and meeting with the parole board legal staff.

We offer Veterans discounts, Senior Citizens discounts, Native American discounts, and payment plans.

## Researching Court Records Can Lead To Prison Term Reductions

Huffman's Services in Erie, Pennsylvania, provides exclusive research and negotiation services to help defendants receive sentence reductions. Please take a moment to review important terms concerning confidentiality, fees, and other details.

We operate nationwide at the local, city, county, state and federal levels. We also help with immigration, bankruptcy, family court, parole, probation and supervised release cases. Email us at huffmansservices18@gmail.com for any questions you may have.

Negotiations:
1980 - 1989 Even before helping defendants with prison sentences, Huffman worked with a range of other projects. Here are some notable highlights:
In 1980, he successfully ran a small business charged with negotiating terms with local county authorities.
While in the US Marine Corps in 1982, he handled federal medical honorable discharges.
In 1984 and 1985, he worked with county and state prosecutors to reduce a substantial bad check charge to a misdemeanor, changing a 5-year sentence to six months. In 1987, he successfully worked an artifices charge, whittling a 10-year sentence down to a five-year.
In 1989, he brokered the parole in difficult circumstances for an early release to a halfway house.
1990 - 1994 After garnering many successes during the 1980s, Huffman took on more complex cases during the following decade. Though not all are accounted for, below are instances of worthwhile examples:
In 1990, he worked on a sensitive family court matter that resulted in a minimum amount of child support and visitation rights for a father who had a criminal record.
With a wire fraud case in 1991, he negotiated terms down to 27 months for a situation involving US Marshall's and extradition. In the end, he arranged for the client to be transferred to a prison of his choice and brokered the earliest possible release date to a halfway house.
In 1994, Huffman took on a business case involving massive debt issues that included federal and state criminal charges.

Other Notable Cases
In addition to successfully negotiating charges for burglary, drugs, and extortion, Richard Huffman have had favorable outcomes in financial cases too. Huffman convinced Federal authorities to plea a minor wire fraud charge to an individual, and at the same time persuaded six County and state jurisdictions to dismiss their charges in lieu of the federal charge to run concurrently. He also negotiated testimony for three murder cases. If you want to reduce your current sentence, trust Richard Huffman to do reputable work on your behalf.
He has testified before grand juries, preliminary hearings, and cooperated with multiple jurisdictions on dozens of occasions. He will go out and find confidential information and provide it to the prosecutor and back it up with testimony to earn our clients a sentence reduction.

Sentence Reduction Laws
In both the federal and state criminal codes, there are specific allowances for cooperation with the government. One way for federal defendants to increase the likelihood that they will receive lower sentences or to have a previously imposed sentence reduced is by cooperating with the government.
When a defendant cooperates, it means that he helps the government investigate or prosecute someone else. There are two ways that cooperating can result in a lower sentence. If the defendant cooperates before sentencing the prosecutor can file a motion pursuant to 5K1.1 of the United States sentencing code. If a defendant cooperates after sentencing the prosecutor can file a rule 35 motion. Every state has its own specific state laws concerning cooperation. Huffman's Services utilizes these laws and cooperates on our client's behalf so they don't have to but they benefit from our cooperation. Acceptance of responsibility is also a further reduction in a sentence and by retaining Huffman's services and cooperating this allows both the prosecutor and the judge to Grant sentence reductions.
Statistically depending on the government provided information the average sentence reduction is 15 to 20%, but there are various factors that could increase this significantly. 18 USC 3553 e and Rule 35 have various different statistics.

Mission Statement
Mr. Huffman is on a personal mission to make up for mistakes that have happened in the past in his own personal life and truly wishes to help everyone that he can help in these situations. He takes these matters very personal and is highly motivated to resolve them for his own historical personal reasons.

Experience
Professional Years of Experience
Huffman's Services was created based on 34 years of negotiating starting in 1982 with local city county state and federal authorities. Our owner with 34 years experience started Huffman's Services as a nationwide Enterprise. The key to Huffman's Services is the experience of our owner Richard Huffman. The secret to the success that he has had in reducing sentences based on cooperating with the government is based on the theory that every branch of the government will accept confidential information and that if properly motivated the government will accept confidential information and reduce a sentence based on the quality and quantity of the confidential information that has been provided to them. Huffman's Services is not a legal [illegible] 34 years of personal experience has been converted into a company that assists the government in civil and state and [illegible] have confidential information and for any reason, you wish to have that information confidentially provided to the [illegible] that information. Huffman's Services is the correct avenue. We will broker your confidential information for you [illegible] reduction or to collect a reward. The sentence reduction process is complicated various laws exist that allow prosecutors and [illegible] cooperation, however, Huffman's Services utilizes those laws and acts as a go-between in these matters. Once we are [illegible] defendant, we do a careful investigation of the background of the judge, the prosecutor, the law enforcement agency, the [illegible] the court case, Appeals, and parole.
Experience has shown Huffman's Services that proper preparation review of the active law in the instant offense is critical in the presentation of the information packet to the prosecutor. Huffman's Services provides an information packet the details all of this information along with the defendant's good conduct while incarcerated, the future residence that the defendant will live at, along with employment, so the prosecutor and the judge are aware that the defendant has a place to live. The defendant will not be a burden financially on society if released. In many cases, Huffman's Services will contact the victim and arrange to get a statement in support of some type of a sentence reduction. Once Huffman's Services has arranged all of this information we will present to the prosecutor.

Positive Acts of Responsibility & Accountability
Huffman's Services use good deeds, positive acts of responsibility, and accountability and acceptance of responsibility for the crime that our client has committed by hiring Huffman's Services, to give back to the community in some form and fashion. This act of kindness is recognized by the court in various laws and statutes and Huffman's services utilizes our clients Financial assets and converts them to positive good deeds in the community to earn them a sentence reduction. Huffman's Services is not interested in anybody that merely wishes to buy their way out of prison is that is not what we do and that is not what the prosecutor will accept that is why it is important that our clients be on their best behavior during the sentence reduction process because the investigation will be done of their incarcerated conduct and reported to the court.

Huffman's History
Several of the staff at Huffman's Services have had contact with the criminal justice system and have criminal records and have been in fact in custody accordingly we understand the process from the point of the defendant and experience is what counts in all aspects of working with the criminal justice system.

Client Selectivity
Huffman's Services does a thorough analysis, research and review to ensure that the clients that we accept are clients that we can assist. Not everybody can obtain a sentence reduction based on a number of factors related to circumstances. Huffman's Services handle an average of 24 clients a year for sentence reductions and we offer one pro bono case annually which for 2018 has been assigned.

Personal Tax Responsibility
Huffman's Services is proud to annually pay our state and federal taxes as a token of personal responsibility and acceptance of responsibility for our portion of our government's expenses and we strongly recommend that all incarcerated citizens maintain the proper reporting of your tax status.

Lawyers' Conduct
Huffman's services based on our owners experience for 34 years dealing with lawyers, private investigators, judges and all manner of law enforcement have [illegible] experience that some lawyers will not defend their clients based on the nature of the offense. There is a big difference between aggressively [illegible] client and doing the very bare minimum of representation. This is especially true of court-appointed lawyers and even more true of public [illegible] and federal appointees. They are overworked, underfunded and they have to be very selective when defending their clients. It is this [illegible] that allows our research team to research not just the court record but the background of the lawyers after collecting information [illegible] from the client and the family of the client. This allows us to take a thorough review of the record and look for those weaknesses [illegible] accepted for our clients best interests.

### Nationwide Negotiators
We operate nationwide at the local, city, county, state and federal levels. We also help with immigration, bankruptcy, family court, parole, probation and supervised release cases. Email us at huffmansservices18@gmail.com for any questions you may have.

Negotiations:
1980 - 1989 Even before helping defendants with prison sentences, Huffman worked with a range of other projects. Here are some notable highlights:
In 1980, he successfully ran a small business charged with negotiating terms with local county authorities.
While in the US Marine Corps in 1982, he handled federal medical honorable discharges.
In 1984 and 1985, he worked with county and state prosecutors to reduce a substantial bad check charge to a misdemeanor, changing a 5-year sentence to six months. In 1987, he successfully worked an artifices charge, whittling a 10-year sentence down to a five-year.
In 1989, he brokered the parole in difficult circumstances for an early release to a halfway house.
1990 - 1994 After garnering many successes during the 1980s, Huffman took on more complex cases during the following decade. Though not all are accounted for, below are instances of worthwhile examples:
In 1990, he worked on a sensitive family court matter that resulted in a minimum amount of child support and visitation rights for a father who had a criminal record.
With a wire fraud case in 1991, he negotiated terms down to 27 months for a situation involving US Marshall's and extradition. In the end, he arranged for the client to be transferred to a prison of his choice and brokered the earliest possible release date to a halfway house.
In 1994, Huffman took on a business case involving massive debt issues that included federal and state criminal charges.

### Other Notable Cases
In addition to successfully negotiating charges for burglary, drugs, and extortion, Richard Huffman have had favorable outcomes in financial cases too. Huffman convinced Federal authorities to plea a minor wire fraud charge to an individual, and at the same time persuaded six County and state jurisdictions to dismiss their charges in lieu of the federal charge to run concurrently. He also negotiated testimony for three murder cases. If you want to reduce your current sentence, trust Richard Huffman to do reputable work on your behalf.
He has testified before grand juries, preliminary hearings, and cooperated with multiple jurisdictions on dozens of occasions. He will go out and find confidential information and provide it to the prosecutor and back it up with testimony to earn our clients a sentence reduction.

### Sentence Reduction Laws
In both the federal and state criminal codes, there are specific allowances for cooperation with the government. One way for federal defendants to increase the likelihood that they will receive lower sentences or to have a previously imposed sentence reduced is by cooperating with the government.
When a defendant cooperates, it means that he helps the government investigate or prosecute someone else. There are two ways that cooperating can result in a lower sentence. If the defendant cooperates before sentencing the prosecutor can file a motion pursuant to 5K1.1 of the United States sentencing code. If a defendant cooperates after sentencing the prosecutor can file a rule 35 motion. Every state has its own specific state laws concerning cooperation.
Huffman's Services utilizes these laws and cooperates on our client's behalf so they don't have to but they benefit from our cooperation. Acceptance of responsibility is also a further reduction in a sentence and by retaining Huffman's services and cooperating this allows both the prosecutor and the judge to Grant sentence reductions.
Statistically depending on government provided information the average sentence reduction is 15 to 20%, but there are various factors that could increase this significantly. 18 USC 3553 e and Rule 35 have various different statistics.

### Mission Statement
Mr. Huffman is on a personal mission to make up for mistakes that have happened in the past in his own personal life and truly wishes to help everyone that he can help in these situations. He takes these matters very personal and is highly motivated to resolve them for his own historical personal reasons.

### Experience
Professional Years of Experience
Huffman's Services was created based on 34 years of negotiating starting in 1982 with local city county state and federal authorities. Our owner with 34 years of experience started Huffman's Services as a nationwide Enterprise. The key to Huffman's Services is the experience of our owner Richard Huffman. The secret to the success that he has had in reducing sentences based on cooperating with the government is based on the theory that every branch of the government exists on confidential information and that if properly motivated the government will accept confidential information and reduce a sentence accordingly based on the quality and quantity of the confidential information that has been provided to them. Huffman's Services is not a legal enterprise it is a negotiation company. 34 years of personal experience has been converted into a company that assists the government in civil and state and federal Criminal investigations. If you have confidential information and for any reason, you wish to have that information confidentially provided to the government and obtain some benefit from that information, Huffman's Services is the correct avenue. We will broker your confidential information for you whether it be for a sentence reduction or to collect a reward. The sentence reduction process is complicated various laws exist that allow prosecutors and judges to reduce sentence is based on cooperation, however, Huffman's Services utilizes those laws and acts as a go-between in these matters. Once we are retained to represent a particular defendant we do a careful investigation of the background of the judge, the prosecutor, the law enforcement agency, the defendant, the victim, the court case, Appeals, and parole.
Experience has shown Huffman's Services that proper preparation review of the active law in the instant offense is critical in the presentation of the information packet to the prosecutor. Huffman's Services provides an information packet the details all of this information along with the defendant's good conduct while incarcerated, the future residence that the defendant will live at, along with employment, so the prosecutor and the judge are aware that the defendant has a place to live. The defendant will not be a burden financially on society if released. In many cases, Huffman's Services will contact the victim and arrange to get a statement in support of some type of a sentence reduction. Once Huffman's Services has arranged all of this information we will present to the prosecutor.

### Positive Acts of Responsibility & Accountability
Huffman's Services use good deeds, positive acts of responsibility, and accountability and acceptance of responsibility for the crime that our client has committed by hiring Huffman's Services, to give back to the community in some form and fashion. This act of kindness is recognized by the court in various laws and statutes and Huffman's services utilizes our clients Financial assets and converts them to positive good deeds in the community to earn them a sentence reduction. Huffman's Services is not interested in anybody that merely wishes to buy their way out of prison is that is not what we do and that is not that the prosecutor will accept that is why it is important that our clients be on their best behavior during the sentence reduction process because the investigation will be done of their incarcerated conduct and reported to the court.

### Huffman's History
Several of the staff at Huffman's Services have had contact with the criminal justice system and have criminal records and have been in fact in custody accordingly we understand the process from the point of the defendant and experience is what counts in all aspects of working with the criminal justice system.

### Client Selectivity
Huffman's Services does a thorough analysis, research and review to ensure that the clients that we accept are clients that we can assist. Not everybody can obtain a sentence reduction based on a number of factors related to circumstances. Huffman's Services handle an average of 24 clients a year for sentence reductions and we offer one pro bono case annually which for 2018 has been assigned.

### Personal Tax Responsibility
Huffman's Services is proud to annually pay our state and federal taxes as a token of personal responsibility and acceptance of responsibility for our portion of our government's expenses and we strongly recommend that all incarcerated citizens maintain the proper reporting of your tax status.

### Lawyers' Conduct
Huffman's services based on our owners experience for 34 years dealing with lawyers, private investigators, judges and all manner of law enforcement have learned by experience that some lawyers will not defend their clients based on the nature of the offense. There is a big difference between aggressively defending a client and doing the very bare minimum of representation. This is especially true of court-appointed lawyers and even more true of public defenders, state and federal appointees. They are overworked, underfunded and they have to be very selective when defending their clients. It is this knowledge and experience that allows our research team to research not just the court record but the background of the lawyers after collecting information on the entire case process from the client and the family of the client. This allows us to take a thorough review of the record and look for those weaknesses in the representation to exploit for our clients best interest s.

### Patience
Dealing with the criminal justice system whether it be the court system, attorneys, judges, prosecutors, Department of Corrections, parole, probation, supervised release staff all of it requires one common denominator and that is patience. Nothing moves quickly, nothing gets done fast, everything takes an extended period of time to be reviewed, approved and implemented. It is a requirement of our clients that they have patience and allow Huffman services and their staff to move the criminal justice system along in a timely fashion and allow Huffman Services the time necessary to accomplish its objectives. Sometimes these objectives literally take years to accomplish such as in the case of the sentence reduction process. Just to get an inmate transferred from one facility to the other could take a year. The simplest thing, one must understand is a very complicated matter in the criminal justice system based on all of the legal ramifications and the inability of very few people within that system to have the authority to make decisions. Decisions are sometimes layered upon layer of authorities and take an extended period of time to accomplish. If you do not have patience Huffman Services cannot accomplish its objectives and this is a partnership between our clients, our clients' families and Huffman's Services. A binding agreement of loyalty, trust, dedication to a specific objective that we will all work forward together in Partnership to accomplish. The truth is nothing is ever accomplished alone it takes a team effort. And the team is the client, the client's family and Huffman Services' staff.

### Second Class Citizen Status
Huffman's Services has learned in 34 years of experience that once a citizen has been charged with a crime let alone convicted and incarcerated they become in the eyes of the majority of society second-class citizens and are treated as such. Once incarcerated communication with the outside world is heavily restricted but even when a incarcerated citizen is able to reach out into society they are treated in a different manner. For example if a citizen where to contact a County Courthouse clerk of the Courts office and request a document the process would be rather simple and straightforward but that is not the case when incarcerated citizen does so. Requests are often ignored, processed in a different manner, delays, denials and Huffman's Services understands this and that is why the majority of our services are merely acting as the representative of our incarcerated client coordinating between lawyers, private investigators, prosecutors and other government officials to accomplish our clients' objectives. In all of our correspondence we understand that our client is being treated unfairly as the law does not allow punishment beyond the court system for their conduct.

Never the less we treat this as an unwritten rule of society and the criminal justice system in general and handle matters in such a way as to equalize on behalf of our client and get them the relief that they are in need of as justice and fairness demands. Additionally the family members of incarcerated citizens are also treated in such a manner whether they're dealing with the court system, parole probation, department of corrections, Federal Bureau of Prisons, lawyers, private investigators or society in general and Huffman's Services accepts, understands and has certain procedures to overcome these obstacles and to take the burden off of the families. Huffman's Services will handle every aspect of the criminal justice process from arrest to release once retained. The family members should not have the additional burden and Huffman's services will be happy to accept this burden on their behalf.

### Rewards
Huffman's service believes in accountability and acceptance of personal responsibility. If a client knows the location of a wanted fugitive, Huffman's services will accept that information, broker that information to the federal, state, or local authorities, and take the reward that is payable and put it toward the sentence reduction service. Rewards are payable by federal, state, and local authorities for wanted fugitives for information that leads to the arrest of wanted fugitives, and for information related to criminal or civil cases. These rewards are sometimes substantial; in many cases, $100,000 is not an unusual reward payable by the FBI, State Police, or County Sheriff's offices for information. There are also various types of reward that an incarcerated citizen can earn from the prison system for providing information about a prison's security-related details, and Huffman's Services is willing to broker that information on your behalf to the prison system and obtain you some type of reward. Rewards do not have to be in funds; they can be in special privileges, better housing, access to special programs that could lead to early release, a halfway house, home detention, or good time credit.

Confidential information could also be used to get the dismissal of pending charges or detainers dropped by The Authority that is holding those pending charges and detainers. Confidential information is the key to the criminal justice system as 99% of cases are plead out due to the strong prosecutorial case and increased sentences if one goes to trial. Accordingly, confidential information is very valuable to law enforcement. Every Court in the country utilizes confidential information: federal, state, local, immigration, bankruptcy, civil, and criminal. The value of verifiable confidential information cannot be underestimated. Parole and probation departments are constantly looking for absconders just as the Department of Corrections looks for escapees.

### Reward Requirements
Due to the complexity of the reward system with the local County state and federal agencies involved, we require a written signed agreement from our client and a small retainer to cover expenses to process any reward request. For example, if you have information on a wanted fugitive, we would need a signed agreement before we could accept the information from you and some basic retainer to cover expenses such as phone, calls, faxes, emails or letters.

### Save A Life
While incarcerated in County state or federal facilities there are specific statutes that allow for substantial Financial and sentence reduction rewards for saving the life of a correctional employee. If you have information about the safety of a criminal justice system employee Huffman's Services will utilize that information so that you are rewarded for your honesty Integrity and decency.

### Insurance Fraud
Huffman's Services can take your confidential information concerning insurance fraud of all types contact the insurance company involved get in contact with the insurance investigator and broker an agreement to pay you a reward and other benefits for information related to insurance fraud of all types.

Contact for a free evaluation, please provide the following information along with the best means of contact:
- Prisoner's name
- Prison & prison address
- Charge & sentence
- Prisoner's identification number
- Case number
- State of conviction

If you would like to meet in person with Richard Huffman, please call us to make arrangements.
Duns & Bradstreet Number   080-045-1621

### Hours of Operation
We are available to our clients 24 hrs a day, 7 days a week. Once we are retained you will be given a dedicated phone line to reach us.
Office Hours: Our office staff is available Monday through Friday from 9 a.m. to 4 p.m.
Phone: (814) 350-6898
Email: HuffmansServices18@gmail.com
Prison Email Access: We are on Jpay, CorrLinks, Access Corrections, GTLConnectNetwork, and JailATM.com.
Address: 2503 Station Road #206
             Erie, PA 16510

### Mail Security
For security screening purposes we use a mail shipping & processing service. To maintain client confidentiality we maintain documents mailed to us only 30 days unless we are retained.

### Insurance Bond
Upon request, we will provide a copy of our Western Surety Company Insurance Bond # 63067838.

### Guarantee
We guarantee we will always answer the phone, return your calls, texts, emails or letters. We will stay in constant contact with you step by step and work with you patiently to resolve any issue and be honest with you at all times but when dealing with the criminal justice system there is no guaranteed end result however 30 years of experience has proven that if you work hard enough to accomplish something you will get the desired result.

### Company Structure
10% of our work is sentence reductions and 90% other prison assistance.



**Service Area**
Nationwide

Meetings are held at the Renaissance Centre.
1001-1007 State Street, Erie, PA 16501

**Note:** It is important for clients to understand that the name of any authorized contact, for any case needs to be provided by the client, in advance of that person contacting us as we are not allowed to talk to third-parties about our clients without their advance permission.

## Meeting Protocal

Business Meeting Requirements  Every 60 days Mr. Huffman travels across the United States meeting with lawyers, private investigators, prosecutors, law enforcement staff, bureau of prison staff, department of corrections staff, County Jail staff and elected officials to resolve his clients various legal related issues. During the travel itinerary which is posted on our website prior to departure every 60 days is the travel itinerary schedule. Friends, family, and supporters of incarcerated citizens that would like to meet Mr. Huffman to get answers to their questions in person may do so by contacting our office prior to his departure so that we may schedule out an appointment to meet with them in a location close to their residence. Mr. Huffman for security purposes only meets at a local hotel in the meeting room of the hotel. It is sometimes helpful to get answers to questions in person for which the family lawyer may participate. The only expense is $200. This covers the cost if it is scheduled during the previously scheduled travel itinerary. It is also beneficial because if you were to decide to retain Huffman's Services.com at that juncture we could collect all of the legal documents relative to the case and collect any information that is not part of the legal documents so that we can conduct our research when we return to the office in a timely fashion. If you're interested in meeting Mr. Huffman, please contact our office prior to travel Schedule as Mr. Huffman will be leaving on a 19 State 26 day travel itinerary across the United States.

## 24/7 Access

Huffman's Services is available to our clients 24 hours a day, 7 days a week 365 days a year as we understand that our clients first priority is to get released from prison at the earliest moment and when they need to get in contact with Huffman's Services we are always available and we provide each individual client a dedicated phone number so that when they call they will always get an answer and they can give this dedicated phone number to their family friends and supporters so that they may also remain in contact with Huffman's Services during the sentence reduction process.

## Communication

When communicating with Huffman's Services, please remember that our owner Richard Huffman is always working on behalf of his clients. He is a very busy man and utilizes a hands-free, Bluetooth voice recognition to transcription service. From time to time there, may be grammar or spelling errors in emails. If ever there is a need for clarification of any grammar or spelling issue, please feel free to ask for clarification and it will be provided.

## Third-Party Contact

It is important for a client to understand that they need to provide the name of anyone whom they have authorized us to talk about their case with in advance of that person contacting us. We are not allowed, by law, to talk to anyone about our clients without their advanced permission.

## Free Evaluation

To obtain a free evaluation on whether you are a qualified candidate for Huffman's Services, please provide a written history of your personal and criminal information, along with exactly what you wish to accomplish in retaining Huffman's Services. We will do a careful, no cost, research of your case to decide if we can help you in advance of you retaining our company.

## Written Correspondence

For written information send a self-addressed stamped. If you mail those documents make sure you send us a self-addressed stamped envelope to mail them back to you.



## CUSTOMER/SUBSCRIBER ADDITIONAL INSURED RIDER

In the event that the Insured's Customer or Subscriber shall sustain a **direct** loss by reason of the fraudulent or dishonest act or acts (as defined in the section entitled Fraudulent or Dishonest Act) committed by the Insured; or any partner of the Insured, if a partnership; or any member of the Insured, if a limited liability company; then and only then, the Insured shall be considered an Employee and the Customer or Subscriber an additional Insured, subject to all terms and conditions thereof.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limits or conditions of the bond except as hereinabove set forth.

This Rider becomes effective on the ____6th____ day of ____February____, __2017__, at 12:00 o'clock night, standard time.

Attached to and forming part of bond No. __63067838_____, issued by WESTERN SURETY COMPANY OF SIOUX FALLS, SOUTH DAKOTA, to _Richard Huffman DBA Huffman's Service_____

Signed this ___8th___ day of ____February____, _2017_.

WESTERN SURETY COMPANY

By _____
Paul T. Bruflat, Senior Vice President

Form F7948-4-2008

## AGREEMENT

Huffmans Services enters into a agreement to act on the clients behalf to reduce the sentence imposed through a number of options,to include cooperation with authorities.The client has reviewed the website material at HUFFMANSSERVICES.COM and understands that we are not lawyers or private investigators and that no specific sentence reduction is promised, but will retain either if we deem appropriate.Client understands final decision is by judge/prosecutors on sentence reductions.

Upon receipt of this agreement and a retainer we will begin this process,we will do our research and then a eligibility evaluation and once concluded verify/contact your prosecutor

We require no confidential information from you but will develop our own information and work with local,district law enforcement to assist law enforcement to resolve a high profile matter.We do require you keep a clear disciplinary record and program as needed during this process.We will not provide you any details of the cooperation process with authorities.We will not release your information to anyone,anytime,ever for any purpose.

Our client safety is our most important priority, so we ask that you allow your family to maintain all documents related to this matter,outside of the corrections facility.

We will provide monthly reports and maintain all forms of communication with you and your family at all times,with those you authorized.You may revoke this authority at any time.

Only the client may sign this agreement and we will provide receipts for any funds submitted from any source.Monthly expenses will be invoiced at the end of each month,net 30 days.All checks are payable to; HUFFMANS SERVICES SUITE #206 2503 Station Road Erie,Pa 16510 and CASH IS NOT ACCEPTED.

Huffmans Services only earns a profit from the reward payable for assisting law enforcement.The expenses retainer and monthly expenses merely cover the expenses to accomplish that objective.

Private investigator expenses,if any, are on a case by case basis.

Sentence reduction requires a MANDATORY $10,000 retainer for long term expenses as we may be subject to a supbeona to appear,once we become involved in this matter,perhaps decades later we will be required to appear,by the government at various court proceedings and those long term expenses are part of the client expenses package and are maintained and used for our business purpose to include operational expenses and are not refunded. Monthly expenses are $200,Travel expenses are $200.

Upon request any non-mandatory unused retainer will be refunded in 7 days.

_____

CLIENT/PRISON ID #_____

SERVICE_____RETAINER_____MONTHLY EXPENSES_____

CC;FILE

_____

HUFFMANS SERVICES

PAYMENT PLAN_____

I thought this Business Card was Relevant Because it Appears This "Big Company" is just A DBA And Not even incorporated.

Richard Huffman
Owner

2503 Station Road, Suite 206
Erie, PA 16510
tel. (814) 350-6898
HuffmansServices.com
HuffmansServices18@gmail.com
Federal and State Negotiation Specialists



**Huffman's Services**

Please send a SASE for Information!

Barry Minkow - 87560-012
Federal Prison Camp Atwater
1 Federal Way
Atwater, California 95301

87560-012
Judge Patricia Seitz
400 N Miami AVE
Room 11-4
Miami, FL 33128-1812
United States

USMS INSPECTED
By _____